# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com

October 10, 2018

<u>By ECF</u>

The Honorable John F. Keenan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

              **Re:**    *Iacovacci v. Brevet Holdings, LLC, et al.*, 18 Civ. 8048 (JFK)

Dear Judge Keenan:

      We represent Plaintiff in the above-referenced matter, but are submitting this letter motion jointly on behalf of all parties. The parties respectfully request that the Court acknowledge that Plaintiff provided counsel for all Defendants with a copy of the Summons and Complaint in this action, and that all Defendants are waiving service of the Summons and Complaint, and their respective counsel is accepting service on their behalf.

      In addition, the parties respectfully request that the time for all Defendants to answer or otherwise move be on or before November 12, 2018, the day prior to the conference scheduled before this Court. The parties believe that this request will allow for the smooth and organized litigation of the case.

      This is the first request for any extensions regarding filing of the answers.

                                                      Respectfully submitted,  
                                                      KRIEGER KIM & LEWIN LLP

                             By:   /s/ Paul Krieger  
                                                      Paul M. Krieger  
                                                      Jonathan F. Bolz

October 10, 2018
Page 2 of 2

cc (by ECF): Philip C. Semprevivo, Esq.
Christine I. Laurent, Esq.
Joseph Kim, Esq.

(by Email and FedEx): Edward W. Larkin, Esq.
Gibbons P.C.
One Pennsylvania Plaza, 37th Floor
New York, NY 10119
elarkin@gibbonslaw.com