# KRIEGER KIM & LEWIN LLP

500 Fifth Avenue  
New York, NY 10110

Telephone: (212) 390-9550  
www.KKLllp.com



October 10, 2018

By ECF

The Honorable John F. Keenan  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007



Re:   *Iacovacci v. Brevet Holdings, LLC, et al.*, 18 Civ. 8048 (JFK)

Dear Judge Keenan:

We represent Plaintiff in the above-referenced matter, but are submitting this letter motion jointly on behalf of all parties. The parties respectfully request that the Court acknowledge that Plaintiff provided counsel for all Defendants with a copy of the Summons and Complaint in this action, and that all Defendants are waiving service of the Summons and Complaint, and their respective counsel is accepting service on their behalf.

In addition, the parties respectfully request that the time for all Defendants to answer or otherwise move be on or before November 12, 2018, the day prior to the conference scheduled before this Court. The parties believe that this request will allow for the smooth and organized litigation of the case.

This is the first request for any extensions regarding filing of the answers.

Respectfully submitted,  
KRIEGER KIM & LEWIN LLP

By: *Paul Krieger*  
Paul M. Krieger  
Jonathan F. Bolz

October 10, 2018
Page 2 of 2

cc (by ECF):	Philip C. Semprevivo, Esq.
	Christine I. Laurent, Esq.
	Joseph Kim, Esq.

(by Email and FedEx):	Edward W. Larkin, Esq.
	Gibbons P.C.
	One Pennsylvania Plaza, 37th Floor
	New York, NY 10119
	elarkin@gibbonslaw.com

The Court acknowledges that Plaintiff has provided counsel for all
Defendants with a copy of the Summons and Complaint in this action.
Accordingly, Defendants have waived service of the Summons and
Complaint. Both Parties consenting, the request for an adjournment of (JFK)
Defendants' Answer is granted. Accordingly, Defendants must answer one more by
November 12, 2018.

SO ORDERED
New York, New York
October 11, 2018

_____
John F. Keenan
United States District Judge