UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL IACOVACCI,<br><br>                Plaintiff,<br><br>-against-<br><br>BREVET HOLDINGS, LLC, *a Delaware Limited Liability Company*, BREVET CAPITAL MANAGEMENT, LLC, *a Delaware Limited Liability Company*, BREVET SHORT DURATION PARTNERS, LLC, *a Delaware Limited Liability Company*, BREVET SHORT DURATION HOLDINGS, LLC, *a Delaware Limited Liability Company*, DOUGLAS MONTICCIOLO, *as a Member and the Majority Owner of Brevet Holdings, LLC, Chief Investment Officer of Brevet Capital Management, LLC, a Member of Brevet Short Duration Partners, LLC, a Member of Brevet Short Duration Holdings, LLC, and Individually*, MARK CALLAHAN, *as President of Brevet Capital Management, LLC, a Member of Brevet Short Duration Partners, LLC, a Member of Brevet Short Duration Holdings, LLC, and Individually*, JOHNNY LAN, *as Vice President and Head of Technology of Brevet Capital Management, LLC and Individually*, and JOHN AND JANE DOES 1 THROUGH 100,<br><br>                Defendants. | Civil Case No.:<br>1:18-cv-08048-JFK<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in Support of Defendants' Motion to Dismiss Plaintiff's 2nd Federal Complaint; the Declaration of Philip C. Semprevivo, Esq., dated November 12, 2018, and the exhibits attached thereto; defendants BREVET HOLDINGS, LLC, BREVET CAPITAL MANAGEMENT, LLC, BREVET SHORT DURATION PARTNERS, LLC, BREVET SHORT DURATION HOLDINGS, LLC, DOUGLAS MONTICCIOLO, and MARK CALLAHAN (collectively, the "Defendants"), by their attorneys Biedermann Hoenig Semprevivo, a Professional Corporation, will move this Court before the Hon. U.S. District Judge John F. Keenan, on a return date to be set by the Court, for an Order dismissing Plaintiff's Complaint, pursuant to Fed. R. Civ. P. 12(b)(1).

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 6.1(b), Plaintiff's opposition papers, if any, to Defendants' Motion shall be due on or before fourteen (14) days after service of these Motion papers, and Defendants' reply papers, if any, shall be due on or before seven (7) days after the service of Plaintiff's opposition papers.

Dated: New York, New York
November 12, 2018

>BIEDERMANN HOENIG SEMPREVIVO,
A Professional Corporation

By: _____
Philip C. Semprevivo

One Grand Central Place
60 East 42nd Street, Suite 660
New York, New York 10165
Tel: (646) 218-7560
Fax: (646) 218-7510
Philip.Semprevivo@lawbhs.com
*Attorneys for Defendants Brevet Holdings, LLC, Brevet Capital Management, LLC, Brevet Short Duration Partners, LLC, Brevet Short Duration Holdings, LLC, Douglas Monticciolo, and Mark Callahan*

To:   All counsel of record (*via ECF*)