UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL IACOVACCI,<br><br>                    Plaintiff,<br><br>v.<br><br>BREVET HOLDINGS, LLC, *et al*.,<br>                    Defendants. | Case No. 1:18-cv-08048-WHP |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and the Declaration of Michael Szymanski dated October 8, 2020, non-party Michael Szymanski, by and through his undersigned counsel, will move this Court, at a time and date to be determined, before the Honorable William H. Pauley III, United States District Judge, at the Daniel Patrick Moynihan United States Courthouse, Courtroom 20B, 500 Pearl Street, New York, New York 10007-1312, for an order quashing the third-party subpoena ad testificandum served to Michael Szymanski on September 24, 2020 (the "Subpoena").

Dated: New York, NY
        October 8, 2020

**REED SMITH LLP**

By: /s/ Louis M. Solomon
Louis M. Solomon
599 Lexington Avenue
New York, New York 10022
Tel: (212) 521-5400
Fax: (212) 521-5450
lsolomon@reedsmith.com

*Attorneys for Michael Szymanski*