UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------
                                            :
PAUL IACOVACCI,                             :
                                            :
                        Plaintiff,          :
                                            :
        -against-                           :    18cv8048
                                            :
BREVET HOLDINGS, LLC, a Delaware            :    ORDER
Limited Liability Company, *et al.*,        :
                                            :
                        Defendants.         :
                                            :
---------------------------------------------------------------

WILLIAM H. PAULEY III, Senior United States District Judge:

        Plaintiff shall file any opposition papers to the Motions to Quash filed by Michael Szymanski and David Cibrian (ECF Nos. 168 & 171) by October 16, 2020 at 12:00 p.m.  Any reply papers shall be filed by October 19, 2020 at 5:00 p.m.  This Court will take the Motions to Quash on submission.

Dated: October 13, 2020
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.