UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------  :

PAUL IACOVACCI,                                             :
                                                            :
                              Plaintiff,                    :
                                                            :
                    -against-                               :         18cv8048
                                                            :
BREVET HOLDINGS, LLC, a Delaware                            :         ORDER
Limited Liability Company, *et al.*,                        :
                                                            :
                              Defendants.                   :
---------------------------------------------------------------  :

WILLIAM H. PAULEY III, Senior United States District Judge:

    For the reasons stated on the record on October 26, 2020, Michael Szymanski's

motion to quash Plaintiff's third-party subpoena seeking his deposition testimony (ECF No. 168)

is granted.  And David Cibrian's motion to quash Plaintiff's third-party subpoena seeking his

deposition testimony (ECF No. 171) is denied.  However, Mr. Cibrian's deposition shall be no

more than three hours.

Dated: October 28, 2020
  New York, New York

         SO ORDERED:

         _____
          WILLIAM H. PAULEY III
           U.S.D.J.