UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- x

PAUL IACOVACCI,

               Plaintiff,

     v.

BREVET HOLDINGS, LLC, *a Delaware Limited Liability Company, et al.*,

               Defendants.

Civil Action No.:
1:18-cv-08048-WHP

---------------------------------------------------------------------------------- x

## MOTION OF COREY OMER TO WITHDRAW AS COUNSEL

Pursuant to Rule 1.4 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Corey Omer, an attorney with the law firm Sullivan & Cromwell LLP, hereby move to withdraw as counsel for Defendants/Counterclaim-Plaintiffs Brevet Holdings, LLC, Brevet Capital Management, LLC, Brevet Short Duration Partners, LLC, Brevet Short Duration Holdings, LLC, Douglas Monticciolo, and Mark Callahan, and Defendant Johnny Lan (collectively, "Brevet Defendants"), in the above-captioned action.  In connection with my withdrawal, I further request that the Clerk of Court remove my name from the CM/ECF service list for this matter.

In support of my motion, I state as follows:

1. As of February 2, 2021, I will no longer be associated with Sullivan & Cromwell LLP.

2. Following my withdrawal, the Brevet Defendants will continue to be represented in this case by their other counsel of record.

3. This case has not been set for trial and my withdrawal will not occasion a request for an extension of any deadlines in this case.

-2-

4. I am not asserting a retaining or charging lien in connection with my departure.

5. Pursuant to Local Rule 1.4, a copy of this motion will be served upon the Brevet Defendants and all other parties.

Dated: January 22, 2021
New York, New York

Respectfully submitted,

*/s/ Corey Omer*
Corey Omer
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: omerc@sullcrom.com

*Attorney for Defendants/Counterclaim-Plaintiffs Brevet Holdings, LLC, Brevet Capital Management, LLC, Brevet Short Duration Partners, LLC, Brevet Short Duration Holdings, LLC, Douglas Monticciolo, and Mark Callahan, and Defendant Johnny Lan*

## CERTIFICATE OF SERVICE

I hereby certify that, on January 22, 2021, I caused the foregoing Motion of Corey Omer to Withdraw as Counsel to be served via the CM/ECF system in the United States District Court for the Southern District of New York on all counsel of record. I further certify that the foregoing was served upon the Brevet Defendants.

*/s/ Corey Omer*
Corey Omer