AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Southern District of New York

| | |
|---|---|
| Paul Iacovacci<br>Plaintiff (s),<br>V.<br>Brevet Holdings, LLC et al<br>Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 1:18-cv-08048-WHP |

Notice is hereby given that, subject to approval by the court, **Plaintiff** substitutes
(Party (s) Name)

**Jason Cyrulnik** , State Bar No. **4332284** as counsel of record in
(Name of New Attorney)

place of **Jordana Haviv** .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:     Cyrulnik Fattaruso LLP
    Address:     55 Broadway, Third Floor, New York, NY 10006
    Telephone:     (917) 353-3005     Facsimile _____
    E-Mail (Optional):     jcyrulnik@cf-llp.com

I consent to the above substitution.
Date: 3/21/21
                                                              (Signature of Party (s))

I consent to being substituted.
Date: 3/26/2021
                                                              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/26/2021
                                                              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                                                         Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]