```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL IACOVACCI,

          Plaintiff,

-against-

BREVET HOLDINGS, LLC et al.

          Defendants.

1:18-cv-08048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of a joint Stipulation and Proposed Order Governing Remote Depositions from the parties. [ECF No. 234]. Rule 30(b)(4) of the Federal Rules of Civil Procedure provides that "[t]he parties may stipulate—or the court may on motion order—that a deposition be taken by telephone or other remote means." As such, the parties are free to conduct depositions in such a manner as they agree without leave of the Court. The Court therefore will take no action with regard to the parties' joint Stipulation and Proposed Order.

**SO ORDERED.**

Date:  October 1, 2021                              _____
        New York, NY                              **MARY KAY VYSKOCIL**
                                                           **United States District Judge**