USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL IACOVACCI,

               Plaintiff,

-against-

BREVET HOLDINGS, LLC et al.

               Defendants.

1:18-cv-08048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Because of a conflict in the Court's calendar, the Post-Discovery Conference scheduled for December 21, 2021 at 10:30 AM is ADJOURNED to January 11, 2022 at 10:00 AM.

      This Order does not otherwise affect the deadlines set in this Court's Order dated August 17, 2021 [ECF No. 233].

**SO ORDERED.**

**Date: November 22, 2021**
**New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**