```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   1/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PAUL IACOVACCI,

                    Plaintiff,

          -against-

BREVET HOLDINGS, LLC et al.,

                    Defendants.

---

1:18-cv-08048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Court held a telephonic post-discovery conference on January 11, 2022.  Counsel for all parties were in attendance.  In accordance with matters discussed at the conference, IT IS HEREBY ORDERED:

- On or before January 14, 2022, Defendants shall produce to Plaintiff copies of the documents contained in the binder that one of Defendant's corporate representatives brought to her remote deposition as described in the parties' joint status letter at ECF No. 240.

- On or before January 14, 2022, Defendants shall produce a revised privilege log to Plaintiff in accordance with Plaintiff's request as described in the parties' joint status letter at ECF No. 240.

- On or before January 18, 2022, the parties shall file a joint letter with the Court not to exceed four pages.  That letter should discuss:

    o Plaintiff's request, and defendant's opposition to the request, for the disclosure of the materials from the "independent investigation" conducted by Greenberg Traurig prior to Plaintiff's termination, which was referred to at the deposition for Defendant's CEO; and

    o The parties' positions on how Plaintiff should be allowed to inspect Defendant's computers, how this issue relates to this case as opposed to the case ongoing in New York State Supreme Court, and how Defendant would be prejudiced by Plaintiff's request here.

Once the Court has ruled on these issues, the Court will set a schedule for the parties' proposed motions for summary judgment.  As agreed by the parties, any request to preclude

experts as outlined in letters dated December 10, 2021 and January 4, 2022 are to be briefed in

connection with the summary judgment motions.


**SO ORDERED.**

**Date:   January 11, 2022**                                    _Mary Kay Vyskocil_
            **New York, NY**                                       **MARY KAY VYSKOCIL**
                                                                **United States District Judge**