

**Louis M. Solomon**
Direct Phone:  +1 212 549 0400
Email:  lsolomon@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 14, 2022

**By ECF**

The Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:   Iacovacci v. Brevet Holdings, LLC**, *et al.*, Civ. No. 1:18-cv-8048-MKV

Dear Judge Vyskocil:

As Your Honor directed, Defendants have today produced the binder that was in the deposition room (although never opened or referred to) when Ms. da Silva Vint was deposed as well as a supplemented log of withheld documents.  In reviewing the transcript of the discussion with Your Honor earlier this week, which we just received, I want to clarify that my statement to the Court, that there were no markings in the binder (Tr. 11), meant that there were no witness markings on the documents.  Some of the discovery responses in the binder were highlighted in yellow, and those highlights have now been produced to counsel for Plaintiff.

Respectfully,

*/s/ Louis M. Solomon*

Louis M. Solomon