

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

**Louis M. Solomon**
Direct Phone: +1 212 549 0400
Email: lsolomon@reedsmith.com

January 19, 2022

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York 10007

   Re: *Iacovacci v. Brevet Holdings, LLC et al.*, Civil Action No. 1:18-cv-08048-MKV

Dear Judge Vyskocil:

Pursuant to this Court's Order dated January 11, 2022, granting in part Defendant's Motion to maintain under seal portions of the Consolidated Rule 56.1 Statement and Consolidated Rule 56.1 Counterstatement, Defendants have: (i) publicly re-filed the Consolidated Rule 56.1 Statement with redactions of Paragraphs P-37 and P-75; (ii) re-filed under seal the Consolidated Rule 56.1 Statement without redactions of Paragraph P-75; (iii) publicly re-filed the Consolidated Rule 56.1 Counterstatement with redactions of Paragraphs P-37, P-75 and Plaintiff's Response to D-16; and (iv) re-filed under seal the Consolidated Rule 56.1 Counterstatement without redactions of Paragraphs P-75 and Plaintiff's Response to D-16.

Thank you.

Respectfully submitted,

*/s/ Louis M. Solomon*

Louis M. Solomon