

**Driving progress
through partnership**
**Louis M. Solomon**
Direct Phone:  +1 212 549 0400
Email:  lsolomon@reedsmith.com

599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

January 25, 2022

**VIA ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Daniel Patrick Moynihan U.S. Court House
500 Pearl Street
New York, New York 10007

**Re:**     *Iacovacci v. Brevet Holdings, LLC, et al.,* Civ. No. 1:18-cv-08048-MKV

Dear Judge Vyskocil:

On January 18, 2022, pursuant to the Court's Individual Practices Rule 9 and the Confidentiality Order in this action (Dkt. 136), Defendants wrote to the Court requesting approval to file under *temporary* seal Exhibit 1 to the parties' joint letter, dated January 18, 2022, (the "Joint Letter").  Exhibit 1 contains excerpts cited by both parties from the deposition transcript of defendant Mr. Douglas Monticciolo.  The sealed version of Exhibit 1 was previously filed on the docket as ECF No. 267, while the public version was filed as ECF No. 268.

Having now had the opportunity to review with our clients the excerpts cited by Plaintiff, we believe that no redaction or sealing is necessary.  As such, Defendants respectfully submit an unsealed version of Exhibit 1 to the Joint Letter hereto as **Exhibit 1**.

Respectfully submitted,

Louis M. Solomon

cc:  Counsel of Record (by ECF)

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON