

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

March 8, 2022

**By ECF**

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: *Iacovacci v. Brevet Holdings, LLC*, No. 1:18-cv-8048-MKV

Dear Judge Vyskocil:

I write on behalf of Plaintiff, Paul Iacovacci, pursuant to this Court's Order dated February 23, 2022 (Dkt. 273), to advise the Court that for purposes of this action, Plaintiff will inspect Defendants' computers as agreed to by Defendants in their October 19, 2021 email. Plaintiff has contacted Defendants to confer on arrangements for the inspection.

    Respectfully,

    /s/ Mary Kate George

    Mary Kate George

cc: Counsel of record (by ECF)