UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL IACOVACCI,<br><br>                                          Plaintiff,<br><br>   v.<br><br>BREVET HOLDINGS, LLC, *a Delaware Limited Liability Company et al.*,<br><br>                                          Defendants. | Case No. 1:18-cv-08048-MKV |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the Declaration of Louis M. Solomon dated May 3, 2022, the exhibits submitted therewith, Defendants' Statement of Undisputed Facts Pursuant to Local Rule 56.1, exhibits submitted with the parties' Joint Exhibit List, the accompanying Memorandum of Law, and all prior pleadings and proceedings had herein, all defendants ("Brevet"), by their undersigned counsel, shall move this Court before the Honorable Mary Kay Vyskocil, United States District Judge, 500 Pearl Street, New York, New York 10007, on a date to be set by the Court, for an order pursuant to Fed. R. Civ. P. 56, granting summary judgment in favor of Brevet on all of Plaintiff's claims, and for such other relief as this Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to the briefing schedule agreed to by the parties and approved by the Court, Plaintiff's opposition papers are due on June 2, 2022, and Brevet's reply papers are due on June 29, 2022.

Dated: New York, New York
       May 3, 2022

                              REED SMITH LLP

                              By: /s/ *Louis M. Solomon*

                              Louis M. Solomon
                              599 Lexington Avenue
                              New York, New York 10022
                              (212) 549-0400
                              *Attorneys for Defendants*

To:      Jason Cyrulnik, Esq
           Cyrulnik Fattaruso LLP
           55 Broadway, Third Floor,
           New York, NY 10006

           David R. Ehrlich, Esq
           Stagg Wabnik Law Group
           401 Franklin Ave., Suite 300
           Garden City, NY 11530

           Scott A. Weiss, Esq
           50 Main Street, 10th Fl
           White Plains, NY 10606
           *Attorneys for Plaintiff*