UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL IACOVACCI,<br><br>                              Plaintiff,<br><br>     v.<br><br>BREVET HOLDINGS, LLC, *et al.*,<br><br>                              Defendants. | Case No. 1:18-cv-08048-MKV |

### Declaration of Louis M. Solomon

I, Louis M. Solomon, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Reed Smith LLP, co-counsel for Defendants/Counterclaim Plaintiffs Brevet Holdings, LLC, Brevet Capital Management, LLC, Brevet Short Duration Partners, LLC, Brevet Short Duration Holdings, LLC, Douglas Monticciolo, Mark Callahan, and Johnny Lan (collectively "Defendants").  I am familiar with the facts, pleadings, and proceedings referenced herein.  I make this Declaration based on my personal knowledge, including my due diligence review of documents and information in the hands of Defendants, and without intention, authorization, or effect of waiving or compromising any privilege or immunity held by our clients.

2. I submit this Declaration in connection with Defendants' Opposition to Plaintiff's Motion for Partial Summary Judgment (ECF No. 294).

3. A true and correct copy of Defendants' Rule 26 Initial Disclosures in this action, dated August 16, 2019 is annexed hereto as **Exhibit A**.

- 2 -

    4.    A true and correct copy of Defendants' Responses and Objections to Plaintiff's Third Set of Interrogatories in this action, dated January 15, 2020 is annexed hereto as **Exhibit B**.

Dated: New York, New York  
       June 2, 2022

_____  
Louis M. Solomon