**CYRULNIK FATTARUSO LLP**

55 BROADWAY, THIRD FLOOR, NEW YORK, NY 10006

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2022
```

June 29, 2022

By ECF

The Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Room 2230
New York, NY 10007

    Re: *Iacovacci v. Brevet Holdings, LLC, et al.*, No. 18-cv-8048-MKV

Dear Judge Vyskocil:

Pursuant to the Court's Individual Practices Rule 9 and paragraph 8(a) of the operative Confidentiality Order in this case (Dkt. 136), Plaintiff writes to request approval to file under temporary seal certain exhibits cited in his Response to Defendants' Rule 56.1 Statement of Additional Facts that Defendants have designated as "Confidential." Those materials are identified with an asterisk in the attached Exhibit A, Plaintiff's Supplemental Exhibit List. Plaintiff makes this request in the interest of affording Defendants the opportunity to file a motion for longer-term sealing, to which motion Plaintiff would respond in due course.

We thank the Court for its consideration of this request.

                                                 Respectfully,

                                                 /s/ Jason Cyrulnik

                                               Jason Cyrulnik

cc: Counsel of record (by ECF)

---

**Granted. SO ORDERED.**

Date: 6/30/2022
New York, New York

*/s/ Mary Kay Vyskocil*
Mary Kay Vyskocil
United States District Judge