# PLAINTIFF'S SUPPLEMENTAL EXHIBITS

# Exhibit 187

Message
_____

| | |
|---|---|
| **From**: | Mark Callahan [/O=TURCAP/OU=NYC/CN=RECIPIENTS/CN=MCALLAHAN] |
| **Sent**: | 7/19/2004 10:32:00 PM |
| **To**: | Doug Monticciolo [/O=TURCAP/OU=NYC/CN=RECIPIENTS/CN=DMonticciolo]; Paul Iacovacci [/O=TURCAP/OU=NYC/CN=RECIPIENTS/CN=Paul] |
| **Subject**: | RE: Follow-up to our call earlier |
| **Attachments**: | Brevet Capital Presentation.pdf |

Attached is the latest version of the brevet presentation in pdf format

-----Original Message-----
**From:** Doug Monticciolo
**Sent:** Monday, July 19, 2004 6:23 PM
**To:** Mark Callahan; Paul Iacovacci
**Subject:** FW: Follow-up to our call earlier


-----Original Message-----
**From:** ███████████████████████
**Sent:** Monday, July 19, 2004 6:17 PM
**To:** Doug Monticciolo
**Subject:** RE: Follow-up to our call earlier

Wednesday would be best--around noon.

-----Original Message-----
**From:** Doug Monticciolo ███████████████████
**Sent:** Monday, July 19, 2004 6:07 PM
**To:** ████████████████
**Subject:** Follow-up to our call earlier

In order to next Tuesday more efficient, can we discuss what we are doing via a conference call tomorrow or Wednesday?

If that's okay, we'll send over a presentation in advance.

Thanks - Doug

CONFIDENTIAL



*July, 2004*

*Proprietary and Highly Confidential*

CONFIDENTIAL



 Brevet Capital, LLC

*Proprietary and Highly Confidential*

DEL00063465



 Brevet Capital, LLC

3

*Proprietary and Highly Confidential*

CONFIDENTIAL



CONFIDENTIAL



 Brevet Capital, LLC

5

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063468



 Brevet Capital, LLC

6

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063469



 Brevet Capital, LLC

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063470



Brevet Capital, LLC

8

*Proprietary and Highly Confidential*



 Brevet Capital, LLC

9

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063472



 Brevet Capital, LLC

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063473



 Brevet Capital, LLC

11

*Proprietary and Highly Confidential*

DEL00063474





Brevet Capital, LLC

12

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063475



 Brevet Capital, LLC

13

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063476



 Brevet Capital, LLC

14

*Proprietary and Highly Confidential*

CONFIDENTIAL



Brevet Capital, LLC

15

*Proprietary and Highly Confidential*

CONFIDENTIAL

DEL00063478



*© 2004 Brevet Capital, LLC*                                          *Proprietary and Confidential*



CONFIDENTIAL



CONFIDENTIAL                                                                                    DEL00063481



*© 2004 Brevet Capital, LLC*                        *Proprietary and Confidential*

CONFIDENTIAL                                                          DEL00063482



CONFIDENTIAL

DEL00063483