# PLAINTIFF'S SUPPLEMENTAL EXHIBITS

# Exhibit 189

Page 1

1

2    UNITED STATES DISTRICT COURT

     SOUTHERN DISTRICT OF NEW YORK

3    -------------------------------------------X

     PAUL IACOVACCI,

4

                                    PLAINTIFF,

5

6         -against-          Case No:

                             1:18-cv-08048

7

8    BREVET HOLDINGS, LLC, et al.,

9                                   DEFENDANTS.

     -------------------------------------------X

10

11

12                    DATE:  October 4, 2021

13                    TIME:  2:04 p.m.

14

15

16

17            CONFIDENTIAL DEPOSITION of the

18   Defendant, BREVET HOLDINGS, LLC, by a

19   witness, KARINA DINERSHTEYN, taken by the

20   Plaintiff, pursuant to a Court Order and to

21   the Federal Rules of Civil Procedure, held

22   (via Zoom) on the above date and time,

23   before Scott Torrance, a Notary Public of

24   the State of New York.

25

Page 2

```
 1
 2   A P P E A R A N C E S: (via Zoom)
 3
 4   CYRULNIK FATTARUSO LLP
        Attorneys for the Plaintiff
 5      55 Broadway - 3rd Floor
        New York, New York 10006
 6      BY:  PAUL FATTARUSO, ESQ.
             JASON CYRULNIK, ESQ.
 7           ADINA LEVINE, ESQ.
             IAN DUMAIN, ESQ.
 8
 9
10   WEISS & WEISS, LLC
        Attorneys for the Plaintiff
11      2000 Post Road - # 106
        Fairfield, Connecticut 06824
12      BY:  SCOTT WEISS, ESQ.
13
14   REED SMITH LLP
        Attorneys for the Defendants
15      225 Fifth Avenue
        Pittsburgh, Pennsylvania 15222
16      BY:  COLIN UNDERWOOD, ESQ.
17
18
     ALSO PRESENT:
19      PHILLIP GLAUBERSON, videographer,
        Veritext Legal Solutions
20
21
                *       *       *
22
23
24
25
```

Page 3

1

2     F E D E R A L   S T I P U L A T I O N S

3

4

5       IT IS HEREBY STIPULATED AND AGREED by and

6     between the counsel for the respective

7     parties herein that the sealing, filing and

8     certification of the within deposition be

9     waived; that the original of the deposition

10    may be signed and sworn to by the witness

11    before anyone authorized to administer an

12    oath, with the same effect as if signed

13    before a Judge of the Court; that an

14    unsigned copy of the deposition may be used

15    with the same force and effect as if signed

16    by the witness, 30 days after service of

17    the original & 1 copy of same upon counsel

18    for the witness.

19

20      IT IS FURTHER STIPULATED AND AGREED that

21    all objections except as to form, are

22    reserved to the time of trial.

23

24                *     *     *     *

25

Page 4

1        K. DINERSHTEYN - CONFIDENTIAL

2            THE VIDEOGRAPHER:  Good

3    afternoon.  We are going on the

4    record at 2:04 p.m., October 4, 2021.

5    Please note that microphones are

6    sensitive and may pick up whispering

7    and private conversations.  Please

8    mute your microphone whenever

9    possible.  Audio and video recording

10   will continue to take place unless

11   all parties agree to go off the

12   record.

13           This is media unit one of the

14   video-recorded deposition of Karina

15   Dinershteyn in the matter of Paul

16   Iacovacci versus Brevet Holdings, LLC

17   et al, filed in the United States

18   District Court, Southern District of

19   New York, 118cv08048.  This

20   deposition is being held remotely.

21           My name is Phil Glauberson from

22   the firm Veritext and I'm the

23   videographer.  The court reporter is

24   Scott Torrance from Veritext.  I am

25   not authorized to administer an oath.

1           K. DINERSHTEYN - CONFIDENTIAL
2           I am not related to any party in this
3           action, nor am I financially
4           interested in the outcome.
5                Counsel will please now state
6           their appearances and affiliations
7           for the record.
8                If there are any objections to
9           proceeding or to the court reporter
10          administering the oath virtually,
11          please state them at the time of your
12          appearance, beginning with the
13          noticing attorney.
14               MR. FATTARUSO:  This is Paul
15          Fattaruso of Cyrulnik Fattaruso on
16          behalf of plaintiffs.  With me today
17          are Jason Cyrulnik, Ian Dumain and
18          Adina Levine, as well as co-counsel,
19          Scott Weiss of Weiss & Weiss.
20               MR. UNDERWOOD:  Colin Underwood
21          of Reed Smith, representing the
22          defendants in this action, and the
23          witness Karina Dinershteyn.  With me
24          in the room is my associate, Jillian
25          Fitzpatrick.

                                                          Page 6

1              K. DINERSHTEYN - CONFIDENTIAL

2                  THE VIDEOGRAPHER:  Will the

3           court reporter, please, swear in the

4           witness.

5    K A R I N A   D I N E R S H T E Y N, called

6    as a witness, having been first duly sworn

7    by a Notary Public of the State of New

8    York, was examined and testified as

9    follows:

10   EXAMINATION BY

11   MR. FATTARUSO:

12        Q.    Good afternoon.  Can you please

13   state your full name and address for the

14   record?

15        A.    Karina Dinershteyn. █████ ████

16   █████ ███████ ████████ ████ ████████

17   █████ █████ ███████

18        Q.    Good afternoon,

19   Ms. Dinershteyn.  My name is Paul

20   Fattaruso.  I'm an attorney at Cyrulnik

21   Fattaruso and I represent Paul Iacovacci,

22   the plaintiff, in this case.  I will be

23   asking you some questions today.  If you

24   can't hear me, don't understand a question

25   or need me to repeat a question, please let

Page 7

1            K. DINERSHTEYN - CONFIDENTIAL

2    me know, okay?

3          A.    Yup.

4          Q.    After I ask a question, your

5    attorney may state an objection for the

6    record, usually saying something like

7    objection to form.  You should go ahead and

8    answer the question after the objection,

9    unless you are specifically instructed not

10   to answer.  Do you understand?

11         A.    Yes.

12         Q.    The court reporter on the line

13   types everything we are saying to make a

14   transcript.  It's important that you give

15   spoken responses instead of nodding your

16   head and that you let me finish my question

17   before you respond so that we don't talk

18   over each other.  Agreed?

19         A.    Yes.

20         Q.    If you'd like to take a break,

21   please say so, but if there's a question

22   pending, you'll need to answer that

23   question before we break, okay?

24         A.    Yup.

25         Q.    Are you set up to view exhibits

Page 8

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2  on Exhibit Share?
 3       A.    Yes.
 4       Q.    Okay.  Have you ever been
 5  deposed before?
 6       A.    No, I haven't.
 7       Q.    Have you ever been a party to a
 8  lawsuit before?
 9       A.    No.
10       Q.    Are you of any -- aware of any
11  reason why you would be unable to provide
12  competent testimony today?
13       A.    No.
14       Q.    Are you represented by counsel
15  today?
16       A.    Yes.
17       Q.    Where are you located?
18       A.    In the offices of Reed.
19             MR. UNDERWOOD:  Reed Smith.
20       A.    Reed Smith.
21       Q.    Okay.  That's the offices of
22  your counsel?
23       A.    Yes.
24       Q.    And who -- who specifically is
25  representing you?  Is it Mr. Underwood and
```

```
                                          Page 9

 1          K. DINERSHTEYN - CONFIDENTIAL

 2   his associate?

 3        A.     Yes, Mr. Underwood.

 4        Q.     Anyone else?

 5        A.     No, uh, no.

 6               MR. UNDERWOOD:   I mean, the

 7        firm's representing her.

 8        A.     Yeah.

 9        Q.     Okay.  The law firm Reed Smith?

10        A.     Yes.

11        Q.     Okay.  Is there anyone in the

12   room with you?

13        A.     Uh, yes.  Mr. Underwood and

14   Jill --

15               MR. UNDERWOOD:   Fitzpatrick.

16        A.     -- Fitzpatrick.

17        Q.     If anyone else joins the room,

18   can you please let us know?

19        A.     Okay.

20        Q.     Do you have any documents

21   related to this case in the room with you?

22        A.     I don't.  I don't, no.

23        Q.     Okay.  Aside from the computer

24   in front of you, are there any electronic

25   devices in the room?
```

```
                                        Page 10
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        A.      Yeah.   There are several
 3   computers, phones, yes.
 4        Q.      Okay.  Are those -- can -- can
 5   you -- can you agree to refrain from
 6   checking or using those phones or computers
 7   to communicate with anyone while we're on
 8   the record?
 9        A.      Yes.
10        Q.      Okay.  What did you do to
11   prepare for your deposition?
12        A.      I had a conversation with
13   Mr. Underwood and I tried to refresh my
14   memory and I did, uh, do online search for
15   the Paul Iacovacci case.
16        Q.      So, was it one conversation
17   with Mr. Underwood?
18        A.      Two.
19        Q.      Two conversations.
20                When were those?
21        A.      Yesterday and sometime last
22   week.
23        Q.      Okay.  And how long were those
24   conversations?
25        A.      About hour and a half,
```

Page 11

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   probably.
 3          Q.    Two -- two conversations, both
 4   approximately 90 minutes?
 5          A.    Plus, minus half an hour, yes.
 6          Q.    Okay.  Was -- did anybody else
 7   participate in those conversations?
 8          A.    Uh, yes, but they were kind
 9   of -- they did not participate.  They were
10   on the -- on the line.  Uh, I think Jill
11   was there, most of the time, and I think
12   one time somebody from Brevet was there.  I
13   didn't pay too much attention to the list
14   of participants.
15          Q.    Okay.  Do you know who it was
16   from Brevet who was on the line?
17          A.    Um, I don't remember the name
18   of the person.
19          Q.    Do you remember --
20          A.    It was a compliance, legal.
21          Q.    Was it Mei-Li da Silva Vint?
22          A.    No, no.
23          Q.    Someone else from compliance at
24   Brevet?
25          A.    Yeah, and I don't know that
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    person.
 3          Q.     Okay.
 4              MR. UNDERWOOD:
 5          Ms. Dinershteyn, I'm just going to
 6          ask you to pause to make sure that
 7          counsel's finished asking the
 8          question before you --
 9              THE WITNESS:  Okay.
10              MR. UNDERWOOD:  -- give an
11          answer so that the court reporter has
12          a chance to take down both the
13          question and your answer.  So --
14              THE WITNESS:  Okay.
15              MR. UNDERWOOD:  -- slow down
16          just a bit.
17          Q.     Okay.  And were those -- those
18    conversations were both by phone or some
19    other medium?
20          A.     They were by Zoom.
21          Q.     Okay.  Did the -- did the
22    Brevet compliance person appear by video or
23    only by audio?
24          A.     I did not pay attention to --
25    that person did never spoke or anything.
```

```
                                        Page 13
 1           K. DINERSHTEYN - CONFIDENTIAL
 2      Q.     Okay.   Now, you said you also
 3  refreshed your recollection on certain
 4  issues?
 5      A.     I just did the online search
 6  for the case and read a couple -- whatever
 7  publicly available online --
 8      Q.     Okay.
 9      A.     -- on the case.
10      Q.     What did you -- what did you
11  come across in those searches?
12      A.     It was, uh, kind of court
13  document stating all the, uh, related
14  developments.  I -- that was a couple weeks
15  ago and again, I didn't, like, fully read
16  the document.  I skimmed through it.
17      Q.     It was a court filing?
18      A.     Yes.
19      Q.     One court filing or more than
20  one?
21      A.     It was one long court filing.
22      Q.     Okay.  Do you recall whether it
23  was for this case or for a related case?
24      A.     Uh, what does -- I cannot
25  answer that question.
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        Q.    Do you -- do you recall --
 3   what -- what do you recall from the
 4   document?
 5        A.    It was a very long document
 6   describing, um, the, uh, technology related
 7   case, I believe.
 8        Q.    Okay.  Computer technology
 9   related?
10        A.    Yes.
11        Q.    What did you learn from the
12   document?
13        A.    I don't actually think I
14   learned anything new that -- again, I
15   briefly skimmed the document.  Uh,
16   basically I learned that case is still
17   ongoing and, uh, Paul is still pursuing his
18   case.  That was -- that was kind of my main
19   purpose for reading through it.
20        Q.    And what do you understand to
21   be the case that Mr. Iacovacci is pursuing?
22        A.    He's claiming that Brevet
23   wrongfully accessed the computer that was
24   located in this home.  And Brevet's point,
25   that the computer is Brevet work computer
```

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2    that was given to Paul to do his job.
 3         Q.    Anything else?
 4         A.    On?
 5         Q.    Any -- anything else that
 6    you're aware of, in terms of the nature of
 7    the case and the party's position.
 8         A.    Included a separate wrongful
 9    termination case.  I haven't seen any
10    documents on that.  I don't think ever.
11         Q.    Okay.  Is that the full extent
12    of your understanding of the case between
13    Mr. Iacovacci and Brevet?
14         A.    Um, yes.
15         Q.    Okay.  Did you review any other
16    documents in preparation for today's
17    deposition?
18         A.    No.
19         Q.    Did you review any documents in
20    the course of your Zoom meetings --
21         A.    No.
22         Q.    -- with Reed Smith?
23         A.    No.
24         Q.    Did you discuss today's
25    deposition with anyone other than your
```

```
                                        Page 16
  1          K. DINERSHTEYN - CONFIDENTIAL
  2   lawyer?
  3          A.     No.
  4          Q.     When you -- when you Google
  5   searched for the case, did you find
  6   anything besides the -- the court document
  7   you just described?
  8          A.     That are many leads to
  9   different articles about the case.  I
 10   didn't have time to go through any of that.
 11          Q.     Okay.  Can you tell me your
 12   educational history, starting with college?
 13          A.     So, I got a bachelor degree in
 14   bureau mathematics from Hunter College
 15   CUNY.  Uh, at the same time I was getting
 16   the master's in applied math statistics,
 17   and then while working at Brevet I got MBA
 18   from NYU Stern.
 19          Q.     Okay.  And what is your
 20   employment history prior to joining Brevet?
 21          A.     Um, starting very, very, very
 22   far, I was a studio assistant in a ceramic
 23   studio in Hunter College.  Then I was a
 24   math tutor at Hunter College.
 25                 Then I got a job at Bear
```

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2   Stearns, uh, worked there for some time,
 3   and then when the financial crisis happened
 4   when, uh, Bear Stearns started to collapse,
 5   I went for practice interviews and -- and
 6   got an interview with Brevet and we liked
 7   each other.  So, then I spent about
 8   ten-plus years working for Brevet.
 9               And, uh, for the last a couple
10   of years I was actually focused on kind of
11   my family, so I'm a proud mom of
12   11-months-old boy.  And throughout this
13   time I'm periodically teaching a class
14   for -- a couple classes at Hunter College,
15   just kind of as a hobby.
16       Q.    What classes do you teach at
17   Hunter?
18       A.    Uh, last -- last couple of
19   classes were the area of sampling, how to
20   collect data.
21       Q.    Data -- data sampling classes?
22       A.    Yeah, yup.
23       Q.    Okay.  So, these last couple of
24   years that you've been focused on your
25   family and teaching, are you separated from
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    Brevet?
 3          A.    Yes.
 4          Q.    Okay.  What were the terms of
 5    your separation?
 6          A.    Terms of my separation?
 7                MR. UNDERWOOD:  I'm going to
 8           object to the form of the question.
 9          A.    Can you rephrase?  Like, what
10    specifically do you want to know?
11          Q.    How -- did you give Brevet
12    notice that you intended to leave?
13          A.    Um, no, I didn't.
14          Q.    Okay.  How -- how -- what
15    was -- what was the first --
16          A.    So --
17                MR. UNDERWOOD:  Wait till he
18           finishes the question.
19          A.    Finish the question.
20          Q.    How -- how did you come to
21    leave Brevet?
22          A.    Uh, so, Brevet was becoming
23    very institutionalized company and, uh,
24    they needed a CFO with institutional
25    background and experience.  So, Brevet was
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    looking for somebody who had a lot of
 3    institutional experience.  And I spent most
 4    of my career at Brevet, I was not that
 5    person.
 6          Q.    So, did somebody approach you
 7    to inform you that Brevet was intending to
 8    replace you as CFO with someone else?
 9          A.    Yes.
10          Q.    Who?
11          A.    I believe it was actually
12    Mei-Li.
13          Q.    Okay.  And how long after that
14    conversation did you leave Brevet?
15          A.    That -- that probably was that
16    same day, but it was not unexpected.
17          Q.    Why was it not unexpected?
18          A.    Uh, I was transitioning my
19    duties to the person who was replacing me.
20          Q.    Okay.  When did that begin?
21          A.    I do not recall exact timeline.
22          Q.    Relative to -- relative to when
23    you left.
24          A.    Like half a year to a year.  It
25    was a smooth transition.
```

```
                                            Page 20
 1           K. DINERSHTEYN - CONFIDENTIAL
 2       Q.    Okay.  And was -- who was the
 3   person who transitioned into the CFO role?
 4       A.    Um, give me a second.  His
 5   name -- he recently left Brevet.  Sorry,
 6   I'm really horrible with names.  Um --
 7       Q.    We can move on and if it comes
 8   back to you --
 9       A.    Yes.
10       Q.    -- let me --
11       A.    Yes.  You can easily find out
12   his name.
13       Q.    That's -- that's fine.  If
14   it -- if it -- if it pops into your head,
15   let me know --
16       A.    Yes.
17       Q.    -- otherwise we'll --
18       A.    You -- you -- you know that you
19   can find that person easily.
20       Q.    That's fine.
21             And so, when you did -- did you
22   begin transitioning the CFO
23   responsibilities to this individual at the
24   time that individual joined Brevet?
25       A.    Uh, he was there as a
```

Page 21

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   consultant.  Yes.
 3          Q.    Okay.  And you knew during that
 4   time period that you were training him to
 5   take over and that you would be
 6   transitioning out of the firm?
 7          A.    More or less.
 8          Q.    Okay.  But you didn't get the
 9   official information that you would be
10   leaving until the day you left; is that
11   right?
12          A.    Yes.
13          Q.    Okay.  And did Ms. da Silva
14   Vint approach you and say today is your
15   last day?
16          A.    I don't remember the exact
17   conversation, but, yes.
18          Q.    And did you receive any
19   severance package from Brevet?
20          A.    Yes.
21          Q.    What were the terms of your
22   severance package?
23          A.    ███ █████ ██████ ████ █████
24   █████ █████ ████ █████ ████ █████ ██████
25   ████ ████ ██ ███ █████ ████ ██████ █████
```

```
                                              Page 22
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   ████████  ███  ███  █████  ████████  ███  ████
 3   ██████
 4        Q.    Okay.  Was that the -- was that
 5   the main term, as best you recall?
 6        A.    I think so.
 7        Q.    Okay.  So, you mentioned you
 8   had a -- an interview with Brevet when you
 9   were leaving Bear Stearns.
10             Did you have any prior
11   relationship with any of the Brevet
12   partners before --
13        A.    No.  No.  I actually went to a
14   practice interview.  I was not even
15   planning to leave Bear Stearns at that
16   point.
17        Q.    What is Brevet's business?
18        A.    ███████  ██████  ██  ██████  ████████
19   ██████████  ██████  ██████  █████  ██████
20   ████████████  ██████  ██  █  ████████████  ████
21   ██████  █████  ██████████  ████████  ██████
22   ████████  ██████  █████  ████████  ████
23   ██████████████  ████████  █████  ████████  ██████████
24   ████████████  ██  ████████  █████  ████  ████████
25   ██████████  ████████████  ████████
```

Page 23

1          K. DINERSHTEYN - CONFIDENTIAL

2      Q.

3

4

5

6

7      A.

8

9

10

11

12          MR. UNDERWOOD:  Object to the

13      form of the question.

14      A.     Um, you can read all of that.

15  I'm sure you know the answer to the

16  question.

17

18

19

20

21

22

23

24

25

Page 24

1          K. DINERSHTEYN - CONFIDENTIAL

2          Q.     Okay.  How many -- how many do

3     you recall?

4          A.     Again, at what point in time?

5          Q.     ███████  ██████ ██ ██ ██

███  ███  ████  █████ ██ ███  █████████  ███

███  █████ ██ ██  ████ ████ ██ ██ █████ ████ ████

███  ██████████  ███  ████ █████ ███  ████

███  ██████████ ██ ███ █ ████ ███ █████ ███ ████ ████

████  ██ ███ ██ ███  █████  ██ ████ ██████

11         Q.     That's fair.  I only need you

12    to answer these questions to the best of

13    your recollection today.

14                And I'll ask, just in the time

15    period shortly before you left, let's say

16    ██ ████ ██ ██ █████ ███ ██ ██ ████████

███  ████████ ████ ██ ███ ████ ████

18         A.     ██████ █ ██████ ████ ████ ███

███  █████ ████ █████████ ███████

███  █████ ███████ ████ ██ ███ █████████

███  █████ ██ ████ ██████ ██ ████

22         Q.     █████ ██ ████ █████████

███  ███████ ██ █████ ████ █████ ███ ████

███  ███ ███████ ██████

25         A.     It depends how you define a

Page 25

1              K. DINERSHTEYN - CONFIDENTIAL
2    vehicle.
3         Q.    Okay.  How do you define a
4    vehicle?
5         A.    If it has a separate legal
6    document, separate government structure,
7    separate group of investors.
8         Q.    So, what vehicles do you recall
9    from approximately the 2016 time period?
10        A.    Do you actually need me to
11   list?  I can list a couple, yeah.
12              Brevet short duration -- I'm
13   not going to be able to give you
14   exact-exact names.
15        Q.    Uh-huh, that's fine.
16        A.    So, there was a Brevet short
17   duration domestic fund, Brevet short
18   duration, uh, offshore fund, intermediate
19   duration onshore funds, and intermediate
20   duration offshore funds, um, special
21   opportunity funds, technically that are
22   still open, and, uh, the immigration fund,
23   uh, was there.  And there were several
24   separate accounts that I cannot -- I'm not
25   even sure if I -- if they have -- if I can

```
                                          Page 26
 1            K. DINERSHTEYN - CONFIDENTIAL
 2    state their names due to privacy of
 3    investors.
 4              THE REPORTER:  I'm sorry,
 5        privacy?
 6              THE WITNESS:  Of investor
 7        names.
 8        Q.    Were those individual investor
 9    accounts?
10        A.    They were, uh -- no.  They were
11    probably insti -- organizational,
12    institutional.
13        Q.    Okay.
14        A.    Not -- not -- not individual,
15    like, personal money, no.
16        Q.    Understood.  But a sing --
17    single organization or institution would
18    hold an account?
19        A.    Again, I don't remember exact
20    legal structure.
21        Q.    Okay.  What was your title at
22    Brevet when you joined?
23        A.    I believe I joined as a
24    controller.
25        Q.    Okay.  What were your
```

```
                                           Page 27
```

 1          K. DINERSHTEYN - CONFIDENTIAL
 2    responsibilities in that role?
 3          A.    So, uh, running the, uh, the --
 4    Brevet always had, um, administrators, so,
 5    kind of, uh, during this, uh, relationship,
 6    uh, between the funds and the
 7    administrator, uh, running the internal,
 8    uh, accounting books for the funds, uh, as
 9    well as some operational responsibilities
10    for the, uh, company itself, for Brevet
11    Capital Management and for Brevet Holdings.
12          Q.    Okay.  Who is the -- who is the
13    administrator?
14          A.    S& -- SS&C.
15          Q.    Okay.  And what was -- what was
16    involved in managing that relationship?
17          A.    Uh, getting -- so,
18    administrator is the official record
19    keepers of the investors' books and
20    records, so -- but a lot of, uh,
21    information about the positions in the
22    private lending, uh, comes to the
23    investment manager, and then that
24    information gets, uh, sent to administrator
25    and, uh -- so, making sure that the

```
                                         Page 28
```

1            K. DINERSHTEYN - CONFIDENTIAL

2    administrator's, uh, records of the, uh,

3    loan balances match Brevet's internal

4    records, making sure that investors'

5    balances as administrator match Brevet's

6    internal, uh, equivalent of those records,

7    and, uh, getting all the, uh, supportive

8    documentation to the administrator, if --

9    if it's needed.

10        Q.    Okay.  Did that -- did that

11   involve maintaining and organizing

12   communications with the administrator?

13        A.    Yes.  Yes.

14        Q.    Okay.  And would you -- would

15   you save communications with the

16   administrator in a particular file?

17        A.    Uh, communications went through

18   the e-mail --

19        Q.    Uh-huh.

20        A.    -- so, whatever was my, uh,

21   organization of my mailbox at that point,

22   yes.

23        Q.    Okay.  How did your title at

24   Brevet change over time?

25        A.    Uh, so, I started as a

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    controller.  And, again, I may skip
 3    something.  I'm really, uh, not a person
 4    who cares about the titles.  At some point
 5    I became an acting CFO, and then I became
 6    CFO.  And for the last period of, uh, my
 7    employment at Brevet, I was a strategy
 8    officer.
 9         Q.    And recognizing that this will
10    simply be to the best of your recollection,
11    approximately, what were the dates for each
12    of those positions?
13         A.    Honestly, it's -- I'm not going
14    to be able to even --
15         Q.    I mean, do you know how many
16    years you served in your -- starting with
17    2008, when you joined, do you know how many
18    years, approximately, you were in the role
19    of controller?
20         A.    About two, three.  But, again,
21    it's, uh -- I -- I -- I'm not going to be
22    able to swear to dates exactly.  I -- I
23    would have to go through my internal
24    records.
25         Q.    Understood.  I won't -- I
```

```
 1              K. DINERSHTEYN - CONFIDENTIAL
 2   won't -- I'm -- I'm only asking for your
 3   best recollection, so, I understand that it
 4   may be imperfect at times.
 5              What -- approximately, do you
 6   recall how long you served in the role of
 7   acting CFO?
 8        A.    Five-ish, seven-ish.  Like,
 9   again, I really didn't care about the
10   transition of the title, so I -- that's not
11   a date that I will easily remember.
12        Q.    That's fair.
13              And your best estimate for the
14   period of time when you were --
15        A.    About --
16        Q.    -- CFO?
17        A.    -- a year.  One year.
18        Q.    The last year was your year as
19   CFO?
20        A.    No, as a strategy officer.
21        Q.    Okay, one year as strategy
22   officer.
23              And in terms of transition from
24   acting CFO to CFO, do you recall how many
25   years was as acting CFO and how many years
```

                                              Page 31

 1              K. DINERSHTEYN - CONFIDENTIAL
 2    was as CFO?
 3         A.    Again, no -- no, I don't
 4    remember that, uh, transition.  Like, it --
 5    not -- it didn't -- my job functions didn't
 6    really, really change, so, the title
 7    assignment I didn't care for.
 8         Q.    Okay.  And did your job
 9    functions change from the transition to
10    controller to acting CFO?
11         A.    They changed because, uh, when
12    I joined as a controller, there was a CFO
13    at the company.
14         Q.    Okay.  And who was the
15    CFO at --
16         A.    I'd have --
17         Q.    Who was the CFO, at that time?
18         A.    Abe Mastbaum.
19              THE REPORTER:  Spelling,
20        please.
21              THE WITNESS:  Abe, A-B-E,
22        Mastbaum, M-A-S-T-B-A-U-M.
23         Q.    Okay.  And did -- did
24    Mr. Mastbaum leave Brevet at the time that
25    you stepped in as acting CFO?

Page 32

1              K. DINERSHTEYN - CONFIDENTIAL
2         A.     Uh, he stayed on a consult --
3    as a consultant for some time, but as an
4    employee he did leave Brevet.
5         Q.     Did he train you to step into
6    the role as CFO?
7         A.     Yes.
8         Q.     And what period of time was
9    that training?
10        A.     It was kind of from when I
11   started -- like, he -- the training wasn't
12   explicitly this is what you do as a CFO.
13   It was an overall, uh, how to, uh, run
14   hedge fund accounts and books.  Uh, how to
15   deal with specific details of, uh, fund
16   structures for the, uh, loan tractions.
17   So, it wasn't specific training-training,
18   here is what you do to become a CFO.
19        Q.     Okay.  How did your -- how did
20   your transition to CFO coincide with the
21   timing of your MBA period?
22        A.     I -- again, you're testing my
23   memory on the -- you -- you're asking the
24   same question when did I transition from
25   acting CFO to CFO.  I cannot testify

```
                                        Page 33
 1           K. DINERSHTEYN - CONFIDENTIAL
 2    exactly when that happened.
 3             I, uh, finished the MBA degree
 4    in 2014, but, again, I cannot tell you if I
 5    became officially CFO a year before that or
 6    a year after that.  I really cannot.
 7        Q.    Okay.  Do you think it was
 8    somewhere in that range of a year before or
 9    a year after?
10        A.    Probably.
11        Q.    Okay.  So, how -- how did
12    your responsibilities change in the
13    transition from CFO -- from controller to
14    acting CFO?
15        A.    Um, I started to participate
16    in, um, most of the higher level company
17    meetings, planning meetings, um, kind of
18    more of a forecasting, uh,
19    responsibilities, became -- fell on my
20    plate.  Um, investor communications.
21             So, controller, you're dealing
22    primarily with expenses, accountants, like
23    straight-forward accountant.  Uh, CFO,
24    you're dealing with more strategic, uh,
25    company, uh, tasks.
```

```
                                        Page 34
 1           K. DINERSHTEYN - CONFIDENTIAL
 2        Q.     Okay.  So, is it -- is it fair
 3    to say that your -- your responsibilities
 4    expanded from sort of managing the books
 5    and records of the company to also managing
 6    business-related projections, accuracy of
 7    communications with investors and related
 8    strategic types of activities?
 9              MR. UNDERWOOD:  Object to the
10         form of the question.
11        A.     Some of that was my
12    responsibility, but it wasn't just my
13    responsibility.  There were many other
14    people who, uh, participated in those
15    tasks.
16        Q.     Understood.
17              Who else -- who else
18    participated in those tasks?
19        A.     Compliance, investor relations,
20    senior management of the company.  It's not
21    a single-person job.
22        Q.     And -- and those groups would
23    coordinate with you on those issues?
24              MR. UNDERWOOD:  Object to the
25         form of the question.
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2        A.     In many situations, yes.  I
 3   cannot tell you that they communicated in
 4   all the situations.
 5        Q.     Are there -- are there
 6   situations in which you believe that
 7   those groups did not communicate with you
 8   on issues that should have involved the
 9   CFO?
10             MR. UNDERWOOD:  Object to the
11        form of the question.
12        A.     I'm not aware of specifics.  I
13   just cannot tell you that yes, I was part
14   of every single communication.  I cannot
15   tell you that.  I cannot possibly know
16   that.
17        Q.     Okay.  So, in your role as CFO,
18   were you responsible for ensuring the
19   accuracy of Brevet's financial records?
20        A.     Yes.
21        Q.     Were you responsible for --
22        A.     Uh, actually -- so, Brevet --
23   you have to define -- Brevet Capital, I was
24   responsible for, uh, audited financials for
25   the funds.
```

```
                                        Page 36
 1           K. DINERSHTEYN - CONFIDENTIAL
 2        Q.    Okay.  What -- is -- is that
 3   the entirety of the scope of your
 4   responsibility for the accuracy of Brevet's
 5   financial records, the audited financials
 6   of the funds?
 7        A.    That's kind of the, uh, main
 8   responsibility to investors, the accuracy
 9   of Brevet's internal books.  I was also
10   responsible both for it, but its -- its
11   internal books.  Yes, I was responsible for
12   the accuracy of the internal books of
13   Brevet.
14        Q.    Okay.  Is there something that
15   you're excluding from your definition of
16   Brevet in terms of what you were
17   responsible for?
18        A.    No, just -- the tasks are
19   slightly different when you go through
20   audited financials as opposed to internal
21   financials.
22        Q.    Okay.  And what were -- what
23   was involved in the internal financials for
24   Brevet as distinct from the audited
25   financials for the funds?
```

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2                MR. UNDERWOOD:   Object to the
 3         form of the question.
 4        A.    Um, it's a different system
 5   and -- like, what exactly do you want to
 6   know?
 7        Q.    When you say "a different
 8   system," what do you mean by that?
 9        A.    So, internal financials are
10   done in QuickBooks.  The audited financials
11   are prepared with the records, uh, that's,
12   uh, based on administrator's records.
13        Q.    Okay.  Are they -- are they
14   prepared using different accounting
15   standards?
16        A.    Uh, internal companies were on
17   the cash basis, and, uh, the, uh, funds are
18   all on accrual basis.
19                THE REPORTER:   All on a what
20         basis?
21                THE WITNESS:   Accrual.
22                THE REPORTER:   Thank you.
23        Q.    And how do those -- how do
24   those standards differ?
25                MR. UNDERWOOD:   Object to the
```

```
                                          Page 38
 1           K. DINERSHTEYN - CONFIDENTIAL
 2          form of the question.
 3      A.    One of the differences is
 4  timing of when you record the cash activity
 5  and when do you record the income, but
 6  there are many differences.
 7      Q.    Okay.  What -- what others come
 8  to mind?
 9           MR. UNDERWOOD:  Object to the
10        form of the question.
11      A.    The accounting standards, it's
12  a huge, big extensive topic.  I -- there
13  are specific rules exactly how do you book
14  loan transactions, how do you book invoices
15  and so on.  So, there are many differences
16  that you can go through.
17      Q.    And do those specific rules
18  differ under an accrual-based accounting
19  standard as opposed to a cash-based
20  accounting standard?
21           MR. UNDERWOOD:  Object to the
22        form of the question.
23      A.    They often do.  They -- they
24  don't necessarily differ, but they often
25  do.
```

```
                                        Page 39
 1              K. DINERSHTEYN - CONFIDENTIAL
 2         Q.     Okay.  And in terms of the
 3    difference between the accounting for
 4    Brevet's internal books and records as
 5    opposed to the audited financial statements
 6    of the funds, what entities are encompassed
 7    within the accounting for Brevet's internal
 8    books and records that are not encompassed
 9    within the audited financials for the
10    funds?
11         A.     The answer to it which are
12    not --
13              THE REPORTER:  I'm sorry?
14         A.     No, it's just, the question
15    sounds strangely.  You're kind of already
16    incorporating the answer.
17              The, uh, company's -- the funds
18    get audited financials because they're SEC
19    regulated entities, the -- Brevet Holdings,
20    Brevet Capital Management, uh, Brevet --
21    all GP entities, but I'm not going to go
22    through the full list.  Like, at -- at
23    different points in time there were
24    different, uh, Brevet entities in
25    existence.
```

Page 40

1          K. DINERSHTEYN - CONFIDENTIAL

2               So, SEC regulated fund vehicles

3     get audited financials, the rest of the

4     companies don't.

5          Q.    Okay.  And were you also

6     responsible for ensuring the accuracy of

7     the financial information Brevet provided

8     to investors and potential investors?

9          A.    To --

10              MR. UNDERWOOD:  Object to

11          the -- excuse me.  Just allow me.

12              Object to the form of the

13          question.

14              You may answer now.

15          A.    To some extent.  Uh, but,

16    again, I cannot guarantee that I'd seen

17    every single communication everywhere.

18         Q.    Okay.  When you say --

19         A.    It's not -- it's not really --

20    it wasn't my responsibility to go through

21    every single, uh, document or e-mail that

22    goes out to investors.

23         Q.    Okay.  Were particular

24    documents that were prepared to go out to

25    investors submitted for your review for

```
                                       Page 41
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   accuracy?
 3          A.    Uh, so, Brevet usually --
 4   Brevet sends, uh, kind of a one-pager to
 5   investors, and the information on that
 6   one-pager went through, uh, me or through
 7   my, uh -- through finance department.
 8               Um, investor presentations,
 9   the, uh, numerical part of investor
10   presentations, uh, I both usually prepare
11   in the numbers, so, somebody from finance
12   department was preparing the numbers.
13          Q.    Okay.  And when you -- when you
14   talk about investor presentations, are
15   those more Power Point type presentations,
16   PitchBook presentations?
17          A.    Yes, PitchBook, it can be
18   printed, and the Power Point.
19          Q.    Okay.  Okay.
20          A.    But they're not distributed
21   unless it's, uh, all confidential and, uh,
22   all kind of NDAs assigned.
23          Q.    When you say that,
24   "distributed," you mean -- do you mean they
25   aren't -- they are provided to the
```

```
                                                 Page 42
 1            K.  DINERSHTEYN - CONFIDENTIAL
 2    investors  or  do  you  mean  that  the  investors
 3    are --
 4         A.     They  are  provided  to  investors
 5    only  after,  uh,  confid -- confidentiality
 6    is,  uh,  kind  of  established.
 7         Q.     Okay.  So,  there  would  be  a
 8    confidentiality  agreement  that  was  struck
 9    for  purposes  of  disclosing  Brevet's  fund
10    performance  to  the  investors  or -- is  that
11    right?
12         A.     Yes.
13              MR.  UNDERWOOD:  Object  to  the
14         form  of  the  question.
15         A.     It's  not  just  fund  performance.
16    No.  It's  fund  performance,  plus  Brevet
17    strategy,  investment  strategy.
18         Q.     Okay.  So,  discussion  of
19    Brevet's  investment  strategy  would  require
20    the  execution  of  a  nondisclosure  agreement
21    by  the  investor?
22         A.     As  far  as,  like,  in -- unless
23    it's  a  very  quick  chat  without  details,
24    yes.
25         Q.     Were  you  involved  in  the
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    execution of those nondisclosure
 3    agreements?
 4        A.    No.
 5        Q.    Would you review those
 6    nondisclosure agreements?
 7        A.    No.
 8        Q.    Would you -- did you ever read
 9    those nondisclosure agreements?
10        A.    Yes.
11        Q.    In what context?
12             MR. UNDERWOOD:  Object to the
13        form of the question.
14        A.    I've seen the template for the
15    nondisclosure agreement and actually, uh,
16    in some situations when, uh, let's say, I
17    uh, was engaging a service provider, I had
18    to make sure that the nondisclosure
19    agreement is executed with that service
20    provider, so, then I would read the NDA.
21             THE REPORTER:  I'm sorry, I
22        would?
23             THE WITNESS:  I would actually
24        go through the NDA.
25        Q.    What service providers are you
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   thinking of?
 3        A.    Um, like variation agent for a
 4   specific transaction or --
 5        Q.    Okay.
 6        A.    Don't remember many.
 7        Q.    Do you -- do you recall what
 8   the term of the NDA was, how long the NDA
 9   would be enforced?
10        A.    No.
11        Q.    Who are Brevet's competitors?
12             MR. UNDERWOOD:  Object to the
13         form of the question.
14        A.    Can you -- can you give me more
15   details?  What are you looking for?
16        Q.    Do you have an awareness of who
17   Brevet's competitors were while you were
18   there?
19             MR. UNDERWOOD:  Object to the
20         form of the question.
21        A.    Usually there was a group of
22   other lending, uh, investment managers
23   active during that specific point in time.
24   I'm not going to be able to give you exact
25   names right now, but anybody who is making
```

```
                                        Page 45
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   loans to companies in the same, um, kind of
 3   range with the same type of collateral, uh,
 4   as Brevet was looking for.
 5          Q.    You don't recall the names of
 6   any of those entities sitting here?
 7          A.    No, I'm not.  Again, I haven't
 8   looked at that material for a while.
 9          Q.    Okay.  Are you familiar with
10   Brevet's website?
11          A.    I haven't seen it in, I don't
12   know, ten years.
13          Q.    Okay.
14          A.    But I know that it exists.
15          Q.    Did you -- did you look at
16   Brevet's website back when you worked
17   there --
18          A.    Yes.
19          Q.    -- from time to time?
20          A.    Yes.
21          Q.    Were there any particular
22   reasons why you would go to the website?
23               MR. UNDERWOOD:  Object to the
24       form of the question.
25          A.    Um, just general curiosity of
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    about knowing how, uh, the firm appears to
 3    the outside, uh, reviewers.  Uh, they had
 4    discussions about the images.  I probably
 5    even participated in picking a couple of
 6    the pictures for the website.
 7         Q.    Okay.
 8              MR. FATTARUSO:  Can we go off
 9         the record for a minute?
10              MR. UNDERWOOD:  You want to
11         take a break?
12              MR. FATTARUSO:  Not exactly.
13              THE VIDEOGRAPHER:  This -- are
14         we going -- are we going off the
15         record?
16              MR. UNDERWOOD:  We've been
17         going for about an hour.  Can we take
18         like a five-minute break?
19              MR. FATTARUSO:  That's fine.
20         If you'd like to take a break, that's
21         probably --
22              THE WITNESS:  Yeah.
23              MR. FATTARUSO:  -- that's
24         probably fine.
25              THE VIDEOGRAPHER:  This will
```

                                                            Page 47

1              K. DINERSHTEYN - CONFIDENTIAL

2         end media unit one.  We're going off

3         the record at 2:56, October 4, 2021.

4              (Whereupon, a discussion was

5         held off the record.)

6              THE VIDEOGRAPHER:  We are back

7         on the record.  The time is 3:29 p.m.

8         of October 4, 2021.  This will begin

9         media unit two.

10   BY MR. FATTARUSO:

11         Q.    Welcome back, Ms. Dinershteyn.

12         A.    Hello.

13         Q.    How many people worked at

14   Brevet when you joined?

15         A.    It was a long time ago.

16   Between ten and 20.

17         Q.    Okay.  Who oversaw Brevet's

18   regulatory compliance when you joined?

19              MR. UNDERWOOD:  Object to the

20          form of the question.

21         A.    Honestly, I do not remember who

22   was a compliance officer.

23         Q.    Okay.

24         A.    It was a really long time ago.

25         Q.    Who is the -- who's the first

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   compliance officer you recall?
 3        A.    Gareth Lea was a compliance
 4   officer for a while.  I don't remember
 5   exactly -- if somebody was -- who was a
 6   compliance officer before.
 7        Q.    Do you -- do you recall whether
 8   anybody was a compliance officer before
 9   Gareth Lea took the position?
10        A.    Honestly, I don't remember.
11        Q.    Okay.  What were Gareth Lea's
12   qualifications as compliance officer?
13              MR. UNDERWOOD:  Object to the
14         form of the question.
15        A.    I don't remember Gareth's
16   resumé.  I -- I don't know his full, uh,
17   list of prior jobs.  I'm not going to be
18   able to testify to that.
19        Q.    Okay.  Did you -- did you
20   interact with Mr. Lea in his role as
21   compliance officer?
22        A.    Yes.
23        Q.    What were your interactions
24   with him?
25              MR. UNDERWOOD:  Object to the
```

```
                                        Page 49
 1              K. DINERSHTEYN - CONFIDENTIAL
 2            form of the question.
 3       A.    What are you interested in?
 4       Q.    I'm interested in your
 5   interactions with Gareth Lea as it pertains
 6   to regulatory compliance activity.
 7                MR. UNDERWOOD:  Object to the
 8            form of the question.
 9       A.    Some of the interactions were
10   providing numbers for the regulatory
11   filings.
12       Q.    Were those -- what were those
13   regulatory filings?
14       A.    As a SEC registered entity,
15   they have to be an annual filing for the
16   funds, but I'm not going to be able to tell
17   you exactly, like, what's the formal name
18   of that filing.
19       Q.    Okay.  Anything else?
20                MR. UNDERWOOD:  Object to the
21            form of the question.
22                THE WITNESS:  Yeah.
23       A.    Anything else to -- to what
24   part of your question?
25       Q.    Anything else as to which you
```

```
                                        Page 50
 1           K. DINERSHTEYN - CONFIDENTIAL
 2    interacted with Mr. Lea in connection with
 3    regulatory compliance?
 4        A.     As part of regulatory
 5    compliance, there were internal procedures
 6    and Mr. Lea would perform whatever was
 7    necessary as to do his job.  Some of it
 8    involved interactions with finance
 9    department, making sure that they're
10    following procedures.
11               THE REPORTER:  I'm sorry,
12          repeat that last part.
13               THE WITNESS:  Making sure that
14          the finance department follows the
15          procedures.
16               THE REPORTER:  Thank you.
17        Q.     What did that involve?
18        A.     That was quite some time ago;
19    cannot give you that.  I don't remember the
20    details of his way of making sure that we
21    are compliant.
22        Q.     Do you recall any aspect of his
23    actions to ensure the finance department's
24    compliance?
25               MR. UNDERWOOD:  Object to the
```

```
                                           Page 51
 1          K. DINERSHTEYN - CONFIDENTIAL
 2          form of the question.
 3          A.     There was -- he definitely
 4    reviewed some of the, uh, recordkeeping,
 5    making -- like, he -- I -- I believe at
 6    some point he would verify even, like, all
 7    the invoices there, all the invoices for
 8    the proper entities, but there were other
 9    parts to his re -- annual review.
10          Q.     When you say "annual review,"
11    what are you referring to?
12          A.     As part of the, uh, regulatory
13    compliance, uh, there would be at least an
14    annual review of the procedures, combines
15    his procedures --
16          Q.     Okay.  Was it in connection --
17          A.     -- usually.
18               MR. FATTARUSO:  I'm sorry.
19               Was there an objection?
20               MR. UNDERWOOD:  No.  She said
21          "usually."
22               MR. FATTARUSO:  Okay.
23          Q.     You said usually there was an
24    annual review?
25          A.     Yeah.
```

```
 1              K. DINERSHTEYN - CONFIDENTIAL
 2        Q.     Were there years when there was
 3   not a manual review?
 4        A.     I'm not going to be able to
 5   remember exactly that.  I cannot go through
 6   list of years, say yes, no.  I don't know.
 7        Q.     Okay.  Other than in connection
 8   with an annual review and in connection
 9   with completion of regulatory forms, do you
10   recall any other interactions with Mr. Lea
11   in connection with regulatory compliance
12   issues?
13        A.     It's a very vague question.  He
14   was an employee.  No, not specifically, no.
15        Q.     Okay.  How -- we talked some
16   about different entities at Brevet.
17               How was Brevet's corporate
18   structure organized?
19               MR. UNDERWOOD:  Object to the
20        form of the question.
21        A.     The structure changed during
22   the time, so, I'm not going to be able to
23   give you on the record exact org chart.
24               THE REPORTER:  Exact what
25        chart, I'm sorry?
```

```
                                            Page 53
 1          K. DINERSHTEYN - CONFIDENTIAL
 2               THE WITNESS:  Exact
 3         organizational chart.
 4               THE REPORTER:  Thank you.
 5       Q.    Okay.  To the best of your
 6   recollection, what was the structure when
 7   you joined and how did it change over time?
 8               MR. UNDERWOOD:  Object to the
 9         form of the question.
10       A.    It was a very long time ago,
11   and at that point I was a controller.  I'm
12   not even sure if I was privy to all the
13   parts of the structure.
14       Q.    Did there come a time when you
15   did become privy to all the parts of the
16   structure?
17       A.    When I was a CFO, yes, I did
18   see all the, uh, entities.
19       Q.    Okay.  And so, when you first
20   became privy to all the parts of the
21   structure, what's your recollection of what
22   the structure was at that time?
23       A.    Again, it's not speci -- I
24   cannot tell you the specific point in time,
25   and there are so many different entities
```

Page 54

1            K. DINERSHTEYN - CONFIDENTIAL

2    related to different vehicles.  ████ █ ████

███ █████████ ████ ████ ████ ██ █ ████ ████

███ █████ █████

██████ ████ █████ █ ████ █████

███ █████ █████ ████ █ ████ █████

███ █████ ████ █████ ████ █ ████ ████ ████

███ █████ ████ █ ████ █████ ████ ████ ████

███ ████ ████ █████ ████ █████

10   █████ █ ████ █████ █ ████ ████ ████

███ █████ █████ ████ ████ █████ ████ ████

███ █████ █████ ████ █ ████ ████ ████ ████

███ █████ █ ████ ████ █████

██████ ████ █████ ████ █ ████ █████

███ ████ █████ ████ ████ █████ █████

███ █████ █ █████ ████ █ ████ █████ ████

███ █ ████ █████ ████ █████ ████ ████

███ ██ ████

19        Q.    Okay.  That's helpful.  Thank

20   you.

21             And so, I think you mentioned a

22   couple different entities in that

23   high-level perspective.  █████ █████

████ █████ ████ █ ████ █ ████ █████ ████ ████

███ █████ █████ ████ █████

Page 55

1          K. DINERSHTEYN - CONFIDENTIAL

2     A.   ███  ██  ████    ██  ███  ██████

███  ████  ████  ████  ████  ██ █  ███

███  █ ██  ██

██  ██   ███  ████  █ ████  ███  ███ █

███  █ ██  ███  ██ █  ████  ████  ██

██  ███  ████  ████  ████

███  ███

██   ████  ███  ██  ██ █  ████

██  ████  ███

██  █   ███  █ ███

12    Q.   Okay.  And that's what you

13 would describe as the top entity in the

14 structure?

15    A.   At some point it became the top

16 entity in the, uh -- yes.

17    Q.   ████   ██  ██  ████   ███

███  █ ████  ██  ███  ███  ██

███  ████  ██  ████  ███

███  █  ████  ██  ███  ██

████  ██  ████  ███  ███  ██

██  ███  ██  ███

███  ████  ███  ████

███  ███  ██  ████  ███  ████

Page 56

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   ████████  ████████  ████████████  ██████  ██████
█    ████████  ████████  ████  ██████  ████████  ████████
█    ████████  ████  ██  ██████████  ████████  ██████
█    ████████████████
█           ██  ████████  ████  ██████  ██  ██  ██████
█    ████████  ████████  ██  ██████  ██  ████████  ████████
█    ████████  ████████  ██████████  ████████  ████████
█    ██████████
10          Q.     Okay.   But is that what you had
11   in mind as the general thought that you
12   were expressing?
13          A.     Yes.
14                 MR. UNDERWOOD:   Object to the
15           form of the question.
16          Q.     Okay.  ████  ████  █  ██████  ████
██   ████████  ████████  ████████████  ████  ████  █  ████████
██   ████  ████  ████████  ██████████  ████  ████  ████████
██   ██████████
20          A.     At some point, yes.
21          Q.     Okay.   At some point it became
22   the parent entity?
23          A.     Yes.
24          Q.     ████████  ████████  ██████████
██   ████████  ██████  ██  ████  ██████  ████  ██████  ██
```

Page 57

1           K. DINERSHTEYN - CONFIDENTIAL

2

10              MR. UNDERWOOD:  Object to the

11        form of the question.

12        A.    Again, I -- I would have to

13    refer to work charts from several years

14    ago.  I don't remember details.

15        Q.

21              MR. UNDERWOOD:  Object to the

22        form of the question.

23        A.

Page 58

1          K. DINERSHTEYN - CONFIDENTIAL

2    ███████

3        Q.    Do you recall what time period

4    it was an employer?

5        A.    I'm not going to be able to

6    give you the answer.

7        Q.    Did it stop being an employer

8    at some point?

9        A.    ███████ █ █████ █ ███ █ █████████

   ██ █ ████ ████ █████ ████ ████ █████ █████

11       Q.    ████ █ ███ █████    ████████

   ██ ███ ████ █████ ████ █████ █████

   ██ ███ █ █████ ████ ███████ █████ ██████████

   ██ █████ ████ ███ █ ████ █ █████ █ ██████

   ██ █████ ███ ████ █ ████ ██████ ███████

   ██ ████████

   ██ ███ █████ █████ █████ ██████

   ██ ███████ █████ █████ ████ ███████

19       A.    It was handled in -- in --

20   internally, but it wasn't me necessarily.

21       Q.    Was it the -- was it in the

22   finance group or was it in a different

23   group?

24       A.    The payroll processing was in

25   the finance group.  The employment

Page 59

1           K. DINERSHTEYN - CONFIDENTIAL

2    agreements were never in the finance group.

3        Q.    Okay. ██████ ██████ ██ ██ ██████

 ██ ███████ ██████ █████ ████ ████████ ███ ██ ████████

 ██ █████ ████ █████████ ████ ██ █████████

 ██ █████████ ████ ████ ████ ████ ████████ ████ ████

 ██ █████████ ████ ████ ████ ████ ████████ ████

 ██ ██████ ████ ████ ████████ ████ ██████

 ██ █████████

10            MR. UNDERWOOD:  Object to the

11       form of the question.

12       A.    No.

13            MR. UNDERWOOD:  You could

14       answer.

15       Q.    What did I get wrong?

16            MR. UNDERWOOD:  Object to the

17       form of the question.

18       A.    So, ██████ ██ ██ ██ █████ ██ ████

 ██ ██████ ███ ███████ ███████ ████ ████ ████████ ████ █

 ██ ██████ ██ ████ ██ ████ ██ █████ ████ █

 ██ ██████ █████ ███ ████ ██ ██████ ████████

 ██ ██████ ██████ █████ ██████ ████████

 ██ ██████ ████ █████ ████████ █ ██████ █ █ ████████

 ██ ██████ ██████ ██████ █ ████ █ ████████

 ██ ██████ ████ ██████ ██ █ █ ██████ ██████

Page 60

```
1              K. DINERSHTEYN - CONFIDENTIAL
2    ███████  ████████    ████  ██████   ████████████
     █  █████  ████████  ███  ████  ███████  ██  ██████
     █      ████    ██████    ████  ████    ████████
     █    ████████  ██████
6              MR. UNDERWOOD:  Object to the
7         form of the question.
8         A.    ████████  ██████████  ███  ██████   ██████
     █    ██████  █████████████  ████████  ████████  ██
     ██   ███████    ████████  ██  ██  ██████  ██████  ██████
     ██  ████ █ ██████  ████████
12             THE REPORTER:  Can I get a
13        repeat of the name again?
14             THE WITNESS:    ██████  ████████████
     ██       ███ █ ████████  ████████
16             THE REPORTER:  Thank you.
17        Q.    Anyone else, to your knowledge?
18        A.    For -- at the time when I left,
19   I believe it was ███  ████  ████  ██████
20        Q.    Okay.
21        A.    But then, I don't know.
22        Q.    Do you know their percentages
23   at the time that you left?
24        A.    Can I consult?
25             MR. UNDERWOOD:  Do you need to
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2       talk?
 3              THE WITNESS:  Yes.
 4              MR. UNDERWOOD:  All right.
 5        If -- if the witness thinks she
 6        needs to have --
 7       Q.    Is this a question -- are you
 8  uncertain whether the information is
 9  privileged or is there a different --
10       A.    Yes.
11       Q.    -- question?
12       A.    No.
13              MR. UNDERWOOD:  All right.
14        Let -- let me talk to her real quick.
15              MR. FATTARUSO:  Yeah, yeah.
16              MR. UNDERWOOD:  We'll come back
17        to that.
18       Q.    If you -- if you'd like to
19  consult with counsel specifically on the
20  question of whether the infor --
21  information responsive to that question is
22  privileged, we can take a break to -- for
23  you to discuss that question with counsel.
24  I ask that you limit your discussion on
25  this topic to that issue of whether the
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2    information is -- that's called for is
 3    privileged.
 4            MR. UNDERWOOD:  If you want to
 5         stay on for a second, let me see if I
 6         could clear this up quickly.
 7            THE VIDEOGRAPHER:  Are we going
 8         off the record?
 9            MR. FATTARUSO:  Yes.
10            THE VIDEOGRAPHER:  Going off
11         the record at 3:48.
12            (Whereupon, a discussion was
13         held off the record.)
14            THE VIDEOGRAPHER:  We're back
15         on the record.  The time is 3:52.
16            MR. UNDERWOOD:  Yes, let me --
17         let me just state that -- that the
18         witness was just concerned over
19         whether she has the authority to
20         disclose the information and I've
21         told her that that's not an obstacle
22         to her answering the question.  So, I
23         apologize for the interruption, but
24         she had concern over that and wanted
25         to discuss it with me.  I have
```

Page 63

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2       discussed it with the company and
 3       she's authorized to answer the
 4       question.  To the extent she can
 5       answer the question, we -- we would
 6       like to make sure that this portion
 7       of the transcript is designated as
 8       confidential because I don't believe
 9       the information responsive to your
10       question is at all part of the public
11       record.  And I know we've had
12       confidentiality in place, but I just
13       want to make that specific
14       representation with respect to this
15       issue.
16            MR. FATTARUSO:  So noted.
17       Q.    So, Ms. -- Ms. Dinershteyn,
18  can you answer the -- the question I
19  posed before we broke, of what the
20  percentage interests are in Brevet
21  Holdings, LLC?
22       A.    ███ ██ ███ ███ ██ ██
    ██ ████████████ ██ ██ ██ ███ ███ ██ ███
    ██ ███ ██ ███
25       Q.    Okay.  Do you know why
```

Page 64

1          K. DINERSHTEYN - CONFIDENTIAL

2     ████████ ███████ ████ █ ████ ████ ██████

3   █ ████ ██████ ██████ ████

4               MR. UNDERWOOD:   Object to the

5        form of the question.

6        A.    I'm not going to know all

7   the -- all the reasons why, no.

8        Q.    That's fair.

9               But do you have any

10  understanding on that topic?

11              MR. UNDERWOOD:   Object to the

12       form of the question.

13       A.    I cannot -- there are probably

14  some -- I cannot testify to the, uh, legal

15  structure.

16       Q.    When you say you cannot testify

17  to the legal structure, are you saying you

18  have no knowledge as to the -- ████ ██████

19  ██ ████ ████ ██████ ████ █ ████ █

20  █ ██████ ██████ ████

21       A.    I can make guesses, but I don't

22  really know what were exact reasons when

23  they set the -- set the company that way.

24       Q.    Apart from the exact reasons

25  for doing it when they set the company up

Page 65

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   that way, do you have an understanding as
 3   to why ████  ████████  ████  █  ████████  █
     █  ████████  █████████  █████
 5              MR. UNDERWOOD:  All right.  At
 6         this point she said she doesn't know
 7         and she could give you a guess and
 8         she has no idea why they set it up
 9         that way.  I'm not sure what more you
10         expect the witness to say.
11        Q.    Would you like -- would you
12   like to hear the question again,
13   Ms. Dinershteyn?
14        A.    Um, yeah.
15        Q.    Okay.
16              MR. FATTARUSO:  Can the court
17         reporter read the question, please?
18              THE REPORTER:  Yes, sir.  Just
19         bear with me.
20              (Whereupon, the referred to
21         portion of the record was read back
22         by the reporter.)
23        A.    So, the -- my guesses would
24   be --
25              MR. UNDERWOOD:  No, no, no.
```

```
                                            Page 66
 1            K. DINERSHTEYN - CONFIDENTIAL
 2         They're not asking you to guess.
 3         They're asking what you know.
 4      A.    I -- again, I don't know the
 5  exact reasons why it was set up that way.
 6              MR. FATTARUSO:  Colin, please
 7         do not interrupt the witness's
 8         answers unless you believe that the
 9         witness is disclosing privileged
10         information.  That is an
11         inappropriate interruption.  There's
12         no basis for an instruction not to
13         answer the question.
14              MR. UNDERWOOD:  The witness
15         wasn't answering your question.
16              MR. FATTARUSO:  That is an
17         inappropriate interruption.
18              MR. UNDERWOOD:  She said, I
19         guess, I can guess.
20              She's not here to guess.  She's
21         not here as an expert witness who's
22         answering hypotheticals who's
23         offering her opinion about things.
24         She's here as a fact witness.  She's
25         supposed to testify about facts.  If
```

```
1           K. DINERSHTEYN - CONFIDENTIAL
2           you want facts, ask her for facts.
3           If you want her opinions, then find
4           an expert who can offer you opinions.
5           She's not here to offer opinions.
6                MR. FATTARUSO:  Counselor, you
7           are not here to interject and
8           interrupt the witness's testimony and
9           prevent the witness from testifying.
10          It is entirely inappropriate.  If you
11          have an objection to the
12          admissibility of the testimony, you
13          can make that objection at the
14          appropriate time.  It is not
15          appropriate to interject and
16          interrupt the witness's testimony,
17          and I ask that you refrain from doing
18          so for the remainder of the
19          deposition.
20     BY MR. FATTARUSO:
21          Q.   Ms. Dinershteyn, would you like
22     to hear the question one more time?
23          A.   No, but I -- again, I'm not
24     aware.  I cannot tell you the reasons why
25     the company was set up that way.
```

```
                                             Page 68
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        Q.     Okay.  Did you ever discuss
 3   Brevet's business with ████ ███████████?
 4        A.     Yes.
 5        Q.     How frequently?
 6        A.     Not frequently at all.  Uh,
 7   maybe once a year, maybe less.
 8        Q.     Okay.  And what did those
 9   discussions concern?
10        A.     Those discussions, uh, would,
11   uh, concern the tax filings that they had
12   to do, as it relates to the business tax
13   filings.
14        Q.     Were those the tax filings of
15   ████████ █████████████ ███████?
16        A.     Yes.
17        Q.     ██████ ████████ ██████████
18        A.     I'm not going to go -- I'm not
19   going to be able to remember exact -- all
20   the entities, uh, that they talked through.
21        Q.     But it included entities other
22   than Brevet Holdings, LLC?
23        A.     I -- I -- yes.
24        Q.     What issues would
25   ████ ██████████████ raise with respect to the
```

```
                                     Page 69
 1           K. DINERSHTEYN - CONFIDENTIAL
 2   tax filings of the entities?
 3              MR. UNDERWOOD:  Object to form
 4         of the question.
 5      A.     The discussions in general,
 6   timeline planning, uh, for the tax filings,
 7   so that they, uh, knew when, uh, they would
 8   have to file and what approximate amounts
 9   would be in those filings, as it relates
10   specifically to Brevet's income -- to
11   ███████ ███████████    income.
12      Q.     Did the discussions concern any
13   topic other than timing?
14      A.     As we said before, timing and
15   usually the estimates of the amounts.
16      Q.     Okay.  Would ████ ██████████
17   ever propose changes to the tax filings?
18      A.     I'm not going to be -- I don't
19   remember all the conversations.  I don't --
20   like, I don't think so, but I cannot state
21   with a hundred percent certainty.
22      Q.     Was █████ █████████████
23   acknowledgeable about the details of the
24   Brevet financials?
25              MR. UNDERWOOD:  Objection to
```

```
                                              Page 70
 1            K. DINERSHTEYN - CONFIDENTIAL
 2         the form of the question.
 3               Go ahead, you could answer.
 4       A.     So, not -- ████ -- not the full
 5   details of the financials, no.
 6       Q.     Was ████ familiar with certain
 7   details of the financials?
 8               MR. UNDERWOOD:  Object to the
 9         form of the question.
10       A.     ████ was -- I actually really
11   don't know what -- not from me.  I don't
12   know what else -- what -- where ████ --
13   like, not as far as I know and not from,
14   um -- like, we would discuss just the kind
15   of top line, uh, tax-related numbers.
16       Q.     And -- and would
17   ████  ████████████ express views on how the
18   top line tax-related numbers should be
19   reported?
20               MR. UNDERWOOD:  Object to the
21         form of the question.
22       A.     We had conversations.  I --
23   again, it was a long time ago.  I'm not
24   going to be able to tell you exactly if ████
25   expressed views over a specific topic.
```

```
                                              Page 71
 1              K.  DINERSHTEYN - CONFIDENTIAL
 2         Q.     Did it strike you as unusual
 3    that  ██████  ████████████  was involved in the
 4    tax reporting for the company?
 5                MR.  UNDERWOOD:  Object to the
 6           form of the question.
 7         A.       ████  was not involved in the tax
 8    filings for the company.   ██████  was involved
 9    in getting estimates and timing for the
10    personal tax filings.
11         Q.     So, were  ██████  conversations with
12    you limited to asking questions about what
13    the timing of the tax filings would be or
14    did  ██████  express views about how Brevet
15    should complete its tax filings?
16                MR.  UNDERWOOD:  Object to form
17           of the question.
18         A.     I already answered that and I
19    think it related to, uh, timing of their
20    tax filings.
21                MR.  UNDERWOOD:  Can you read
22           that answer back?
23                (Whereupon, the referred to
24           portion was read back by the
25           reporter.)
```

```
                                               Page 72
 1           K. DINERSHTEYN - CONFIDENTIAL
 2              MR. UNDERWOOD:  I think she
 3        said their tax filings, but I
 4        understand how she said it.  You
 5        could ask the witness, if you want.
 6              THE WITNESS:  Yes, that's
 7        correct, their personal tax filings.
 8        Q.    So, ████  ███████████  questions
 9    to you were -- or ████ -- ████ conversations
10    to you concerned the timing of ████  ████
11    █████  █████████████  ██████████ tax filings?
12        A.    They concerned information
13    required from Brevet's finance department,
14    uh, so, that ██████ can do this, uh, their
15    personal tax filings.
16        Q.    Did you ever change anything in
17    Brevet's tax filings based on input from
18    █████  ████████████████?
19              MR. UNDERWOOD:  Object to the
20         form of the question.
21        A.    I -- I would have to guess
22    sitting here.  I would -- I'm not going to
23    be able to testify to, uh, the answer to
24    that question.  It was a very long time
25    ago.
```

```
                                              Page 73

 1              K. DINERSHTEYN - CONFIDENTIAL

 2        Q.      So, you can't rule out the

 3   possibility that you did change things in

 4   Brevet's tax filings based on input from

 5   ██████  ████████████; is that fair?

 6              MR. UNDERWOOD:  Object to the

 7        form of the question.

 8        A.    I don't think we ever went into

 9   Brevet's structure discussion, but I

10   cannot -- I don't know the -- sitting here

11   right now, I'm not going to be able to

12   remember details of conversations that took

13   place some time ago.

14        Q.      Who owns ████████  ██████████

██  ██████████████  ████?

16              MR. UNDERWOOD:  Object to the

17        form of the question.

18              Time period?

19        A.    What time period are you

20   referring to?

21        Q.    As of -- from -- from the time

22   you became CEO to the time you left the

23   position of CEO, do you recall any changes

24   to the ownership of ████████  ██████████

██  ██████████████  ████?
```

```
                                              Page 74
 1           K. DINERSHTEYN - CONFIDENTIAL
 2      A.     I was never the CEO of --
 3      Q.     I'm sorry, did I say CEO?
 4      A.     Yes.
 5      Q.     Strike the question.
 6             From the time you were to CE --
 7   took the position of acting CFO to the time
 8   you left the position of CFO, do you recall
 9   any changes to the ownership of ████████
██   ████████ ████████████ ███?
11      A.     The structure did change. ███
██   ███████ █████ ██████ ███████ ████████ ███ █
██   ███████ ██████ ███ ██████ ████ ████████
██   ██████ ███ ██ ██ ███ ██████ ██████ ███
██   ███████
16      Q.     Okay.  Do you recall who owned
17   ████████ ████████ ████████████ ████  at the time
18   you left the company?
19      A.          ████████ ████████ ██████
20      Q.     Okay.  Now, does that mean that
21   all of the profits of ██████ ███████
██   ████████ ████ █ ██ ██████ ████████ ████ ███?
23             MR. UNDERWOOD:  Object to the
24        form of the question.
25      A.     Yes.
```

```
                                           Page 75
 1              K. DINERSHTEYN - CONFIDENTIAL
 2         Q.     Okay.  And since  ████  ████
   ██  ██████  ████████████  are the owners of  ████████
   ██  █████████  ██  , does that mean that all the
 5   profits of  ████████  ████████  ████████████  ████████
 6   therefore go to  ████  ████  ██████  ████████████?
 7                  MR. UNDERWOOD:   Object to the
 8           form of the question.
 9         A.     When you refer to profits,
10   it's -- you're referring to what exactly?
11         Q.     Do you have an understanding of
12   the term profits?
13         A.     Yes.  I'm not -- I want to make
14   sure that we're talking about the same
15   thing.
16         Q.     What's your understanding of
17   that term?
18         A.     It's whatever is left after
19   expenses.
20         Q.     Okay.  So, using that term here
21   for purposes of our question as you
22   understand it, can you answer the question?
23         A.     Yes.  Yes.
24         Q.     Okay.  Just to make sure the
25   record is clear, is that -- are you
```

```
                                              Page 76
 1            K. DINERSHTEYN - CONFIDENTIAL
 2    answering yes to the question, that all
 3    profits of ████ █████ ██████ ██
      ██ ██ ██ ██ ███ ████████?
 5              MR. UNDERWOOD:  Object to the
 6         form of the question.
 7         A.    No, that's not the -- that's
 8    not the question that you asked before.
 9         Q.    Okay.  What were you answering
10    yes to?
11         A.    ████ █████ ██ █████
      ███ ██████ ██ ███ ███ ███
      ██ ███ ██████████
14         Q.    Okay.  So, ███ ██████ ██
      ████████ ████ █████████ ███ ██ ██ █████
      ███ ██████ ██ ███ ██ ██ ██████ █████
      ██ ███ ██ ██ ██ ███ ███
      ██ ██████████; is that right?
19              MR. UNDERWOOD:  Object to the
20         form of the question.
21              Can we just -- can we just
22         clarify?  We are talking about when
23         ████ was at the company?
24              MR. FATTARUSO:  Correct.
25         Q.    During the time that you were
```

Page 77

```
1              K. DINERSHTEYN - CONFIDENTIAL
2    CFO, is it correct that  ███ ████████  ███
   ██ ████████ ██████ ███ ████████ ███ ███ ███
   ██ █████ █████ ███ ████ ███ ████████ ███
   ██ █████ ████ ████ ████ ██ █ ██ ████
   ██ █████  █████████████?
7        A.     You would have to go through
8    the corporate structure at every different
9    point in time.  Corporate structure was not
10   the same throughout my time at Brevet.
11       Q.     Okay.  So, are you -- are you
12   referring to the fact that the ownership of
13   ████████ ████████ ████████████  changed during
14   the time that you were CFO?
15       A.     Again, I cannot recall exactly
16   all the changes to the corporate structure.
17   There were probably several changes
18   throughout the time.
19       Q.     Okay.  Let's -- let's stick
20   with -- let's call it your last day as CFO
21   at Brevet in 2018.
22              As of that time, is it correct
23   that all the profits of ██████ ███████
   ██ ████████ ███ ███ ██ █ ███ ██████ ████████
   ██ █████ ████ ████ ████ █████████ ██ ████
```

Page 78

1          K. DINERSHTEYN - CONFIDENTIAL

2  ████████  ███  ████  ██  ███  ████

3  █  █████  ██████████? 

4              MR. UNDERWOOD:  Object to the

5        form of the question.

6       A.    You would have to go through,

7  like, exact accounting definitions of

8  everything.  Um, yes.

9       Q.    What exact accounting

10 definitions would you have to go through?

11      A.    Like, again, you would have to

12 take all the expenses of all the entities

13 into account, but whatever was left did go

14 to ████  ████  ████  ██████████.

15      Q.    As of 2018, what were the

16 sources of Brevet Capital Management's

17 profits?

18             MR. UNDERWOOD:  Object to the

19        form of the question.

20      A.    Primary sources of profit are

21 fees paid by the funds, by the investment

22 vehicles.

23      Q.    And when you say the primary

24 source of the profits, can you estimate

25 approximately how much of the profits of

```
                                            Page 79
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   Brevet Capital Management were attributable
 3   with fees paid by the funds?
 4          A.     No, I'm not going to be able to
 5   remember the numbers or estimate.
 6          Q.     Could you say whether it was
 7   more than 80 percent?
 8          A.     More than 50, yes.  I don't --
 9   I cannot put a number more precisely than
10   that.
11          Q.     Okay.  You can't say that it
12   was less than 80 percent; is that fair?
13              MR. UNDERWOOD:  Object to the
14        form of the question.
15          A.     Again, I -- I cannot answer
16   that with certainty.
17          Q.     Okay.  Now, I think you talked
18   a few times about the corporate structure
19   at Brevet including GP entities for the
20   funds; is that right?
21          A.     Yes.
22          Q.     What does that refer to?
23          A.     ████ ██████ ████ ████ ██ ██████
   █ ███ ████ ██████ ████████ ███████ ██ █
   █ █████ █████████ ████ ██████ ██████ ██████
```

Page 80

1          K. DINERSHTEYN - CONFIDENTIAL

2    ██████  ███  ████    ████    ██████  ██  ███  ███  ███

 █  █████  █████  ████████  ████  ██████  ███  █  ███

 █  █████  █████  █████  ███  █████  ██████  ████  ████

 █  ████████  █████  ██████  ████  ████  ████  ██████

6          Q.    What was -- to your

7    understanding, what did the -- who --  ███

 █  █████  ████  ██████  ████  █  ████  █████  █████

 █  ████████  █████

10              MR. UNDERWOOD:  Object to the

11       form of the question.

12          A.    Again, I just said that I

13   don't remember the exact names of the

14   entities.  ██████  █████  ███████  ██████

 █  █████  ███  ███████  ████  █████    ████  ████

 █  █████████  ███  ████  ██████  ███████  █████

 █  ████  █████

18          Q.    Okay.  Does  ██████  ██████

 █  █████████  ████████  ████  sound right?

20          A.    It sounds right.  Again, it may

21   have -- maybe had a  █████  at some point in

22   time in the name.

23          Q.    And did the -- did the general

24   partner of a fund earn fees from the fund?

25          A.    Yes.

```
                                            Page 81
 1           K. DINERSHTEYN - CONFIDENTIAL
 2        Q.     Now, are you familiar with an
 3   entity called Brevet Short Duration
 4   Holdings, LLC?
 5        A.     Yes.
 6        Q.     What was that company's role?
 7        A.     I really do not recall.  It's
 8   probably -- I -- I cannot -- sitting here
 9   now, I cannot tell you exactly its
10   function.
11        Q.     Do you know who owned interests
12   in the general partner of the short
13   duration fund?
14        A.     Yes.
15        Q.     Who?
16        A.     A different point in time, it
17   was actually -- so, Doug Monticciolo, Mark
18   Callahan, uh, Paul Iacovacci, and John
19   Tripp, and Brevet, uh -- the entity you
20   just named, Brevet Short Duration Holdings,
21   LLC, were members at some point in time.
22        Q.     Okay.  Do you recall a point in
23   time when the membership changed?
24        A.     I don't know.  I actually don't
25   know if the membership changed for that
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   company.
 3        Q.    Okay.  I think we've been able
 4   to mark exhibits, so, that's exciting.  If
 5   you can take a look at your marked exhibits
 6   folder.
 7             Do you see Exhibit 1?
 8        A.    Not yet.
 9             MR. UNDERWOOD:  Yes.
10        Q.    Okay.  And just to take you
11   back to the time when we first tried to
12   mark this exhibit, we were talking about
13   that you would -- you would sometimes visit
14   Brevet's website from time to time.  Do you
15   recall that?
16        A.    Yes.
17        Q.    Looking at this Exhibit 1, do
18   you recognize this as a version of Brevet's
19   website as it existed in approximately
20   March of 2016?
21        A.    I recognize images.  Those
22   images were part of the website.  I cannot
23   tell you that this is exactly the -- what
24   appeared on the website, but I do recognize
25   the images.
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        Q.    Okay.   Does the -- does the
 3   text look generally familiar and generally
 4   consistent with the sort of text that you
 5   recall seeing on Brevet's website?
 6              MR. UNDERWOOD:   Object to the
 7        form of the question.
 8        A.    The website would contain, yes,
 9   this kind of overview of, um, of the
10   strategy overview of the history and files
11   for the senior people at some point, yes.
12        Q.    And looking at pages 3 to 5 of
13   this document, does this accurately reflect
14   the composition of Brevet's executive team
15   in early 2016?
16        A.    Um, this is what the document
17   says for 2016.  I -- it's all the people
18   listed there worked at Brevet.  Whether it
19   was exactly 2016 or what timeframe, I
20   cannot testify.
21        Q.    Okay.
22        A.    And I -- and I'm not going to
23   be able to tell you that the text is
24   exactly what those people were doing at
25   that point.
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        Q.      Did -- did people's roles
 3   change over time?
 4        A.      Yes.
 5        Q.      Do you have anything particular
 6   in mind when you say that?
 7        A.      No, just senior members
 8   changed.  Like, some people -- new people
 9   were hired and other people changed
10   positions.
11        Q.      Okay.  Now, if you look at
12   pages 10 to 11, do you see that section
13   called "Solutions Overview"?
14        A.      Hold on.  Yup.
15        Q.      Do you see that says -- if
16   you -- if you look to the last paragraph
17   there, at the top of page 11 we see
18   ███████████ ██ ██ ███████ ██ ██ ███████
     ███████ ██ ██████ ██ ██████ ██ ██ ████████
     ██ ██ ██████ ████████████ ██ ██ ██ ███████
     ██ ██ ██ ██ █████
22        A.      Yes, I see the -- I see this,
23   yeah.
24        Q.      Is that an accurate statement
25   about Brevet's business in 2016?
```

Page 85

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2      A.      It sounds relatively accurate.
 3      Q.      Okay.  How, if at all, did that
 4  change since 2016?
 5              MR. UNDERWOOD:  Object to the
 6       form of the question.
 7      A.      A lot of it stayed the same,
 8  but as Brevet was growing and more, uh --
 9  as Brevet got more a realm, it could
10  participate in even larger transactions.
11      Q.      Okay.  Are you aware of Brevet
12  █████████████  ████  ██████████  ██  ████████
█  ████  █████████  ███████████  ████  ████  ███  ████
█  ████████
15              MR. UNDERWOOD:  Object to the
16       form of the question.
17      A.      Uh,  ████  ██████  ██  ███████  ██
█  ██████████████  ███████████  █████████  ███  █
█  ██████████  ████  █████  ██████████████  █████
█       ██  ████  █  ██████  ██  ██████████  ████████
█  ███████████████
█       ██  ██████  █████████  ███████  ███████████
█  ████  ██████████  ████  ██████  █  ██████  ██████
█  ███████  ██████  ████████  ████████  █████  ████
█  ██████  █████████  █████  ██████████  ███████
```

Page 86

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2       Q.    Are you referring to something
 3  like a credit facility on which a borrower
 4  could draw?
 5       A.    Not only, but credit facilities
 6  as well.
 7       Q.    Okay.  What are the kinds of --
 8  what is the structure of the kind of
 9  repetitive solution that you're thinking
10  of?
11            MR. UNDERWOOD:  Object to the
12       form of the question.
13       A.    Where smaller loans -- the --
14  the same type of underlying structure and
15  collateral are given to borrowers.
16       Q.    Can you think of an example of
17  Brevet engaging in that sort of
18  transaction?
19       A.    Something like ███ ██ ███
██  █████
21       Q.    Okay.  What -- ███ █ ██ ██
██  ████ ████
23       A.    ████ ██ ████ ████ ███
██  ███ ██ ████ █ ██ ████ ██ ████
██  ███ ██ ████ ███ ████ ███ ███
```

Page 87

1            K. DINERSHTEYN - CONFIDENTIAL

2    ███████  ████  █  ██████  ████████  █████

3    █  █████  ██  ██████  ████  ██████████

4        Q.   ██████  ███  ████  ████████  ██  ████

5    █  █████  ███  ████████  ███  █████  ██████

6    █       ███  █  █  ███  ███  █████████  █████

7    █  █████  ██████  ████  █████  █████  █  █████

8    █  ██████  ███  ███  █████  ████████  █  █████

9    █  █████  ████████  █  █████  █  ████  ██████

10   █  ██████  ████  ██████████  ██████  ████  █

11   █  █████  ██████  ████████  █  ██████  █████  █

12   █  █████████

13   █    ███  ██████  ██████  █  ███████

14   █    ███  ████  ████  ████  █████

15   █  █████████  ██████  █████████  █████

16   █  ████████  █  █████  ████████  █████

17   █  ██████████? 

18            MR. UNDERWOOD:  Object to the

19        form of the question.

20        A.   It will depend on the specific

21   transaction, if it fits whatever fund

22   investment criteria.

23        Q.   Would Brevet engage in those

24   transactions without including them in --

25   in a fund?

```
 1              K. DINERSHTEYN - CONFIDENTIAL
 2                 MR. UNDERWOOD:  Object to the
 3          form of the question.
 4          A.    I don't believe so, but I -- it
 5     has to go through the -- Brevet's
 6     allocation policy.
 7          Q.    What's the allocation policy?
 8          A.    I am not the right person to go
 9     through that.  I'm not going to be able to
10     remember the details of the allocation
11     policy.
12          Q.    What's your -- what's your
13     understanding of the allocation policy, at
14     whatever level you understand it?
15                 MR. UNDERWOOD:  Object to the
16          form of the question.
17          A.    Usually -- like, again, I -- I
18     would have to re -- revisit the policy
19     itself.  Short duration funds probably gets
20     a detailed look at the transactions, but,
21     again, I cannot tell you the details of the
22     policy.
23          Q.    So, do you recall Brevet
24     entering transactions under $500,000?
25          A.    Yes.
```

Page 89

```
 1        K. DINERSHTEYN - CONFIDENTIAL
 2        Q.    What transactions do you recall
 3   under $500,000?
 4        A.    I'm not going to -- there is no
 5   way I'll be able to remember any details of
 6   those, but those, you know, ███ ███████  ███
 ▌   ██████ █████████ ██████ █████  ███████ ██████
 8        Q.    Outside of this category of ███
 ▌   ████████ █████████████ , do you recall any
10   other context in which Brevet engaged in
11   transactions under $500,000?
12        A.    ██████ █████ ████ ▌ ███████
 ▌   █████████ ████ █████ █████ ████████ ████████
 ▌   ██████████ ████ ████ ▌ ███████ █████████
 ▌   ████████ ███ ██████
16        Q.    Okay.  Can you take a look at
17   the marked exhibits folder and see if you
18   see Exhibit No. 2?
19        A.    Okay.
20        Q.    All right.  Do you recognize
21   this document?
22        A.    No.
23        Q.    This is a -- looking at the
24   date, September 18, 2019, is this after
25   you'd left Brevet?
```

```
                                          Page 90
 1          K. DINERSHTEYN - CONFIDENTIAL
 2      A.      Yes, I think so.
 3      Q.      Okay.  And looking at the first
 4  page, do you see this is a letter from
 5  Joseph Kim to David Ehrlich?
 6      A.      I see that.
 7      Q.      Do you know Joseph Kim?
 8      A.      No.
 9      Q.      Do you know David Ehrlich?
10      A.      No.
11      Q.      Looking at the first paragraph
12  of this letter, do you see after the
13  introductory clause it says, "We enclose as
14  appendix A hereto a supplement to Brevet's
15  list of investments that are $500,000 in
16  size or smaller"?
17      A.      Yup.
18      Q.      And if you scroll down, do you
19  see that this -- this lists goes on for
20  approximately 29 pages?
21      A.      Yes.
22      Q.      Do you -- and -- and these --
23  these transactions go through the end of
24  2018, correct?
25      A.      Yes, it does go through end of
```

```
                                            Page 91

 1          K. DINERSHTEYN - CONFIDENTIAL

 2    2019.

 3          Q.     Okay.  Do you --

 4          A.     2018.

 5          Q.     Do you -- do you recall -- and

 6    this is -- so, this is -- and these

 7    transactions are dated for a time period

 8    while you were -- principally, while you

 9    were with the company; is that right?

10          A.     Yeah.

11          Q.     Do you recall Brevet entering

12    this many transactions under $500,000 while

13    you were with the company?

14          A.     Yes, those transactions are,

15    again, ████  █ ███  ██  █ ██  ███████

██    ███████  ██████

17          Q.     What do you mean by ██████████

██    █████████  ███████

19          A.     Uh, ███  ████████  █████████

██    ███  ████  ████  █  █  ███  █  ████

██    ███████████  ██████  █████  █  ███  ██████

██    ████  █  ████████  ███  ██████  █

██    ███  ████  ███  ████

██    ████  █  ██  █████  █████  ████  ███

██    ████████  ███  █████  █  █████
```

```
                                                   Page 92

 1          K. DINERSHTEYN - CONFIDENTIAL
 2       Q.    ███ ████    ██  ████
   ██████████  ████████  ███  ███████
   ██  ██████  ██  ████████  ███████
   ██  ██████████
 6       A.    I'm not going to be able to
 7    answer that question.  I'm not, uh -- like
 8    you'd have to actually look at those
 9    documents.
10       Q.    For the -- for the transactions
11    here, can you identify any of these
12    transactions using the information that's
13    provided?
14       A.    What do you mean identify?
15       Q.    Can you -- can you recognize
16    any of these transactions?
17       A.    Meaning do I remember --
18            MR. UNDERWOOD:  Object to the
19        form of the question.  Sorry.
20            You could answer.
21       A.    Meaning you want me to remember
22    250k loan from 2012?
23       Q.    Correct.  Can you -- can you --
24    can you identify any of the circumstances
25    of any of the transactions identified here?
```

                                                    Page 93

 1              K. DINERSHTEYN - CONFIDENTIAL
 2                  MR. UNDERWOOD:   Object to the
 3           form of the question.
 4         A.    No, I'm not going to be able to
 5      recognize specific transactions.
 6         Q.    Is that true for every
 7      transaction Brevet engages in, that you are
 8      unable to recognize the transaction or does
 9      Brevet engage in transactions on levels
10      that are -- that make those transactions
11      memorable and recognizable to you?
12                  MR. UNDERWOOD:   Object to the
13           form of the question.
14         A.    It was not my primary job
15      function to, uh, go through every loan
16      document for every transaction and if -- I
17      would probably be able to recognize
18      transaction -- the bigger transactions just
19      by date and the amount, but for smaller
20      transactions I'm not able to recognize a
21      transaction just by date and amount.
22         Q.    Do you know whether these small
23      transactions are part of larger
24      transactions?
25         A.    Most of them are.

```
                                              Page 94
 1          K. DINERSHTEYN - CONFIDENTIAL
 2       Q.     Most of them are?
 3       A.     What do you mean by the larger
 4    transactions?  Again, they're part of the
 5    kind of ████████  ████████  ████  ████████
      █  ████████████
 7       Q.     Similar what?
 8       A.     Similar documentation.
 9       Q.     Would you individually evaluate
10    these transactions as they're listed here
11    as part of your preparation of Brevet's
12    financial documents?
13              MR. UNDERWOOD:  Object to the
14         form of the question.
15       A.     Me personally?  So, we would
16    verify the, uh, funding amount, um, verify
17    that -- you would have to go through
18    separate groups of Brevet.  Finance was not
19    responsible for the execution of the
20    transaction.
21              Uh, in preparation of the
22    audited financials, they would have to make
23    sure that, uh, for every transaction
24    documentation was there and that, uh, the
25    cash activity happened.  Other than that,
```

```
                                        Page 95
 1          K. DINERSHTEYN - CONFIDENTIAL
 2    like....
 3          Q.    Can you take a look at page 13
 4    of the document?
 5          A.    Yup.
 6          Q.    Do you see a transaction on
 7    September 18, 2012 for ███?
 8          A.    I see that, yes.
 9          Q.    Do you recall that transaction?
10          A.    No.
11          Q.    Do you believe that transaction
12    is consistent with any of the structures we
13    have discussed so far?
14              MR. UNDERWOOD:   Object to the
15          form of the question.
16          A.    I really don't know what -- no,
17    I -- the ███  ███████  ██████████  doesn't seem
18    to be consistent with, uh, typical
19    transactions, but I don't recall anything
20    related to this.  There is a chance -- no.
21          Q.    Were you going to say
22    something?
23          A.    No.
24          Q.    Did you work with Mr. Iacovacci
25    in your role as CFO?
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        A.    I did not have too many
 3   personal interactions with him, but yes, I
 4   participated in company meetings with him,
 5   yes.
 6        Q.    Okay.  Did those include Monday
 7   morning firm-wide meetings?
 8        A.    Yes.
 9        Q.    Can you tell me about Monday
10   morning firm-wide meetings at Brevet?
11              MR. UNDERWOOD:  Object to the
12         form of the question.
13        A.    Anything specifically you want
14   to know?
15        Q.    What -- what were Monday
16   morning firm-wide meetings?
17        A.    It was a company update from
18   different -- at different points in time
19   Monday morning meeting was probably changed
20   in its form.
21              Uh, at some point it was an
22   update from, uh, all groups, uh, as to what
23   the plan is for the following week.
24        Q.    And did Brevet consistently
25   hold those meetings on Monday mornings?
```

1           K. DINERSHTEYN - CONFIDENTIAL

2        A.     Yes.

3        Q.     Were you aware in late 2015

4    that Mr. Iacovacci was experiencing serious

5    medical issues?

6        A.     Yes.

7        Q.     Did you know he was undergoing

8    surgery on his right leg in December of

9    2015?

10        A.     I wouldn't know -- I wouldn't

11    remember right now the -- what leg he had

12    the surgery, but he did have a surgery.

13        Q.     Other than that detail, do you

14    recall the surgery on his leg in December

15    of 2015?

16        A.     Again, I don't know what leg.

17    Whether it was December or October or

18    January of the following year, I'm not --

19    but yes, in general, during some time

20    around that time, he had a surgery on his

21    leg.

22        Q.     And did you learn around that

23    time that Mr. Iacovacci had decided to

24    retire from Brevet?

25        A.     There was -- there were

Page 98

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2   discussions around that time, yes.
 3         Q.    Okay.  What -- what do you
 4   recall of those discussions?
 5         A.    I'm not going to -- I'm not
 6   going to remember the details of
 7   discussions more than five years ago.
 8         Q.    Do you recall who told you that
 9   Mr. Iacovacci was retiring?
10         A.    No.
11         Q.    Do you recall how you learned
12   that Mr. Iacovacci was retiring?
13         A.    No.
14         Q.    Do you recall the topic being
15   discussed at a Monday morning firm-wide
16   meeting?
17         A.    No, I don't.
18         Q.    Do you recall Mr. Monticciolo
19   announcing that Mr. Iacovacci would retire
20   in a firm-wide meeting?
21               MR. UNDERWOOD:  Object to the
22          form of the question.
23         A.    I'm sure at some point
24   Mr. Monticciolo made the announcement, but
25   no, I don't recall that exact meeting.
```

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2        Q.    Do you recall that it was
 3   around February of 2017 when
 4   Mr. Monticciolo made that announcement?
 5        A.    No, I don't.
 6        Q.    Do you recall being present for
 7   that announcement?
 8              MR. UNDERWOOD:  Object to the
 9         form of the question.
10        A.    I don't remember the exact
11   announcement at all.  I know that it
12   happened, but I don't know exactly when.
13        Q.    Do you recall any discussion
14   with anyone in particular about
15   Mr. Iacovacci's retirement?
16        A.    No.
17        Q.    Was Mr. Iacovacci's retirement
18   commonly known in the office?
19              MR. UNDERWOOD:  Object to the
20         form of the question.
21        A.    It's hard for me to say what
22   was commonly known in the office.  Again,
23   at some point it was announced to
24   everybody.  I don't want to speculate on
25   the rumors.  I....
```

1          K. DINERSHTEYN - CONFIDENTIAL

2      Q.    Did you hear any rumors?

3            MR. UNDERWOOD:  Object to the

4       form of the question.

5      A.    Did I hear any rumors?  Of

6  course people talk.  Do I remember the

7  details of the rumors?  No.

8            Um, at some point I heard that,

9  uh, he approached a couple of former -- a

10  couple of employees who were employees at

11  that point, asking them to join him for his

12  new venture, but, again, those were rumors.

13      Q.    Do you remember when you

14  heard --

15      A.    No.

16      Q.    -- those rumors?

17      A.    No.

18      Q.    Do you remember whether

19  Mr. Iacovacci was already retired at that

20  point?

21      A.    He was not retired at that

22  point.

23      Q.    How do you know?

24      A.    It was before 2016, 2017

25  timeframe.

```
 1              K. DINERSHTEYN - CONFIDENTIAL
 2         Q.    Was it in the 2015 timeframe?
 3         A.    I -- it was definitely before
 4    his retirement.  I don't know if it was two
 5    years before his retirement or even
 6    earlier.
 7         Q.    Were you given any instructions
 8    regarding how to handle Mr. Iacovacci's
 9    retirement?
10              MR. UNDERWOOD:  Object to the
11          form of the question.
12         A.    Could you clarify instructions
13    from -- what kind of instructions?
14         Q.    Any -- any instructions of any
15    kind from executives at Brevet.
16              MR. UNDERWOOD:  Object to the
17          form of the question.
18         A.    I don't remember any specific
19    instructions.  I was -- no, I -- no, I
20    don't remember any specific instructions.
21         Q.    Okay.  Do you recall when was
22    Mr. Iacovacci's retirement?
23         A.    It was -- no, I don't recall.
24         Q.    How -- how is it, then, that
25    you'd know that the rumors that you heard
```

Page 102

1              K. DINERSHTEYN - CONFIDENTIAL
2    predated his retirement?
3                MR. UNDERWOOD:  Object to the
4           form of the question.
5         A.    I don't recall the exact date
6    of his retirement.  It was, uh, after 2016,
7    and I just remember the kind of -- the
8    sequence that I heard the rumors well
9    before, uh, he even had surgery, and I know
10   that his retirement was after he had
11   surgery, but I cannot put exact year or
12   date to those events.
13        Q.    As -- as the CFO, were you in
14   charge of calculating payments and benefits
15   to be paid to members who left?
16        A.    Some of it, yes.
17        Q.    When you say "some of it," is
18   some excluded?
19                MR. UNDERWOOD:  Object to the
20          form of the question.
21        A.    I was not responsible for, uh,
22   whatever goes through the employee payment
23   system.  So, can you clarify the benefits
24   that you're referring to?
25        Q.    Can you specify which -- which

```
 1            K. DINERSHTEYN - CONFIDENTIAL
 2   benefits you are not responsible for?
 3         A.    Like, I was definitely not
 4   responsible for any kind of medical,
 5   corporate or whatever else went into, uh,
 6   the termination agreement, the separation
 7   agreements.
 8         Q.    But you -- were you responsible
 9   for severance or other exit payments?
10         A.    I would be responsible for kind
11   of the finance department, and then, uh,
12   the payroll provider would be responsible
13   for processing those severance payments.
14         Q.    Besides Mr. Iacovacci, did
15   other partners leave Brevet --
16              MR. UNDERWOOD:  I think you
17         interrupted her -- her answer, but --
18         Q.    Was your answer completed?
19         A.    It's okay.  I actually -- yeah,
20   it -- my answer was complete.
21         Q.    Besides Mr. Iacovacci, have
22   other partners left Brevet in the time
23   you've been there?
24         A.    Yes.
25         Q.    Who?
```

1              K. DINERSHTEYN - CONFIDENTIAL

2         A.     Uh, John Tripp retired.

3         Q.     Anyone else?

4         A.     Um, you have to go through --

5    like, there were many employees that left

6    Brevet.

7         Q.     Okay. ██ ██ ███ ████ █████

█ ███ ███ ██ ███ ████ █████ ██ ████████

█ █████ ███ ████ ████ ██ ██ ████ ████

█ ███████

█ ███ ███ ██ ██ ████████ █ ██

█ █████ ███ ████ ████ █████ ████

█ ████ ██ ██ █ ███████ ████ ████

█ ███ ████ ██ ████ █ ████ ██████

█ ████ ████ ███ █████████

█ ███ ███ ██ ████████ █████ ████ ██

█ ███ ███ █████ ████ ███ ████ ██

█ █████ ██ ██ ████ ██ ██ ███

█ ████████████ █████

█ ███ ███ ████ ████ ███████ ██

█ ████████ ████ █████

█ ███ █ ██ █ ███████

█ ███ ████ ████ ██ ████████ ██

█ █████████ █ ████ ████ █████ ████ ███████

█ ████ ████ ████ ██ ███ ████ ██ ████

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2
```

```
16          Q.    Okay.  And when -- when did
17    Mr. Tripp retire?
18          A.    Again, you're asking me to go
19    through the dates and I really don't have a
20    very clear timeline in my mind.  It's been
21    a while.  He retired definitely before Paul
22    Iacovacci.
23          Q.    You say definitely before?
24          A.    Even that -- no, I -- I really
25    cannot recall his date for retirement.
```

1          K. DINERSHTEYN - CONFIDENTIAL

2          Q.    But can you -- was it less than

3     five years before Mr. Iacovacci retired?

4          A.    Yes.

5          Q.    Okay.  And possibly after

6     Mr. Iacovacci retired in 2016?

7          A.    Possibly.  I cannot put the

8     date.

9          Q.    Okay.  And -- ███ ██ █████

██████ ███ ██ ██ ███ ████ ██ ██ ███

██ ███████ ██ ████████ ████ ██ ██ ███ ████

██ ██ ████ ██████

██ ███ ██

██ ████ ███ ██ ████████ ██ ███

██ █████████ ███ ████████ ███

██ ███ ██

██ ████ ██ ████████ ██ ████████ ████

██ ██ ████████ ████ ██ ████ ██████ ██ ████

██ ████ ██ ████ ██ ████████ ██ ████

██ ██ ████ ██████ ███████ ██ ████

21          A.    It's been a while.  I don't

22     remember the details.  I -- I don't

23     remember the details.

24     ███ ████ ███ ██ █████

██ ███████ ██ ███ ████ ██ ████

Page 107

1              K. DINERSHTEYN - CONFIDENTIAL

2

24        A.    Uh, when the --

25    Paul Iacovacci's retirement happened, it

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2   was actually not -- he was planning to
 3   retire, but he was actually terminated, and
 4   the document provides for, um, termination
 5   for cause, and as far as I recall, uh,
 6   termination for cause makes the payments
 7   stop.
 8        Q.    Prior to Mr. Iacovacci's
 9   purported termination for cause, ██ ██
```



```
12        A.    That was a long time ago.  I'm
13   not going to be able to tell you if I did
14   or if I didn't.
15        Q.    It's possible you did?
16          MR. UNDERWOOD:  Object to the
17     form of the question.
18        A.    It's possible that spreadsheet
19   kind of contained the future calculations.
20   I don't remember exact, uh, format or if
21   future calculations were made.
22        Q.    Okay.  Would you have saved any
23   such analysis to your Brevet files?
24          MR. UNDERWOOD:  Object to the
25     form of the question.
```

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2      A.     Again, I don't know if that
 3  analysis exists.  I really don't.
 4      Q.     Okay.
 5      A.     But whatever work I did was
 6  saved to the file.
 7      Q.  ███  ██  ████    ██████
    █  ██████  ██████  █  ██  ████████
    █  ██████  ████  ██  ██████  ███  ████
    █  ████  ██  ██████
11      A.   ████  ██  ██████  ███
    █  ██████  ████  ██  ██████  ██████
    █  ████  ██████  ███  █  ████
    █  ██████  ██  ████  ██  ██████
    █  ████  ██████  █████
16          THE REPORTER:  I'm sorry,
17          repeat that.  I'm sorry, Paul.  What
18          was that last part?  I don't remember
19          the?
20          THE WITNESS:  The Paul
21          Iacovacci specific conversations.
22          THE REPORTER:  Thank you.
23      Q.    Do you remember conversations
24  with others at Brevet generally about the
25  performance of those calculations?
```

```
                                              Page 110
 1          K. DINERSHTEYN - CONFIDENTIAL
 2              MR. UNDERWOOD:  Object to the
 3          form of the question.
 4       A.     Again, I don't -- I -- if
 5    you're asking me to remember a specific
 6    conversation, no.
 7       Q.   ████  ███ █  ████  ██  ██
 █  ████  ████  ██████  ████  ████   ███
 █  █████  ████  ██████  ████  ██████  █
 ██  ████  █ █  ████   █████  ████  ████
 ██  ████  ██  ██  ███  ███████
12       A.     There were probably internal
13    conversations about interpretation of the
14    document, but I don't remember specific
15    conversations, no.
16       Q.     Okay.  Does --
17              MR. UNDERWOOD:  Paul, it's now
18          5:00 and, uh -- whatever -- whatever
19          else you may have to say about the
20          deposition, we did have an agreement
21          that the witness was going to make
22          herself available until 5:00 today.
23              MR. FATTARUSO:  Can I go -- I
24          mean --
25              MR. UNDERWOOD:  I'm not -- I'm
```

```
 1        K. DINERSHTEYN - CONFIDENTIAL
 2        not cutting you off right now.  Can
 3        you tell me if it's something you can
 4        wrap up in the next five minutes, ten
 5        minutes?
 6             MR. FATTARUSO:  This
 7        deposition?  No.
 8             MR. UNDERWOOD:  So the
 9        topic that you're --
10             MR. FATTARUSO:  The line of
11        questioning, let me take a look.  I
12        think that -- I think that this line
13        of questioning is likely to go more
14        than five to ten minutes.
15             MR. UNDERWOOD:  Okay.  Well,
16        let me -- let's -- let's go off the
17        record and let me see if the witness
18        has any -- any flexibility.  I don't
19        believe she does, but let's go off
20        the record and I'll just take three
21        minutes and I will find out what kind
22        of flexibility we have here, okay?
23             MR. FATTARUSO:  Okay.
24             THE VIDEOGRAPHER:  This will
25        end media unit two.  We're going off
```

Page 112

```
 1          K. DINERSHTEYN - CONFIDENTIAL
 2          the record at 5:02 p.m., October 4,
 3          2021.
 4               (Whereupon, a discussion was
 5          held off the record.)
 6               THE VIDEOGRAPHER:  We're back
 7          on the record.  The time is 5:06,
 8          October 4, 2021.  This will begin
 9          media unit three.
10   BY MR. FATTARUSO:
11       Q.    Welcome back, Ms. Dinershteyn.
12   We were just conversing before we came back
13   on the record about your need to -- to
14   conclude the deposition in the next few
15   minutes for -- for the day.
16               I want to ask while we're still
17   altogether, is there any possibility that
18   you could continue the deposition later
19   tonight remotely from your location so that
20   we can try to get things wrapped up?
21       A.    I really don't think so.
22       Q.    Okay.  I would -- I would also
23   ask you -- I had spoke with your counsel
24   who indicates that there's no availability
25   between today and Thursday to continue this
```

```
 1           K. DINERSHTEYN - CONFIDENTIAL
 2    deposition, but we have significant
 3    additional questions, so, I would ask that
 4    you consider your calendar for the coming
 5    days to see what availability you would
 6    have so that we can try to complete the
 7    deposition within the fact discovery period
 8    that the court has set.  Can you -- can you
 9    endeavor to do that, please?
10           A.    I can.
11           Q.    Okay.  Thank you.
12                 I'm going to ask what more
13    questions I can now before you have to
14    leave and then we will hold the deposition
15    open to be completed.
16                 Now, I think we were just
17
```



```
23                 MR. UNDERWOOD:  Paul, because
24        you found it necessary to put that on
25        the record, I want to make sure that
```

```
 1              K. DINERSHTEYN - CONFIDENTIAL
 2              we're on the record saying that we're
 3              not agreeing that we will be able to
 4              produce the witness between now and
 5              Thursday and both the question of the
 6              witness's availability and lawyers'
 7              availability between now and
 8              Thursday.  So, I don't want the
 9              record to be unclear that somehow we
10              were acceding to your suggestion that
11              it's not closed at the end of the
12              day.  Go ahead.
13     BY MR. FATTARUSO:
14         Q.    Do you recall the question,
15     Ms. Dinershteyn?
16         A.    ███████    ███████    ███████  or time
17     question?
18              MR. UNDERWOOD:  █████  ███████
```

Page 115

1          K. DINERSHTEYN - CONFIDENTIAL

2   ████████████████ ██ ████ ████████ ██ █████

3   █ ██████ ███████ █████ ████████████ ████████

4        Q.    Do you recall any conversations

5   with anybody at Brevet expressing concern

6   about the cost of making the payments that

7   would be due to Mr. Iacovacci under the LLC

8   agreements?

9        A.    No.

10       Q.    Did you ever identify a number

11  that you projected to be the potential

12  costs of paying Mr. Iacovacci under the

13  provisions of the LLC agreements?

14            MR. UNDERWOOD:  Object to the

15       form of the question.

16       A.    I don't recall.  I don't recall

17  explicitly calculation, the projection for

18  Paul Iacovacci.

19       Q.    ████ ████████ ██████ ████████

    ██ ███ ████ ██████ ██████ ███████ █ ████ ██

    ██ █████████████

    ██ ██ █ ██████████ ████████████ ██ █████ █

    ██ ██████ ██████ ██ ██████ █████ ███████████

    ██ ██████ ████ ██████ ████ ██████ █ ██████

    ██ █████████

1          K. DINERSHTEYN - CONFIDENTIAL
2          Q.  █████  █████  ████  ████  █████
█  ██████  ████  █████  █████  █  ████  ████  █████
█  █████  █████  ████  ████  ████  ███████
█  █████  █  ████  ███  ████  ████  █████  █████
█  ████  ████  █  █████  ████  ███
█  ███████  ████  █████  ████  ████
█  █████  █████████
█  █████████  █████  ███  ████████  ████████
9          Q.    Okay.  And --
10              MR. UNDERWOOD:  At this point
11         we do have to adjourn the deposition
12         for the day because the witness does
13         have childcare obligations she needs
14         to attend to, so, we'll be going off
15         the record now.
16              MR. FATTARUSO:  Okay.  As
17         stated, we're holding the deposition
18         open and we will await information
19         about additional available times.
20              MR. UNDERWOOD:  As I stated, we
21         are not agreeing that we're going to
22         provide the witness for additional
23         time given the advanced notice that
24         was given about the timing restraints
25         and there's other issues, but that's

1          K. DINERSHTEYN - CONFIDENTIAL

2       something to be taken up.

3             THE VIDEOGRAPHER:  This will

4       end media unit three in the

5       deposition of Karina Dinershteyn and

6       conclude the recording of this

7       deposition for today.  We're going

8       off the record at 5:12 p.m., October

9       4, 2021.

10            (Whereupon, Exhibit 1, Brevet's

11      website in approximately March of

12      2016, was deemed marked as of this

13      date.)

14            (Whereupon, Exhibit 2, letter

15      from Joseph Kim to David Ehrlich, was

16      deemed marked as of this date.)

17            (Whereupon, at 5:12 p.m.,

18      the Examination of this witness was

19      adjourned sine die.)

20

21            °           °           °           °

22

23

24

25

Page 118

1            K. DINERSHTEYN - CONFIDENTIAL
2               D E C L A R A T I O N
3
4        I hereby certify that having been
5    first duly sworn to testify to the truth, I
6    gave the above testimony.
7
8        I FURTHER CERTIFY that the foregoing
9    transcript is a true and correct transcript
10   of the testimony given by me at the time
11   and place specified hereinbefore.
12
13
14
                  _____
15                   KARINA DINERSHTEYN
16
17
18   Subscribed and sworn to before me
19   this _____ day of _____ 20___.
20
21

     _____
22        NOTARY PUBLIC
23
24
25

```
                                          Page 119
 1         K. DINERSHTEYN - CONFIDENTIAL
 2              E X H I B I T S
 3                                          PAGE
 4    Exhibit 1     Brevet's website in
 5                  approximately March of
 6                  2016                    117
 7
 8    Exhibit 2     Letter from Joseph Kim to
 9                  David Ehrlich           117
10
11                 I N D E X
12
13   EXAMINATION BY                    PAGE
14   MR. FATTARUSO                     6
15
16
17     INFORMATION AND/OR DOCUMENTS REQUESTED
18   INFORMATION AND/OR DOCUMENTS      PAGE
19   (None)
20
21
22        QUESTIONS MARKED FOR RULINGS
23   PAGE LINE QUESTION
24   (None)
25
```

Page 120

1          K. DINERSHTEYN - CONFIDENTIAL

2

3              C E R T I F I C A T E

4

5   STATE OF NEW YORK        )

                            :   SS.:

6   COUNTY OF BRONX          )

7

8        I, SCOTT TORRANCE, a Notary Public

9   for and within the State of New York, do

10  hereby certify:

11       That the witness whose examination is

12  hereinbefore set forth was duly sworn and

13  that such examination is a true record of

14  the testimony given by that witness.

15       I further certify that I am not

16  related to any of the parties to this

17  action by blood or by marriage and that I

18  am in no way interested in the outcome of

19  this matter.

20       IN WITNESS WHEREOF, I have hereunto

21  set my hand this 20th day of October 2021.

22

23

24

    _____

25              SCOTT TORRANCE

Page 121

```
 1                          ERRATA SHEET
                    VERITEXT/NEW YORK REPORTING, LLC
 2
        CASE NAME: Iacovacci, Paul v. Brevet Holdings, LLC, 18-Cv-08048
      (S.D.N.Y.)
 3      DATE OF DEPOSITION: 10/4/2021
        WITNESSES' NAME: Karina   Dinershteyn
 4
 5      PAGE    LINE (S)       CHANGE              REASON
        ____|_____|_____|_____
 6
        ____|_____|_____|_____
 7
        ____|_____|_____|_____
 8
        ____|_____|_____|_____
 9
        ____|_____|_____|_____
10
        ____|_____|_____|_____
11
        ____|_____|_____|_____
12
        ____|_____|_____|_____
13
        ____|_____|_____|_____
14
        ____|_____|_____|_____
15
        ____|_____|_____|_____
16
        ____|_____|_____|_____
17
        ____|_____|_____|_____
18
        ____|_____|_____|_____
19
        ____|_____|_____|_____
20
21                                       _____
                                         Karina   Dinershteyn
22      SUBSCRIBED AND SWORN TO BEFORE ME
        THIS _____ DAY OF _____, 20___.
23
24
        _____          _____
25      (NOTARY PUBLIC)               MY COMMISSION EXPIRES:
```

| & | |
| --- | --- |
| **&** | 2:10 3:17 5:19 |

**0**

**06824** 2:11
**08048** 1:6 121:2

**1**

**1** 3:17 82:7,17
  117:10 119:4
**10** 84:12,18 85:13
**10/4/2021** 121:3
**10006** 2:5
**106** 2:11
**11** 17:12 84:12,17
**11235** 6:17
**117** 119:6,9
**118cv08048** 4:19
**13** 95:3
**150** 84:20
**15222** 2:15
**18** 89:24 95:7
  121:2
**1:18** 1:6

**2**

**2** 89:18 117:14
  119:8
**20** 24:5,21 47:16
  95:7,17 118:19
  121:22
**2000** 2:11
**2008** 29:17
**2012** 24:8 92:22
  95:7
**2014** 33:4
**2015** 97:3,9,15
  101:2
**2016** 24:16 25:9
  82:20 83:15,17,19
  84:25 85:4 100:24
  102:6 106:6
  117:12 119:6

**2017** 99:3 100:24
**2018** 77:21 78:15
  90:24 91:4
**2019** 89:24 91:2
**2021** 1:12 4:4 47:3
  47:8 112:3,8
  117:9 120:21
**20th** 120:21
**225** 2:15
**22nd** 6:16
**24595** 120:23
**250k** 92:22
**2685** 6:15
**29** 90:20
**2:04** 1:13 4:4
**2:56** 47:3

**3**

**3** 83:12
**30** 3:16
**3:29** 47:7
**3:48** 62:11
**3:52** 62:15
**3a** 6:16
**3rd** 2:5

**4**

**4** 1:12 4:4 47:3,8
  112:2,8 117:9

**5**

**5** 83:12
**50** 79:8
**500,000** 88:24 89:3
  89:11 90:15 91:12
**55** 2:5
**5:00** 110:18,22
**5:02** 112:2
**5:06** 112:7
**5:12** 117:8,17

| 6 | |
| --- | --- |
| **6** | 119:14 |

**7**

**75** 84:18

**8**

**80** 79:7,12

**9**

**90** 11:4
**99** 63:23

**a**

**abe** 31:18,21
**able** 24:7,10 25:13
  29:14,22 44:24
  48:18 49:16 52:4
  52:22 55:22 56:6
  57:4 58:5 68:19
  70:24 72:23 73:11
  79:4 80:4 82:3
  83:23 88:9 89:5
  92:6 93:4,17,20
  108:13 114:3
**acceding** 114:10
**accessed** 14:23
**account** 26:18
  78:13
**accountant** 33:23
**accountants** 33:22
**accounting** 27:8
  37:14 38:11,18,20
  39:3,7 78:7,9
**accounts** 24:21
  25:24 26:9 32:14
**accrual** 37:18,21
  38:18
**accuracy** 34:6
  35:19 36:4,8,12
  40:6 41:2
**accurate** 84:24
  85:2

**accurately** 83:13
**acknowledgeable** 69:23
**acting** 29:5 30:7
  30:24,25 31:10,25
  32:25 33:14 74:7
**action** 5:3,22
  120:17
**actions** 50:23
**active** 44:23
**activities** 34:8
**activity** 22:23 38:4
  49:6 94:25
**addition** 54:10
**additional** 113:3
  116:19,22
**address** 6:13
**adina** 2:7 5:18
**adjourn** 116:11
**adjourned** 117:19
**administer** 3:11
  4:25
**administering** 5:10
**administrator** 27:7,13,18,24 28:5
  28:8,12,16
**administrator's** 28:2 37:12
**administrators** 27:4
**admissibility** 67:12
**adp** 58:15,18 59:7
  59:18,20
**advanced** 116:23
**affiliations** 5:6
**afternoon** 4:3 6:12
  6:18
**agent** 44:3

**ago**  13:15 22:2
  47:15,24 50:18
  53:10 56:8 57:14
  70:23 72:25 73:13
  98:7 108:12
**agree**  4:11 10:5
**agreed**  3:5,20 7:18
**agreeing**  114:3
  116:21
**agreement**  42:8,20
  43:15,19 103:6
  105:6 110:20
**agreements**  43:3,6
  43:9 59:2 103:7
  104:25 106:12,18
  107:23 108:11
  109:9 110:11
  113:19 115:8,13
  115:21 116:4
**ahead**  7:7 70:3
  114:12
**al**  1:8 4:17
**allocation**  88:6,7
  88:10,13
**allow**  40:11
**altogether**  112:17
**amount**  93:19,21
  94:16
**amounts**  69:8,15
  87:2 107:2 110:10
  113:19 115:24
**analysis**  108:23
  109:3
**announced**  99:23
**announcement**
  98:24 99:4,7,11
**announcing**  98:19
**annual**  49:15 51:9
  51:10,14,24 52:8
**answer**  7:8,10,22
  12:11,13 13:25

23:15 24:7,10,12
  39:11,16 40:14
  58:6 59:14 63:3,5
  63:18 66:13 70:3
  71:22 72:23 75:22
  79:15 92:7,20
  103:17,18,20
**answered**  71:18
**answering**  62:22
  66:15,22 76:2,9
**answers**  66:8
**anticipated**  108:10
**anybody**  11:6
  44:25 48:8 109:12
  115:5
**apart**  64:24
**apartment**  6:16
**apologize**  62:23
**appear**  12:22
**appearance**  5:12
**appearances**  5:6
**appeared**  82:24
**appears**  46:2
**appendix**  90:14
**applied**  16:16
**approach**  19:6
  21:14
**approached**  100:9
**appropriate**  67:14
  67:15
**approximate**  69:8
**approximately**
  11:4 25:9 29:11
  29:18 30:5 78:25
  82:19 90:20 116:7
  116:8 117:11
  119:5
**area**  17:19
**articles**  16:9
**aside**  9:23

**asked**  76:8
**asking**  6:23 12:7
  30:2 32:23 66:2,3
  71:12 100:11
  105:18 110:5,7
  114:20
**aspect**  50:22
**assets**  91:25
**assigned**  41:22
**assignment**  31:7
**assistant**  16:22
**associate**  5:24 9:2
**attend**  116:14
**attention**  11:13
  12:24
**attorney**  5:13 6:20
  7:5
**attorneys**  2:4,10
  2:14
**attributable**  79:2
**audio**  4:9 12:23
**audited**  35:24 36:5
  36:20,24 37:10
  39:5,9,18 40:3
  94:22
**authority**  62:19
**authorized**  3:11
  4:25 63:3
**availability**
  112:24 113:5
  114:6,7
**available**  13:7
  110:22 116:19
**avenue**  2:15
**await**  116:18
**aware**  8:10 15:6
  35:12 57:16 67:24
  85:11 97:3 107:20
**awareness**  44:16

## b

**b**  31:21,22 119:2
**bachelor**  16:13
**back**  20:8 45:16
  47:6,11 61:16
  62:14 65:21 71:22
  71:24 82:11 112:6
  112:11,12
**background**  18:25
**balances**  28:3,5
**based**  37:12 38:18
  38:19 72:17 73:4
**basically**  14:16
**basis**  37:17,18,20
  66:12
**bear**  16:25 17:4
  22:9,15 65:19
**becoming**  18:22
**beginning**  5:12
**behalf**  5:16
**believe**  14:7 19:11
  26:23 35:6 51:5
  55:20 57:24 59:25
  60:10,19 63:8
  66:8 88:4 95:11
  111:19
**benefits**  102:14,23
  103:2
**best**  22:5 24:12
  29:10 30:3,13
  53:5 63:22
**big**  38:12
**bigger**  93:18
**bit**  12:16
**blood**  120:17
**book**  38:13,14
**books**  27:8,19
  32:14 34:4 36:9
  36:11,12 39:4,8
**borrower**  86:3

**[borrowers - class]** Page 3

**borrowers** 23:6,7
86:15
**borrows** 86:23
**boy** 17:12
**break** 7:20,23
46:11,18,20 61:22
**brevet** 1:8,18 4:16
11:12,16,24 12:22
14:22,25 15:13
16:17,20 17:6,8
18:2,11,21,22,25
19:4,7,14 20:5,24
21:19 22:8,11
23:10,22,24 24:17
25:12,16,17 26:22
27:4,10,11 28:24
29:7 31:24 32:4
35:22,23 36:13,16
36:24 39:19,20,20
39:24 40:7 41:3,4
42:16 45:4 47:14
52:16 54:5,7,9,23
54:25 55:3,7,9,19
55:24 56:17,18,24
57:2,7,8,16,19,23
58:13 59:3,19,21
59:22,25 60:4,10
63:20 64:3,20
65:4 68:15,22
69:11,24 71:14
73:14,24 74:9,12
74:17,19,21,22
75:3,5 76:3,11,15
76:15,16 77:3,4,5
77:10,13,21,23,24
77:25 78:16 79:2
79:19 80:2,3,3,8
80:14,18 81:3,19
81:20 83:18 85:8
85:9,11,18 86:17
87:23 88:23 89:10

89:12,25 91:11
93:7,9 94:18
96:10,24 97:24
101:15 103:15,22
104:6 106:9,19
108:23 109:10,24
110:9 113:20,21
115:5 116:3 121:2
**brevet's** 14:24
22:17 28:3,5
35:19 36:4,9 39:4
39:7 42:9,19
44:11,17 45:10,16
47:17 52:17 68:3
69:10 72:13,17
73:4,9 82:14,18
83:5,14 84:25
87:15 88:5 90:14
94:11 117:10
119:4
**briefly** 14:15
**broadway** 2:5
**broke** 63:19
**bronx** 120:6
**brooklyn** 6:16
**bureau** 16:14
**business** 22:17,19
23:3,5 34:6 68:3
68:12 84:25

**c**

**c** 2:2 118:2 120:3,3
**calculating** 102:14
104:8,12,21,24
106:15
**calculation** 104:17
105:7 106:25
107:7,22 109:13
110:9 114:21
115:17
**calculations**
105:13 107:13

108:10,19,21
109:8,12,25
113:18
**calendar** 113:4
**call** 77:20
**callahan** 81:18
**called** 6:5 62:2
81:3 84:13
**capacity** 84:19
**capital** 27:11
35:23 39:20 54:6
54:7,23 55:3
56:18,24 57:7,19
59:22 60:2 73:14
73:24 74:10,12,17
74:21 75:5 76:3
76:15 77:3,13,23
78:16 79:2
**care** 30:9 31:7
**career** 19:4
**cares** 29:4
**case** 1:6 6:22 9:21
10:15 13:6,9,23,23
14:7,16,18,21 15:7
15:9,12 16:5,9
58:2 121:2
**cash** 37:17 38:4,19
94:25
**category** 89:8
**cause** 108:5,6,9
**ce** 74:6
**ceo** 73:22,23 74:2
74:3
**ceramic** 16:22
**certain** 13:3 59:6
70:6
**certainty** 69:21
79:16
**certification** 3:8
**certify** 118:4,8
120:10,15

**cfo** 18:24 19:8
20:3,22 29:5,6
30:7,16,19,24,24
30:25 31:2,10,12
31:15,17,25 32:6
32:12,18,20,25,25
33:5,13,14,23 35:9
35:17 53:17 74:7
74:8 77:2,14,20
95:25 102:13
**chance** 12:12
95:20
**change** 28:24 31:6
31:9 33:12 53:7
57:7 72:16 73:3
74:11 84:3 85:4
121:5
**changed** 31:11
52:21 77:13 80:16
81:23,25 84:8,9
96:19
**changes** 69:17
73:23 74:9 77:16
77:17
**changing** 22:20
56:8
**charge** 102:14
**chart** 52:23,25
53:3
**charts** 57:13
**chat** 42:23
**checking** 10:6
**childcare** 116:13
**circumstances**
92:24 104:19
**civil** 1:21
**claiming** 14:22
**clarify** 76:22
101:12 102:23
**class** 17:13

classes   17:14,16
  17:19,21
clause   90:13
clear   62:6 75:25
  105:20
closed   114:11
coincide   32:20
colin   2:16 5:20
  66:6
collapse   17:4
collateral   45:3
  86:15,24
collect   17:20
college   16:12,14
  16:23,24 17:14
combines   51:14
come   13:11 18:20
  38:7 53:14 57:8
  61:16 87:2
comes   20:7 27:22
coming   113:4
commission
  121:25
commonly   99:18
  99:22
communicate   10:7
  35:7
communicated
  35:3
communication
  35:14 40:17
communications
  28:12,15,17 33:20
  34:7
companies   22:19
  37:16 40:4 45:2
  54:8,13,16 55:21
  56:2 59:22 80:3
company   18:23
  27:10 31:13 33:16
  33:25 34:5,20

54:24 55:25 56:3
  57:5,18 63:2
  64:23,25 67:25
  71:4,8 74:13,18
  76:23 82:2 86:23
  86:25 91:9,13
  96:4,17
company's   39:17
  81:6
competent   8:12
competitors   44:11
  44:17
complete   71:15
  103:20 113:6
completed   103:18
  113:15
completely   55:21
completion   52:9
compliance   11:20
  11:23 12:22 34:19
  47:18,22 48:2,3,6
  48:8,12,21 49:6
  50:3,5,24 51:13
  52:11
compliant   50:21
composition   83:14
computer   9:23
  14:8,23,25,25
computers   10:3,6
concepts   24:24
concern   62:24
  68:9,11 69:12
  115:5
concerned   62:18
  72:10,12
conclude   112:14
  117:6
confid   42:5
confidential   1:17
  4:1 5:1 6:1 7:1 8:1
  9:1 10:1 11:1 12:1

13:1 14:1 15:1
  16:1 17:1 18:1
  19:1 20:1 21:1
  22:1 23:1 24:1
  25:1 26:1 27:1
  28:1 29:1 30:1
  31:1 32:1 33:1
  34:1 35:1 36:1
  37:1 38:1 39:1
  40:1 41:1,21 42:1
  43:1 44:1 45:1
  46:1 47:1 48:1
  49:1 50:1 51:1
  52:1 53:1 54:1
  55:1 56:1 57:1
  58:1 59:1 60:1
  61:1 62:1 63:1,8
  64:1 65:1 66:1
  67:1 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1 113:1 114:1
  115:1 116:1 117:1
  118:1 119:1 120:1
confidentiality
  42:5,8 63:12
connecticut   2:11
connection   50:2
  51:16 52:7,8,11

consider   113:4
consistent   83:4
  95:12,18
consistently   96:24
consult   32:2 60:24
  61:19
consultant   21:2
  32:3
contain   83:8
contained   108:19
context   43:11
  89:10
continue   4:10
  112:18,25
controller   26:24
  29:2,19 31:10,12
  33:13,21 53:11
conversation
  10:12,16 19:14
  21:17 110:6
conversations   4:7
  10:19,24 11:3,7
  12:18 69:19 70:22
  71:11 72:9 73:12
  109:15,21,23
  110:8,13,15
  114:21 115:2,3,4
conversing   112:12
coordinate   34:23
copy   3:14,17
corporate   52:17
  77:8,9,16 79:18
  103:5
correct   72:7 76:24
  77:2,22 90:24
  92:23 118:9
cost   115:6
costs   115:12
counsel   3:6,17 5:5
  5:18 8:14,22
  61:19,23 112:23

counsel's   12:7
counselor   67:6
county   120:6
couple   13:6,14
  17:9,14,18,23
  25:11 46:5 54:22
  87:9 100:9,10
course   15:20
  100:6 115:2,24
court   1:2,20 3:13
  4:18,23 5:9 6:3
  7:12 12:11 13:12
  13:17,19,21 16:6
  65:16 113:8
credit   86:3,5,19,22
  86:24 89:6,9
crisis   17:3
criteria   87:22
cuny   16:15
curiosity   45:25
cutting   111:2
cv   1:6 121:2
cyrulnik   2:4,6
  5:15,17 6:20

**d**

d   3:2 6:5 118:2
  119:11
da   11:21 21:13
data   17:20,21,21
date   1:12,22 30:11
  89:24 93:19,21
  102:5,12 105:25
  106:8 117:13,16
  121:3
dated   91:7
dates   29:11,22
  105:19
david   90:5,9
  117:15 119:9
day   19:16 21:10
  21:15 77:20

112:15 114:12
  116:12 118:19
  120:21 121:22
days   3:16 113:5
deal   32:15 58:15
dealing   33:21,24
december   97:8,14
  97:17
decided   97:23
deemed   117:12,16
defendant   1:18
defendants   1:9
  2:14 5:22
define   24:25 25:3
  35:23
definitely   51:3
  101:3 103:3
  105:21,23
definition   36:15
definitions   78:7,10
degree   16:13 33:3
department   41:7
  41:12 50:9,14
  72:13 103:11
department's
  50:23
depend   87:20
  91:24
depending   23:17
  60:8
depends   24:25
deposed   8:5
deposition   1:17
  3:8,9,14 4:14,20
  10:11 15:17,25
  67:19 110:20
  111:7 112:14,18
  113:2,7,14 116:11
  116:17 117:5,7
  121:3

describe   55:13
described   16:7
describes   107:7
describing   14:6
designated   63:7
detail   97:13
  115:24
detailed   88:20
details   21:24
  32:15 42:23 44:15
  50:20 57:14 69:23
  70:5,7 73:12
  88:10,21 89:5,15
  98:6 100:7 106:22
  106:23
developing   85:12
developments
  13:14
devices   9:25
die   117:19
differ   37:24 38:18
  38:24
difference   39:3
differences   38:3,6
  38:15
different   16:9
  24:19,20,22,23
  36:19 37:4,7,14
  39:23,24 52:16
  53:25 54:2,22,24
  55:18 58:22 61:9
  77:8 81:16 96:18
  96:18 109:12
dinershteyn   1:19
  4:1,15 5:1,23 6:1
  6:15,19 7:1 8:1
  9:1 10:1 11:1 12:1
  12:5 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1

24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1,11
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1,17 64:1 65:1
  65:13 66:1 67:1
  67:21 68:1 69:1
  70:1 71:1 72:1
  73:1 74:1 75:1
  76:1 77:1 78:1
  79:1 80:1 81:1
  82:1 83:1 84:1
  85:1 86:1 87:1
  88:1 89:1 90:1
  91:1 92:1 93:1
  94:1 95:1 96:1
  97:1 98:1 99:1
  100:1 101:1 102:1
  103:1 104:1 105:1
  106:1 107:1 108:1
  109:1 110:1 111:1
  112:1,11 113:1
  114:1,15 115:1
  116:1 117:1,5
  118:1,15 119:1
  120:1 121:3,21
disclose   62:20
disclosing   42:9
  66:9
discovery   113:7
discuss   15:24
  61:23 62:25 68:2

70:14
**discussed** 63:2
95:13 98:15 116:5
**discussing** 109:7
**discussion** 42:18
47:4 61:24 62:12
73:9 99:13 112:4
113:17
**discussions** 46:4
68:9,10 69:5,12
98:2,4,7
**distinct** 36:24
**distributed** 41:20
41:24
**district** 1:2,2 4:18
4:18
**document** 13:13
13:16 14:4,5,12,15
16:6 25:6 40:21
83:13,16 89:21
93:16 95:4 107:6
108:4 110:14
**documentation**
28:8 94:6,8,24
**documents** 9:20
15:10,16,19 40:24
91:19,22 92:5,9
94:12 104:16
106:25 107:3,4,9
107:12 119:17,18
**doing** 64:25 67:17
83:24
**dollar** 95:17
**domestic** 25:17
**doug** 60:9,14,19
63:23 81:17
**draw** 86:4
**due** 26:2 113:19
115:7
**duly** 6:6 118:5
120:12

**dumain** 2:7 5:17
**duration** 23:10,18
23:19,20 25:12,17
25:18,19,20 54:12
80:9,14,19 81:3,13
81:20 87:16,16
88:19 106:19,20
113:20,20,21
**duties** 19:19

**e**

**e** 2:2,2 3:2,2 6:5,5
28:18 31:21 40:21
118:2 119:2,11
120:3,3
**earlier** 101:6
**early** 83:15
**earn** 80:24
**easily** 20:11,19
30:11
**east** 6:15
**educational** 16:12
**effect** 3:12,15
**ehrlich** 90:5,9
117:15 119:9
**electronic** 9:24
**else's** 109:13
**employee** 32:4
52:14 102:22
**employees** 100:10
100:10 104:5
**employer** 57:24
58:4,7,9,11,14
59:4,7,19,21,24
**employers** 60:3
**employment** 16:20
29:7 58:15,17,25
**enclose** 90:13
**encompassed** 39:6
39:8
**endeavor** 113:9

**enforced** 44:9
**engage** 87:23 93:9
**engaged** 89:10
**engages** 93:7
**engaging** 43:17
85:12 86:17
**ensure** 50:23
**ensuring** 35:18
40:6
**entering** 88:24
91:11
**entirely** 67:10
**entirety** 36:3
**entities** 39:6,19,21
39:24 45:6 51:8
52:16 53:18,25
54:13,22 57:20
68:17,20,21 69:2
78:12 79:19 80:2
80:14 113:22
**entitled** 106:17
**entity** 49:14 54:6
55:4,13,16,18
56:22 80:5 81:3
81:19
**equivalent** 28:6
**errata** 121:1
**esq** 2:6,6,7,7,12,16
**established** 42:6
**estimate** 30:13
78:24 79:5
**estimates** 69:15
71:9
**et** 1:8 4:17
**evaluate** 94:9
**events** 102:12
**everybody** 99:24
**ex** 87:7
**exact** 19:21 21:16
21:23 24:10,19
25:14,14 26:19

44:24 52:23,24
53:2 54:17 64:22
64:24 66:5 68:19
74:13 78:7,9 80:5
80:5,13 98:25
99:10 102:5,11
108:20
**exactly** 24:8 29:22
33:2 37:5 38:13
46:12 48:5 49:17
52:5 57:4 70:24
75:10 77:15 81:9
82:23 83:19,24
99:12
**examination** 6:10
117:18 119:13
120:11,13
**examined** 6:8
**example** 86:16
107:5
**excel** 107:5,8
**exciting** 82:4
**excluded** 102:18
**excluding** 36:15
**excuse** 40:11
**execute** 87:7
**executed** 43:19
**execution** 42:20
43:2 94:19
**executive** 83:14
**executives** 101:15
**exhibit** 8:2 82:7,12
82:17 89:18
117:10,14 119:4,8
**exhibits** 7:25 82:4
82:5 89:17
**exist** 56:25
**existed** 82:19
**existence** 39:25
**exists** 45:14 109:3

**exit** 103:9 105:2
**expanded** 34:4
**expect** 65:10
**expenses** 33:22
  75:19 78:12
**experience** 18:25
  19:3
**experiencing** 97:4
**expert** 66:21 67:4
**expertise** 87:8
**expires** 121:25
**explicitly** 32:12
  115:17
**express** 70:17
  71:14
**expressed** 70:25
**expressing** 56:12
  115:5
**extensive** 38:12
**extent** 15:11 40:15
  63:4

**f**

**f** 3:2 120:3
**facilities** 86:5
**facility** 86:3
**fact** 66:24 77:12
  113:7
**facts** 66:25 67:2,2
**fair** 24:11 30:12
  34:2 59:3 64:8
  73:5 79:12
**fairfield** 2:11
**familiar** 45:9 70:6
  81:2 83:3
**family** 17:11,25
**far** 16:22 42:22
  70:13 95:13 108:5
**fattaruso** 2:4,6
  5:14,15,15 6:11,20
  6:21 46:8,12,19,23
  47:10 51:18,22

61:15 62:9 63:16
65:16 66:6,16
67:6,20 76:24
110:23 111:6,10
111:23 112:10
114:13 116:16
119:14
**february** 99:3
**federal** 1:21
**feeders** 24:20,23
**fees** 78:21 79:3
  80:24
**fell** 33:19
**fifth** 2:15
**file** 28:16 69:8
  109:6
**filed** 4:17
**files** 83:10 108:23
**filing** 3:7 13:17,19
  13:21 49:15,18
**filings** 49:11,13
  68:11,13,14 69:2,6
  69:9,17 71:8,10,13
  71:15,20 72:3,7,11
  72:15,17 73:4
**finance** 41:7,11
  50:8,14,23 58:22
  58:25 59:2 72:13
  94:18 103:11
**financial** 17:3
  35:19 36:5 39:5
  40:7 94:12
**financially** 5:3
**financials** 35:24
  36:5,20,21,23,25
  37:9,10 39:9,18
  40:3 69:24 70:5,7
  94:22
**find** 16:5 20:11,19
  67:3 111:21

**fine** 20:13,20
  25:15 46:19,24
**finish** 7:16 18:19
**finished** 12:7 33:3
**finishes** 18:18
**firm** 4:22 9:9 21:6
  46:2 96:7,10,16
  98:15,20
**firm's** 9:7
**first** 6:6 18:15
  47:25 53:19 82:11
  90:3,11 118:5
**fits** 87:21
**fitzpatrick** 5:25
  9:15,16
**five** 24:21 30:8
  46:18 98:7 106:3
  107:14,18 111:4
  111:14
**flexibility** 111:18
  111:22
**floor** 2:5
**focused** 17:10,24
  22:22
**folder** 82:6 89:17
**following** 50:10
  96:23 97:18
**follows** 6:9 50:14
**force** 3:15
**forecasting** 33:18
**foregoing** 118:8
**form** 3:21 7:7 18:8
  23:13 34:10,25
  35:11 37:3 38:2
  38:10,22 40:12
  42:14 43:13 44:13
  44:20 45:24 47:20
  48:14 49:2,8,21
  51:2 52:20 53:9
  56:15 57:11,22
  59:11,17 60:7

64:5,12 69:3 70:2
70:9,21 71:6,16
72:20 73:7,17
74:24 75:8 76:6
76:20 78:5,19
79:14 80:11 83:7
85:6,16 86:12
87:19 88:3,16
92:19 93:3,13
94:14 95:15 96:12
96:20 98:22 99:9
99:20 100:4
101:11,17 102:4
102:20 108:17,25
110:3 115:15
**formal** 49:17
**format** 108:20
**formed** 57:5 79:23
**former** 100:9
**forms** 52:9
**forth** 110:11
  120:12
**forward** 33:23
**found** 113:24
**four** 107:18 116:7
**frequently** 68:5,6
**front** 9:24
**full** 6:13 15:11
  22:2 39:22 48:16
  70:4
**fully** 13:15
**function** 81:10
  93:15
**functions** 31:5,9
**fund** 25:17,18,22
  32:14,15 40:2
  42:9,15,16 80:9,24
  80:24 81:13 87:21
  87:25
**funding** 94:16

**funds** 23:25 24:20
24:23 25:19,20,21
27:6,8 35:25 36:6
36:25 37:17 39:6
39:10,17 49:16
54:12 78:21 79:3
79:20,23 88:19
**further** 3:20 118:8
120:15
**future** 86:24
108:19,21

**g**

**gareth** 48:3,9,11
49:5
**gareth's** 48:15
**general** 45:25
56:11 69:5 79:25
79:25 80:8,23
81:12 97:19
**generally** 83:3,3
109:24
**getting** 16:15
27:17 28:7 71:9
**give** 7:14 12:10
18:11 20:4 24:10
24:18 25:13 44:14
44:24 50:19 52:23
54:3 58:6 65:7
**given** 15:2 86:15
101:7 116:23,24
118:10 120:14
**glauberson** 2:19
4:21
**go** 4:11 7:7 16:10
29:23 36:19 38:16
39:21 40:20,24
43:24 45:22 46:8
52:5 68:18 70:3
74:22 75:6 76:4
76:12,15,17 77:7
78:6,10,13 88:5,8

90:23,25 93:15
94:17 104:4
105:18 110:23
111:13,16,19
114:12
**goes** 40:22 90:19
102:22
**going** 4:3 12:5
18:7 24:7,9 25:13
29:13,21 39:21
44:24 46:14,14,17
47:2 48:17 49:16
52:4,22 54:16
55:22 56:6 57:3
58:5 62:7,10 64:6
68:18,19 69:18
70:24 72:22 73:11
79:4 80:4 83:22
88:9 89:4 92:6
93:4 95:21 98:5,6
108:13 110:21
111:25 113:12
116:6,8,14,21
117:7
**good** 4:2 6:12,18
**google** 16:4
**government** 25:6
**governmental**
22:23
**gp** 39:21 54:12
79:19
**greater** 85:12
**group** 25:7 44:21
58:22,23,25 59:2
91:25
**groups** 34:22 35:7
91:20 94:18 96:22
**growing** 85:8
**guarantee** 40:16
**guess** 65:7 66:2,19
66:19,20 72:21

**guesses** 64:21
65:23

**h**

**h** 6:5 119:2
**half** 10:25 11:5
19:24
**hand** 120:21
**handle** 58:17
101:8
**handled** 58:19
**happen** 85:25
**happened** 17:3
33:2 94:25 99:12
107:25 115:3
**happening** 58:10
**hard** 99:21
**head** 7:16 20:14
**hear** 6:24 65:12
67:22 100:2,5
**heard** 55:6 100:8
100:14 101:25
102:8
**hedge** 32:14
**held** 1:21 4:20
47:5 56:25 62:13
65:3 112:5
**hello** 47:12
**helpful** 54:19
**hereinbefore**
118:11 120:12
**hereto** 90:14
**hereunto** 120:20
**hierarchical** 56:5
**high** 54:4,23
**higher** 33:16
**hired** 58:14 84:9
**history** 16:12,20
83:10
**hobby** 17:15
**hold** 26:18 84:14
96:25 113:14

**holding** 116:17
**holdings** 1:8,18
4:16 27:11 39:19
54:6,9,24,25 55:3
55:8,10,19,25
56:17 57:2,9,17,23
59:4,19,21 60:5,10
63:21 64:3,20
65:4 68:15,22
69:11 74:19,22
75:4 76:12,16,17
77:4,5,24 78:2
81:4,20 106:20
113:22 121:2
**holds** 64:19
**home** 14:24
**honestly** 29:13
47:21 48:10
**horrible** 20:6
**hour** 10:25 11:5
46:17
**huge** 38:12
**huh** 25:15 28:19
**hundred** 69:21
**hundreds** 87:11
**hunter** 16:14,23
16:24 17:14,17
**hypotheticals**
66:22

**i**

**iacovacci** 1:3 4:16
6:21 10:15 14:21
15:13 81:18 95:24
97:4,23 98:9,12,19
100:19 103:14,21
105:22 106:3,6
109:14,21 115:7
115:12,18 121:2
**iacovacci's** 99:15
99:17 101:8,22
107:21,25 108:8

109:8
**ian**   2:7 5:17
**idea**   65:8
**identified**   92:25
**identify**   92:11,14
  92:24 115:10
**images**   46:4 82:21
  82:22,25
**immigration**
  25:22
**imperfect**   30:4
**important**   7:14
**inappropriate**
  66:11,17 67:10
**include**   96:6
**included**   15:8
  68:21
**including**   79:19
  87:24
**income**   38:5 69:10
  69:11
**incorporating**
  39:16
**indicates**   112:24
**individual**   20:23
  20:24 26:8,14
  92:3
**individually**   94:9
**infor**   61:20
**inform**   19:7
**information**   21:9
  27:21,24 40:7
  41:5 61:8,21 62:2
  62:20 63:9 66:10
  72:12 92:12
  116:18 119:17,18
**input**   72:17 73:4
**insti**   26:11
**institution**   26:17
**institutional**   18:24
  19:3 26:12

**institutionalized**
  18:23
**instructed**   7:9
**instruction**   66:12
**instructions**   101:7
  101:12,13,14,19
  101:20
**intended**   18:12
**intending**   19:7
**interact**   48:20
**interacted**   50:2
**interactions**   48:23
  49:5,9 50:8 52:10
  96:3
**interest**   65:3 85:12
**interested**   5:4 49:3
  49:4 85:19 120:18
**interests**   63:20
  81:11
**interject**   67:7,15
**intermediate**
  25:18,19 87:16
**internal**   27:7 28:3
  28:6 29:23 36:9
  36:11,12,20,23
  37:9,16 39:4,7
  50:5 110:12
**internally**   58:20
**interpretation**
  110:13
**interrupt**   66:7
  67:8,16
**interrupted**
  103:17
**interruption**   62:23
  66:11,17
**interview**   17:6
  22:8,14
**interviews**   17:5
**introduction**
  55:19

**introductory**
  90:13
**investment**   22:21
  23:8 24:16 27:23
  42:17,19 44:22
  54:11 78:21 87:22
  89:13
**investments**   90:15
**investor**   26:6,8
  33:20 34:19 41:8
  41:9,14 42:21
**investors**   22:25
  23:4 25:7 26:3
  27:19 28:4 34:7
  36:8 40:8,8,22,25
  41:5 42:2,2,4,10
**invoices**   38:14
  51:7,7
**involve**   28:11
  50:17 105:4,13
  107:14
**involved**   27:16
  35:8 36:23 42:25
  50:8 59:5 71:3,7,8
  104:8,12,20,22,23
  105:5
**ish**   30:8,8
**issue**   61:25 63:15
**issues**   13:4 34:23
  35:8 52:12 68:24
  97:5 116:25

**j**

**january**   97:18
**jason**   2:6 5:17
**jill**   9:14 11:10
**jillian**   5:24
**job**   15:2 16:25
  31:5,8 34:21 50:7
  93:14
**jobs**   48:17

**john**   81:18 104:2,7
  115:20,23 116:3
**join**   100:11
**joined**   20:24 26:22
  26:23 29:17 31:12
  47:14,18 53:7
**joining**   16:20
**joins**   9:17
**joseph**   90:5,7
  117:15 119:8
**judge**   3:13

**k**

**k**   4:1 5:1 6:1,5 7:1
  8:1 9:1 10:1 11:1
  12:1 13:1 14:1
  15:1 16:1 17:1
  18:1 19:1 20:1
  21:1 22:1 23:1
  24:1 25:1 26:1
  27:1 28:1 29:1
  30:1 31:1 32:1
  33:1 34:1 35:1
  36:1 37:1 38:1
  39:1 40:1 41:1
  42:1 43:1 44:1
  45:1 46:1 47:1
  48:1 49:1 50:1
  51:1 52:1 53:1
  54:1 55:1 56:1
  57:1 58:1 59:1
  60:1 61:1 62:1
  63:1 64:1 65:1
  66:1 67:1 68:1
  69:1 70:1 71:1
  72:1 73:1 74:1
  75:1 76:1 77:1
  78:1 79:1 80:1
  81:1 82:1 83:1
  84:1 85:1 86:1
  87:1 88:1 89:1
  90:1 91:1 92:1

93:1 94:1 95:1
96:1 97:1 98:1
99:1 100:1 101:1
102:1 103:1 104:1
105:1 106:1 107:1
108:1 109:1 110:1
111:1 112:1 113:1
114:1 115:1 116:1
117:1 118:1 119:1
120:1
**karina**  1:19 4:14
5:23 6:15 117:5
118:15 121:3,21
**keepers**  27:19
**kim**  90:5,7 117:15
119:8
**kind**  11:8 13:12
14:18 17:10,15
27:5 32:10 33:17
36:7 39:15 41:4
41:22 42:6 45:2
54:3 70:14 83:9
86:8 91:15 94:5
101:13,15 102:7
103:4,10 107:3
108:19 111:21
**kinds**  86:7
**knew**  21:3 69:7
**know**  7:2 9:18
11:15,25 18:10
20:15,18 23:15,23
29:15,17 35:15
37:6 45:12,14
48:16 52:6 57:25
58:10 60:21,22
63:11,25 64:6,22
65:6 66:3,4 70:11
70:12,13 73:10
81:11,24,25 87:9
89:6 90:7,9 93:22
95:16 96:14 97:7

97:10,16 99:11,12
100:23 101:4,25
102:9 109:2
115:22 116:2
**knowing**  46:2
**knowledge**  60:17
64:18
**known**  99:18,22

**l**

**l**  3:2,2 118:2
**larger**  84:20 85:10
93:23 94:3
**late**  97:3
**law**  9:9
**lawsuit**  8:8
**lawyer**  16:2
**lawyers**  114:6
**lea**  48:3,9,20 49:5
50:2,6 52:10
**lea's**  48:11
**leads**  16:8
**learn**  14:11 97:22
**learned**  14:14,16
98:11
**leave**  18:12,21
19:14 22:15 31:24
32:4 103:15
113:14
**leaves**  104:18
**leaving**  21:10 22:9
105:11
**left**  19:23 20:5
21:10 24:15 58:9
60:18,23 73:22
74:8,18 75:18
78:13 89:25
102:15 103:22
104:5
**leg**  97:8,11,14,16
97:21

**legal**  2:19 11:20
25:5 26:20 64:14
64:17 80:5
**lending**  22:23
27:22 44:22 85:23
86:20,22
**letter**  90:4,12
117:14 119:8
**level**  33:16 54:4,23
88:14
**levels**  93:9
**levine**  2:7 5:18
**li**  11:21 19:12
**life**  23:24
**liked**  17:6
**limit**  61:24
**limited**  71:12
79:24
**line**  7:12 11:10,16
70:15,18 105:7
111:10,12 119:23
121:5
**list**  11:13 25:11,11
39:22 48:17 52:6
90:15
**listed**  83:18 94:10
**listing**  54:14
**lists**  90:19
**llc**  1:8,18 2:10
4:16 54:25 55:8
55:10,19,25 56:17
56:18 57:2,7,9,17
57:19 59:4 60:5
60:10 63:21 64:3
64:20 65:4 68:15
68:22 73:15,25
74:10,17,19,22,22
75:4,5 76:3,12,15
76:16,17 77:3,4,5
77:24,25 78:2
80:19 81:4,21

104:13,16,25
105:6 106:12,18
106:19,20 107:23
108:11 109:9
110:11 113:19,21
113:22 115:7,13
115:20 116:4
121:1,2
**llp**  2:4,14
**loan**  28:3 32:16
38:14 87:16 92:22
93:15
**loans**  22:18 23:6,7
23:10 45:2 86:13
86:25 87:5 89:7
89:15
**located**  8:17 14:24
**location**  112:19
**long**  10:23 13:21
14:5 19:13 30:6
44:8 47:15,24
53:10 56:7 70:23
72:24 108:12
**longer**  23:20
107:17
**look**  45:15 82:5
83:3 84:11,16
88:20 89:16 92:8
95:3 111:11
**looked**  45:8
**looking**  19:2 44:15
45:4 82:17 83:12
89:23 90:3,11
**lot**  19:2 22:20
27:20 85:7

**m**

**m**  31:22,22
**mail**  28:18 40:21
**mailbox**  28:21
**main**  14:18 22:5
36:7

**maintaining** 28:11
**making** 22:18 23:5
  23:7 27:25 28:4
  44:25 50:9,13,20
  51:5 115:6,19
**management**
  27:11 34:20 39:20
  54:7 56:18,24
  57:7,19 59:23
  60:2 73:15,25
  74:10,12,17,22
  75:5 76:3,15 77:3
  77:13,24 79:2
**management's**
  78:16
**manager** 22:21
  27:23
**managers** 44:22
**managing** 22:21
  22:25 23:4 27:16
  34:4,5
**manual** 52:3
**march** 82:20
  117:11 119:5
**mark** 81:17 82:4
  82:12
**marked** 82:5
  89:17 117:12,16
  119:22
**market** 22:18
**marriage** 120:17
**mastbaum** 31:18
  31:22,24
**master's** 16:16
**match** 28:3,5
**material** 45:8
**math** 16:16,24
**mathematics**
  16:14
**matter** 4:15
  120:19

**mba** 16:17 32:21
  33:3
**mean** 9:6 29:15
  37:8 41:24,24
  42:2 55:9 74:20
  75:4 85:20 87:11
  91:17 92:14 94:3
  110:24
**meaning** 55:24
  92:17,21
**media** 4:13 47:2,9
  111:25 112:9
  117:4
**medical** 97:5
  103:4
**medium** 12:19
**meeting** 96:19
  98:16,20,25
**meetings** 15:20
  33:17,17 96:4,7,10
  96:16,25
**mei** 11:21 19:12
**member** 104:13
**members** 81:21
  84:7 102:15
**membership**
  81:23,25
**memorable** 93:11
**memory** 10:14
  24:7 32:23
**mentioned** 22:7
  54:21 56:17
**microphone** 4:8
**microphones** 4:5
**middle** 22:18
**million** 84:18,18
  84:20 85:14 87:9
**mind** 38:8 56:11
  84:6 105:20
**minus** 11:5

**minute** 46:9,18
**minutes** 11:4
  111:4,5,14,21
  112:15
**mom** 17:11
**monday** 96:6,9,15
  96:19,25 98:15
**money** 22:22,25
  23:4 26:15 86:23
**months** 17:12
  21:24,24
**monticciolo** 60:9
  60:14 64:2,19
  65:3 68:3,25
  69:16,22 70:17
  71:3 72:8,18 73:5
  75:3,6 76:4,13,18
  77:6 78:3,14
  81:17 98:18,24
  99:4
**monticciolo's**
  72:11
**morning** 96:7,10
  96:16,19 98:15
**mornings** 96:25
**move** 20:7
**multiple** 56:2
**mute** 4:8

**n**

**n** 2:2 3:2 6:5,5,5
  118:2 119:11
**name** 4:21 6:13,19
  11:17 20:5,12
  49:17 60:13 80:5
  80:15,16,22 121:2
  121:3
**named** 81:20
**names** 20:6 25:14
  26:2,7 44:25 45:5
  80:13

**nature** 15:6 85:25
**nda** 43:20,24 44:8
  44:8
**ndas** 41:22
**necessarily** 38:24
  58:20
**necessary** 50:7
  113:24
**need** 6:25 7:22
  24:11 25:10 60:25
  112:13
**needed** 18:24 28:9
**needs** 61:6 116:13
**never** 12:25 59:2
  74:2
**new** 1:2,24 2:5,5
  4:19 6:7,17 14:14
  84:8 100:12 120:5
  120:9 121:1
**nine** 21:24
**nodding** 7:15
**nondisclosure**
  42:20 43:2,6,9,15
  43:18
**normal** 104:18
  115:2
**notary** 1:23 6:7
  118:22 120:8
  121:25
**note** 4:5
**noted** 63:16
**notice** 18:12
  116:23
**noticing** 5:13
**number** 24:19
  79:9 115:10
**numbers** 41:11,12
  49:10 70:15,18
  79:5
**numerical** 41:9

| | | | |
|---|---|---|---|
| **nyu** 16:18 | **offer** 67:4,5 | 79:11,17 80:18 | **outside** 46:3 89:8 |
| **o** | **offering** 66:23 | 81:22 82:3,10 | **overall** 32:13 |
| **o** 3:2 118:2 | **office** 99:18,22 | 83:2,21 84:11 | **oversaw** 47:17 |
| **oath** 3:12 4:25 | **officer** 29:8 30:20 | 85:3,11 86:7,21 | **overview** 83:9,10 |
| 5:10 | 30:22 47:22 48:2 | 87:14 89:16,19 | 84:13 |
| **object** 18:8 23:12 | 48:4,6,8,12,21 | 90:3 91:3 96:6 | **owed** 104:9 |
| 34:9,24 35:10 | **offices** 8:18,21 | 98:3 101:21 | **owned** 74:16 |
| 37:2,25 38:9,21 | **official** 21:9 27:18 | 103:19 104:7,14 | 81:11 |
| 40:10,12 42:13 | **officially** 33:5 | 105:9,16 106:5,9 | **owner** 60:9,11,15 |
| 43:12 44:12,19 | **offshore** 25:18,20 | 106:17,24 107:13 | **owners** 75:3 |
| 45:23 47:19 48:13 | **oh** 104:23 | 107:20 108:22 | **ownership** 57:8,18 |
| 48:25 49:7,20 | **okay** 7:2,23 8:4,21 | 109:4 110:16 | 73:24 74:9,14 |
| 50:25 52:19 53:8 | 9:9,11,19,23 10:4 | 111:15,22,23 | 77:12 |
| 56:14 57:10,21 | 10:10,23 11:6,15 | 112:22 113:11 | **owns** 60:4 64:2 |
| 59:10,16 60:6 | 12:3,9,14,17,21 | 116:9,16 | 73:14 |
| 64:4,11 69:3 70:8 | 13:2,8,22 14:8 | **old** 17:12 | **p** |
| 70:20 71:5,16 | 15:11,15 16:11,19 | **once** 68:7 80:16 | **p** 2:2,2 3:2 |
| 72:19 73:6,16 | 17:23 18:4,14 | **ongoing** 14:17 | **p.m.** 1:13 4:4 47:7 |
| 74:23 75:7 76:5 | 19:13,20 20:2 | **online** 10:14 13:5 | 112:2 117:8,17 |
| 76:19 78:4,18 | 21:3,8,13 22:4,7 | 13:7 | **package** 21:19,22 |
| 79:13 80:10 83:6 | 23:2,9 24:2,22 | **onshore** 25:19 | **page** 84:17 90:4 |
| 85:5,15 86:11 | 25:3 26:13,21,25 | **open** 25:22 113:15 | 95:3 119:3,13,18 |
| 87:18 88:2,15 | 27:12,15 28:10,14 | 116:18 | 119:23 121:5 |
| 92:18 93:2,12 | 28:23 30:21 31:8 | **operational** 27:9 | **pager** 41:4,6 |
| 94:13 95:14 96:11 | 31:14,23 32:19 | **opinion** 66:23 | **pages** 83:12 84:12 |
| 98:21 99:8,19 | 33:7,11 34:2 | **opinions** 67:3,4,5 | 90:20 |
| 100:3 101:10,16 | 35:17 36:2,14,22 | **opportunity** 25:21 | **paid** 78:21 79:3 |
| 102:3,19 108:16 | 37:13 38:7 39:2 | 85:23 | 102:15 |
| 108:24 110:2 | 40:5,18,23 41:13 | **opposed** 36:20 | **paragraph** 84:16 |
| 115:14 | 41:19,19 42:7,18 | 38:19 39:5 | 90:11 |
| **objection** 7:5,7,8 | 44:5 45:9,13 46:7 | **order** 1:20 | **parallel** 56:4 |
| 51:19 67:11,13 | 47:17,23 48:11,19 | **org** 52:23 | **parent** 56:17,22 |
| 69:25 | 49:19 51:16,22 | **organization** | **part** 35:13 41:9 |
| **objections** 3:21 | 52:7,15 53:5,19 | 26:17 28:21 | 49:24 50:4,12 |
| 5:8 | 54:19 55:12,17 | **organizational** | 51:12 63:10 82:22 |
| **obligations** 116:13 | 56:10,16,21 57:15 | 26:11 53:3 | 85:17 91:15 93:23 |
| **obstacle** 62:21 | 59:3 60:4,20 | **organized** 52:18 | 94:4,11 109:18 |
| **october** 1:12 4:4 | 63:25 65:15 68:2 | **organizing** 28:11 | **partial** 60:11 |
| 47:3,8 97:17 | 68:8 69:16 74:16 | **original** 3:9,17 | **partici** 84:19 |
| 112:2,8 117:8 | 74:20 75:2,20,24 | **outcome** 5:4 | **participants** 11:14 |
| 120:21 | 76:9,14 77:11,19 | 120:18 | |

**participate** 11:7,9
  33:15 84:19 85:10
**participated** 34:14
  34:18 46:5 96:4
**particular** 28:16
  40:23 45:21 84:5
  99:14
**parties** 3:7 4:11
  120:16
**partner** 79:25,25
  80:8,24 81:12
  104:17
**partners** 22:12
  80:14,19 103:15
  103:22 105:10
  106:19 113:21
**partnership** 79:24
  104:18
**parts** 51:9 53:13
  53:15,20
**party** 5:2 8:7
**party's** 15:7
**paul** 1:3 2:6 4:15
  5:14 6:19,21
  10:15 14:17 15:2
  81:18 105:21
  107:25 109:14,17
  109:20 110:17
  113:23 115:18
  121:2
**pause** 12:6
**pay** 11:13 12:24
  21:25
**paying** 115:12
**payment** 102:22
  104:21,24 110:10
  113:18 114:16,18
  114:19
**payments** 102:14
  103:9,13 104:9,12
  104:25 106:10,15

**106:18 108:6,11
  114:22 115:6,19
  115:22 116:3
**payout** 104:15
  107:14,15,23
  109:9
**payouts** 105:13
**payroll** 58:24 59:5
  59:8 103:12
**pending** 7:22
**pennsylvania** 2:15
**people** 34:14
  47:13 83:11,17,24
  84:8,8,9 100:6
**people's** 22:22
  84:2
**percent** 64:2 69:21
  79:7,12
**percentage** 63:20
**percentages** 60:22
  105:7,8
**perform** 50:6
  107:22 108:10
**performance**
  42:10,15,16
  109:25
**period** 21:4 24:15
  25:9 29:6 30:14
  32:8,21 58:3 59:7
  59:20 73:18,19
  91:7 105:13
  107:17 113:7
**periodically** 17:13
**person** 11:18 12:2
  12:22,25 19:5,19
  20:3,19 29:3
  34:21 87:6 88:8
**personal** 26:15
  71:10 72:7,11,15
  96:3

**personally** 94:15
**perspective** 54:23
**pertains** 49:5
**phil** 4:21
**phillip** 2:19
**phone** 12:18
**phones** 10:3,6
**pick** 4:6
**picking** 46:5
**pictures** 46:6
**pitchbook** 41:16
  41:17
**pittsburgh** 2:15
**place** 4:10 63:12
  73:13 118:11
**plaintiff** 1:4,20 2:4
  2:10 6:22
**plaintiffs** 5:16
**plan** 96:23
**planning** 22:15
  33:17 69:6 108:2
**plate** 33:20
**please** 4:5,7 5:5,11
  6:3,12,25 7:21
  9:18 31:20 65:17
  66:6 113:9
**plus** 11:5 17:8
  42:16
**point** 14:24 22:16
  24:4 28:21 29:4
  41:15,18 44:23
  51:6 53:11,24
  54:5 55:6,15,20
  56:20,21 57:25
  58:8 59:23 60:3
  65:6 74:12 77:9
  80:21 81:16,21,22
  83:11,25 96:21
  98:23 99:23 100:8
  100:11,20,22
  116:10

**points** 39:23 96:18
**policy** 88:6,7,11
  88:13,18,22
**pops** 20:14
**portfolios** 87:17
**portion** 23:3,5
  63:6 65:21 71:24
**posed** 63:19
**position** 15:7 48:9
  73:23 74:7,8
**positions** 27:21
  29:12 84:10
**possibility** 73:3
  112:17
**possible** 4:9
  107:11 108:15,18
  115:3
**possibly** 35:15
  106:5,7
**post** 2:11
**potential** 40:8
  109:8 115:11
**power** 41:15,18
**practice** 17:5
  22:14
**precisely** 79:9
**predated** 102:2
**preparation** 15:16
  94:11,21
**prepare** 10:11
  41:10 106:24
  107:3
**prepared** 37:11,14
  40:24
**preparing** 41:12
**present** 2:18 99:6
**presentations** 41:8
  41:10,14,15,16
**prevent** 67:9
**primarily** 33:22

**primary**  60:9,15
78:20,23 93:14
**principally**  91:8
**printed**  41:18
**prior**  16:20 22:10
48:17 56:25 59:21
108:8 109:11
**privacy**  26:2,5
**private**  4:7 27:22
**privileged**  61:9,22
62:3 66:9
**privy**  53:12,15,20
**prob**  24:6
**probably**  11:2
19:15 24:6 26:11
33:10 46:4,21,24
54:3 59:23 64:13
77:17 80:16 81:8
88:19 93:17 96:19
110:12
**problematic**  85:22
91:16,18
**procedure**  1:21
**procedures**  50:5
50:10,15 51:14,15
**proceeding**  5:9
**process**  94:5 105:4
107:7
**processing**  58:24
59:6,9 103:13
**produce**  114:4
**profit**  78:20
**profits**  74:21 75:5
75:9,12 76:3,11,14
76:16 77:2,4,23,25
78:17,24,25
**projected**  115:11
**projection**  115:17
**projections**  34:6
**proper**  51:8

**propose**  69:17
**proud**  17:11
**provide**  8:11
104:16 116:22
**provided**  40:7
41:25 42:4 92:13
105:6
**provider**  43:17,20
103:12
**providers**  43:25
**provides**  108:4
**providing**  49:10
**provisions**  115:13
**public**  1:23 6:7
63:10 118:22
120:8 121:25
**publicly**  13:7
**purported**  108:9
**purpose**  14:19
**purposes**  42:9
75:21
**pursuant**  1:20
106:11
**pursuing**  14:17,21
**put**  79:9 102:11
106:7 113:24

**q**

**qualifications**
48:12
**qualify**  56:3
**question**  6:24,25
7:4,8,16,21,23
12:8,13 13:25
18:8,18,19 23:13
23:16 32:24 34:10
34:25 35:11 37:3
38:2,10,22 39:14
40:13 42:14 43:13
44:13,20 45:24
47:20 48:14 49:2
49:8,21,24 51:2

52:13,20 53:9
56:15 57:11,22
59:11,17 60:7
61:7,11,20,21,23
62:22 63:4,5,10,18
64:5,12 65:12,17
66:13,15 67:22
69:4 70:2,9,21
71:6,17 72:20,24
73:7,17 74:5,24
75:8,21,22 76:2,6
76:8,20 78:5,19
79:14 80:11 83:7
85:6,16 86:12
87:19 88:3,16
92:7,19 93:3,13
94:14 95:15 96:12
98:22 99:9,20
100:4 101:11,17
102:4,20 108:17
108:25 110:3
114:5,14,16,17,19
115:15 119:23
**questioning**
111:11,13
**questions**  6:23
24:12 71:12 72:8
113:3,13 119:22
**quick**  42:23 61:14
**quickbooks**  37:10
**quickly**  62:6
**quite**  22:20 50:18

**r**

**r**  2:2 3:2 6:5,5
118:2 120:3
**r&d**  86:19,21
**raise**  68:25
**range**  33:8 45:3
87:8
**read**  13:6,15 23:14
43:8,20 65:17,21

71:21,24
**reading**  14:19
**real**  61:14
**really**  20:6 23:23
29:3 30:9 31:6,6
33:6 40:19 47:24
54:11 59:25 64:22
70:10 81:7 95:16
105:19,24 109:3
112:21
**realm**  85:9
**reason**  8:11 64:18
121:5
**reasons**  45:22 64:7
64:22,24 66:5
67:24
**recall**  13:22 14:2,3
19:21 22:5 24:3
24:16 25:8 30:6
30:24 44:7 45:5
48:2,7 50:22
52:10 55:17 58:3
73:23 74:8,16
77:15 81:7,22
82:15 83:5 88:23
89:2,9 91:5,11
95:9,19 97:14
98:4,8,11,14,18,25
99:2,6,13 101:21
101:23 102:5
105:25 107:10,14
108:5 109:7 110:8
114:14 115:4,16
115:16,19
**receive**  21:18
86:25 104:14
**recognizable**
93:11
**recognize**  82:18
82:21,24 89:20
92:15 93:5,8,17,20

recognizing 29:9
recollection 13:3
   24:13 29:10 30:3
   53:6,21 63:23
record 4:4,12 5:7
   6:14 7:6 10:8
   27:18 38:4,5 46:9
   46:15 47:3,5,7
   52:23 62:8,11,13
   62:15 63:11 65:21
   75:25 111:17,20
   112:2,5,7,13
   113:25 114:2,9
   116:15 117:8
   120:13
recorded 4:14
recording 4:9
   117:6
recordkeeping
   51:4
records 27:20 28:2
   28:4,6 29:24 34:5
   35:19 36:5 37:11
   37:12 39:4,8
reed 2:14 5:21
   8:18,19,20 9:9
   15:22
refer 55:9 57:13
   75:9 79:22
referenced 55:7
referred 65:20
   71:23
referring 51:11
   73:20 75:10 77:12
   86:2 102:24 107:4
reflect 83:13
reflected 87:15
refrain 10:5 67:17
refresh 10:13
refreshed 13:3

regarding 101:8
registered 49:14
regulated 39:19
   40:2
regulatory 47:18
   49:6,10,13 50:3,4
   51:12 52:9,11
related 5:2 9:21
   13:13,23 14:6,9
   22:23 34:6,7 54:2
   70:15,18 71:19
   95:20 109:15
   113:18 120:16
relates 68:12 69:9
relations 34:19
relationship 22:11
   27:5,16
relationships
   54:17
relative 19:22,22
relatively 85:2
remainder 67:18
remember 11:17
   11:19 21:16,23
   22:2 26:19 30:11
   31:4 44:6 47:21
   48:4,10,15 50:19
   52:5 54:17 57:4,6
   57:14 68:19 69:19
   73:12 79:5 80:13
   88:10 89:5,14
   92:17,21 97:11
   98:6 99:10 100:6
   100:13,18 101:18
   101:20 102:7
   106:22,23 107:12
   107:16 108:20
   109:14,18,23
   110:5,14 114:20
   114:25 115:25

remotely 4:20
   112:19
repeat 6:25 50:12
   60:13 109:17
repetitive 85:18
   85:20 86:9 87:3
   91:15,17 94:5
rephrase 18:9
replace 19:8
replacing 19:19
reported 70:19
reporter 4:23 5:9
   6:3 7:12 12:11
   26:4 31:19 37:19
   37:22 39:13 43:21
   50:11,16 52:24
   53:4 60:12,16
   65:17,18,22 71:25
   109:16,22
reporting 71:4
   121:1
represent 6:21
representation
   63:14
represented 8:14
representing 5:21
   8:25 9:7
requested 119:17
require 42:19
required 72:13
reserved 3:22
respect 63:14
   68:25 110:9
respective 3:6
respond 7:17
responses 7:15
responsibilities
   20:23 27:2,9
   33:12,19 34:3
responsibility
   34:12,13 36:4,8

40:20
responsible 35:18
   35:21,24 36:10,11
   36:17 40:6 59:8
   94:19 102:21
   103:2,4,8,10,12
   106:14
responsive 61:21
   63:9
rest 40:3
restraints 116:24
resumé 48:16
retire 97:24 98:19
   105:17 108:3
retired 100:19,21
   104:2 105:21
   106:3,6
retirement 99:15
   99:17 101:4,5,9,22
   102:2,6,10 104:10
   104:11,15 105:25
   106:11 107:21,25
retiring 98:9,12
review 15:15,19
   40:25 43:5 51:9
   51:10,14,24 52:3,8
reviewed 51:4
reviewers 46:3
revisit 88:18
right 21:11 23:23
   42:11 44:25 56:19
   61:4,13 65:5
   73:11 76:18 79:20
   80:19,20 88:8
   89:20 91:9 97:8
   97:11 111:2
   113:22
road 2:11
role 20:3 27:2
   29:18 30:6 32:6
   35:17 48:20 81:6

95:25
**roles**  84:2
**room**  5:24 9:12,17
    9:21,25
**rule**  73:2
**rules**  1:21 38:13
    38:17
**rulings**  119:22
**rumors**  99:25
    100:2,5,7,12,16
    101:25 102:8
**run**  32:13
**running**  27:3,7

**s**

**s**  2:2 3:2,2 6:5
    31:22 119:2 121:5
**s&**  27:14
**s.d.n.y.**  121:2
**sampling**  17:19,21
**save**  28:15
**saved**  108:22
    109:6
**saying**  7:6,13
    64:17 114:2
**says**  83:17 84:15
    90:13
**schedule**  105:6
**scope**  36:3
**scott**  1:23 2:12
    4:24 5:19 120:8
    120:25
**scroll**  90:18
**sealing**  3:7
**search**  10:14 13:5
**searched**  16:5
**searches**  13:11
**sec**  39:18 40:2
    49:14
**second**  20:4 62:5
**section**  84:12

**see**  53:18 62:5
    82:7 84:12,15,17
    84:21,22,22 89:17
    89:18 90:4,6,12,19
    95:6,8 111:17
    113:5
**seeing**  83:5
**seen**  15:9 40:16
    43:14 45:11
**sends**  41:4
**senior**  34:20 83:11
    84:7
**sensitive**  4:6
**sent**  27:24
**separate**  15:8
    24:20,24 25:5,6,7
    25:24 54:13 92:4
    94:18
**separated**  17:25
**separation**  18:5,6
    103:6
**september**  89:24
    95:7
**sequence**  102:8
**serious**  97:4
**served**  29:16 30:6
**service**  3:16 43:17
    43:19,25 57:17
**services**  58:16,18
**set**  7:25 64:23,23
    64:25 65:8 66:5
    67:25 110:10
    113:8 120:12,21
**seven**  30:8
**severance**  21:19
    21:22 103:9,13
**share**  8:2
**sheet**  121:1
**short**  23:18 25:12
    25:16,17 54:11
    80:8,14,18 81:3,12

81:20 87:15 88:19
    106:19,20 107:17
    113:20,20,21
**shorter**  23:19
**shortly**  24:15
**signature**  120:23
**signed**  3:10,12,15
**significant**  113:2
**silva**  11:21 21:13
**similar**  85:25
    91:21,22 94:5,7,8
    107:22
**simply**  29:10
**sine**  117:19
**sing**  26:16
**single**  26:17 34:21
    35:14 40:17,21
**sir**  65:18
**sitting**  45:6 72:22
    73:10 81:8
**situations**  35:2,4,6
    43:16
**six**  21:24 107:18
    116:7
**size**  85:23 90:16
**sizes**  87:5
**skimmed**  13:16
    14:15
**skip**  29:2
**slightly**  36:19
**slow**  12:15
**small**  93:22
**smaller**  85:13,19
    85:23 86:13 87:2
    89:7,12 90:16
    93:19
**smith**  2:14 5:21
    8:19,20 9:9 15:22
**smooth**  19:25
**solu**  85:17

**solution**  86:9
**solutions**  2:19
    84:13 85:18,21
**somebody**  11:12
    19:2,6 41:11 48:5
**sorry**  20:5 26:4
    39:13 43:21 50:11
    51:18 52:25 55:2
    74:3 92:19 109:16
    109:17
**sort**  34:4 83:4
    86:17
**sound**  80:19
**sounds**  39:15
    80:20 85:2
**source**  78:24
**sources**  78:16,20
**southern**  1:2 4:18
**speci**  53:23
**special**  25:20
**specific**  32:15,17
    38:13,17 44:4,23
    53:24 63:13 70:25
    87:20 91:25 93:5
    101:18,20 109:14
    109:21 110:5,14
    114:25 115:23
**specifically**  7:9
    8:24 18:10 52:14
    61:19 69:10 96:13
**specifics**  35:12
**specified**  118:11
**specify**  102:25
**speculate**  99:24
**spelling**  31:19
**spent**  17:7 19:3
**spoke**  12:25
    112:23
**spoken**  7:15
**spreadsheet**  107:6
    107:8 108:18

**ss** 120:5
**ss&c** 27:14
**stake** 64:2,19
**stand** 55:21 74:13
**standard** 38:19,20
**standards** 37:15
  37:24 38:11
**started** 17:4 28:25
  32:11 33:15
**starting** 16:12,21
  29:16
**state** 1:24 5:5,11
  6:7,13 7:5 26:2
  62:17 69:20 120:5
  120:9
**stated** 116:17,20
**statement** 84:24
**statements** 39:5
**states** 1:2 4:17
**stating** 13:13
**statistics** 16:16
**stay** 62:5
**stayed** 32:2 85:7
**stearns** 17:2,4
  22:9,15
**step** 32:5
**stepped** 31:25
**stern** 16:18
**stick** 77:19
**stipulated** 3:5,20
**stop** 58:7 108:7
**straight** 33:23
**strangely** 39:15
**strategic** 33:24
  34:8
**strategy** 29:7
  30:20,21 42:17,17
  42:19 83:10 89:13
**stream** 91:16,18
**street** 6:16

**strike** 71:2 74:5
**struck** 42:8
**structure** 25:6
  26:20 52:18,21
  53:6,13,16,21,22
  54:16 55:14 56:8
  64:15,17 73:9
  74:11 77:8,9,16
  79:18 86:8,14
  87:6
**structures** 32:16
  95:12
**studio** 16:22,23
**subcontracted**
  58:18
**subcontracts**
  58:13
**subject** 92:3
**submitted** 40:25
**subscribed** 118:18
  121:22
**subsidiaries** 54:9
  60:2
**subsidiary** 54:8
**suggestion** 114:10
**supplement** 90:14
**supportive** 28:7
**supposed** 66:25
**sure** 12:6 23:15
  25:25 27:25 28:4
  43:18 50:9,13,20
  53:12 63:6 65:9
  75:14,24 94:23
  98:23 113:25
**surgery** 97:8,12
  97:12,14,20 102:9
  102:11
**swear** 6:3 29:22
  55:23
**sworn** 3:10 6:6
  118:5,18 120:12

  121:22
**system** 37:4,8
  102:23

**t**

**t** 3:2,2 6:5 31:22
  118:2 119:2 120:3
  120:3
**take** 4:10 7:20
  12:12 21:5 46:11
  46:17,20 61:22
  78:12 82:5,10
  89:16 95:3 111:11
  111:20
**taken** 1:19 117:2
**talk** 7:17 41:14
  61:2,14 100:6
**talked** 52:15 68:20
  79:17
**talking** 75:14
  76:22 82:12
  113:17
**tasks** 33:25 34:15
  34:18 36:18
**tax** 68:11,12,14
  69:2,6,17 70:15,18
  71:4,7,10,13,15,20
  72:3,7,11,15,17
  73:4 86:19,21,24
  89:6,8
**teach** 17:16
**teaching** 17:13,25
**team** 83:14
**technically** 25:21
**technology** 14:6,8
**tell** 16:11 33:4
  35:3,13,15 49:16
  53:24 67:24 70:24
  80:4 81:9 82:23
  83:23 88:21 96:9
  107:19 108:13
  111:3

**template** 43:14
**ten** 17:8 24:8
  45:12 47:16
  107:15 111:4,14
  116:8
**tens** 87:11,13
**term** 22:5 44:8
  75:12,17,20
**terminated** 108:3
**termination** 15:9
  103:6 108:4,6,9
  109:11
**terms** 15:6 18:4,6
  21:21 22:3 30:23
  36:16 39:2 106:11
  115:20 116:4
**test** 55:22 89:13
**testified** 6:8
**testify** 32:25 48:18
  56:7 59:25 64:14
  64:16 66:25 72:23
  74:14 83:20 118:5
**testifying** 67:9
**testimony** 8:12
  67:8,12,16 118:6
  118:10 120:14
**testing** 32:22
**text** 83:3,4,23
**thank** 37:22 50:16
  53:4 54:19 60:16
  109:22 113:11
**thing** 75:15
**things** 66:23 73:3
  112:20
**think** 11:10,11
  14:13 15:10 22:6
  33:7 54:21 55:6
  56:16 69:20 71:19
  72:2 73:8 79:17
  82:3 86:16 90:2
  103:16 111:12,12

112:21 113:16
**thinking** 44:2 86:9
**thinks** 61:5
**thought** 56:11
**thousands** 87:9,10
87:11,12,13
**three** 29:20 80:15
80:21 111:20
112:9 117:4
**thursday** 112:25
114:5,8
**till** 18:17
**time** 1:13,22 3:22
5:11 11:11,12
16:10,15 17:2,13
20:24 21:4 22:21
24:4,14,17 25:9
28:24 30:14 31:17
31:24 32:3,8
39:23 44:23 45:19
45:19 47:7,15,24
50:18 52:22 53:7
53:10,14,22,24
54:5 55:7 56:7,25
58:3 59:4,7,20
60:3,8,18,23 62:15
67:14,22 70:23
72:24 73:13,18,19
73:21,22 74:6,7,17
76:25 77:9,10,14
77:18,22 80:22
81:16,21,23 82:11
82:14,14 84:3
91:7 96:18 97:19
97:20,23 98:2
103:22 108:12
112:7 114:16
116:23 118:10
**timeframe** 83:19
100:25 101:2

**timeline** 19:21
69:6 74:13 105:20
116:6,8
**times** 30:4 56:9
79:18 85:25
116:19
**timing** 32:21 38:4
69:13,14 71:9,13
71:19 72:10
116:24
**title** 26:21 28:23
30:10 31:6
**titles** 29:4
**today** 5:16 6:23
8:12,15 21:14
24:13 110:22
112:25 117:7
**today's** 15:16,24
**told** 62:21 98:8
**tonight** 112:19
**top** 55:3,13,15,18
55:25 56:3 57:18
57:18 70:15,18
84:17
**topic** 38:12 61:25
64:10 69:13 70:25
98:14 111:9
**torrance** 1:23 4:24
120:8,25
**tractions** 32:16
**train** 32:5
**training** 21:4 32:9
32:11,17,17
**transaction** 44:4
86:18 87:21 89:13
92:4 93:7,8,16,18
93:21 94:20,23
95:6,9,11,17
**transactions** 38:14
84:18,20 85:10,13
85:19,24 87:15,24

88:20,24 89:2,7,9
89:11 90:23 91:7
91:12,14,21 92:3
92:10,12,16,25
93:5,9,10,18,20,23
93:24 94:4,10
95:19
**transcript** 7:14
63:7 118:9,9
**transition** 19:25
30:10,23 31:4,9
32:20,24 33:13
**transitioned** 20:3
**transitioning**
19:18 20:22 21:6
**trial** 3:22
**tried** 10:13 82:11
**tripp** 81:19 104:2
104:7 105:17
106:10,17 115:20
115:23 116:3
**true** 93:6 118:9
120:13
**truth** 118:5
**try** 112:20 113:6
**tutor** 16:24
**twice** 80:17
**two** 10:18,19 11:3
11:3 24:24 29:20
47:9 101:4 111:25
**type** 41:15 45:3
86:14 89:7
**types** 7:13 34:8
**typical** 87:4,5
95:18

| **u** |

**u** 3:2 31:22
**uh** 9:5,13 10:14
11:8,10 13:12,13
13:24 14:6,15,17
16:15 17:2,4,9,18

18:22,23 19:18
20:25 22:20,22,23
23:18 24:20 25:15
25:18,22,23 26:10
27:3,3,5,5,6,7,8,8
27:10,17,20,22,24
27:25 28:2,2,6,7,7
28:17,19,20,25
29:3,6,21 31:4,11
32:2,13,13,14,15
32:16 33:3,18,23
33:24,25 34:14
35:22,24 36:7
37:11,12,16,17,17
39:17,20,24 40:15
40:21 41:3,4,6,7,9
41:10,21,21 42:5,6
43:15,16,17 44:22
45:3 46:2,3,3
48:16 51:4,12,13
53:18 54:12 55:16
58:12,13,13,15
59:19 60:8 64:14
68:6,10,11,20 69:6
69:7,7 70:15
71:19 72:14,14,23
74:14 79:23 80:3
81:18,19 85:8,17
85:22,23,24 89:6
91:19,24,25 92:7
93:15 94:16,21,23
94:24 95:18 96:21
96:22,22 100:9
102:6,9,21 103:5
103:11 104:2,17
105:5,7 107:24
108:5,20 110:18
116:5
**um** 11:17 14:6
15:14 16:21 18:13
20:4,6 23:14

25:20 27:4 33:15
33:16,17,20 37:4
41:8 44:3 45:2,25
54:2 65:14 70:14
78:8 83:9,16
94:16 100:8 104:4
108:4
**unable**  8:11 93:8
**uncertain**  61:8
**unclear**  114:9
**undergoing**  97:7
**underlying**  86:14
91:19
**understand**  6:24
7:10 14:20 30:3
72:4 75:22 88:14
**understanding**
15:12 64:10 65:2
75:11,16 80:7
88:13
**understood**  26:16
29:25 34:16
**undertake**  107:22
**underwood**  2:16
5:20,20 8:19,25
9:3,6,13,15 10:13
10:17 12:4,10,15
18:7,17 23:12
34:9,24 35:10
37:2,25 38:9,21
40:10 42:13 43:12
44:12,19 45:23
46:10,16 47:19
48:13,25 49:7,20
50:25 51:20 52:19
53:8 56:14 57:10
57:21 59:10,13,16
60:6,25 61:4,13,16
62:4,16 64:4,11
65:5,25 66:14,18
69:3,25 70:8,20

71:5,16,21 72:2,19
73:6,16 74:23
75:7 76:5,19 78:4
78:18 79:13 80:10
82:9 83:6 85:5,15
86:11 87:18 88:2
88:15 92:18 93:2
93:12 94:13 95:14
96:11 98:21 99:8
99:19 100:3
101:10,16 102:3
102:19 103:16
108:16,24 110:2
110:17,25 111:8
111:15 113:23
114:18 115:14
116:10,20
**unexpected**  19:16
19:17
**unit**  4:13 47:2,9
111:25 112:9
117:4
**united**  1:2 4:17
**unsigned**  3:14
**unusual**  71:2
**update**  96:17,22
**usually**  7:6 22:24
41:3,10 44:21
51:17,21,23 69:15
79:24 87:2 88:17

**v**

**v**  121:2
**vague**  52:13
**variation**  44:3
**varies**  23:17
**vehicle**  23:18 25:2
25:4 54:11
**vehicles**  23:8,19
23:20,21 24:9,17
25:8 40:2 54:2
78:22

**venture**  100:12
**verify**  51:6 94:16
94:16
**veritext**  2:19 4:22
4:24 121:1
**version**  82:18
**versus**  4:16
**video**  4:9,14 12:22
**videographer**  2:19
4:2,23 6:2 46:13
46:25 47:6 62:7
62:10,14 111:24
112:6 117:3
**view**  7:25
**views**  70:17,25
71:14
**vint**  11:21 21:14
**virtually**  5:10
**visit**  82:13

**w**

**wait**  18:17
**waived**  3:9
**want**  18:10 37:5
46:10 62:4 63:13
67:2,3 72:5 75:13
92:21 96:13 99:24
112:16 113:25
114:8
**wanted**  62:24
**way**  50:20 64:23
65:2,9 66:5 67:25
89:5 120:18
**we've**  46:16 63:11
82:3
**website**  45:10,16
45:22 46:6 82:14
82:19,22,24 83:5,8
117:11 119:4
**week**  10:22 96:23
**weeks**  13:14

**weiss**  2:10,10,12
5:19,19,19
**welcome**  47:11
112:11
**went**  17:5 22:13
28:17 41:6 73:8
77:3,5,24 78:2
103:5
**whereof**  120:20
**whispering**  4:6
**wide**  96:7,10,16
98:15,20
**wife**  60:10,19
63:24
**witness**  1:19 3:10
3:16,18 5:23 6:4,6
12:9,14 26:6
31:21 37:21 43:23
46:22 49:22 50:13
53:2 60:14 61:3,5
62:18 65:10 66:9
66:14,21,24 67:9
72:5,6 109:20
110:21 111:17
114:4 116:12,22
117:18 120:11,14
120:20
**witness's**  66:7
67:8,16 114:6
**witnesses'**  121:3
**word**  107:6
**work**  14:25 57:13
95:24 109:5 115:2
**worked**  17:2 45:16
47:13 83:18
**working**  16:17
17:8
**wrap**  111:4
**wrapped**  112:20
**wrong**  59:15

| |
|---|
| **wrongful**   15:8 |
| **wrongfully**   14:23 |

| **x** |
|---|
| **x**   1:3,9 119:2,11 |

| **y** |
|---|

**y**   6:5
**yeah**   9:8 10:2
   11:25 17:22 25:11
   46:22 49:22 51:25
   61:15,15 65:14
   84:23 91:10
   103:19
**year**   19:24,24
   30:17,17,18,18,21
   33:5,6,8,9 68:7
   97:18 102:11
   106:10 107:14,15
**years**   17:8,10,24
   22:2 29:16,18
   30:25,25 45:12
   52:2,6 57:13
   58:14 98:7 101:5
   105:14 106:3
   107:18,18,18
   114:25 116:2,7,8
**yesterday**   10:21
**york**   1:2,24 2:5,5
   4:19 6:8,17 120:5
   120:9 121:1
**yup**   7:3,24 17:22
   84:14 90:17 95:5

| **z** |
|---|

**zoom**   1:22 2:2
   12:20 15:20

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2) Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.