# PLAINTIFF'S SUPPLEMENTAL EXHIBITS

# Exhibit 190

```
 1
 2      UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF NEW YORK
 3      _____
 4      PAUL IACOVACCI,
 5                              Plaintiff,
 6                  -against-
 7      BREVET HOLDINGS, LLC, a Delaware Limited
        Liability Company, BREVET CAPITAL
 8      MANAGEMENT, LLC, a Delaware Limited
        Liability Company, BREVET SHORT DURATION
 9      PARTNERS, LLC, a Delaware Limited
        Liability Company, BREVET SHORT DURATION
10      HOLDINGS, LLC, a Delaware Limited
        Liability Company, DOUGLAS MONTICCIOLO, as
11      a Member and the Majority Owner of Brevet
        Holdings, LLC, Chief Investment Officer
12      of Brevet Capital Management, LLC, a
        Member of Brevet Short Duration Partners,
13      LLC, a Member of Brevet Short Duration
        Holdings, LLC, and Individually, MARK
14      CALLAHAN, as President of Brevet Capital
        Management, LLC, a Member of Brevet Short
15      Duration Partners, LLC, a Member of Brevet
        Short Duration Holdings, LLC, and
16      Individually, JOHNNY LAN, as Vice
        President and Head of Technology of
17      Brevet Capital Management, LLC and
        Individually, and JOHN AND JANE DOES 1
18      THROUGH 100,,
19                              Defendants.
20      _____
21
                                October 18, 2021
22                              2:12 p.m.
23
24
25
```

Page 123

1

2

3

4

5

6                CONTINUED VIDEOCONFERENCE

7      DEPOSITION of KARINA DINERSHTEYN, taken by

8      Plaintiff, pursuant to Notice, held at the

9      offices of REED SMITH LLP, 599 Lexington

10     Avenue, New York, New York before Wayne

11     Hock, a Notary Public of the State of New

12     York.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                          Page 124

 1
 2     A P P E A R A N C E S:
 3
          CYRULNIK FATTARUSO, LLP
 4        Attorneys for Plaintiff
                55 Broadway
 5              New York, New York 10006
 6        BY:    PAUL FATTARUSO, ESQ.
                pfattaruso@cf-llp.com
 7              (via videoconference)
                JASON CYRULNIK, ESQ.
 8              jcyrulnik@cf-llp.com
                (via videoconference)
 9              MARY KATE GEORGE, ESQ.
                mgeorge@cf-llp.com
10              IAN DUMAIN, ESQ.
                Idumain@cf-llp.com
11              (via videoconference)
                ADINA LEVINE, ESQ.
12              (via videoconference)
13              -and-
14        WEISS & WEISS LLC
                50 Main Street
15              White Plains, New York 10606
16        BY:    SCOTT A. WEISS, ESQ.
                Scott@weissnweiss.com
17              (via videoconference)
18
          REED SMITH LLP
19        Attorneys for Defendants
                225 Fifth Avenue
20              Pittsburgh, Pennsylvania 15222
21        BY:    COLIN UNDERWOOD, ESQ.
                CUnderwood@reedsmith.com
22              (via videoconference)
23
24
25
```

**Page 125**

1
2

   A  P  P  E  A  R  A  N  C  E  S:  (Continued)

3
4

     ALSO  PRESENT:

6           THOMAS  DEVINE,  Videographer
           (via  videoconference)

7           DAVID  SPINLEY
           (via  videoconference)

8           MEI-LEI  DA  SILVA  VINT
           (via  videoconference)

9
10
11

              *    *    *

12
13
14
15
16
17
18
19
20
21
22
23
24
25

```
                                                Page 126

 1

 2            THE VIDEOGRAPHER:  Good            14:12:20

 3       afternoon.  We're going on the record  14:12:20

 4       at 2:12 p.m. on October 18, 2021.      14:12:22

 5            This is media unit one of the     14:12:29

 6       video recorded deposition of Karina    14:12:32

 7       Dinershteyn taken by counsel for the   14:12:35

 8       Plaintiff in the matter of Paul        14:12:37

 9       Iacovacci V. Brevet Holdings LLC,      14:12:40

10       filed in the U.S. District Court,      14:12:46

11       Southern District of New York, civil   14:12:49

12       action number 18-CV-08048.             14:12:53

13            This deposition is being held     14:12:57

14       online as a Zoom videoconference, with 14:13:01

15       all parties appearing remotely.        14:13:04

16            My name is Thomas Devine from     14:13:08

17       the firm Veritext New York, and I am   14:13:08

18       the videographer.                      14:13:08

19            The court reporter is Wayne Hock  14:13:11

20       also with Veritext New York.           14:13:11

21            I'm not authorized to administer  14:13:13

22       an oath, I am not related to any party 14:13:15

23       in this action, nor am I financially   14:13:17

24       interested in the outcome.             14:13:21

25            Counsel's appearance will be      14:13:21
```

```
                                            Page 127

 1
 2        noted on the stenographic record.        14:13:23
 3             Now I would ask the court           14:13:28
 4        reporter to please swear in the          14:13:29
 5        witness, after which we may proceed.     14:13:31
 6    K A R I N A   D I N E R S H T E Y N,         14:13:31
 7          having been first duly sworn by a      14:13:31
 8          Notary Public of the State of          14:13:31
 9          New York, upon being examined,         14:13:31
10          testified as follows:                  14:13:49
11    EXAMINATION BY                               14:13:49
12    MR. FATTARUSO:                               14:13:49
13        Q.    Good afternoon, Ms. Dinershteyn.   14:13:49
14        A.    Hello.                             14:13:52
15        Q.    Do you understand that we're       14:13:53
16    here today to continue the deposition we     14:13:55
17    began on October 4 in the federal lawsuit    14:13:59
18    between Paul Iacovacci and Brevet Holdings   14:14:04
19    and others?                                  14:14:07
20        A.    Yes.                               14:14:08
21        Q.    Do you generally recall the        14:14:09
22    rules we discussed at the beginning of the   14:14:09
23    deposition on October 4?  For example,       14:14:10
24    that you should ask me if you don't          14:14:12
25    understand a question and let me know if     14:14:14
```

```
                                        Page 128
 1              K.   Dinershteyn
 2   you'd like to take a break and so on?      14:14:16
 3       A.   Yes.                              14:14:18
 4       Q.   Are you aware of any reason why   14:14:19
 5   you would be unable to provide competent   14:14:24
 6   testimony today?                           14:14:28
 7       A.   No.                               14:14:28
 8       Q.   Have you spoken with anybody      14:14:29
 9   about your deposition since we broke on    14:14:31
10   October 4?                                 14:14:33
11       A.   No.                               14:14:33
12       Q.   Have you reviewed any documents   14:14:34
13   since October 4?                           14:14:37
14       A.   I briefly looked at the draft     14:14:38
15   transcript.                                14:14:42
16       Q.   The draft transcript of your      14:14:43
17   October 4 deposition?                      14:14:45
18       A.   Yes.                              14:14:47
19       Q.   Who provided you with that        14:14:48
20   transcript?                                14:14:54
21       A.   Colin Underwood.                  14:14:55
22       Q.   And how much time did you spend   14:14:58
23   reviewing the transcript of your --        14:15:00
24       A.   Half an hour.                     14:15:02
25       Q.   On that review, is there          14:15:03
```

```
                                              Page 129

 1                  K.   Dinershteyn

 2      anything you would wish to add or change      14:15:07

 3      from the testimony you gave on October 4?     14:15:11

 4          A.    I will read it again.  As of        14:15:13

 5      right now, I saw just minor inaccuracies,     14:15:17

 6      but I didn't fully read the document.         14:15:22

 7          Q.    Did you track Paul Iacovacci's      14:15:24

 8      interests in Brevet Short Duration            14:15:31

 9      Partners LLC and Brevet Short Duration        14:15:34

10      Holdings LLC as part of your job at           14:15:37

11      Brevet?                                       14:15:39

12          A.    Yes.                                14:15:40

13                (Whereupon, an e-mail dated         14:15:40

14          May 1, 2015 was marked Dinershteyn       14:15:40

15          Exhibit 3 for identification.)            14:15:40

16          Q.    Can you take a look in your        14:15:40

17      exhibit folder at what's been marked as       14:15:44

18      Exhibit 3.  This is a document with the       14:15:47

19      beginning Bates number                        14:15:50

20      BREVETREPRO 0180088.                           14:15:52

21                MR. FATTARUSO: Go ahead and look    14:16:08

22          in the folder for the deposition of       14:16:09

23          Karina Dinershteyn 10/4/21.  I just       14:16:12

24          continued to mark exhibits in that        14:16:18

25          folder.                                    14:16:21
```

```
                                              Page 130

 1                    K.  Dinershteyn

 2              MR. UNDERWOOD: It looks to me      14:16:22

 3        like -- there are two directories       14:16:23

 4        here.  One is deposition Karina          14:16:23

 5        Dinershteyn 10/4 and one is deposition   14:16:30

 6        Karina Dinershteyn 10/18.  They both     14:16:32

 7        seem to have five documents in them,     14:16:34

 8        and they seem to be identical.           14:16:36

 9              MR. FATTARUSO: Do you see an        14:16:40

10        Exhibit 3?                               14:16:41

11              MR. UNDERWOOD: Yes, but it's        14:16:43

12        Exhibit 3 from the Harris deposition,    14:16:44

13        at least that's the sticker that's on    14:16:46

14        it.                                      14:16:48

15              MR. FATTARUSO: This says           14:16:50

16        Exhibit 3 Harris?                        14:16:51

17              MR. UNDERWOOD: Yes.  And it's       14:16:53

18        not -- whatever the Bates number you     14:16:54

19        read earlier, it's not --               14:16:57

20              MR. FATTARUSO: You're in the        14:16:59

21        folder deposition of Karina              14:16:59

22        Dinershteyn 10/4/2021?                   14:17:00

23              MR. UNDERWOOD: Yes, I am.           14:17:03

24              MR. FATTARUSO: Well, let's go       14:17:13

25        off the record.                          14:17:14
```

```
                                                        Page 131

 1                    K.   Dinershteyn

 2               THE VIDEOGRAPHER: Thank you.        14:17:16

 3               The time is approximately 2:17.    14:17:18

 4               We are going off the record.        14:17:21

 5               (Whereupon a break was taken)       14:17:23

 6               THE VIDEOGRAPHER: The time is       14:18:29

 7          approximately 2:18.                      14:18:34

 8               We're back on the record.           14:18:35

 9          Q.    Ms. Dinershteyn, do you see the    14:18:36

10     document that's been marked as Exhibit 3?     14:18:39

11          A.    Yes.                               14:18:41

12          Q.    Do you recognize this document?    14:18:42

13          A.    It's one of the e-mails.  No.      14:18:44

14          Q.    Okay.                              14:18:53

15               Going to the bottommost e-mail      14:18:53

16     of the chain on the second page, do you       14:18:56

17     see this as an e-mail going from you to       14:19:01

18     Mark Callahan, John Tripp, Paul Iacovacci,    14:19:04

19     and Douglas Monticciolo on January 15,        14:19:08

20     2014, attaching a spreadsheet of              14:19:14

21     investments across Brevet entities on         14:19:17

22     January -- as of December 31, 2013?           14:19:19

23          A.    Yes, I see that's what it says.    14:19:23

24          Q.    Okay.                              14:19:27

25               Do you recall sending documents     14:19:29
```

```
                                                    Page 132

 1                    K.   Dinershteyn

 2      like that, spreadsheets showing the        14:19:33

 3      partners' investments across the Brevet    14:19:36

 4      entities?                                   14:19:39

 5           A.    Yes, I do remember that.         14:19:40

 6           Q.    Okay.                            14:19:42

 7                 Would you -- were you the one    14:19:45

 8      who prepared those documents?               14:19:47

 9           A.    It's either me or somebody in    14:19:48

10      finance department.                         14:19:54

11           Q.    Who in the finance department    14:19:56

12      would it be, if not you?                    14:19:59

13           A.    It could have been one of the    14:20:01

14      controllers, Olga Lagunova, Wally Lee,      14:20:05

15      whoever was the controller at the point.    14:20:15

16           Q.    And where the controller prepare 14:20:18

17      those documents under your supervision and  14:20:21

18      direction?                                  14:20:24

19           A.    Yes.                             14:20:25

20           Q.    Moving up the chain, do you see  14:20:26

21      that Mr. Iacovacci sent the spreadsheet     14:20:32

22      back to you in March of 2015 says, "this    14:20:36

23      what you sent me last January for my        14:20:37

24      bank?"                                      14:20:42

25           A.    Yes.                             14:20:43
```

Page 133

1                    K.   Dinershteyn

2        Q.    Do you recall receiving that        14:20:43

3     e-mail?                                       14:20:44

4        A.    No.                                  14:20:45

5        Q.    Any reason to believe you did        14:20:45

6     not receive that e-mail?                      14:20:47

7        A.    No.                                  14:20:48

8        Q.    Okay.                                14:20:48

9              Do you recall the context for        14:20:51

10    why Mr. Iacovacci was resending the           14:20:53

11    document to you in March of 2015?             14:20:58

12       A.    I don't recall the context now.      14:21:04

13    It says for his bank.  I don't remember       14:21:08

14    what he was doing.  He needed it for his      14:21:12

15    personal reasons.                             14:21:17

16       Q.    Do you recall whether he may         14:21:17

17    have been asking you to accepted an           14:21:20

18    updated spreadsheet with new information?     14:21:22

19       A.    Again, I don't remember.             14:21:24

20       Q.    Okay.                                14:21:27

21             Can you take a look at the next      14:21:28

22    exhibit in the folder, Exhibit 4.            14:21:30

23             Actually, I'm sorry, go back to      14:21:41

24    Exhibit 3 very quickly.                       14:21:44

25             Do you see the topmost e-mail in     14:21:52

Page 134

1                    K.   Dinershteyn

2     that exchange, that's you writing to Mr.      14:21:55

3     Iacovacci saying, "Paul, see attached.  I     14:21:58

4     finally got to it?"                           14:22:00

5          A.    Yes.                               14:22:02

6          Q.    Does that refresh your             14:22:03

7     recollection at all as to what you and        14:22:05

8     Paul were discussing at this time?            14:22:07

9          A.    No.  The fact that I finally got   14:22:08

10    to it just means that it wasn't on top of     14:22:15

11    my priority list to do.                       14:22:19

12         Q.    Okay.                              14:22:20

13               Do you see -- looking at the       14:22:20

14    attachment line in the topmost e-mail, do     14:22:22

15    you see it says the attachment is a file      14:22:26

16    called partners interests 12-31-14.xlsx?      14:22:29

17         A.    Yes.                               14:22:36

18               (Whereupon, an Excel spreadsheet   14:22:36

19         was marked Dinershteyn Exhibit 4         14:22:36

20         for identification.)                     14:22:37

21         Q.    So let's take a look now at        14:22:37

22    Exhibit 4.  And Exhibit 4 is a document       14:22:39

23    with the Bates number BREVETREPRO 0180090.    14:22:52

24         A.    Yep.                               14:22:58

25         Q.    Do you recognize this document?    14:23:00

Page 135

```
1                        K.   Dinershteyn
2         A.     The format looks like one of the      14:23:03
3    spreadsheets that I prepared.                     14:23:09
4         Q.     Okay.                                 14:23:12
5                And any reason to believe that        14:23:13
6    this is not the analysis of partner               14:23:15
7    interests as of December 31, 2014 that was        14:23:21
8    attached to the e-mail we were just               14:23:23
9    looking at?                                        14:23:25
10        A.     It looks like -- again, the           14:23:25
11   format looks as if I prepared it.  The            14:23:32
12   numbers I'm not going to be able to               14:23:36
13   remember exactly.  These are the numbers          14:23:38
14   from the e-mail five, six years ago.              14:23:43
15        Q.     Okay.                                 14:23:45
16                So setting aside the precise         14:23:45
17   value of each of the numbers, if you look         14:23:49
18   at the numbers here, do you have a general        14:23:51
19   sense of what the numbers in this                 14:23:53
20   spreadsheet were intended to reflect?             14:23:55
21        A.     Yes.                                  14:23:59
22        Q.     What is that?                         14:23:59
23        A.     It's ownership percentages in        14:24:03
24   the different entities in Brevet                  14:24:10
25   structure.                                        14:24:13
```

```
                                          Page 136

 1                  K.   Dinershteyn

 2       Q.    Okay.                        14:24:15

 3             Are the ownership percentages  14:24:15

 4    the figures represented in column C?   14:24:18

 5       A.    Column C has ownership       14:24:25

 6    percentages and column G has ownership  14:24:30

 7    percentages.                           14:24:34

 8       Q.    And when you say these are    14:24:35

 9    ownership percentages in entities in the  14:24:36

10    Brevet structure, what do you mean by the  14:24:39

11    Brevet structure?                      14:24:41

12             MR. UNDERWOOD: I object to the  14:24:43

13         form of the question.             14:24:44

14             THE WITNESS:  The spreadsheet  14:24:45

15         actually has entity names and these  14:24:47

16         are the percentages, ownership    14:24:50

17         percentages in the corresponding  14:24:57

18         entities.                         14:24:59

19       Q.    How did these entities relate to  14:24:59

20    one another, as you recall?            14:25:03

21             MR. UNDERWOOD: I object to the  14:25:06

22         form of the question.             14:25:06

23             THE WITNESS:  You have to go   14:25:07

24         through the full org chart.       14:25:10

25             What day are you looking for?  14:25:15
```

```
                                        Page 137
 1                    K.   Dinershteyn
 2       Q.    Do you have an understanding of    14:25:17
 3    how these business entities that are        14:25:20
 4    listed on this specific chart related to    14:25:22
 5    one another independent of an org chart?    14:25:25
 6             MR. UNDERWOOD: I object to the     14:25:29
 7        form of the question.                   14:25:30
 8             THE WITNESS:  Some entities are    14:25:32
 9        subsidiaries of other entities, but     14:25:38
10        again to go through specific company    14:25:40
11        which one is which, we would need the   14:25:43
12        org chart.                              14:25:47
13       Q.    Why -- is this the entire          14:25:48
14    population of Brevet entities, as you       14:25:53
15    recall?                                     14:25:56
16             MR. UNDERWOOD: I object to the     14:25:56
17        form of the question.                   14:25:57
18             THE WITNESS:  It depends on        14:25:58
19        point in time.                          14:26:00
20       Q.    As of the time that this           14:26:01
21    spreadsheet was prepared.                   14:26:03
22             MR. UNDERWOOD: I object to the     14:26:06
23        form of the question.                   14:26:08
24             THE WITNESS:  These are the        14:26:09
25        entities in which the set of people     14:26:21
```

```
                                           Page 138

 1                    K.   Dinershteyn

 2        had ownership.   I cannot testify that    14:26:25

 3        it's an all-inclusive list.               14:26:30

 4        Q.    Looking at column D, what are        14:26:33

 5   the amounts in column D intended to             14:26:38

 6   represent?                                      14:26:42

 7        A.    So the column D represents the       14:26:42

 8   dollar amount owner in different entities       14:26:52

 9   at that point in time.                          14:26:59

10        Q.    And how were dollar amounts of       14:27:02

11   ownership calculated?                           14:27:06

12        A.    Based on the allocation of the       14:27:07

13   assets of the companies.                        14:27:12

14        Q.    Okay.                                14:27:15

15              That's how the individual            14:27:16

16   owners' interests in the amounts were           14:27:20

17   calculated, based on their percentage           14:27:23

18   ownership?                                       14:27:26

19        A.    Yes.                                 14:27:26

20        Q.    So for example, taking the first     14:27:27

21   entity on the list, we see in cell D2 a         14:27:29

22   value of ██████████████████████  ████████

         ██████████; is that right?                  14:27:39

24        A.    Yes.                                 14:27:40

25        Q.    And to identify the individual       14:27:41
```

```
                                                    Page 139
  1                 K.   Dinershteyn
  2    partner's percentage share, you would        14:27:47
  3    simply multiply that total number in D2 by   14:27:51
  4    the percentages in column C?                 14:27:56
  5        A.    Yes.                                14:27:58
  6        Q.    So with respect to that total      14:27:59
  7    number, ████████████████████    ██████████
         ████████, how would that number be         14:28:03
  9    calculated?                                  14:28:06
 10            MR. UNDERWOOD: I object to the       14:28:07
 11         form of the question.                   14:28:07
 12            THE WITNESS: ████████████   █████████
       ████████████████████████████    █████████
       ████████████████████████████    █████████
       ███████████████████████████     14:28:23
 16        Q.    Okay.                              14:28:25
 17            You would look at the company's      14:28:27
 18    assets?                                      14:28:30
 19        A.    Yes.                               14:28:31
 20        Q.    Anything else?                     14:28:31
 21        A.    I don't remember.                  14:28:37
 22        Q.   ████████████████████    ██████████
       ████████████████████████████    █████████
       ██████████████████████████     █████████
       ███████████████████████     14:28:48
```

```
                                                        Page 140

 1                    K.   Dinershteyn

 2          ██████████████████████████          14:28:51

 3              MR. UNDERWOOD: I object to the   14:28:54

 4       form of the question.                   14:28:55

 5              THE WITNESS:  I believe so.       14:28:56

 6       Q.    Okay.                              14:29:13

 7              So looking at the third entity    14:29:14

 8    down, Brevet Short Duration Partners LLC,   14:29:18

 9    do you see that in that block of the        14:29:24

10    spreadsheet the heading refers to ██████    ████████

██    ████████████████████████████████████████    ████████

██    ██████████████████████████████              14:29:33

13       A.    Yes.                               14:29:35

14       Q.    And if you look a few lines down   14:29:36

15    from that at row forty-two, you see         14:29:39

16    there's another entry for ████████████      ████████

██    ████████████████████████████████████████    ████████

██    ████████████████████████████████████████    ████████

██    ██████████████████████████                  14:29:49

20       A.    Yes.                               14:29:52

21       Q.    What's the difference between      14:29:52

22    those two entries?                          14:29:54

23       A.    ████████████████████████████████    ████████

██    ████████████████████████████████████████    ████████

██    ████████████████████████████████            14:30:07
```

Page 141

1            K.   Dinershteyn

2  ███████████████████████████        14:30:13

3      Q.     Okay.                    14:30:15

4             So an --                 14:30:17

5      A.   ██████████████████████     ████████

   █  ███████████████████████████     ████████

   █  ██████████████████████          14:30:24

8      Q.     Okay.                    14:30:25

9             So how did -- how were the    14:30:26

10  percentage interests of the partners in    14:30:28

11  the form of the Short Duration Partners    14:30:30

12  LLC investment in the fund determined?    14:30:35

13             MR. UNDERWOOD: I object to the    14:30:38

14      form of the question.          14:30:39

15             THE WITNESS: ███████████     ████████

   █  █████████████████████████     ████████

   █  ███████████████████████       ████████

   █  ████████████████              ████████

   █  █████████████████             14:31:01

20      Q.   ██████████████████████     ████████

   █  ██████████████████████████     ████████

   █  █████████████████████████     ████████

   █  █████████████████████████     ████████

   █  ████████████████████████████     ████████

   █  ████████████████              14:31:23

```
                                                    Page 142

 1                    K.   Dinershteyn

 2              MR. UNDERWOOD: I object to the       14:31:24

 3       form of the question.                       14:31:25

 4              THE WITNESS: ████████      ████████

 █       ████████████████████      ████████

 █       ████████████████████      ████████

 █       ██████████████████              14:31:42

 8       Q.    Okay.                                 14:31:47

 9              ████████████████      ████████

 █       ████████                             14:31:49

11       A.    Yes.                                  14:31:50

12       Q.    ████████████████      ████████

 █       ████████████████████      ████████

 █       ████████████████              14:32:00

15       A.    Yes.                                  14:32:01

16       Q.    And --                                14:32:02

17              MR. UNDERWOOD: Sorry, you said,      14:32:04

18       "Brevet Direct Lending Short" -- I          14:32:07

19       didn't see it on the -- unless I'm          14:32:12

20       missing something.                          14:32:14

21              MR. FATTARUSO: I intended to say     14:32:16

22       Brevet Direct Lending Short Duration        14:32:17

23       Fund, LP.                                    14:32:21

24              MR. UNDERWOOD: Not shown on          14:32:22

25       here.  You're talking about the GP.         14:32:24
```

Page 143

```
 1                    K.   Dinershteyn
 2      Sorry.                                     14:32:26
 3      Q.     Did you hear the question as I      14:32:33
 4  had intended to pose it, Ms. Dinershteyn?     14:32:35
 5      A.     I believe so.                       14:32:38
 6      Q.     ██████████████████     ██████
        ████████████████████████████     ██████
        ██████████████████████████     ██████
        ██████████████████████     ██████
        ████████████████████████████     ██████
        ████████                       14:33:10
12      A.     ████████████████     ██████
        ████████████    ██████████     ██████
        ████████████                   14:33:22
15      Q.     ████████████████     ██████
        ██████████████████████████     ██████
        ████                           14:33:26
18      A.     ████████████████     ██████
        ████████████████████     ██████
        ██████████████████             14:33:35
21      Q.     Okay.                               14:33:38
22             Now, is that asset amount shown     14:33:44
23  anywhere else on this spreadsheet?           14:33:47
24      A.     ████████████████████     14:33:48
25      Q.     Yes.                                14:33:54
```

Page 144

```
 1               K.   Dinershteyn
 2       A.    I would have to look through the    14:33:54
 3   spreadsheet.                                  14:33:56
 4       Q.    Okay.                               14:33:56
 5             Take a look.                         14:33:57
 6             Actually, Ms. Dinershteyn, maybe    14:34:19
 7   I can make this easier.                        14:34:21
 8             I think I see in the lower          14:34:22
 9   right-hand corner of your screen you may      14:34:25
10   see a little icon that, if you hover over      14:34:27
11   it, says, "view full size workbook."          14:34:31
12             Do you see that?                     14:34:38
13       A.    Yes.                                14:34:38
14       Q.    If you click on that, I think it    14:34:39
15   should open a window that will enable you     14:34:43
16   to see the formulas in the spreadsheet.        14:34:45
17       A.    Okay.                               14:35:00
18       Q.    So if you go to D42, you see        14:35:00
19   that shows a formula of L28 plus L35?         14:35:03
20       A.    Yes.                                14:35:11
21       Q.    ████████████████████████    ████████
     ████████████████████████████████████    ████████
     ████████████████████████████████████    ████████
     ████████████████████████████████████    ████████
     ████████████████████████                 14:35:29
```

Page 145

```
 1                    K.   Dinershteyn
 2        A.     Yes.                          14:35:30
 3        Q.     Okay.                         14:35:30
 4               And if you look at cell L28 -- 14:35:31
 5        A.     Yep.                          14:35:35
 6        Q.     ████████████████████████  ███████
          ████████████████████████████  ███████
          ███████████████████████        14:35:43
 9        A.     Yes.                          14:35:43
10        Q.     And that's described in row or 14:35:43
11   column K as ███████████████████████  14:35:47
12               Do you see that?              14:35:54
13        A.     Yes.                          14:35:55
14        Q.     Do you know what that refers to? 14:35:55
15        A.     ███████████████████████  ███████
          ████████████████  ███████████  ███████
          ████████████████████████████████  ███████
          ████████                        14:36:08
19        Q.     ███████████████████████  ███████
          ██████████████                  14:36:12
21        A.     ███████████████  ████████  ███████
          ████████████  ███████████████    ███████
          ████████████████████████████████  ███████
          ████████████████████████████    ███████
          █████████████                   14:36:35
```

Page 146

1                    K.   Dinershteyn

2        Q.   ████████████████████   ████████

█    ██████████████████████████████   ████████

█    ████████████████████                14:36:45

5        A.   Yes.                        14:36:48

6        Q.   ██████████████████   ████████

█    ██████████████████████████████   ████████

█    ██████████████████████████████   ████████

█    ███████████████████████████      ████████

█    ████████████████                    14:37:03

11            MR. UNDERWOOD: I object to the    14:37:04

12       form of the question.           14:37:05

13            THE WITNESS: █████████████   ████████

█        ███████████████████████████   ████████

█        ██████████████████              14:37:17

16       Q.   ███████████████████   ████████

█    ██████████████████████████████   ████████

█    ███                                  14:37:21

19       A.   ██████   ██████████████   ████████

█    █████████████   ██████████████   ████████

█    ██████████████████████████      ████████

█    ████████████████                    14:37:35

23       Q.   So can you explain that a   14:37:42

24       little?                         14:37:45

25       A.   ███████████████████        14:37:45

Page 147

```
1              K.  Dinershteyn
2     ████████████████████████   ██████████
      ██████████████████  ████████████   ██████████
      █████████████████████████████   ██████████
      █████████   ████████████████████   ██████████
      ██████████████████████████   ██████████
      ██████████████████████████   ██████████
      ███████████                  14:38:12
9        Q.   ████████████████████   ██████████
      ██████████████████████████   ██████████
      ██████████████████████████   ██████████
      █████████████████           14:38:20
13       A.   No.                   14:38:20
14       Q.   What percent was actually paid?  14:38:20
15       A.   ██████████           14:38:25
16       Q.   How was that determined?  14:38:26
17       A.   ████████████████████   ██████████
      ███████████                  14:38:29
19            MR. UNDERWOOD: I object to the  14:38:29
20     form of the question.        14:38:30
21       Q.   ████████████████████   ██████████
      ███████████                  14:38:33
23       A.   ████████████████████   ██████████
      ███████████  ████████████     14:38:37
25       Q.   Okay.                 14:38:40
```

Page 148

```
 1              K.   Dinershteyn
 2
                                          14:38:44
 5         MR. UNDERWOOD: I object to the   14:38:46
 6      form of the question.              14:38:47
 7         THE WITNESS:
                                          14:38:59
12      Q.    Okay.                        14:39:00
13            Looking at cell L28, this same   14:39:00
14   cell that we were just looking at, do you   14:39:06
15   see in the formula that there's a little   14:39:08
16   subtraction math that was done there?     14:39:14
17      A.    Yes, I see that.             14:39:17
18      Q.                                  
                                          14:39:26
20      A.    Yes.                          14:39:29
21      Q.    Do you know what those numbers   14:39:29
22   represent?                            14:39:33
23      A.    No, I don't.                 14:39:33
24         MR. UNDERWOOD: I object to the   14:39:35
25      form of the question.  It's been many   14:39:35
```

Page 149

```
 1              K.   Dinershteyn
 2    years.   I don't remember what was        14:39:44
 3    subtracted.                               14:39:46
 4    Q.    ███████████████████████████         ██████████
█     ██████████████████████████████████        ██████████
█     ██████████████████████████████████        ██████████
█     ██████                                     14:39:54
 8    A.    I don't remember exact details.     14:39:55
 9    Q.    Okay.                               14:40:08
10          ███████████████████████████████     ██████████
█     ██████████████████████████████████        ██████████
█     ████████████████████████                  14:40:17
13    A.    ██████████████████████              ██████████
█     ████████████████████████████████          ██████████
█     ███████████████████████████               ██████████
█     ████████████████████████████              ██████████
█     █████████████████████████████████         ██████████
█     ██████████████████████████████████        ██████████
█     ████████████████████████                   14:40:49
20    Q.    When you say, "matched with the     14:40:53
21    administrator's record," would those two  14:40:55
22    sets of records be reconciled from time to 14:40:59
23    time?                                     14:41:01
24    A.    Yes.                                14:41:01
25    Q.    How did that reconciliation         14:41:01
```

Page 150

1               K.   Dinershteyn

2     process work?                        14:41:05

3          A.    ████████████████       ██████████

  ████████████████████████    ██████    ██████████

  ████████████████████████       ██████████

  █████████████████████████████    ██████████

  █████████████████████    █████    ██████████

  ███████████████████████████    ██████████

  ████████████████████             14:41:30

10         Q.    Would the administrators send    14:41:32

11    these calculations to Brevet?       14:41:35

12         A.    Yes.                      14:41:36

13               Brevet, meaning finance  14:41:42

14    department?                          14:41:45

15         Q.    How frequently would Brevet and   14:41:46

16    the administrator reconcile their   14:41:50

17    calculations of the performance fee?   14:41:53

18         A.    It was part of monthly   14:41:54

19    reconciliation.                      14:41:58

20         Q.    And that continued until you   14:41:58

21    left Brevet?                         14:42:03

22         A.    Yes.                      14:42:04

23         Q.    Now, the other component of the   14:42:04

24    calculation in cell D42 appears to be cell   14:42:15

25    L35.                                 14:42:22

```
                                              Page 151

1                    K.   Dinershteyn

2             Do you see that?              14:42:23

3     A.     Yes.                           14:42:23

4     Q.     And looking at L35, do you see 14:42:31

5  that that appears to be the sum of cells 14:42:35

6  L32 through L34?                         14:42:40

7     A.     Yes.                           14:42:43

8     Q.     ███████████████████           █████████

   ███████████████████████████████         █████████

   █████████████████████████████████████   █████████

   ███████████████████████████████████     █████████

   █████████████████                       14:42:56

13    A.     Yes.                           14:42:57

14    Q.     Where would you look to        14:42:57

15 determine each of those values?          14:43:04

16    A.     ████████████████████████      █████████

   ████████████████████  █████████████     █████████

   ██████████████████████████████          █████████

   ██████████  ██████████████████████       14:43:19

20    Q.     And where did Brevet keep its  14:43:27

21 balance sheets for the company?          14:43:34

22           MR. UNDERWOOD: I object to the 14:43:37

23       form of the question.              14:43:38

24           THE WITNESS:  So for internal  14:43:38

25       entities, with Quick Books.        14:43:45
```

```
                                        Page 152

 1                    K.   Dinershteyn
 2        Q.    And when you say, "internal      14:43:47
 3     entities," what do you mean by that?      14:43:50
 4        A.    Not the fund.                    14:43:52
 5        Q.    And for the funds, where would   14:43:57
 6     those balance sheets be kept?             14:44:02
 7        A.    Administrative assistant.        14:44:04
 8        Q.    And would the reconciliation of  14:44:06
 9     the fund balance sheets also be a monthly 14:44:12
10     process?                                  14:44:14
11        A.    Yes.                             14:44:14
12        Q.    And did the administrator do     14:44:15
13     anything to independently track or        14:44:18
14     reconcile the assets of the internal      14:44:22
15     entities?                                 14:44:26
16              MR. UNDERWOOD: I object to the   14:44:27
17        form of the question.                  14:44:27
18              THE WITNESS:  No.                14:44:28
19        Q.    Okay.                            14:44:28
20              Apart from Quick Books, what     14:44:30
21     documents reflected information about the 14:44:35
22     assets of the internal companies?         14:44:40
23              MR. UNDERWOOD: I object to the   14:44:43
24        form of the question.                  14:44:44
25              THE WITNESS:  I think the assets 14:44:44
```

```
                                              Page 153

 1                   K.   Dinershteyn

 2        are some kind of -- what are you        14:45:01

 3        looking for?                            14:45:03

 4        Q.    I'm trying to understand, apart   14:45:07

 5     from Quick Books, what were the documents  14:45:10

 6     that reflected the assets of the internal  14:45:13

 7     company, such as Brevet Short Duration     14:45:15

 8     Partners?                                  14:45:19

 9        A.    Like if the asset was a loan to   14:45:19

10     somebody, there would be an agreement to   14:45:24

11     that.                                      14:45:26

12        Q.    What other kinds of assets did    14:45:26

13     Brevet Short Duration Partners have?       14:45:30

14        A.    ███████████████████  ██████       

   ██  ██████                                     14:45:39

16        Q.    Okay.                             14:45:39

17              Anything else that comes to       14:45:40

18     mind?                                      14:45:42

19        A.    Not really.                       14:45:42

20        Q.    █████████████████████  ██████     

   ██  ████████████                              14:45:55

22              MR. UNDERWOOD: I object to the    14:45:59

23        form of the question.                   14:45:59

24              THE WITNESS:  ███████████  ██████ 

   ██  ████████  █████████████                   14:46:05
```

Page 154

```
 1              K.   Dinershteyn

 2  ██████████████████████████████   ███████████

    ██████████████████████████████   ███████████

    ████████████████████████         14:46:13

 5  Q.    Okay.                       14:46:17

 6        Is that the only documentation  14:46:19

 7  you can think of that reflects those  14:46:22

 8  contributions?                    14:46:24

 9        MR. UNDERWOOD: I object to the  14:46:25

10  form of the question.             14:46:25

11        THE WITNESS:  ███████       ███████████

    ███████████████████████████████  ███████████

    █████████████████████████        ███████████

    ████████████████████             ███████████

    ███████████████████████████████  ███████████

    ██████████████████               14:46:52

17  Q.    Okay.                       14:46:54

18        And what form did those     14:46:55

19  communications to the administrator take?  14:46:59

20        MR. UNDERWOOD: I object to the  14:47:02

21  form of the question.             14:47:03

22        THE WITNESS:  It would be an  14:47:06

23  e-mail.                           14:47:08

24  Q.    Okay.                       14:47:09

25        Now, looking at the amount for  14:47:11
```

Page 155

```
 1                K.   Dinershteyn
 2      Brevet Short Duration Holdings LLC in cell      14:47:16
 3      D51, do you see that?                           14:47:20
 4           A.    Yes.                                 14:47:22
 5           Q.    ███████████████████████             ████████
        ███████████████████████████████                ████████
        █████████████████████████                      ████████
        ███████████████████████████                    ████████
        ██████████████████                             14:47:45
10           A.    Yes.                                 14:47:47
11           Q.    ████████████████████                ████████
        ███████████████████████████████                ████████
        █████████████████████████████                  ████████
        ████████████████████████████                   ████████
        ███████████████████████████████                ████████
        ████████████████████                           14:48:14
17           A.    Can you repeat it again?            14:48:15
18           Q.    Sure.                                14:48:17
19                 Do you see the ████████████  at      14:48:18
20      row thirty-four, columns K and L?               14:48:23
21           A.    Yes.                                 14:48:26
22           Q.    And do you recall we were            14:48:27
23      looking at that.  That's one of the             14:48:28
24      numbers that's included in the --               14:48:30
25      ███████████████████████████████                14:48:35
```



Page 156

1               K.   Dinershteyn

2   ████████████████████████████      ████████

█   ████████████████████            ████████

█   ████████████████████████████      ████████

█   ██████████████████████████████    ████████

█   ████                              14:48:47

7       A.    Yes.                      14:48:50

8       Q.    ████████████████████      ████████

█   ████████████████████████████      ████████

█   ██████████████████████████████    ████████

█   ████████                          14:49:04

12      A.    ████████████████████      ████████

█   ██████  ████████████████████      ████████

█   ████████████████████              14:49:15

15      Q.    Okay.                     14:49:17

16      ██████████████████████████    ████████

█   ████████████████████████          ████████

█   ████████████████████████          14:49:26

19      A.    Yes.                      14:49:30

20      Q.    ████████████████████      ████████

█   ████████████████████████████      ████████

█   ████████████████████████          14:49:47

23      A.    Quick Books.              14:49:53

24      Q.    Okay.                     14:50:02

25            And what aspect of Quick Books    14:50:03

```
                                                      Page 157
  1                    K.   Dinershteyn

  2    would you look at to ascertain that          14:50:07

  3    amount?                                       14:50:12

  4        A.    I do not remember.   Balance        14:50:15

  5    sheet.                                        14:50:21

  6        Q.    Okay.                                14:50:24

  7              And what were Brevet Holdings        14:50:25

  8    LLC's assets?                                 14:50:27

  9        A.    ████████████████████        ████████

  █    ████████████████████████                     ████████

  █    ████████████                                  14:50:42

 12        Q.    ████████████████████        ████████

  █    ████████████████████████                     ████████

  █    ██████████                                    14:50:56

 15        A.    ██████████████████          ████████

  █    ██████████████████████                       ████████

  █    ████████████████████████                     ████████

  █    ██████████████████████                        14:51:24

 19        Q.    ████████████████████        ████████

  █    ██████████████████████                       ████████

  █    ████████████████                              14:51:36

 22        A.    ████████████████████        ████████

  █    ████████████████████████                     ████████

  █    ████████████████████ ████                    ████████

  █    ██████████████████████                        14:52:15
```

Page 158

1              K.   Dinershteyn

2      Q.    Okay.                          14:52:24

3

                                            14:52:34

7      A.    Say it again?                  14:52:35

8      Q.

                                            14:52:48

12     A.    Yes.                           14:52:51

13     Q.

                                            14:52:54

15           MR. UNDERWOOD: I object to the  14:52:57

16      form of the question.                14:52:58

17           THE WITNESS:

                                            14:53:31

25     Q.                                   14:53:32



Page 159

```
  1                K.   Dinershteyn
  2  ███████████████████████████████   ████████
 ▮   ████████████████████████████       14:53:36
  4      A.    Yes.                       14:53:42
  5      Q.    Okay.                      14:53:42
  6              ████████████████████   ████████
 ▮   ███████████████████████████████   ████████
 ▮   █████████████████████             14:53:51
  9            MR. UNDERWOOD: I object to the   14:53:52
 10  form of the question.              14:53:54
 11            THE WITNESS:  As of right now,   14:53:54
 12  I'm not even going to be able to   14:53:59
 13  remember a ████████████  ████████   ████████
 ▮              █████████████████████   14:54:04
 15      Q.    ██████████████████████   ████████
 ▮   ██████████████████████████████   14:54:09
 17            MR. UNDERWOOD: I object to the   14:54:11
 18  form of the question.              14:54:11
 19            THE WITNESS:  Yes.        14:54:12
 20      Q.    ████████████████████████   ████████
 ▮   ████████████████████             14:54:17
 22      A.    ████████████████████████   ████████
 ▮   █████████████████             14:54:27
 24      Q.    And who did you have those   14:54:27
 25  discussions with?                  14:54:29
```

Page 160

1                    K.   Dinershteyn

2        A.     It would depend on the          14:54:31

3    situation.                                  14:54:34

4        Q.     Okay.                            14:54:37

5               Depending on the situation, who  14:54:37

6    would those discussions be with?            14:54:41

7        A.     Brevet senior management.        14:54:43

8        Q.     Which Brevet senior management   14:54:44

9    do you recall having discussions with       14:54:48

10   about ████████████████████████?             14:54:50

11       A.     Mark Callahan, Doug Monticciolo. 14:54:57

12   But again, I don't remember specific        14:55:02

13   discussions.  It's normal life of the       14:55:03

14   company.                                    14:55:05

15       Q.     ██████████████████████    ██████████

██   ████████████████████████████████           14:55:11

17       A.     ████████████████               14:55:14

18       Q.     █████████████████████████       14:55:21

19              MR. UNDERWOOD: I object to the   14:55:23

20       form of the question.                   14:55:24

21              THE WITNESS:  ██████████████   ██████████

██        ████████████    ████████████████        14:55:27

23       Q.     ███████████████████████████    ██████████

██        ██████████████████████                 14:55:37

25       A.     ████████████████               14:55:38

```
                                                    Page 161

  1                 K.   Dinershteyn

  2         Q.   █████████████████████    ████████

  █    ███████████████████████████         14:55:45

  4         A.    I don't remember.         14:55:49

  5         Q.    Now looking specifically at rows    14:55:49

  6    twenty-nine to thirty-six in the middle    14:56:08

  7    column on this spreadsheet, columns F    14:56:10

  8    through H --                          14:56:13

  9         A.    Okay.                      14:56:14

 10         Q.   ███████████████████      ████████

  █   ████████████████████████████         ████████

  █   ██████████████████████               ████████

  █   ████████████                          14:56:22

 14         A.    Yes.                       14:56:23

 15         Q.    And do you have any reason to    14:56:23

 16    believe that this is inaccurate?    14:56:29

 17         A.    If the whole spreadsheet comes    14:56:31

 18    from my e-mail, that's probably what I    14:56:35

 19    believed the numbers were at that point in    14:56:39

 20    time.                                 14:56:41

 21         Q.    Okay.                      14:56:41

 22              Did there come a point in time    14:56:42

 23    in 2014 when you were asked to change Paul    14:56:45

 24    Iacovacci's ownership interest in any of    14:56:52

 25    these entities?                       14:56:56
```

Page 162

```
 1                   K.   Dinershteyn
 2        A.    I don't remember.              14:56:57
 3        Q.    Do you remember ever being asked  14:57:02
 4   to change Paul Iacovacci's ownership      14:57:04
 5   interest in any of these entities?        14:57:07
 6             MR. UNDERWOOD: I object to the  14:57:10
 7        form of the question.               14:57:10
 8             THE WITNESS:  The only time that  14:57:12
 9        I remember is after his termination.  14:57:16
10        Q.    So you don't recall any time    14:57:20
11   prior to Paul Iacovacci's termination that  14:57:23
12   Doug Monticciolo or anyone else asked you  14:57:28
13   to change Paul's ownership interest in any  14:57:31
14   of the entities listed here?             14:57:35
15        A.    I honestly don't remember, no.  14:57:37
16        Q.    Do you recall any time, prior to  14:57:45
17   Mr. Iacovacci's departure, that you, in   14:57:49
18   fact, changed any of the ownership        14:57:53
19   interests that are reflected here?        14:57:59
20        A.    Whenever any of the members made  14:58:00
21   contributions or withdrawals, the        14:58:06
22   percentages would change, specifically the  14:58:08
23   investments in the fund percentages would  14:58:14
24   change.                                  14:58:16
25        Q.    Okay.                          14:58:17
```

Page 163

```
 1                    K.   Dinershteyn
 2               So that's the investments in      14:58:18
 3     rows thirty-two and thirty-three with the   14:58:21
 4     in fund in parentheses?                      14:58:26
 5          A.    Yes.                              14:58:29
 6               MR. UNDERWOOD: You're referring   14:58:30
 7          to H32 and H33?                         14:58:31
 8               MR. FATTARUSO: F through H,        14:58:36
 9          thirty-two and thirty-three.            14:58:39
10               MR. UNDERWOOD: Okay.              14:58:41
11               THE WITNESS:  As well as when     14:58:41
12          John Tripp retired, all of the         14:58:46
13          percentages changed according to the   14:58:48
14          wind down schedule on his retirement.  14:58:52
15          Q.    Any other instances in which you 14:58:55
16     recall the percentage interest for Paul     14:59:07
17     Iacovacci changing --                        14:59:08
18          A.    No.                              14:59:10
19          Q.    -- in any of these entities?     14:59:10
20          A.    No.                              14:59:13
21          Q.    Do you recall, prior to his      14:59:14
22     departure from Brevet, do you recall Paul   14:59:35
23     Iacovacci objecting to any prospective      14:59:37
24     changes to his ownership interests in any   14:59:39
25     of these entities?                          14:59:42
```

Page 164

```
 1                    K.   Dinershteyn
 2        A.    I don't.                        14:59:44
 3              MR. UNDERWOOD: I object to the   14:59:45
 4        form of the question.                 14:59:46
 5        Q.    Okay.                           14:59:55
 6              Were you responsible for the    14:59:55
 7        calculation of net profits for Brevet 14:59:57
 8        Short Duration Partners LLC and Brevet 14:59:59
 9        Short Duration Holdings LLC?          15:00:03
10        A.    Yes.                           15:00:05
11        Q.    Can you walk me through the     15:00:06
12        steps you would make to make that    15:00:10
13        calculation?                         15:00:12
14        A.    ██████████████████████     ███████
          ████████████████████████████████     ███████
          ███████████████████████████████      ███████
          ████████████████████████████████     ███████
          █████████████████████████████████    ███████
          ███████████████████████████          ███████
          ████████████████████████████████     ███████
          ████████████████████████████████     ███████
          ████████████████████████████████     ███████
          █████████████████████████            15:00:57
24        Q.    Okay.                           15:01:00
25              And where did that ████████     15:01:01
```

Page 165

```
 1              K.   Dinershteyn
 2  ███  come from?                        15:01:04
 3       A.   ████████████████████   ███████
 ██  ████████████████████████████ █  ███████
 ██  ████████████████████████████     ███████
 ██  ██████████████████████            15:01:16
 7       Q.   Okay.                      15:01:18
 8       ████████████████████████   ███████
 ██  ████████████████████████████      15:01:23
10       A.   Meaning the exact legal name,  15:01:27
11  but yes.                            15:01:31
12       Q.   ██████████████████████   ███████
 ██  ██████████████████████████████      15:01:36
14            MR. UNDERWOOD: I object to the  15:01:41
15       form of the question.          15:01:42
16            THE WITNESS: ████████████   ███████
 ██  ████████████████████████████     ███████
 ██  ████████████████████████████      ███████
 ██  ████████████████████████████████   ███████
 ██  ████████████████████████ █       ███████
 ██  ████████████████████████████████   ███████
 ██  ██████████████████                 15:02:01
23       Q.   Do you recall when the documents  15:02:02
24  were amended?                        15:02:04
25       A.   No.  It's a live entity that's  15:02:06
```

```
                                              Page 166
 1                    K.    Dinershteyn
 2      been around for many years.   Periodically    15:02:11
 3      there are amendments.                         15:02:14
 4           Q.    Do you recall amendments after     15:02:15
 5      Mr. Iacovacci left?                           15:02:17
 6           A.    It's a period of several years,    15:02:18
 7      so there were some amendments, yes.   I       15:02:26
 8      don't remember specific amounts.              15:02:29
 9           Q.    Do you remember any general        15:02:30
10      changes that were effected by those          15:02:34
11      amendments?                                   15:02:39
12           A.    General changed to fund            15:02:39
13      documents?                                    15:02:48
14           Q.    Yes.                               15:02:49
15           A.    I don't remember any specific      15:02:57
16      details.   The fund is a live entity.         15:03:00
17      Whatever was required in that year or         15:03:08
18      couple of years, there might be an            15:03:13
19      amendment introducing a new investor class    15:03:17
20      to the fund.                                  15:03:20
21           Q.    But you don't remember any         15:03:22
22      changes ███████████████████    ████████      
        ██████████████████████████████; is           15:03:26
24      that correct?                                 15:03:30
25           A.    In the fund documents?             15:03:30
```

Page 167

```
 1                    K.   Dinershteyn
 2        Q.    In the fund documents or        15:03:37
 3    elsewhere.                                 15:03:38
 4             MR. UNDERWOOD: I object to the    15:03:39
 5        form of the question.                  15:03:40
 6             THE WITNESS:    ███████████       ███████
      ███  ████████████████████████████████     ███████
      ███  ████████████████████████████████     ███████
      ███  ██████████████                        15:04:01
10        Q.    Okay.                            15:04:03
11             Was that a change to the fund     15:04:04
12    documents?                                 15:04:08
13        A.    I'm not going to be able to tell 15:04:08
14    you exact.  There were several documents   15:04:10
15    that instituted that change.               15:04:14
16        Q.    You don't know whether those     15:04:17
17    were fund documents or other documents?    15:04:20
18        A.    Yeah, I don't remember.  It was  15:04:22
19    a set of documents.                        15:04:25
20        Q.    Do you recall any of those       15:04:26
21    documents?                                 15:04:28
22        A.    No.                              15:04:28
23        Q.    Do you recall what any of those  15:04:33
24    documents were called?                     15:04:36
25        A.    ████████████████████ -- no.      15:04:38
```

```
                                              Page 168

 1                K.   Dinershteyn

 2        Q.    Do you recall who signed those    15:04:42

 3    documents?                                  15:04:44

 4        A.    It was signed by whoever were     15:04:49

 5    the authorized signatories for the Brevet   15:04:51

 6    fund entities.                              15:04:55

 7        Q.    Do you recall who that was?       15:04:57

 8        A.    Each entity had the list of       15:05:00

 9    authorized signatories, and the list of     15:05:02

10    authorized signatories were not the same.   15:05:11

11    ██████████████████████████      ███████

      ███████████████████████████████  ███████

      ██████████████████                          15:05:26

14        Q.    So as you recall the documents     15:05:28

15    change ██████████████████████████  ███████

      ██████████████████████  were signed by      15:05:34

17    entities through their authorized           15:05:37

18    signatories?                                15:05:39

19        A.    Yes.                              15:05:40

20              MR. UNDERWOOD: I object to the     15:05:40

21        form of the question.                   15:05:41

22              THE WITNESS:  Yes.                15:05:42

23        Q.    And when did that happen?          15:05:46

24        A.    I do not recall the dates.         15:05:48

25        Q.    What's your best estimate?         15:05:56
```

```
                                              Page 169
 1                K.   Dinershteyn
 2                MR. UNDERWOOD: I object to the    15:05:59
 3        form of the question.                     15:06:00
 4                THE WITNESS:  After 2014 before   15:06:00
 5        2019.                                      15:06:15
 6        Q.    Okay.                                15:06:15
 7                What's your best recollection as   15:06:16
 8     to whether that happened before or after     15:06:18
 9     Mr. Iacovacci left Brevet?                    15:06:21
10        A.    I believe it was after he left.     15:06:23
11        Q.    Do you know how soon after he       15:06:26
12     left that was?                                15:06:32
13        A.    No.  The change was not related     15:06:32
14     to him leaving, so no.                        15:06:42
15        Q.    How do you know the change was      15:06:43
16     not related to him leaving?                   15:06:46
17        A.    It was a normal operation of the    15:06:47
18     fund.  It was done for the operational       15:06:50
19     reasons.                                      15:06:53
20        Q.    How do you know it was the          15:06:54
21     normal operation of the fund?                 15:06:55
22                MR. UNDERWOOD: I object to the    15:07:01
23        form of the question.                     15:07:03
24                THE WITNESS:  How do I know it    15:07:19
25        was -- I don't know how to answer your    15:07:26
```

```
                                           Page 170

 1                  K.   Dinershteyn

 2        question, how do I know it was a        15:07:28

 3        normal operation of the fund.  It was   15:07:31

 4        done in the normal course of work.      15:07:33

 5        Q.    What leads you to conclude that   15:07:40

 6    it was done in the normal course of work?   15:07:42

 7              MR. UNDERWOOD: I object to the     15:07:49

 8        form of the question.                   15:07:52

 9              THE WITNESS:  There was no fire    15:08:00

10        drill or emergency to execute those     15:08:04

11        documents.                              15:08:06

12        Q.    Other than the fact that there    15:08:08

13    was no fire drill or emergency, do you      15:08:09

14    have any other basis to conclude that it    15:08:11

15    was done in the normal course of work?      15:08:13

16        A.    No.                               15:08:27

17        Q.    Did anybody explain to you the    15:08:27

18    reason why this change was being made?      15:08:30

19        A.    I don't remember conversations.   15:08:48

20    It was again necessary for the overall      15:08:52

21    operations of different entities.           15:08:56

22        Q.    Why was it necessary?             15:09:00

23        A.    Brevet was growing.  Whatever     15:09:20

24    part of the reasons we were growing, they   15:09:27

25    were in place at different levels of the    15:09:30
```

```
                                        Page 171

 1                  K.   Dinershteyn

 2     company.  There were lenders, so the      15:09:35

 3     operational efficiency of the whole       15:09:39

 4     company made it to that it's better if    15:09:43

 5     performance fee was flowing to a different 15:09:48

 6     company.                                   15:09:53

 7          Q.   Why did the growth of the        15:09:53

 8     company make it better for the performance 15:09:55

 9     fee to flow to a different company?        15:09:57

10          A.   Alternatively, you would         15:09:59

11     probably have to admit many new partners   15:10:01

12     into Brevet Short Duration Partners, which 15:10:05

13     was just very cumbersome and inconvenient. 15:10:11

14     So the -- yeah.                            15:10:21

15          Q.   Go ahead.                        15:10:22

16          A.   I'm done.                        15:10:23

17          Q.   Okay.                            15:10:25

18               So are you saying -- why would   15:10:25

19     you have had to admit many new partners to 15:10:32

20     Brevet Short Duration Partners?            15:10:37

21               MR. UNDERWOOD: I object to the   15:10:38

22          form of the question.                 15:10:39

23               THE WITNESS:  To ensure that     15:10:40

24          people who are working to make a fund 15:10:51

25          successful are compensated.           15:10:57
```

```
                                            Page 172
 1                  K.   Dinershteyn
 2      Q.    Okay.                          15:10:59
 3            So are you saying that over time   15:11:00
 4   more people were -- as Brevet was growing,   15:11:05
 5   more people were being offered an          15:11:08
 6   opportunity to participate in a percentage   15:11:10
 7   of the general partner's performance fee?   15:11:15
 8      A.    No.                            15:11:19
 9      Q.    So why would more people have   15:11:21
10   been needed to -- why would Brevet have   15:11:30
11   needed to admit more people to the Short   15:11:34
12   Duration Partners' membership if not to   15:11:39
13   enable those individuals to participate in   15:11:41
14   the general partner's performance fee?   15:11:42
15            MR. UNDERWOOD: I object to the   15:11:45
16         form of the question.             15:11:46
17            THE WITNESS:  Those are separate   15:11:53
18         questions and separate issues.  I   15:12:07
19         wouldn't be even part of those   15:12:18
20         discussions, but at the same time   15:12:23
21         there were people who were working for   15:12:25
22         the fund and they had to be paid.   15:12:28
23      Q.    So when you testified that more   15:12:33
24   people would need to be admitted to Brevet   15:12:38
25   Short Duration Partners LLC as the fund   15:12:41
```

Page 173

```
 1              K.   Dinershteyn
 2    grew, what's your basis for that          15:12:46
 3    understanding?                            15:12:51
 4       A.   I did not testify that more       15:12:52
 5    people would be admitted.  I said that    15:12:54
 6    they may have been admitted if the change 15:12:59
 7    that happened didn't happen.              15:13:05
 8       Q.   Why would they have been          15:13:11
 9    admitted in the change that happened      15:13:14
10    didn't happen?                            15:13:16
11         MR. UNDERWOOD: I object to the       15:13:16
12       form of the question.                  15:13:18
13         THE WITNESS:  ███████████████        ██████████
■  ████████████████████████████████            ██████████
■  ███████████████████████████  ███             ██████████
■  ████████████████████████████                 ██████████
■  █████████████████████████████████            ██████████
■  ██████████████████████████████                ██████████
■  ███████████                                  15:14:10
20       Q.   And so why did those facts, as    15:14:18
21    you understood them, ███████████████      ██████████
■  ██████████████████████████████████          15:14:26
23       A.   Both the operation and the most   15:14:32
24    convenient, efficient way of making sure  15:14:40
25    the company is stable and can continue to 15:14:43
```

Page 174

```
 1                    K.   Dinershteyn
 2      run the funds.                              15:14:46
 3           Q.   ███████████████████████  ████████████
        ██████████████████████████████████  ████████████
        ████████████████████████████         15:14:57
 6           A.   Again, it's primarily operation.  15:15:14
 7      It was more efficient way of getting the    15:15:18
 8      funds in one place so that payments to      15:15:27
 9      everybody can be made.  The partnership --  15:15:37
10      the Brevet Short Duration -- the            15:15:41
11      allocation to the GP members, the           15:15:44
12      calculation for what the GP members would   15:15:48
13      get did not actually change.  The entity    15:15:51
14      through which the payments were made        15:15:56
15      changed.                                     15:15:58
16           Q.   Okay.                              15:15:59
17                So there was nothing about the    15:16:00
18      change, to your understanding, that         15:16:02
19      changed the GP members' rights to get       15:16:05
20      their respective percentages of the         15:16:08
21      performance fee; is that correct?           15:16:11
22           A.   Yes.  I believe so.               15:16:12
23           Q.   So for example, taking Paul       15:16:23
24      Iacovacci, if he had, as we saw on this     15:16:26
25      spreadsheet, a 16.2 percent interest in     15:16:31
```

```
                                              Page 175

  1                   K.   Dinershteyn

  2    Brevet Capital Partners LLC, after the      15:16:35

  3    performance fee was directed away from      15:16:38

  4    Brevet Capital Partners LLC, he would       15:16:41

  5    still be entitled to his 16.2 percent       15:16:43

  6    share; correct?                             15:16:47

  7            MR. UNDERWOOD: I object to the       15:16:48

  8        form of the question.                   15:16:49

  9            THE WITNESS:  Taking into            15:16:50

 10        consideration the expense portions      15:16:57

 11        that kind of came together with         15:17:04

 12        running the fund, yes.                   15:17:08

 13        Q.    So when you refer to the expense   15:17:13

 14    portions of running the fund, ██████         ██████

 ██    ██████████████████████████████              ██████

 ██    ████████████████████████████████████        ██████

 ██    ██████████                                   15:17:28

 18        A.    They would always considered.      15:17:31

 19    They did not always flow exactly through     15:17:41

 20    the same sources.                            15:17:44

 21        Q.    Okay.                              15:17:47

 22              ███████████████████████            ██████

 ██    █████████████████████████████████           ██████

 ██    █████████████████████████                    15:17:53

 25            MR. UNDERWOOD: I object to the       15:17:55
```

```
                                              Page 176

  1              K.   Dinershteyn
  2       form of the question.                    15:17:56
  3              THE WITNESS:   They did not --     15:17:56
  4       the expenses would be factored into      15:18:01
  5       the compensation that Brevet employees   15:18:06
  6       would get overall.                       15:18:13
  7       Q.    Brevet employees or Brevet         15:18:19
  8   general partner members?  Are you            15:18:24
  9   distinguishing between those two             15:18:27
 10   categories?                                  15:18:30
 11       A.    I am, and it's employees, but      15:18:31
 12   Paul was also an employee.                   15:18:47
 13       Q.    So your understanding is that      15:18:48
 14   Paul was both an employee and also a         15:18:51
 15   member; correct?                             15:18:54
 16       A.    Yes.                               15:18:55
 17       Q.    And what entity was he an          15:18:55
 18   employee of?                                 15:18:57
 19       A.    At different points in time it     15:19:00
 20   would be different entities.  I would not    15:19:03
 21   be able to tell you.                         15:19:05
 22       Q.    Do you remember how it changed     15:19:06
 23   over time?                                   15:19:09
 24       A.    We went through that, I believe,   15:19:09
 25   last time.  The employer changed several     15:19:11
```

Page 177

```
 1                    K.   Dinershteyn
 2     times.  No, I don't remember what entity      15:19:14
 3     he belonged to at what point in time.         15:19:19
 4         Q.   Was it always only one entity        15:19:22
 5     that he was an employee of at Brevet?          15:19:24
 6         A.   Even that I cannot answer.            15:19:27
 7         Q.   You just don't know one way or        15:19:29
 8     the other?                                     15:19:32
 9         A.   Throughout time it's possible         15:19:32
10     that he was an employee at two different       15:19:35
11     places at some earlier years.                  15:19:38
12         Q.   But you don't know?                   15:19:41
13         A.   I don't remember, no.                 15:19:42
14              MR. UNDERWOOD: Paul, would it be      15:19:52
15         a convenient place to take a short         15:19:53
16         break?                                     15:19:55
17              MR. FATTARUSO: Sure, that's           15:19:56
18         fine.  I'm sure the videographer is        15:19:57
19         just about ready as well, so let's do      15:19:58
20         that.                                      15:20:01
21              THE VIDEOGRAPHER: Okay.  Thank        15:20:01
22         you.                                       15:20:03
23              The time is 3:20 p.m.                 15:20:03
24              We're going off the record.           15:20:07
25              It's the end of media one.            15:20:09
```

```
                                                 Page 178

 1                  K.   Dinershteyn

 2              (Whereupon a break was taken)      15:20:12

 3              THE VIDEOGRAPHER: And the time     15:28:16

 4         is approximately 3:28.                  15:28:19

 5              We're back on the record.          15:28:22

 6              This is the beginning of media     15:28:24

 7         two.                                    15:28:26

 8         Q.    Welcome back, Ms. Dinershteyn.    15:28:26

 9         A.    Hello.                            15:28:28

10         Q.    ███████████████████       ███████ 

   ████████████████████████████               15:28:35

12    that we were just discussing, whose idea    15:28:38

13    was that?                                   15:28:45

14         A.    I'm not going to remember.        15:28:48

15         Q.    How did you learn about it?       15:28:51

16         A.    I'm also not going to remember.   15:28:57

17         Q.    It's fair to say it wasn't your   15:28:59

18    idea?                                        15:29:02

19         A.    I can't even tell you that.       15:29:02

20    Maybe it was kind of a group discussion.    15:29:06

21    I don't remember where the idea came from.   15:29:10

22         Q.    Do you think it could have been   15:29:13

23    your idea?                                   15:29:15

24         A.    It could have been.  It could     15:29:16

25    have been somebody else's.  I honestly       15:29:19
```

```
                                                 Page 179

   1                    K.   Dinershteyn

   2    don't remember where the idea came from.      15:29:23

   3        Q.    Did you express any concerns        15:29:25

   4    about the idea?                               15:29:27

   5        A.    For any change to any documents,    15:29:32

   6    it would always go through the documents      15:29:37

   7    enacted.  All persons are treated fairly,     15:29:41

   8    so I'm sure there were discussions to make    15:29:44

   9    sure that everything stayed proper and        15:29:47

  10    fair as it relates to all parties            15:29:52

  11    involved.                                     15:29:55

  12        Q.    When you say -- so what did you      15:29:55

  13    do to go through and make sure that this      15:29:59

  14    would remain fair to all parties involved?    15:30:04

  15        A.    ██████████████████████       ████████

  ██    ███████████████████████████████       ████████

  ██    █████████████████████████████████     ████████

  ██    █████████████████████████████████     ████████

  ██    ██████████████████                            15:30:29

  20        Q.    Okay.                                15:30:30

  21              So in other words, this is the       15:30:31

  22    same concept that we were talking about        15:30:34

  23    before that ███████████████████          ████████

  ██    █████████████████████████████████       ████████

  ██    ████████████████████████████████              15:30:41
```

```
                                              Page 180

 1                 K.   Dinershteyn

 2   ████████████████████████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████████████   15:30:48

 5        A.    It's probably slightly more    15:30:51

 6   complicated than that, but conceptually,   15:30:54

 7   yes. ████████████████████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████         15:31:10

11        Q.    So you wanted to make sure there  15:31:11

12   was a procedure in place to ensure that   15:31:15

13   the end result was the same, ████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████████████   ████████████

     ████████████████████████   ████████████

     ████████████████; is that accurate?   15:31:31

19            MR. UNDERWOOD: I object to the   15:31:33

20   form of the question.                   15:31:34

21            THE WITNESS:  Say that again?   15:31:35

22   Q.    You wanted to make sure --         15:31:38

23            MR. FATTARUSO: Well, let's have  15:31:39

24   the court reporter read it back.         15:31:41

25            (Whereupon the requested portion  15:31:42
```

```
                                         Page 181

 1                    K.   Dinershteyn

 2        was read back by the reporter)      15:32:17

 3              THE WITNESS:  I don't know what    15:32:17

 4        other way to put it.  I think so, yes.   15:32:19

 5        Q.    In those discussions, who was    15:32:23

 6     considering Paul's interest, Paul      15:32:31

 7     Iacovacci's interest in Brevet Short    15:32:33

 8     Duration Partners and Brevet Short      15:32:37

 9     Duration Holdings?                      15:32:41

10              MR. UNDERWOOD: I object to --    15:32:41

11        Q.    To make sure those were treated   15:32:42

12     fairly.                                 15:32:45

13              MR. UNDERWOOD: I object to the    15:32:45

14        form of the question.               15:32:47

15              THE WITNESS:  So the -- it's not   15:32:47

16        the change -- it doesn't affect just    15:33:02

17        Paul, it affects all the members of    15:33:07

18        Brevet Short Duration Partners, so    15:33:11

19        there were no change that had to do    15:33:15

20        specifically with Paul.             15:33:17

21        Q.    Now -- I'm sorry, did I --    15:33:21

22        A.    No, no, keep going.          15:33:24

23        Q.    Did Doug Monticciolo have an    15:33:26

24     opportunity to review to make sure the    15:33:35

25     changes would be fair to his interest?    15:33:36
```

Page 182

```
 1                   K.   Dinershteyn
 2                   MR. UNDERWOOD: I object to the     15:33:39
 3           form of the question.                      15:33:40
 4                   THE WITNESS:  Doug and Mark did    15:33:43
 5           look at the calculations.                  15:33:57
 6           Q.    They did?                            15:33:59
 7           A.    The end result calculations.         15:34:00
 8           Q.    Okay.                                15:34:03
 9                 What about the other members of      15:34:03
10      Brevet Short Duration Partners and Brevet       15:34:06
11      Short Duration Holdings?                        15:34:12
12           A.    I believe I sent e-mails with        15:34:12
13      the end result of calculation to John           15:34:24
14      Tripp, and we had a brief discussion that       15:34:29
15      the change of the fund flow will -- that        15:34:32
16      the funds will change.                          15:34:36
17           Q.    Was this before or after John        15:34:43
18      Tripp's exit from the membership?               15:34:49
19           A.    Exit from the membership?  He        15:34:51
20      was in the wind down of his payments.           15:34:58
21           Q.    Okay.                                15:35:01
22                 So you notified him of this          15:35:02
23      because he ███████████████████████████  ██████████
   ██  ████████████████████████████████████████  ██████████
   ██  ████████████████████████████████████      15:35:10
```

Page 183

```
 1                    K.   Dinershteyn
 2        A.    Yes.                             15:35:12
 3        Q.    Okay.                            15:35:13
 4              And did Paul Iacovacci receive   15:35:15
 5    any notice?                                15:35:22
 6        A.    I don't remember if -- I         15:35:25
 7    honestly don't remember.                   15:35:32
 8        Q.    And when you notified John       15:35:35
 9    Tripp, did you assure him that his payment 15:35:38
10    rights would be unchanged in the change of 15:35:41
11    payment from one entity to a different     15:35:46
12    entity?                                    15:35:49
13        A.    I don't remember the exact       15:35:50
14    conversations.                             15:35:54
15        Q.    What was the change, as you      15:35:57
16    recall it?                                 15:36:02
17        A.    ██████████████████      ██████
      ████████████████████████████████      ██████
      ████████████████████████████████      ██████
      ██████████████████                15:36:26
21        Q.    ██████████████      ██████
      ████████████████████████████████      ██████
      █████████████████████████████████      ██████
      ███████████████████               15:36:41
25        A.    ████████████████████      15:36:43
```

Page 184

```
 1              K.   Dinershteyn
 2      Q.   █████████████████████      ██████████
        ████████████████████████           15:36:48
 4      A.   ███████████              15:36:49
 5      Q.   █████████████████████      ██████████
        ████████████                   15:36:58
 7      A.   We went through that last time.   15:36:59
 8      Q.   ████████████████████████   ██████████
        ███████████████; is that right?   15:37:10
10      A.   Yes.                       15:37:12
11      Q.   And what documents addressed the   15:37:12
12 process of ensuring that payments would be   15:37:20
13 made to the members of Brevet Short   15:37:25
14 Duration Partners LLC just the same as   15:37:34
15 they would have been under the prior   15:37:37
16 payment arrangement?              15:37:38
17          MR. UNDERWOOD: I object to the   15:37:40
18     form of the question.          15:37:42
19          THE WITNESS:  I don't remember   15:37:43
20     if there was an explicit document.   15:37:51
21     The full change was documented and   15:37:57
22     there were several documents for the   15:37:59
23     change.  I don't remember the details   15:38:02
24     of that one.                   15:38:04
25     Q.   Do you think that the         15:38:04
```

```
                                            Page 185

  1                   K.   Dinershteyn

  2     arrangement to ████████████████        ████████████

        ████████████████████████████ may         15:38:12

  4     have been an undocumented understanding   15:38:17

  5     among the members as opposed to an        15:38:20

  6     officially documented policy?             15:38:22

  7              MR. UNDERWOOD: I object to the    15:38:24

  8         form of the question.                 15:38:25

  9              Could I hear the question back,   15:38:26

 10         please?                               15:38:29

 11              (Whereupon the requested portion 15:38:30

 12         was read back by the reporter)        15:38:54

 13              THE WITNESS:  It's possible.  I   15:38:54

 14         don't remember exactly.               15:38:58

 15         Q.   Were you -- did you have          15:39:02

 16     concerns about this change?               15:39:06

 17         A.   No.                              15:39:07

 18         Q.   You didn't express concerns to   15:39:07

 19     anyone?                                   15:39:14

 20         A.   No.  The highest -- Brevet is     15:39:14

 21     responsible to its investors and had to   15:39:25

 22     make sure that investors were comfortable 15:39:30

 23     with the change and there were no          15:39:32

 24     significant concerns with the change.      15:39:48

 25         Q.   Did you have any concerns that   15:39:52
```

```
                                                  Page 186

  1                    K.   Dinershteyn

  2      it would harm Paul Iacovacci's right to      15:39:55

  3      the payments you would otherwise be due      15:39:58

  4      from ███████████████████████        ██████████

         █████████████████?                          15:40:05

  6         A.    No.  Again, that was the most       15:40:05

  7      efficient way to make the payments at that   15:40:12

  8      point in time.                               15:40:20

  9         Q.    So your understanding was that      15:40:23

 10      Paul Iacovacci would be entitled to the      15:40:27

 11      same payments he would have been entitled    15:40:31

 12      to under the other structure, but this       15:40:34

 13      structure was just a more efficient way of   15:40:37

 14      making those same payments?                  15:40:41

 15         A.    Yes.                                 15:40:44

 16               MR. UNDERWOOD: I object to the       15:40:44

 17         form of the question.                      15:40:45

 18         Q.    Did anybody tell you that?           15:40:46

 19         A.    There were many discussions.         15:40:57

 20      Again, the fairness was discussed,            15:41:08

 21      internally discussed with lawyers, so as      15:41:13

 22      part of those conversations, it was           15:41:20

 23      brought up several times probably.            15:41:21

 24         Q.    And you were comfortable with        15:41:24

 25      the fairness because, in the course of        15:41:26
```

```
                                        Page 187
  1                 K.  Dinershteyn
  2     those discussions, it was made clear that      15:41:29
  3     Paul Iacovacci would be entitled to            15:41:31
  4     receive the same amounts that he would         15:41:33
  5     have received under the prior structure,       15:41:35
  6     the only difference being that this was a       15:41:38
  7     more efficient structure by which to make      15:41:41
  8     those payments?                                 15:41:43
  9           MR. UNDERWOOD: I object to the            15:41:44
 10        form of the question.                        15:41:45
 11           THE WITNESS:  Can you repeat the          15:41:52
 12        question, sorry?  I feel like we are         15:41:54
 13        having the same conversation several         15:41:56
 14        times.                                       15:41:59
 15           Can you re-read the question?             15:42:00
 16           MR. FATTARUSO: The court                  15:42:03
 17        reporter can read it back.                   15:42:04
 18           (Whereupon the requested portion          15:42:05
 19        was read back by the reporter)               15:42:33
 20           THE WITNESS:  Yes.                         15:42:33
 21           (Whereupon, a profit and loss             15:42:33
 22        statement for Brevet Short Duration          15:42:33
 23        Partners LLC dated January through           15:42:33
 24        December, 2015 was marked Dinershteyn        15:42:33
 25        Exhibit 5 for identification.)               15:42:35
```

Page 188

```
 1                    K.   Dinershteyn
 2       Q.    Okay.                           15:42:35
 3             Let's take a look at Exhibit 5  15:42:36
 4    in your folder.   This is a document that 15:42:42
 5    says at the top Brevet Short Duration    15:42:54
 6    Partners LLC profit and loss January     15:42:57
 7    through December, 2015.   It has beginning 15:42:59
 8    Bates number BREVETREPRO 0174078.        15:43:03
 9       A.    Yep.                            15:43:09
10       Q.    What is this document?          15:43:10
11       A.    So it's an income statement for 15:43:11
12    Brevet Short Duration Partners LLC.      15:43:16
13       Q.    Okay.                           15:43:19
14             Who prepared this?              15:43:19
15       A.    It comes out from the Quick     15:43:20
16    Books file for that entity, and members of 15:43:26
17    finance team made entries to Quick Books 15:43:30
18    file.                                    15:43:35
19       Q.    Now, under the income line, do  15:43:35
20    you see the first line is ███████████    ████████
      ████████                                 15:43:46
22       A.    Yes.                            15:43:47
23       Q.    ████████████████████████████    ████████
      ████████████████████████                 15:43:49
25       A.    Yes.                            15:43:50
```

Page 189

```
 1              K.  Dinershteyn

 2       Q.    ██████████████████████; is      15:43:50

 3   that right?                                15:43:55

 4       A.    Yes.                             15:43:55

 5       Q.    Now, what do the other amounts   15:43:56

 6   on this page reflect?                      15:44:00

 7            MR. UNDERWOOD: I object to the    15:44:05

 8       form of the question.                  15:44:06

 9            THE WITNESS:  So on the income    15:44:09

10       line there is an interest income.      15:44:11

11       ████████████████████████████          15:44:17

12       ████████████████████████████          15:44:21

13       And then there are several small       15:44:26

14       expenses, like tax filing and bank     15:44:29

15       charges.  And then the interest        15:44:33

16       expense.                               15:44:37

17       Q.    ████████████████████     ████████

██       ████████████████████          15:44:54

19       A.    ██████████████████       ████████

██       ████████████████ ██████████   ████████

██       ███████████████████           15:45:35

22       Q.    ████████████████████     ████████

██       ███████████████████           15:45:43

24       A.    Yes.                            15:45:44

25       Q.    ████████████████████            15:45:45
```

Page 190

```
 1                    K.   Dinershteyn
 2          A.
            ████████████████████   ███████████
            ██████████                           15:45:55
 5          Q.    Okay.                           15:45:55
 6                Individuals, were they          15:45:56
 7    individuals who had connections with        15:46:02
 8    individuals at Brevet?                      15:46:06
 9                MR. UNDERWOOD: I object to the   15:46:09
10          form of the question.                 15:46:10
11                THE WITNESS:  What do you mean   15:46:10
12          "connections?"                        15:46:13
13          Q.    Let's start with relatives.     15:46:14
14          A.    I don't think so.               15:46:17
15          Q.
            ███████████████████████████████
            █████████████████████████████
            ██████████                            15:46:25
19                MR. UNDERWOOD: I object to the   15:46:25
20          form of the question.                 15:46:26
21                THE WITNESS:  As far as I know,  15:46:27
22          none of those individuals were        15:46:31
23          relatives.                            15:46:33
24          Q.
            ███████████████████████████████       15:46:36
```

Page 191

```
 1              K.   Dinershteyn
 2    ███████████████████████████          15:46:40
 3       A.    No.                          15:46:43
 4       Q.    Okay.                        15:46:45
 5             What about --  ████████████   ███████
      ███████████████████████████████████   ███████
      ███████████████████████████           15:46:57
 8             MR. UNDERWOOD: I object to the   15:47:01
 9       form of the question.              15:47:01
10       Q.    That are reflected in the   15:47:01
11    interest expense internal line here.  15:47:03
12       A.    Brevet was growing and was  15:47:14
13    looking for capital to fund the growth.  15:47:17
14       Q.    What did the Brevet Short    15:47:25
15    Duration Partners entity require capital  15:47:32
16    to do?                                15:47:34
17       A.    The main business for Brevet as  15:47:42
18    a manager is manage investors' money and  15:47:51
19    originating loans.  So to grow AUM, you  15:47:55
20    need more assets, you need more investors,  15:48:02
21    which usually means you need more people  15:48:10
22    running those assets, finding investors,  15:48:14
23    finding the investment percentages.   15:48:16
24       Q.    And those were expenses that  15:48:20
25    Brevet Short Duration Partners was     15:48:23
```

```
                                                    Page 192

 1                  K.   Dinershteyn
 2     responsible for?                         15:48:26
 3              MR. UNDERWOOD: I object to the   15:48:27
 4         form of the question.                15:48:28
 5              THE WITNESS: ████████████        ████████
  ████    ████████████████████████████          ████████
  ████    ████████████████████████████████      ████████
  ████    ████████████████████████████████████  ████████
  ████    ██████████████████████████████        ████████
  ████    ████████████████████████████████      15:48:58
11         Q.   Who did the GP hire as          15:49:03
12     investment manager?                      15:49:07
13         A.  █████████████████████████████    ████████
  ████  █████████████████████████████████       ████████
  ████  █████████                               15:49:15
16         Q.   Now, to populate the amounts    15:49:15
17     reflected in this profit and loss        15:49:32
18     statement, what documents does Brevet    15:49:33
19     consult?                                 15:49:37
20              MR. UNDERWOOD: I object to the   15:49:39
21         form of the question.                15:49:40
22              THE WITNESS:  So again,          15:49:40
23         performance fee is based on fund     15:49:46
24         document and is reconciled with      15:49:53
25         administrator.  Interest income, I   15:49:56
```

```
                                            Page 193
 1                  K.   Dinershteyn
 2        don't remember.  There were loan        15:50:01
 3        agreements that dictate that interest    15:50:03
 4        income amount.  Fees, those are based    15:50:06
 5        on whatever invoices.  And the           15:50:11
 6        interest expense internal is dictated    15:50:15
 7        by the corresponding loan documents.     15:50:18
 8              (Whereupon, a profit and loss       15:50:18
 9        statement for Brevet Short Duration      15:50:18
10        Partners LLC dated January through       15:50:18
11        December, 2016 was marked Dinershteyn    15:50:18
12        Exhibit 6 for identification.)           15:50:29
13        Q.    Let's take a look at the next      15:50:29
14    exhibit, Exhibit 6.  And Exhibit 6, for      15:50:31
15    the record, is a document that says at the   15:50:39
16    top Brevet Short Duration Loan Partners      15:50:40
17    LLC profit and loss January through          15:50:43
18    December, 2016, Bates number                 15:50:46
19    BREVETREPRO 1074096.                         15:50:51
20              Do you recognize this document?    15:50:56
21        A.    It looks like similar to the       15:50:59
22    prior document, the income statement for     15:51:02
23    Brevet Short Duration Partners.              15:51:04
24        Q.    Okay.                              15:51:07
25              And if you look at the line for    15:51:08
```

Page 194

```
 1              K.  Dinershteyn
 2    ████████████████████████  ██████
      ████████████████████████  15:51:15
 4        A.    Yes, but this is probably after  15:51:18
 5    the change.                          15:51:22
 6        Q.    Okay.                      15:51:25
 7            █████████████████  ██████
      █████████████████████████  ██████
      ████████████████████       15:51:32
10        A.   ██████████████    ██████
      ████████████████████████   ██████
      ████████████████████████   ██████
      ████████████████████████   ██████
      ██████████████████████████ ██████
      █████████████             15:51:49
16        Q.   Do you recall years after 2015  15:51:52
17    when the performance fee for the fund went  15:51:56
18    down?                              15:52:00
19        A.   ████████████████████  ██████
      ████████████████████████   ██████
      █████████                  15:52:12
22        Q.   So it's possible, but you're not  15:52:13
23    sure?                              15:52:17
24            MR. UNDERWOOD: I object to the  15:52:17
25        form of the question.          15:52:19
```

```
                                                    Page 195
  1                 K.   Dinershteyn

  2             THE WITNESS:  If you're asking      15:52:19

  3        me to compare 2015 to 2016, 2017, and    15:52:20

  4        so on fee from my memory, I cannot do    15:52:26

  5        that.                                    15:52:29

  6        Q.   Do you recall in general whether    15:52:29

  7    the funds grew over those years?             15:52:36

  8        A.   ████████████████████████  ███████

           █  ██████████   █████████████   ██████

           ██  ██████████████████████████.         15:52:56

 11        Q.   And by AUM, what do you mean?       15:52:58

 12        A.   Assets under management, the        15:53:03

 13    capital invested by investors into the       15:53:08

 14    funds.                                       15:53:11

 15        Q.   Okay.                               15:53:15

 16             And is that a relevant measure      15:53:15

 17    for you of the fund's size?                  15:53:18

 18        A.   Size, yes.                          15:53:21

 19             MR. UNDERWOOD: I object to the      15:53:25

 20        form of the question.                    15:53:26

 21             THE WITNESS:  Performance, no,      15:53:27

 22        irrelevant to it.                        15:53:29

 23        Q.   To understanding the fund's         15:53:31

 24    size?                                        15:53:35

 25        A.   Size, yes.  Performance, no.        15:53:35
```

```
                                              Page 196

 1                  K.   Dinershteyn
 2       Q.    You would measure the fund's      15:53:37
 3    size by its assets under management?       15:53:40
 4       A.    Yes.                              15:53:42
 5       Q.    How would you measure the fund's  15:53:43
 6    performance?                               15:53:46
 7       A.    It depends on the actual returns  15:53:46
 8    of the assets.                             15:53:50
 9       Q.    Did the fund's performance        15:53:57
10    steadily improve over time?                15:53:59
11            MR. UNDERWOOD: I object to the     15:54:01
12        form of the question.                  15:54:02
13            THE WITNESS:    ███████████        ███████
      ████████████████████████████   ██████     ███████
      ████████████████████████                  ███████
      ██████████████████████████                ███████
      █████████████████████████████             ███████
      ██████                                     15:54:28
19       Q.    Is your answer complete?          15:54:33
20       A.    Yeah.                             15:54:34
21       Q.    When you say the performance      15:54:35
22    documents, what are you referring to?      15:54:38
23       A.    Performance is documented in the  15:54:45
24    fund's private offering memorandum and LP  15:54:52
25    document.                                  15:54:57
```

```
                                        Page 197

 1                 K.   Dinershteyn

 2        Q.    Okay.                        15:55:01

 3              And how regularly are those  15:55:02

 4   performance documents updated to reflect 15:55:04

 5   current performance?                    15:55:07

 6        A.    They dictate the calculation. 15:55:08

 7   They are not updated to reflect the     15:55:13

 8   current performance.                    15:55:14

 9        Q.    What documents reflect current 15:55:16

10   performance?                            15:55:19

11        A.    It's income of the fund, income 15:55:20

12   statement of the fund.                  15:55:25

13        Q.    Anything else?               15:55:28

14        A.    And then you apply the       15:55:29

15   corresponding performance fee percentage. 15:55:36

16   So investors -- not all investors pay the 15:55:40

17   same performance of the performance fee, 15:55:46

18   so you need to take the asset performance 15:55:49

19   and the composition of investors.       15:55:52

20        Q.    So you would agree with me that 15:56:10

21   changes in fund performance could not   15:56:13

22   explain this performance fee that's     15:56:17

23   reflected in the 2016 profit and loss   15:56:19

24   statement?                              15:56:22

25              MR. UNDERWOOD: I object to the 15:56:23
```

Page 198

1              K.   Dinershteyn
2         form of the question.                    15:56:23
3              THE WITNESS:   I actually don't     15:56:31
4         know when this spreadsheet was           15:56:32
5         created.   Like this doesn't give me     15:56:40
6         enough information to answer that        15:56:42
7         question because it could have been      15:56:44
8         just the P&L statement run at the        15:56:47
9         beginning of the year that would run     15:56:51
10        for January through December, but if     15:56:55
11        you run it let's say in January or       15:56:58
12        February, the performance income would   15:57:01
13        appear to be low.                        15:57:03
14        Q.    Looking at the interest expense,   15:57:04
15   do you see the interest expense external      15:57:12
16   is now ████████████████?                      15:57:15
17        A.    Yes.                               15:57:16
18        Q.    Do you think that could be the     15:57:17
19   interest expense for one or two months at     15:57:19
20   the beginning of the year?                    15:57:22
21        A.    That number is accruing until      15:57:22
22   it's paid.   It's not an annual               15:57:30
23   calculation, so it has the number from        15:57:34
24   prior years, so I don't know the time         15:57:38
25   period for that number.                       15:57:39

```
                                           Page 199

 1                 K.   Dinershteyn

 2       Q.     Okay.                       15:57:42

 3              So the profit and loss for  15:57:42

 4    January through December doesn't      15:57:44

 5    necessarily reflect the interest expense  15:57:47

 6    only for the period January through   15:57:50

 7    December, 2016, it also includes prior  15:57:53

 8    years' interest expense?              15:57:57

 9       A.     Actually, you're right.  This is  15:57:58

10    income statement, so no, it's whatever is  15:58:07

11    accrued.  But again, I don't know if it's  15:58:10

12    for the whole year.                   15:58:15

13       Q.     If you look down at the bottom  15:58:18

14    of your screen you should have a previous  15:58:22

15    file and a next file.  If you click back  15:58:24

16    to the last file just to refresh, do you  15:58:26

17    see that the external interest expense for  15:58:32

18    the year before was two█████████████   ████████

██    █████████                            15:58:35

20       A.     Yep.                        15:58:38

21       Q.     Do you know why the interest  15:58:39

22    expense for 2016 █████████████████   ████████

██    ███████████████                      15:58:53

24       A.     The loan balance probably went  15:58:55

25    up and again in 2015 the same kind of  15:58:59
```

```
                                              Page 200

  1                 K.   Dinershteyn

  2      concept, I don't know if 2010 captures the    15:59:10

  3      whole year of 2015.                           15:59:14

  4          Q.    Okay.                               15:59:15

  5               Do you know why the loan balance     15:59:16

  6      went up?                                      15:59:19

  7               MR. UNDERWOOD: I object to the       15:59:24

  8          form of the question.                     15:59:25

  9               THE WITNESS:  Brevet was growing     15:59:26

 10          and it was borrowing money to get that    15:59:39

 11          growth.                                   15:59:44

 12          Q.    Who was it borrowing from in        15:59:44

 13      2016?                                         15:59:47

 14          A.    Same group of investors.  Same      15:59:50

 15      group of lenders.                             15:59:55

 16          Q.    And you don't recall their          15:59:56

 17      names?                                        16:00:05

 18          A.    No.                                 16:00:05

 19          Q.    If you can keep in mind the         16:00:14

 20      ██████████████████████████ figure over       16:00:17

 21      here -- I guess first before we turn away     16:00:23

 22      from that, would you -- ████████████         ███████

 ██      ██████████████████████████████████████       ███████

 ██      ██████████████████████████████████            ███████

 ██      ████████████████████████████                  16:00:36
```

```
                                        Page 201

 1              K.   Dinershteyn

 2              MR. UNDERWOOD: I object to the     16:00:38

 3         form of the question.                   16:00:39

 4              (Whereupon, a document entitled    16:00:39

 5         Consolidated Financial Statements       16:00:39

 6         dated December 31, 2016 was marked      16:00:39

 7         Dinershteyn Exhibit 7                   16:00:39

 8         for identification.)                    16:00:44

 9              THE WITNESS:  Yes.                  16:00:44

10         Q.   So let's take a look at an         16:00:46

11    exhibit we'll mark as Exhibit 7.  This       16:00:50

12    will be 2016 excerpt from the Short          16:00:53

13    Duration Fund financial statements.          16:01:00

14              It should be in your folder now.   16:01:12

15    If you click again on the marked exhibits    16:01:14

16    folder, it should pop up.                    16:01:17

17         A.   Yep.                               16:01:19

18         Q.   Okay.                              16:01:19

19              Take a quick look and let me       16:01:21

20    know if you recognize this document.  This   16:01:25

21    is a document, for the record, that says     16:01:28

22    on the cover page Brevet Direct Lending      16:01:30

23    Short Duration Fund, LP and subsidiaries,    16:01:34

24    Bates number BREVETREPRO 0174148.            16:01:37

25              Do you recognize this document?    16:01:41
```

Page 202

1        K.   Dinershteyn

2        A.    The cover page is a cover for        16:01:43

3    the Short Duration Fund's financials, and    16:01:47

4    it looks like one of the pages from the      16:01:51

5    financials.                                  16:01:55

6        Q.    Now, if you look at the page for     16:02:00

7    the financials under the column with the     16:02:03

8    heading general partner, is the incentive    16:02:05

9    allocation line towards the lowermost set    16:02:13

10   of rows, that incentive allocation of ███    ████

██   ███████████████████, is that the general    16:02:22

12   partner performance fee?                     16:02:28

13       A.    Yes.                                16:02:29

14       Q.    And any reason to doubt that it     16:02:35

15   was approximately ███████    for 2016?        16:02:38

16       A.    If this is a page from the          16:02:46

17   financials, then no.                         16:02:48

18       Q.    So assuming that the Exhibit 6      16:02:51

19   that we looked at is, in fact, the SDF       16:03:00

20   performance income for the entire year       16:03:04

21   January through December, 2016 for Brevet    16:03:07

22   Short Duration Partners, would you agree     16:03:10

23   ████████████████████████████   ████████

██   █████████████████                           16:03:15

25       A.    Yes.                                16:03:16

Page 203

```
 1              K.   Dinershteyn
 2      Q.      ███████████      ███████
        ████████████████████████  ███████
        ████████████████████████      16:03:21
 5              MR. UNDERWOOD: I object to the    16:03:26
 6      form of the question.             16:03:27
 7      Q.    Are you aware of any other    16:03:31
 8   entity that was paid a portion of the    16:03:33
 9   performance fee?                    16:03:35
10      A.    No.                        16:03:36
11              (Whereupon, a document entitled    16:03:36
12      Consolidated Financial Statements    16:03:36
13      dated December 31, 2015 was marked    16:03:36
14      Dinershteyn Exhibit 8             16:03:36
15      for identification.)              16:03:50
16      Q.    Now let's look at another    16:03:50
17   excerpt from the 2015 financials.  It    16:03:52
18   should be showing up in your folder as    16:04:02
19   Exhibit 8.                         16:04:03
20              Now looking at this, if we look    16:04:30
21   down to the general partner -- first of    16:04:32
22   all, let me just say for the record this    16:04:34
23   is a document bearing -- beginning Bates    16:04:39
24   BREVETREPRO 0174098.  I'm sorry, 4094.    16:04:41
25              Do you recognize this document?    16:04:46
```

Page 204

1              K.  Dinershteyn

2       A.    Again, it looks like a page from      16:04:48

3   the Short Duration Fund's financials.           16:04:53

4       Q.    And this is for the 2015 year?         16:04:56

5       A.    Yeah.                                  16:05:00

6       Q.    And that's the year for which we       16:05:02

7   saw in the Short Duration Partners' profit       16:05:05

8   and loss statement a performance fee of          16:05:09

9   approximately ███████████; is that right?        16:05:12

10      A.    I believe so.                          16:05:19

11      Q.    Now if you look to this excerpt        16:05:20

12  from these financial statements, under           16:05:24

13  general partner incentive allocation do          16:05:26

14  you see it says ███████████ and change?          16:05:26

15      A.    Yes.                                   16:05:30

16      Q.    Do you know why -- first of all,       16:05:31

17  do you believe this ties back to the             16:05:40

18  performance fee that we saw in the 2015          16:05:42

19  profit and loss statement?                       16:05:45

20      A.    ████████████████████████    ████████

    ██████████████████████████████████    ████████

    █████████████████████████████████████ ████████

    █████████████████████████████████████ ████████

    █████████████████                               16:06:14

25      Q.    Okay.                                  16:06:14

Page 205

1          K.   Dinershteyn

2              So the difference is you think          16:06:15

3    would be the ████████████████████████ ████████████

████ ████████████████████████████ ████████████

████ ██████████████████████████████████ ████████████

████ ████████████████████████████████ ████████████

████ ████████████████████████ ████████████

████ ████████████          16:06:34

9    A.   Yes.                                         16:06:34

10             (Whereupon, a profit and loss           16:06:34

11    statement for Brevet Short Duration              16:06:34

12    Partners LLC dated January through               16:06:34

13    December, 2017 was marked Dinershteyn            16:06:34

14    Exhibit 9 for identification.)                   16:06:37

15    Q.   Okay.                                       16:06:37

16             Let's look at another document.         16:06:38

17    This will be Exhibit 9.                          16:06:52

18             It should be in your folder.            16:06:56

19    And for the record, this is a document           16:07:22

20    bearing Bates number BREVETREPRO 0174079.        16:07:24

21             Do you recognize this document?         16:07:30

22    A.   It looks like a Quick Books                 16:07:31

23    income statement for the Brevet Short            16:07:37

24    Duration Partners.                               16:07:43

25    Q.   Okay.                                       16:07:43

```
                                              Page 206

 1                K.   Dinershteyn
 2                Now looking at the incentive        16:07:43
 3     fee, that's ████████████████.                  16:07:45
 4                Do you see that?                     16:07:49
 5        A.    Yes.                                   16:07:49
 6        Q.    ███████████████████      ████████      
         ████████████████████████████    ████████      
         █████████████████████████                     16:07:57
 9        A.    I honestly don't remember the          16:08:00
10     exact change of what portion went to            16:08:04
11     Brevet Capital Management, what portion         16:08:12
12     stayed in the GP.  I don't remember the         16:08:15
13     exact change.                                   16:08:18
14        Q.    And looking at the line items          16:08:22
15     here, do you see that Brevet Short              16:08:35
16     Duration Partners now has a line item for       16:08:40
17     ████████████?                                   16:08:42
18        A.    Yes.                                   16:08:42
19        Q.    ████████████████                       16:08:43
20        A.    Yes.                                   16:08:46
21        Q.    Do you know what that relates          16:08:47
22     to?                                             16:08:48
23        A.    ███████████████████      ████████      
         █████████████████████████                     16:08:53
25        Q.    Okay.                                   16:08:56
```

Page 207

```
 1              K.   Dinershteyn

 2        ███████████████████      ████████

 ▋    ███████████████████████      ████████

 ▋    ███████                           16:09:01

 5        A.    I don't think so.        16:09:05

 6        Q.   ███████████████      ████████

 ▋    ████████████████████         ████████

 ▋    ████████████████████████     ████████

 ▋    ████████████████                  16:09:14

10        A.   ███████████████████  ████████

▋    █████████████████                 16:09:34

12        Q.   ██████████████       ████████

▋    ███████                            16:09:38

14        A.   ██████████████████   ████████

▋    █████████████████████        ████████

▋    █████████████████████        ████████

▋    ███████████████                   16:09:49

18        Q.   █████████████████    ████████

▋    ████████████████████         ████████

▋    ███████████████████                16:09:55

21        A.    I don't remember.       16:09:59

22        Q.   ███████████████          16:10:01

23        A.    I don't remember.       16:10:03

24        Q.    Looking at interest expense, do  16:10:07

25   you see interest expense is now ███████  16:10:09
```



```
                                        Page 208

 1                  K.   Dinershteyn

 2  ███████████?                        16:10:12

 3     A.    Yep.                        16:10:13

 4     Q.    Is this -- ████████████     ██████████

 █  ███████████████████████?            16:10:20

 6           MR. UNDERWOOD: I object to the    16:10:23

 7     form of the question.            16:10:25

 8           THE WITNESS:  ████████     ██████████

 █  ██████████████████████  ██████████

 █  ███████████                          16:10:34

11     Q.    Who made the decisions about    16:10:35

12  whether to borrow money from outside    16:10:36

13  lenders?                            16:10:39

14     A.    I'm trying to think.  Senior    16:10:47

15  management.  I cannot tell you exactly if    16:10:56

16  it was an individual decision or if it was    16:11:08

17  a committee decision.  I don't remember    16:11:11

18  how that decision was made.         16:11:12

19     Q.    When you say, "senior        16:11:13

20  management," do you mean Doug Monticciolo    16:11:15

21  and Mark Callahan?                  16:11:18

22     A.    Was there anybody else?  I don't    16:11:23

23  remember who was making that decision.    16:11:26

24     Q.    Do you remember anybody else who    16:11:28

25  was involved in those decisions?    16:11:30
```

Page 209

1                    K.   Dinershteyn

2        A.    I don't think so.                    16:11:37

3        Q.    ████████████████████████    ████████████

         ████████████████████████             16:11:49

5        A.    █████████████████████    ████████████

         █████████████████████████    ████████████

         ███████████████████  ████████    ████████████

         ██████████████████████████    ████████████

         ███████████████████████    ████████████

         ████████████████████████████    ████████████

         ███████████████████████████    ████████████

         ███████████████████████    ████████████

         ██████████████████████████    ████████████

         ██████████  ████████████████    ████████████

         ████████████████████████    ████████████

         ████████████████████████    ████████████

         ████████████████████             16:13:01

18       Q.    Where was that procedure          16:13:03

19  documented?                                16:13:08

20            MR. UNDERWOOD: I object to the     16:13:09

21       form of the question.                  16:13:09

22            THE WITNESS:  There were          16:13:18

23       internal manuals of how to deal with   16:13:19

24       those invoices and what kind of        16:13:27

25       approvals are required and the rules   16:13:30

```
                                           Page 210
 1                    K.   Dinershteyn
 2          to follow for invoices.              16:13:38
 3                 (Whereupon, a profit and loss 16:13:38
 4          statement for Brevet Short Duration  16:13:38
 5          Partners LLC dated January through   16:13:38
 6          December, 2018 was marked Dinershteyn 16:13:38
 7          Exhibit 10 for identification.)      16:13:40
 8          Q.    Let's take another look at --  16:13:40
 9     let's take a look at another exhibit.     16:13:48
10     This one will be I believe Exhibit 10, and 16:13:51
11     this will be the 2018 profit and loss     16:13:54
12     statement.  It should be in your folder.  16:13:58
13                 For the record, this is a     16:14:08
14     document Bates BREVETREPRO 0174075.       16:14:10
15                 Do you have it?               16:14:18
16          A.    Yes.                           16:14:18
17          Q.    And do you recognize this      16:14:19
18     document?                                 16:14:25
19          A.    It has the same name, Brevet   16:14:25
20     income statement for the Brevet Short     16:14:32
21     Duration Partners.                        16:14:35
22          Q.    Same name, slightly different  16:14:35
23     dates; right?  Now we're looking at       16:14:41
24     January through December, 2018?           16:14:44
25          A.    Yes.                           16:14:44
```

Page 211

```
  1                 K.   Dinershteyn
  2       Q.    And do you see any line here for    16:14:44
  3  a performance fee?                             16:14:47
  4       A.    No, I don't.                        16:14:48
  5       Q.    Do you know why the performance     16:14:49
  6  fee has now disappeared entirely from the      16:14:53
  7  profit and loss statement in 2018?             16:14:58
  8       A.    Again, I don't remember the         16:15:00
  9  exact split.  The document that describes      16:15:02
 10  where the performance fee goes, I don't        16:15:13
 11  remember the exact split.                      
                                                    
                                                    
                I don't remember the details of that  16:15:27
 15  document.                                      16:15:31
 16       Q.                                        
                                                    
                                                    
                                                    
                                                    
                                                    
                                                    
                                                    16:15:58
 24            MR. UNDERWOOD: I object to the       16:16:00
 25       form of the question.                     16:16:03
```

Page 212

```
 1              K.   Dinershteyn
 2         THE WITNESS:   I don't remember      16:16:04
 3    details of the document.                  16:16:05
 4      Q.   ████████████████████████           ████████
 █  ████████████████████████████████████████    ████████
 █  ████████████████████████████████████████    ████████
 █  ██████████████                              16:16:20
 8      A.    I think so.                        16:16:20
 9      Q.   ███████████████████████████        ████████
 █  █████████████████████████████████           ████████
 █  ████████████████████████████████████████    ████████
 █  ████                                        16:16:36
13      A.    I don't remember the rule how     16:16:36
14    that was allocated.                        16:16:37
15      Q.    Do you know who decided where     16:16:40
16    the performance fee should go?            16:16:42
17         MR. UNDERWOOD: I object to the       16:16:47
18    form of the question.                     16:16:49
19         THE WITNESS:   No.                   16:16:51
20      Q.   █████████████████████████████      ████████
 █  ██████████████████████████████████           ████████
 █  ████████████████████████████████████████    ████████
 █  ███████████████████████████                 16:17:28
24      A.    Yes.                              16:17:30
25      Q.   ████████████████████████████       16:17:31
```

```
                                                    Page 213

 1                K.   Dinershteyn

 2    ██████████████████████                    16:17:35

 3        A.    I'm not aware of other, no.     16:17:40

 4        Q.    And is the external interest    16:17:43

 5    expense of ████████████  here again       16:17:48

 6    attributable to the same individual       16:17:54

 7    outside lenders that you discussed in      16:17:56

 8    connection with 2015, '16, and '17?        16:17:59

 9        A.    I believe so.                    16:18:06

10        Q.    Did you express any concerns     16:18:14

11    about the dramatic change in the finances  16:18:19

12    of belief Short Duration Partners under    16:18:22

13    these changes ████████████████████  ███████████  16:18:29

██    █████████████████████████████████        16:18:29

15    over the years from 2015 to 2018?          16:18:34

16             MR. UNDERWOOD: I object to the    16:18:40

17        form of the question.                  16:18:41

18             THE WITNESS:  No.                 16:18:57

19             (Whereupon, a profit and loss     16:19:11

20        statement for Brevet Short Duration    16:19:11

21        Holdings LLC dated January through     16:19:11

22        December, 2015 was marked Dinershteyn  16:19:11

23        Exhibit 11 for identification.)        16:19:12

24        Q.    Let's take a look at an exhibit  16:19:12

25    that will have a compilation of -- in the  16:19:16
```

Page 214

```
 1                    K.   Dinershteyn
 2       interest of speed, we'll do a compilation    16:19:17
 3       of the profit and loss statements of         16:19:20
 4       Brevet Short Duration Holdings over the       16:19:22
 5       same four-year period.  This should           16:19:25
 6       populate in your folder as Exhibit 11.  It    16:19:30
 7       should be there.  And this is a document,     16:19:37
 8       the first page Bates number                   16:19:43
 9       BREVETREPRO 0174093.                           16:19:46
10            Do you recognize this?                    16:19:49
11       A.    It looks like P&L statement for         16:19:53
12       Brevet Short Duration Holdings from 2015.     16:20:14
13       Q.    Okay.                                    16:20:19
14            And it looks like there's one            16:20:19
15       line that drives this profit and loss         16:20:24
16       statement, which is the investment income     16:20:26
17       line; is that correct?                        16:20:28
18       A.    Yes.                                     16:20:30
19       Q.    And what's that line                    16:20:30
20       attributable to?                               16:20:32
21            MR. UNDERWOOD: I object to the          16:20:35
22            form of the question.                     16:20:35
23            THE WITNESS:  To Brevet Short           16:20:36
24            Duration Holdings investment in Brevet   16:20:40
25            Short Duration Partners LLC.             16:20:42
```

Page 215

```
 1              K.   Dinershteyn
 2         Q.    And so if we track this          16:20:46
 3    statement over the course of these four     16:20:49
 4    years, ████████████████████████████          ████████
      ████████████████████████████████            ████████
      ████████████████████████████████            ████████
      ████████████████████████████████            ████████
      ████████████████████████████████            ████████
      ████████████████████                         16:21:17
10         A.    Yes.                              16:21:20
11         Q.    Did you express any concerns      16:21:20
12    with the change in the profit and loss       16:21:25
13    statements for Brevet Short Duration         16:21:29
14    Holdings over this time period?              16:21:33
15         A.    No.                               16:21:34
16         Q.    Did you have any concerns about   16:21:41
17    that change over this period?                16:21:44
18         A.    Nothing unusual.                  16:21:46
19         Q.    You didn't think this was         16:21:57
20    anything unusual?                            16:22:00
21         A.    ███████████████████               ████████
      ████████████████████████████████            ████████
      ████████                                      16:22:09
24         Q.    ███████████████████               ████████
      ██████████████████████████                    16:22:22
```

Page 216

```
 1                 K.   Dinershteyn
 2    Where do you see that?                     16:22:24
 3        A.   ██████████████████████   ████████
 ██        ████████████████████████           16:22:38
 5        Q.   ████████████████████████   ████████
 ██        ████████████████████████████   ████████
 ██        ████████████████████████████   ████████
 ██        ████████████████████████       ████████
 ██        ████████████████████           16:22:54
10        A.   Yes.                          16:22:54
11        Q.   So those are passed -- losses of  16:22:55
12    Brevet Short Duration Partners are passed  16:23:00
13    through to Brevet Short Duration Holdings  16:23:00
14    as a function of its ownership interest?   16:23:02
15        A.   Yes.                          16:23:06
16        Q.   Let's look at one more time at  16:23:06
17    the 2018 Brevet Short Duration Partners   16:23:10
18    profit and loss statement.  That was      16:23:13
19    Exhibit 10.                               16:23:15
20        A.   That's going to be the main    16:23:16
21    driver.  It's not exact.                   16:23:18
22        Q.   Okay.                          16:23:24
23        ████████████████████████████   ████████
 ██    ████████████████████████████       ████████
 ██    ████████████                        16:23:32
```

Page 217

```
 1              K.   Dinershteyn
 2          You see that the net income for    16:23:32
 3   Brevet Short Duration Partners LLC for    16:23:35
 4   2018 was ████████████████████            ██████
     █████; correct?                          16:23:45
 6      A.   Yes.                             16:23:46
 7      Q.   █████████████████████            ██████
     ███████████████                           16:23:50
 9      A.   █████ █████████████████          ██████
     ████████████████████████████             ██████
     ████████████████████████                  16:23:56
12      Q.   Yes.                             16:23:59
13          Do you agree?                     16:24:03
14      A.   ██████████████████████           ██████
     ███████████████████████                   16:24:07
16      Q.   ██████████████████████           ██████
     ████████████████████████████             ██████
     ███████████████████████████████          ██████
     █████████████████                         16:24:23
20          MR. UNDERWOOD: I object to the    16:24:23
21   form of the question.                    16:24:26
22          THE WITNESS:  No, I don't.        16:24:27
23      Q.   Why not?                         16:24:29
24      A.   ████████████████████             ██████
     ████████████████████████████              16:25:12
```

```
                                              Page 218

 1                K.   Dinershteyn

 2   ██████████████████████████            16:25:18

 3      Q.   ████████████████        ████████

     ██████████████████████████████   ████████

     ██████████████████              16:25:27

 6      A.   It is.                        16:25:32

 7      Q.   Is it --                      16:25:33

 8      A.   On the numbers, yes, the      16:25:35

 9   interest expense is bigger.           16:25:38

10      Q.   And it's the main driver then of  16:25:41

11   the number that's reflected here in the  16:25:48

12   profit and loss statement?            16:25:50

13           MR. UNDERWOOD: I object to the  16:25:52

14      form of the question.              16:25:53

15           THE WITNESS:  If you define the  16:25:54

16      main driver as the bigger number, yes.  16:25:58

17      Q.   Are you familiar with Brevet's  16:26:06

18   fact sheets --                        16:26:11

19      A.   Yes.                          16:26:12

20      Q.   -- for the short duration funds?  16:26:12

21      A.   Yes.                          16:26:15

22      Q.   Were you involved in the      16:26:15

23   preparation of those fact sheets?     16:26:17

24      A.   Yes.                          16:26:18

25      Q.   What was your role in the     16:26:19
```

```
                                              Page 219
  1                    K.   Dinershteyn
  2      preparation of those fact sheets?          16:26:21
  3          A.    The finance department was the   16:26:23
  4      one putting the numbers together for the   16:26:26
  5      fact sheets.                               16:26:31
  6          Q.    And what was involved in putting 16:26:31
  7      the numbers together for those fact        16:26:33
  8      sheets?                                    16:26:37
  9          A.    So the fact sheet has the        16:26:37
 10      monthly performance number for the fund    16:26:42
 11      and couple of graphs showing that          16:26:51
 12      performance, but in comparison to some     16:26:53
 13      other benchmarks, and it has a couple of   16:26:58
 14      other statistics related to the size and   16:27:02
 15      performance of the fund.                   16:27:06
 16          Q.    Okay.                            16:27:09
 17               And are those fact sheets         16:27:10
 18      required to be complete and accurate in    16:27:15
 19      their representation of the fund's         16:27:18
 20      performance?                               16:27:20
 21               MR. UNDERWOOD: I object to the    16:27:24
 22          form of the question.                  16:27:27
 23               THE WITNESS:  Required by whom?   16:27:28
 24          As a fund manager, you want to put     16:27:30
 25            together a fact sheet that is as     16:27:33
```

```
                                          Page 220

 1                  K.   Dinershteyn

 2          accurate as possible.                16:27:35

 3          Q.    Are there any regulatory        16:27:40

 4     requirements for how the fact sheet is     16:27:45

 5     prepared?                                  16:27:48

 6          A.    There are regulatory           16:27:48

 7     requirements for fact sheets and marketing 16:27:54

 8     materials to be clean and clear and so     16:28:02

 9     that they do not misrepresent information  16:28:06

10     about the fund, so fact sheets were        16:28:13

11     reviewed by compliance for that purpose.   16:28:18

12                (Whereupon, a document entitled  16:28:18

13          Fact Sheet as of January 31, 2015     16:28:18

14          was marked Dinershteyn Exhibit 12     16:28:18

15          for identification.)                  16:28:23

16          Q.    Let's take a look at Exhibit 12, 16:28:23

17     which, for the record, begins             16:28:27

18     BREVETNEW-039426.                          16:28:34

19                Do you recognize this document? 16:28:43

20          A.    Not yet.                        16:28:46

21                Which one do you want, fifteen  16:28:55

22     or fourteen?                               16:28:58

23          Q.    Twelve.                         16:28:59

24          A.    Oh, twelve.  Yep.              16:29:00

25          Q.    Can you describe the document?  16:29:05
```

```
                                        Page 221

  1                    K.   Dinershteyn

  2        A.    So this looks like Brevet Short      16:29:11

  3    Duration -- Brevet Direct Lending Short        16:29:11

  4    Duration Fund, LP fact sheet from January      16:29:20

  5    of 2015.                                       16:29:23

  6        Q.    Okay.                                16:29:24

  7              And does this fact sheet             16:29:25

  8    identify the fund's assets under              16:29:28

  9    management amount?                             16:29:30

 10        A.    Yes.                                 16:29:35

 11        Q.    Okay.                                16:29:37

 12              Can you identify the assets          16:29:39

 13    under management as reflected under this       16:29:42

 14    fact sheet?                                    16:29:45

 15        A.    Assets under management here it      16:29:46

 16    states ██████████████, and I believe you      16:29:51

 17    have to go to the backside to make sure        16:29:55

 18    that the definition of fund AUM, as we are     16:30:00

 19    reading it, is consistent of what you          16:30:07

 20    think of fund AUM.                             16:30:10

 21        Q.    Okay.                                16:30:13

 22              Is that note four in the             16:30:13

 23    footnotes?                                     16:30:16

 24        A.    Yes.                                 16:30:16

 25        Q.    Okay.                                16:30:17
```

Page 222

```
 1                    K.   Dinershteyn
 2              Did note four change from one      16:30:17
 3      fact sheet to the next, or is it a        16:30:20
 4      consistent definition?                    16:30:23
 5              MR. UNDERWOOD: I object to the     16:30:25
 6          form of the question.                 16:30:26
 7              THE WITNESS:  The footnotes did    16:30:27
 8          change a couple of times throughout   16:30:29
 9          the life of the fund, so it's not like 16:30:32
10          from one month to one month, but      16:30:36
11          periodically they have been updated.  16:30:39
12          Q.    Did the fund change the way it  16:30:41
13      measured assets under management?         16:30:44
14          A.    I don't remember.  Probably.    16:30:45
15          Q.    It probably did?                16:30:52
16          A.    Yeah.                           16:30:53
17          Q.    What does AUM and commitments   16:30:54
18      refer to?                                 16:31:01
19          A.    Where are you?  Oh, AUM and     16:31:01
20      commitments?  Sorry, I would have to go   16:31:09
21      back to definitions and read it.  Consist 16:31:11
22      of the fund interest and undrawn          16:31:15
23      commitments of the fund.                  16:31:20
24              So the fund had a line of         16:31:26
25      credit, for example, and not all amounts  16:31:29
```

Page 223

1                    K.   Dinershteyn

2    on that line of credit were always drawn,      16:31:36

3    so that amount would be factored into this     16:31:41

4    AUM and commitments number, as an example.      16:31:44

5       Q.    Okay.                                  16:31:50

6            So the fund had ███████████      ████████

   ████████████████████████████████████████      ████████

   ████████████████████████████████████      ████████

   ███████████; is that fair?                        16:31:59

10      A.    More or less.                           16:32:00

11            (Whereupon, a document entitled         16:32:00

12      Fact Sheet as of December 31, 2016            16:32:00

13      was marked Dinershteyn Exhibit 13             16:32:00

14      for identification.)                          16:32:03

15      Q.    So this is January, 2015.  Let's        16:32:03

16   look to the next exhibit.  You should be         16:32:06

17   able to press the next file in the corner        16:32:08

18   to look at Exhibit -- sorry, does that           16:32:12

19   take you to Exhibit 13?                          16:32:18

20      A.    I opened it.                            16:32:19

21      Q.    Which is Bates labeled                  16:32:21

22   BREVETNEW-039469.                                16:32:24

23      A.    Yes.                                    16:32:29

24      Q.    Is this the Brevet Direct               16:32:29

25   Lending Short Duration Fund, LP fact sheet       16:32:39

```
                                                        Page 224

 1                      K.    Dinershteyn
 2        for December 31, 2016?                        16:32:40
 3            A.     Yes.                                16:32:41
 4            Q.     And does it now show assets         16:32:41
 5        under management ██████████████      ███████
 █        ████████████████████                          16:32:48
 7            A.     It shows assets under management    16:32:48
 8        and commitments of three████████      ███████
 █        ████████████                                  16:32:51
10            Q.     Okay.                               16:32:51
11                   Can you tell from this fact         16:32:52
12        sheet how much is assets under management      16:32:57
13        separate from commitments?                     16:33:01
14            A.     No.                                 16:33:01
15            Q.     Is this consistent with your        16:33:05
16        recollection of the fund's growth from         16:33:08
17        2015 to 2016?                                  16:33:10
18            A.     I think so, yeah.  The number is    16:33:11
19        reasonable.                                    16:33:37
20                   (Whereupon, a document entitled     16:33:37
21            Fact Sheet as of December 31, 2017         16:33:37
22            was marked Dinershteyn Exhibit 14          16:33:37
23            for identification.)                       16:33:39
24            Q.     Let's look at Exhibit 14, the       16:33:39
25        beginning Bates BREVETNEW-039354.              16:33:45
```

                                        Page 225

1                   K.   Dinershteyn

2          A.     Yep.                        16:33:50

3          Q.     Is this the fact sheet for  16:33:51

4    Brevet Direct Lending Short Duration Fund,  16:33:53

5    LP as of December 31, 2017?              16:33:56

6          A.     It looks like it.           16:34:03

7          Q.     And this shows AUM and      16:34:04

8    commitments up to ███████████████  ████████

     ████████; is that right?                 16:34:09

10         A.     Yes.                         16:34:11

11         Q.     Is that generally consistent  16:34:11

12   with your recollection of the fund's     16:34:14

13   growth over that time period?            16:34:16

14         A.     Yeah, plus/minus some amount,  16:34:19

15   yes.                                      16:34:23

16         Q.     You think this might not be  16:34:25

17   exactly right?                            16:34:27

18         A.      No, I'm not saying this is not  16:34:27

19   exactly righted.  My recollection is     16:34:30

20   vague.  I'm not going to be able to      16:34:32

21   remember if it was ████████████  ████████

     ██████████████████████  ████████

     ██████████                               16:34:39

24             (Whereupon, a document entitled  16:34:39

25        Fact Sheet as of December 31, 2019  16:34:39

```
                                          Page 226
 1                K.   Dinershteyn

 2        was marked Dinershteyn Exhibit 15      16:34:39

 3        for identification.)                   16:34:39

 4     Q.    Understood.                         16:34:39

 5           Let's look at Exhibit 15, the       16:34:40

 6   beginning Bates BREVETNEW-039406.           16:34:49

 7     A.    Yes.                                16:34:56

 8     Q.    Is this the Brevet Direct           16:34:56

 9   Lending Short Duration Fund, LP fact sheet  16:34:58

10   as of December 31, 2019?                    16:34:59

11     A.    It looks like it.                   16:35:03

12     Q.    And this shows assets under         16:35:04

13   management of ███████████          ███████

     ██████████; is that right?                  16:35:10

15     A.    Yes, that's what it shows.          16:35:10

16     Q.    Any reason to doubt that?           16:35:12

17     A.    No.                                 16:35:17

18     Q.    And again, is this generally        16:35:17

19   consistent with your understanding of the   16:35:23

20   fund's growth during the 2018 to 2019 time  16:35:24

21   period?                                     16:35:28

22           MR. UNDERWOOD: I object to the      16:35:28

23        form of the question.                  16:35:29

24           THE WITNESS:  You have to make      16:35:30

25        sure that the definition of fund AUM   16:35:32
```

```
                                         Page 227
 1                  K.   Dinershteyn

 2         is consistent throughout the fact      16:35:36

 3         sheets.                                 16:35:38

 4         Q.    Do you think the fund AUM         16:35:40

 5    definition may have changed between 2018     16:35:42

 6    and 2019?                                    16:35:45

 7         A.    It's not just the fund AUM.  It   16:35:46

 8    now incorporates -- I am looking at the      16:35:50

 9    footnote.  It looks like the footnote is     16:35:53

10    expanded.                                    16:35:58

11         Q.    Are you looking at footnote       16:35:59

12    three?                                       16:36:02

13         A.    Yes.                              16:36:02

14         Q.    Okay.                             16:36:12

15               And in what sense had it          16:36:16

16    expanded at this time?                       16:36:19

17         A.    I didn't look at in the prior     16:36:21

18    fact sheet, but here it includes -- it       16:36:26

19    looks like it includes managed accounts      16:36:29

20    that had participation agreements with       16:36:36

21    short duration funds.                        16:36:40

22         Q.    I see.                            16:36:44

23               What was your recollection of     16:36:45

24    those separately managed accounts?  What     16:36:46

25    were those?                                  16:36:49
```

Page 228

```
 1                    K.   Dinershteyn
 2        A.     There are some investors that,        16:36:51
 3     for whatever reason, cannot come in             16:36:56
 4     directly into the fund, so there will be a      16:36:58
 5     vehicle formed specifically for them            16:37:02
 6     parallel to the fund.                           16:37:07
 7        Q.     Okay.                                  16:37:13
 8               And those participations in the        16:37:15
 9     fund would be counted under the assets          16:37:17
10     under management as reflected on this fact      16:37:19
11     sheet; correct?                                 16:37:22
12               MR. UNDERWOOD: I object to the         16:37:23
13          form of the question.                       16:37:24
14               THE WITNESS:  I believe that's         16:37:26
15          what footnote three says.  Personally,      16:37:27
16          it's been a while.  I don't remember        16:37:38
17          the calculation for the AUM.                16:37:40
18        Q.    Do you recall any discussions          16:37:41
19     around the decision to include the              16:37:42
20     parallel funds that invested in the assets     16:37:48
21     of the Short Duration Fund through              16:37:53
22     participation agreements?                       16:37:56
23               MR. UNDERWOOD: I object to the         16:37:58
24          form of the question.                       16:37:59
25               THE WITNESS:  I don't remember a       16:38:01
```

```
                                        Page 229
 1                K.   Dinershteyn
 2       single specific discussion.  I do      16:38:03
 3       remember that we had discussions what  16:38:05
 4       is the accurate representation of      16:38:08
 5       assets of the fund.                    16:38:11
 6       Q.    And what were those discussions? 16:38:13
 7       A.    It was specifically determine    16:38:17
 8   what should and what shouldn't be          16:38:23
 9   included.  But again, I don't remember a   16:38:29
10   single particular conversation.            16:38:31
11       Q.    And do you recall that the       16:38:36
12   outcome of that discussion was that you    16:38:39
13   concluded that it was accurate to reflect  16:38:42
14   investments that involved participation    16:38:45
15   agreements as included within the assets   16:38:50
16   under management for the Short Duration    16:38:52
17   Fund?                                      16:38:56
18            MR. UNDERWOOD: I object to the    16:38:56
19       form of the question.                  16:38:57
20            THE WITNESS:  In this             16:39:01
21       spreadsheet, you have to look at the   16:39:09
22       definition of the fund.  I don't       16:39:10
23       remember what the fund is defined as   16:39:12
24       for the purposes of the fact sheet.    16:39:16
25       It's just the LP, okay.                16:39:20
```

Page 230

                        K.    Dinershteyn

1

2              Then yes.                            16:39:25

3       Q.     It's just the what?                  16:39:26

4       A.     It's just the Short Duration         16:39:27

5    Fund.                                          16:39:30

6       Q.     Where do you see that?               16:39:30

7       A.     The top.   In the title of the       16:39:36

8    fact sheet.                                    16:39:40

9       Q.     The top line?                        16:39:41

10             So with that definition, do you      16:39:43

11   recall concluding that it was accurate --      16:39:48

12   you believed it was accurate to represent      16:39:51

13   the fund AUM as including pooled               16:39:54

14   investment vehicles and separately managed     16:39:59

15   accounts managed by Brevet with which the      16:40:03

16   fund had entered into a participation          16:40:05

17   agreement?                                      16:40:06

18      A.     Yes.                                 16:40:07

19      Q.     As part of the assets under          16:40:07

20   management?                                    16:40:09

21      A.     Yes.                                 16:40:09

22      Q.     And why did you believe it was       16:40:09

23   accurate to portray the fund assets under      16:40:14

24   management as including those other            16:40:18

25   vehicles?                                      16:40:22

```
                                                     Page 231

   1                   K.   Dinershteyn
   2              MR. UNDERWOOD: I object to the        16:40:26
   3         form of the question.                      16:40:28
   4              THE WITNESS:  We'd have to go          16:40:32
   5         through the way the ownership of the        16:40:38
   6         assets was structured, ████████████        ████████████
  ▮         ████████████████████████████████████        ████████████
  ▮         ████████████████████████████████████        ████████████
  ▮         ████████████████████  Because it's fair to   16:40:59
  10         include the whole asset in the AUM.         16:41:04
  11         Q.    Okay.                                 16:41:08
  12              Is that because even though the        16:41:09
  13    other investment vehicle held the               16:41:14
  14    participation agreement interest, the           16:41:19
  15    asset itself was still under management of      16:41:22
  16    the Short Duration Fund?                         16:41:24
  17              MR. UNDERWOOD: I object to the        16:41:26
  18         form of the question.                      16:41:27
  19              THE WITNESS:  The asset is not         16:41:27
  20         really under the management of the         16:41:34
  21         fund. ████████████████████████████         ████████████
  ▮         ████████████████████████████████████        ████████████
  ▮         ████████████████████████████              ████████████
  ▮         ████████████████  the conclusion was that   16:41:51
  25         it's fair to include those assets as       16:41:55
```

```
                                            Page 232
1               K.   Dinershteyn
2       part of the AUM.                    16:41:59
3               MR. UNDERWOOD: Would this be a   16:42:23
4       good time for a break?              16:42:25
5               MR. FATTARUSO: Yes, let's take a  16:42:26
6       break.                              16:42:28
7               THE VIDEOGRAPHER: The time is   16:42:29
8       approximately 4:42 p.m.             16:42:30
9               We're going off the record.   16:42:31
10              (Whereupon a break was taken)   16:42:34
11              THE VIDEOGRAPHER: The time is   17:02:17
12      approximately 5:02 p.m.             17:02:26
13              We're back on the record.   17:02:29
14              This is the beginning of media   17:02:30
15      three.                              17:02:33
16      Q.    Welcome back, Ms. Dinershteyn.   17:02:33
17      A.    Hello.                        17:02:36
18      Q.    What are journal entries?     17:02:36
19      A.    Entries made into the accounting   17:02:49
20  system.                                 17:02:52
21      Q.    So is the first word "entries,"   17:02:54
22  entries made into the accounting system?   17:02:58
23      A.    Yes.                          17:03:00
24      Q.    And would you from time to time   17:03:00
25  make special journal entries?           17:03:07
```

```
                                              Page 233

 1                    K.   Dinershteyn

 2        A.    What do you mean "special?"       17:03:15

 3        Q.    Journal entries that you were     17:03:20

 4    instructed to make by management.           17:03:22

 5        A.    No.                               17:03:26

 6        Q.    So there was never a time in      17:03:28

 7    your tenure at CFO or interim CFO where     17:03:31

 8    management instructed you to make a         17:03:41

 9    particular journal entry in the company     17:03:43

10    financial statements; is that correct?      17:03:45

11             MR. UNDERWOOD: I object to the     17:03:48

12        form of the question.                   17:03:48

13             THE WITNESS:  That's not how       17:03:49

14        entering anything into accounting       17:03:56

15        system works.                           17:03:58

16        Q.    Okay.                             17:04:01

17             How did entering things into the   17:04:02

18    accounting system work?                     17:04:05

19        A.    Senior management doesn't tell    17:04:06

20    you how to make accounting entries.  That   17:04:09

21    doesn't usually happen.                     17:04:20

22        Q.    Okay.                             17:04:20

23             I understand it's not something    17:04:20

24    that usually happens.                       17:04:22

25             Is it something that ever          17:04:23
```

Page 234

```
 1                  K.   Dinershteyn
 2   happened?                                17:04:26
 3      A.    No.                             17:04:26
 4      Q.    Okay.                           17:04:37
 5            So how would you decide when and  17:04:37
 6   how to make journal entries?            17:04:41
 7      A.    The accounting rules of how     17:04:46
 8   specific transaction's supposed to be   17:04:48
 9   booked, so entries are booked according to  17:04:51
10   knowledge of accounting rules.          17:04:58
11      Q.    And would every journal entry be  17:05:01
12   booked in Quick Books?                  17:05:05
13      A.    What entity are you referring  17:05:07
14   to?                                     17:05:15
15      Q.    Is the answer different for    17:05:15
16   different entities?                     17:05:18
17      A.    For the funds -- I'm not even  17:05:19
18   sure if we had Quick Books files for all  17:05:27
19   entities.                               17:05:36
20      Q.    Are you referring specifically  17:05:38
21   to the funds?                           17:05:40
22      A.    The official accounts and      17:05:40
23   records for the funds are done by       17:05:50
24   administrator, and they do not use Quick  17:05:52
25   Books.                                  17:05:58
```

Page 235

```
  1              K.  Dinershteyn

  2      Q.    Any other entities -- and did     17:05:58

  3  Brevet have Quick Books records for the     17:06:02

  4  funds?                                       17:06:05

  5      A.    For some, yes.  Not for all of     17:06:07

  6  them.                                        17:06:12

  7      Q.    For some funds, Brevet relied on   17:06:12

  8  the administrator's books and records?       17:06:16

  9      A.    For the funds Brevet relied on     17:06:18

 10  the administrator's books and records --     17:06:23

 11  sorry, administrator was the administrator   17:06:24

 12  for all Brevet funds.  The internal Brevet   17:06:29

 13  records for the funds may have been in       17:06:36

 14  Quick Books or just in Excel, but that's     17:06:40

 15  internal to match to the administrator.      17:06:46

 16      Q.    Okay.                              17:06:52

 17            So those may have been in Quick    17:06:53

 18  Books or in Excel?                           17:06:56

 19      A.    Yes.                               17:06:56

 20      Q.    And with the exception of the      17:06:57

 21  funds, did any internal Brevet entity have   17:07:03

 22  Quick Books records?                         17:07:07

 23      A.    To the best of my recollection,    17:07:08

 24  yes.                                         17:07:12

 25      Q.    And was every journal entry for    17:07:13
```

```
                                              Page 236
 1                  K.   Dinershteyn
 2      each of those funds recorded in Quick      17:07:18
 3      Books?                                     17:07:23
 4              MR. UNDERWOOD: I object to the     17:07:23
 5          form of the question.                  17:07:24
 6              Are we back to the funds now?      17:07:27
 7          Q.    I'm sorry, did I say for each of  17:07:30
 8      those funds?  Was every journal entry for  17:07:34
 9      each of those Brevet entity recorded in    17:07:38
10      Quick Books, the internal Brevet entities? 17:07:41
11          A.    Yes.  Otherwise, it's not a      17:07:43
12      journal entry.                             17:07:51
13          Q.    And were there any other         17:07:52
14      adjustments or other changes to the        17:08:01
15      financial statements or to the financial   17:08:20
16      information of the internal Brevet         17:08:22
17      entities beyond journal entries?           17:08:24
18          A.    No.                              17:08:35
19          Q.    Let's look back for a minute at  17:08:40
20      the fact sheet we were talking about.      17:08:44
21      Before the break you pointed out footnote  17:08:45
22      three discussing the AUM being inclusive   17:08:49
23      of investments of pooled investment        17:08:55
24      vehicles in separately managed accounts    17:08:58
25      managed by Brevet with which the fund has  17:09:02
```

Page 237

```
 1                  K.  Dinershteyn
 2      entered into a participation agreement.      17:09:05
 3              Do you recall that?                  17:09:07
 4      A.    We talked about it, yes.               17:09:10
 5      Q.    Do you know whether that               17:09:12
 6      footnote encompasses Brevet Direct Lending   17:09:14
 7      Short Duration Fund Limited, the offshore    17:09:32
 8      fund?                                         17:09:34
 9              MR. UNDERWOOD: I object to the       17:09:34
10         form of the question.                     17:09:35
11              THE WITNESS:  I don't recall         17:09:36
12         explicitly.  I don't recall.              17:09:53
13      Q.    So it may?                             17:10:06
14      A.    It may.                                17:10:07
15      Q.    Okay.                                  17:10:09
16              When was the offshore fund           17:10:11
17      created?                                      17:10:16
18      A.    I'm sure you can ask Brevet the        17:10:19
19      question.  I don't remember the date,        17:10:23
20      formation date.                               17:10:26
21      Q.    What's your recollection, best         17:10:26
22      recollection, as to the timing relative to   17:10:28
23      Paul Iacovacci's departure?                  17:10:31
24              MR. UNDERWOOD: I object to the       17:10:33
25         form of the question.                     17:10:34
```

```
                                                  Page 238
  1                 K.   Dinershteyn
  2             THE WITNESS:  My guess would be      17:10:39
  3        it was formed before his departure.       17:10:42
  4        It's a guess.  I don't remember the       17:10:47
  5        date.                                     17:10:48
  6        Q.    Do you recall approximately when    17:10:48
  7    it was launched?                              17:10:52
  8        A.    It's the same question.             17:10:54
  9        Q.    ███████████████████████      █████████
 ██    █████████████                              17:11:11
 11             MR. UNDERWOOD: I object to the       17:11:13
 12        form of the question.                     17:11:14
 13             THE WITNESS: █████████████      █████████
 ██        ███████████████████████               █████████
 ██        ██████████████████████████             █████████
 ██        ██████████     █████████████████       █████████
 ██        ████████████████████                   17:11:34
 18        Q.    ██████████████████████     █████████
 ██        ███████████████████████████             █████████
 ██        ████████████████                        17:11:44
 21        A.    ██████████████████               17:11:44
 22        Q.    ██████████████████████     █████████
 ██        █████████████████                       17:11:52
 24        A.    ████████████████████████████     █████████
 ██        ███████████████████████               17:11:57
```

Page 239

1              K.   Dinershteyn

2     Q.      Anything else?                          17:12:01

3     A.      I cannot say yes or no.                 17:12:01

4     Q.      ███████████████████████    ████████

      ████████████████████████████         17:12:13

6     A.      ██████████████              17:12:15

7     Q.      ████████████████████████    ████████

      █████████████████                    17:12:19

9     A.      ██████████████  ████████    ████████

      ████████████████████                 17:12:29

11    Q.      ██████████████████████████  ████████

      ██████████████████████████████████  ████████

      ███████████████████████████████████

      █████████████████████                17:12:40

15    A.      ████                         17:12:42

16    Q.      ████████████████████████    ████████

      █████████████████████████████████   ████████

      ████████████████████████████████     17:12:52

      ██████████████                       17:12:52

20    A.      ████████████████            17:12:53

21    Q.      ████████████████████████    ████████

      ██████████████████████████           17:13:01

23            MR. UNDERWOOD: I object to the          17:13:03

24    form of the question.                           17:13:04

25            THE WITNESS:   ████████████   17:13:08

Page 240



```
 1              K.   Dinershteyn
 2  ████████████████████████████    ████████
    ████████████████████████        17:13:12
 4  Q.    ████████████████████████   17:13:13
 5  A.    ███████████████████        ████████
    ████████████████████████         ████████
    ████████████████                 17:13:33
 8  Q.    ████████████████████████   ████████
    ████████████████████████████     ████████
    ████                             17:13:42
11  A.    ████                       17:13:42
12  Q.    ███████████████████        ████████
    ████████████████████████         17:13:47
14        MR. UNDERWOOD: I object to the  17:13:49
15  form of the question.            17:13:50
16        THE WITNESS:  ██████████   ████████
    ████████████████████████         ████████
    ████████████████████████         17:14:08
19  Q.    ████████████████           ████████
    ██████████████████████████████   ████████
    █████████████████                17:14:17
22  A.    ████████████               17:14:20
23        MR. UNDERWOOD: I object to the  17:14:21
24  form of the question.            17:14:21
25  Q.    You're not aware of any?   17:14:22
```

Page 241

```
 1              K.   Dinershteyn
 2       A.    I'm not aware of any.            17:14:24
 3       Q.    ████████████████      █████████
         ███████████████████████      █████████
         ███████████████████████      █████████
         ████████████████              17:14:35
 7       A.    █████                   17:14:36
 8       Q.    ████████████████      █████████
         ████████████████████        17:14:42
10       A.    █████                   17:14:45
11             (Whereupon, a document entitled
12       Unaudited and Preliminary Portfolio
13       Summary for Subclass A Interests as of
14       January 31, 2013 was marked
15       Dinershteyn Exhibit 18
16       for identification.)            17:15:02
17       Q.    Let's take a look at what's been   17:15:02
18  placed in your exhibit folder as       17:15:04
19  Exhibit 18.   This is a document with a  17:15:07
20  beginning Bates BREVETREPRO 0306160.    17:15:14
21             Do you recognize this document?  17:15:25
22       A.    It looks like a performance       17:15:27
23  summary for Brevet Capital Special      17:15:33
24  Opportunities Fund III, LP.            17:15:47
25       Q.    What is the purpose of these      17:15:49
```

```
                                              Page 242
 1                  K.  Dinershteyn
 2      documents?                              17:15:52
 3              MR. UNDERWOOD: I object to the  17:15:54
 4          form of the question.              17:15:55
 5              THE WITNESS:  The primary       17:15:56
 6          purpose was to show investors of the 17:16:00
 7          fund the portfolio composition.    17:16:06
 8      Q.    How are they prepared?            17:16:12
 9      A.    Can you clarify?  What do you     17:16:15
10      want to know?                           17:16:23
11      Q.    Who prepares them?                17:16:24
12      A.    The amounts would come from       17:16:26
13      finance department.  The format is kind of 17:16:36
14      pre-approved by Brevet senior management. 17:16:53
15      Q.    So when you say the amount, you   17:17:06
16      mean just a column all the way to the   17:17:08
17      right that gives the amount rounded to the 17:17:10
18      ██████████████████████?                 17:17:13
19      A.    Yes.                              17:17:14
20      Q.    Did the finance department have   17:17:14
21      any role in determining which assets would 17:17:19
22      be included in the portfolio summary?   17:17:25
23              MR. UNDERWOOD: I object to the  17:17:33
24          form of the question.              17:17:33
25              THE WITNESS:  All of the assets 17:17:34
```

Page 243

```
 1                K.   Dinershteyn
 2       held by the fund at that time would      17:17:42
 3       appear on the portfolio summary.         17:17:46
 4       Q.    Okay.                              17:17:51
 5             Was there ever a time when any     17:17:54
 6   asset in the fund was excluded from a        17:17:56
 7   portfolio summary?                           17:18:00
 8       A.    Not that I recall either way.      17:18:02
 9   Nothing significant would be excluded.       17:18:06
10       Q.    You don't recall a time when       17:18:14
11   anything significant was excluded from any   17:18:18
12   portfolio summary?                           17:18:21
13       A.    Yep.                               17:18:22
14       Q.    Do you recall a time when          17:18:23
15   anything significant was excluded from any   17:18:26
16   other --                                     17:18:31
17       A.    No.                                17:18:31
18       Q.    -- communication to investors?     17:18:31
19             MR. UNDERWOOD: I object to the     17:18:35
20       form of the question.                    17:18:35
21             THE WITNESS:  No.                  17:18:39
22       Q.    Do you recall any instance in      17:18:43
23   which any financial information about a      17:18:46
24   fund was reported to investors excluding     17:18:54
25   certain assets of the fund?                  17:19:01
```

```
                                            Page 244
 1                K.   Dinershteyn
 2             MR. UNDERWOOD: I object to the      17:19:04
 3        form of the question.                    17:19:05
 4             THE WITNESS:  No.  The reporting     17:19:10
 5        to investors will clearly specify         17:19:21
 6        what's included, what's not included.     17:19:25
 7        Q.    Would the disclosure to the        17:19:30
 8    investors sometimes exclude certain assets   17:19:33
 9    but provide a statement that those assets    17:19:40
10    were excluded?                               17:19:42
11             MR. UNDERWOOD: I object to the      17:19:45
12        form of the question.                    17:19:46
13             THE WITNESS:  I don't remember      17:19:50
14        specific examples.                       17:19:51
15        Q.    Do you recall that generally?      17:19:56
16        A.    It's possible, but I don't         17:19:59
17    remember.                                    17:20:08
18        Q.    Do you know who would know?        17:20:08
19        A.    It would have to go through the    17:20:11
20    materials, the portfolio of summary fact     17:20:14
21    sheets.                                      17:20:25
22        Q.    Was there ever a time when         17:20:25
23    anyone at Brevet raised a certain about      17:20:28
24    the exclusion of certain assets from         17:20:30
25    communications that were provided to         17:20:33
```

```
                                        Page 245
 1                   K.   Dinershteyn
 2     investors?                              17:20:35
 3        A.    I don't remember.              17:20:36
 4        Q.    Is it possible?                17:20:40
 5             MR. UNDERWOOD: I object to the  17:20:44
 6        form of the question.                17:20:45
 7             THE WITNESS:  I don't think so, 17:20:48
 8        but I don't remember.                17:20:50
 9        Q.    Do you recall Brevet hiring a  17:20:59
10     consultant named Michael Szymanski?     17:21:11
11        A.    Yes.                           17:21:14
12        Q.    Do you recall Michael Szymanski 17:21:16
13     raising concerns about Brevet's         17:21:22
14     disclosures to investors?               17:21:25
15             MR. UNDERWOOD: I object to the  17:21:30
16        form of the question.                17:21:31
17             THE WITNESS:  I was not part of 17:21:31
18        those conversations, so I don't      17:21:33
19        remember.                            17:21:33
20             (Whereupon, a document entitled 17:21:33
21        Transaction By Account was marked    17:21:33
22        Dinershteyn Exhibit 16               17:21:33
23        for identification.)                 17:22:01
24        Q.    Let's take a look at Exhibit 16 17:22:01
25     in your folder.  There is a document with 17:22:03
```

```
                                        Page 246
 1                  K.   Dinershteyn
 2      a beginning Bates BREVETREPRO 0174076.      17:22:10
 3              Do you recognize this document?     17:22:20
 4      A.    It looks like a general ledger        17:22:23
 5      from Quick Books for Short Duration          17:22:28
 6      Partners.                                    17:22:35
 7      Q.    And what does the general ledger       17:22:35
 8      reflect?                                     17:22:38
 9      A.    The transactions that went             17:22:40
10      through the accounts.                        17:22:42
11      Q.    Can you tell if this is a              17:22:46
12      complete general ledger for Brevet Short     17:22:49
13      Duration Partners LLC?                       17:22:54
14      A.    No, I cannot.                          17:22:57
15      Q.    Do you see that a number of            17:22:58
16      transactions on this general ledger are      17:23:01
17      redacted?                                    17:23:04
18      A.    Yes, I do.                             17:23:05
19      Q.    Do you have a sense of what            17:23:05
20      information has been redacted here?          17:23:12
21      A.    Probably similar entries for           17:23:14
22      other partners, but maybe something else.    17:23:40
23      Q.    It looks like transactions for         17:23:42
24      three other parties have been redacted?      17:23:48
25              MR. UNDERWOOD: I object to the       17:23:52
```

Page 247

```
 1                   K.  Dinershteyn
 2        form of the question.                17:23:53
 3               THE WITNESS:  Transactions for   17:23:56
 4        three other accounts have been       17:23:58
 5        redacted.  I don't know what's in    17:23:59
 6        those accounts.                      17:24:01
 7        Q.    Okay.                          17:24:02
 8               Looking at the unredacted     17:24:03
 9     transactions, those related to Paul     17:24:06
10     Iacovacci; is that right?               17:24:09
11        A.    Yes.                           17:24:14
12        Q.    And the entries reflecting an  17:24:15
13     initial deposit and then it looks like  17:24:22
14     another deposit -- initial deposit on   17:24:29
15     September 24, 2009 and a further deposit 17:24:33
16     on January 4, 2010, followed by two     17:24:36
17     entries for capital contribution on     17:24:41
18     November 24, 2010 and December 8, 2010, do 17:24:43
19     you know what those reflect?            17:24:48
20               MR. UNDERWOOD: I object to the  17:24:51
21        form of the question.                17:24:52
22               THE WITNESS:  This is 2009.  I  17:24:54
23        can read what it says on the report.  17:25:02
24        These are contributions to Brevet    17:25:07
25        Short Duration Partners, but I don't  17:25:10
```

Page 248

```
 1                    K.   Dinershteyn

 2        remember.                              17:25:13

 3        Q.    Looking at the income            17:25:24

 4   distribution entries here from 2011         17:25:27

 5   through it looks like December 31, 2013,    17:25:31

 6   do you know what those relate to?           17:25:37

 7        A.    ███████████████████████    ████████

     █  █████████████████████████████████    ████████

     █  ███████████████████████████████████  ████████

     █   █████████████████████████████        ████████

     █   ████████████████████████████████     ████████

     █   ████████████████████████████████████ ████████

     █   █████████████    ████████████████     ████████

     █   █████████████████████████           17:26:13

15        Q.    Now, there's end of year       17:26:13

16   distributions for it looks like            17:26:17

17   December 31, 2012, December 31, 2013, and  17:26:20

18   December 31, 2014, December 31, 2015.      17:26:25

19             Are those, as you understand it, 17:26:30

20   the payments of performance fee to the     17:26:38

21   members of Brevet Short Duration Partners  17:26:41

22   LLC?                                        17:26:46

23             MR. UNDERWOOD: I object to the   17:26:47

24        form of the question.                 17:26:48

25             THE WITNESS:  That's what it     17:26:52
```

Page 249

```
 1              K.  Dinershteyn
 2       says on the report for a couple of      17:26:53
 3       those end of the year payments, not     17:26:57
 4       all of them.                            17:27:00
 5       Q.    Can you point to what you're       17:27:01
 6  looking at?  Referring to, I should say.     17:27:03
 7       A.    So I would say 12/31/2015,         17:27:15
 8  distribution partners.  But I actually       17:27:23
 9  cannot say from this entry if this is just   17:27:26
10  performance fee or if it has some            17:27:27
11  performance fee some of the income           17:27:29
12  distribution, I cannot tell you what         17:27:34
13  exactly is in that number.                   17:27:35
14       Q.    For those May payments of          17:27:37
15  remaining balance of performance fees for    17:27:42
16  May, 2015 and May, 2016, is that the         17:27:45
17  remaining ten percent?                       17:27:48
18            MR. UNDERWOOD: I object to the     17:27:50
19       form of the question.                   17:27:51
20            THE WITNESS:  Looking at the       17:27:54
21       description, most likely.  Again, I     17:28:00
22       cannot guarantee you that it doesn't    17:28:03
23       incorporate some portion of income     17:28:04
24       distribution.                           17:28:07
25       Q.    Looking at the line one hundred    17:28:07
```

Page 250

```
 1              K.   Dinershteyn
 2    fifty-two, entry one hundred fifty-two,        17:28:16
 3    ████████████████████████, what does           17:28:20
 4    that refer to?                                 17:28:22
 5        A.   ████████████████   ████    ████████   
      ██████████████████████████████████   ████████
      ███████████████████████████████████   ████████
      ██████████████████████                         17:29:15
 9        Q.    What would be the source for         17:29:18
10    that figure?                                   17:29:22
11        A.    The capital account balance.         17:29:26
12        Q.    The capital account --               17:29:28
13        A.    The capital account balance for      17:29:33
14    Paul Iacovacci.                                17:29:36
15        Q.    The capital account balance of       17:29:38
16    -- referring back to the capital               17:29:43
17    contributions from 2009 and 2010?             17:29:44
18            MR. UNDERWOOD: I object to the         17:29:49
19        form of the question.                      17:29:49
20            THE WITNESS:  The capital             17:30:02
21        account balance for Paul Iacovacci on      17:30:03
22        December, 2016.                            17:30:07
23        Q.    Where would you -- where would       17:30:09
24    that capital account balance be shown in       17:30:12
25    Brevet's documents?                            17:30:17
```

```
                                          Page 251

 1                 K.   Dinershteyn

 2              MR. UNDERWOOD: I object to the      17:30:22

 3        form of the question.                     17:30:23

 4              THE WITNESS:  I don't remember.     17:30:31

 5        Q.    Did Brevet maintain records of      17:30:42

 6     the partners' capital account balances?      17:30:46

 7        A.    The Quick Books file had some of    17:30:49

 8     that information, and a spreadsheet          17:30:56

 9     similar to what you have shown at the        17:31:07

10     beginning of this deposition had some        17:31:10

11     capital account balances.                    17:31:13

12        Q.    And where would you look for the    17:31:15

13     information that you included on the         17:31:23

14     spreadsheet?                                  17:31:25

15        A.    It was a rolling balance that       17:31:32

16     incorporated contributions and              17:31:35

17     distributions.                               17:31:37

18        Q.    And where were those recorded?      17:31:42

19        A.    That information would flow into    17:31:49

20     Quick Books.                                  17:31:53

21        Q.    From where?                          17:31:56

22        A.    From cash transactions.             17:31:59

23        Q.    I'm sorry, I didn't catch the       17:32:01

24     first word.                                   17:32:07

25        A.    From cash transactions, from        17:32:08
```

Page 252

```
 1                    K.   Dinershteyn
 2    prior transactions.                        17:32:10
 3                 (Whereupon, a document entitled    17:32:10
 4          Transactions By Account was marked    17:32:10
 5          Dinershteyn Exhibit 17               17:32:10
 6          for identification.)                 17:32:11
 7          Q.    And let's look just very quickly   17:32:11
 8    at Exhibit 17.  This is a document with    17:32:21
 9    beginning Bates BREVETREPRO 0174139.       17:32:28
10                 Do you recognize this document?   17:32:34
11          A.    It looks like it's a GL from    17:32:36
12    Brevet Short Duration Holdings.            17:32:54
13          Q.    You said GL, general ledger?    17:32:58
14          A.    General ledger.               17:33:01
15          Q.    And over here looking at entry   17:33:06
16    fifty-six, the amounts due pending         17:33:18
17    litigation, what does that relate to?      17:33:22
18          A.    It's a similar transaction to   17:33:24
19    the one that we talked about before.      17:33:28
20          Q.    This is a capital account      17:33:33
21    balance with Brevet Short Duration         17:33:35
22    Holdings LLC?                              17:33:38
23                 MR. UNDERWOOD: I object to the   17:33:38
24          form of the question.               17:33:39
25                 THE WITNESS:  Most likely.  I   17:33:44
```

```
 1              K.   Dinershteyn

 2       don't remember exact numbers.        17:33:47

 3       Q.    Did Brevet monitor your work    17:33:48

 4    e-mail?                                 17:33:56

 5       A.    Say it again?                   17:33:56

 6       Q.    Did Brevet monitor your work    17:34:00

 7    e-mail?                                 17:34:03

 8       A.    Definitely.                     17:34:03

 9       Q.    Who did the monitoring?         17:34:04

10       A.    Compliance department.          17:34:05

11       Q.    Anyone else?                    17:34:08

12       A.    I don't know exact details how  17:34:09

13    it was done.  There was a service provider  17:34:22

14    used to help with monitoring e-mails.   17:34:29

15       Q.    Would it surprise you if it was 17:34:32

16    someone outside of the compliance       17:34:35

17    department at Brevet who was monitoring  17:34:37

18    your e-mails?                            17:34:38

19            MR. UNDERWOOD: I object to the  17:34:40

20       form of the question.                17:34:41

21            THE WITNESS:  No.                17:34:42

22       Q.    Why not?                         17:34:43

23            MR. UNDERWOOD: I object to the  17:34:50

24       form of the question.                17:34:51

25            Why wouldn't it surprise her?   17:34:52
```

Page 254

```
1              K.   Dinershteyn
2              THE WITNESS:  I worked for        17:34:58
3         investment manager.  I knew that my --  17:35:00
4         all of my mail communications were      17:35:02
5         monitored.                              17:35:05
6         Q.    Did you expect that there were    17:35:10
7    rules and controls in place for how that     17:35:14
8    monitoring would take place?                 17:35:17
9              MR. UNDERWOOD: I object to the     17:35:19
10        form of the question.                   17:35:20
11             THE WITNESS:  Compliance          17:35:35
12        department definitely had rules how to  17:35:37
13        run the e-mail monitoring.              17:35:43
14        Q.    And would you expect that         17:35:47
15   monitoring to be done only pursuant to       17:35:50
16   rules and controls put in place by the       17:35:53
17   compliance department?                       17:35:56
18             MR. UNDERWOOD: I object to the     17:35:57
19        form of the question.                   17:35:58
20             THE WITNESS:  I did not know       17:36:02
21        what all of the e-mail monitoring that  17:36:04
22        was done.  That was never my concern.   17:36:08
23        I never really cared.  I always had to  17:36:13
24        make sure that whatever is in my        17:36:17
25        e-mails can be read by anybody who      17:36:19
```

```
                                          Page 255
 1              K.   Dinershteyn
 2       really, really needs or wants to read    17:36:26
 3       it.                                       17:36:28
 4       Q.    You assumed your e-mail could be    17:36:34
 5   read by anybody who wants to read it?         17:36:39
 6       A.    Either within Brevet               17:36:41
 7   organization or if it gets into regulatory    17:36:42
 8   universe.                                     17:36:50
 9       Q.    I'm sorry, did you say either      17:36:50
10   within the Brevet organization or within     17:36:57
11   the wider --                                  17:36:59
12       A.    Either within regulatory or like   17:37:01
13   if its SEC requests to see our e-mails,       17:37:06
14   yeah, sure.                                   17:37:11
15       Q.    But did you understand there to    17:37:11
16   be some standards in place for when and      17:37:26
17   how your e-mail would be monitored?          17:37:37
18            MR. UNDERWOOD: I object to the      17:37:40
19       form of the question.                     17:37:41
20            THE WITNESS:  Some standards in     17:37:47
21       a sense of would let's say people who    17:37:56
22       reported to me be able to read my        17:38:00
23       e-mails, I expected that they will not   17:38:03
24       be able to read my e-mails.  Would       17:38:05
25       people senior to me be able to read my   17:38:08
```

```
                                        Page 256

 1              K.   Dinershteyn

 2      e-mails?  Yeah, I expected them to      17:38:11

 3      have ability to read the e-mails.       17:38:13

 4      Q.    Did you ever work from home?      17:38:15

 5      A.    Yes.                              17:38:18

 6      Q.    What computer did you use to      17:38:18

 7    work from home?                           17:38:21

 8      A.    At the beginning of time I used   17:38:22

 9    my personal laptop, and then later on I   17:38:30

10    used a company-provided laptop.           17:38:32

11            MR. UNDERWOOD: Can I ask the      17:38:37

12      videographer where we are on the        17:38:39

13      record for today?                       17:38:40

14            THE VIDEOGRAPHER: How much time,  17:38:42

15      you mean, sir?                          17:38:43

16            MR. UNDERWOOD: Yes.               17:38:44

17            MR. FATTARUSO: Let's go off the   17:38:45

18      record.                                 17:38:46

19            THE VIDEOGRAPHER: Without         17:38:49

20      objection, we're going off the record   17:38:50

21      at 5:38 p.m.                            17:38:52

22            (Whereupon a break was taken)     17:38:54

23            THE VIDEOGRAPHER: The time is     17:44:58

24      approximately 5:44.                     17:45:03

25            We are back on the record.        17:45:05
```

Page 257

```
 1              K.  Dinershteyn
 2      Q.     Okay.                        17:45:09
 3             Ms. Dinershteyn, I think you 17:45:09
 4   said you had a personal laptop that you 17:45:12
 5   worked from home with; is that right?   17:45:13
 6      A.    So in early years, I worked from 17:45:18
 7   my personal laptop, if I had to work from 17:45:21
 8   home through some kind of plug-in        17:45:28
 9   software, and later years I had a work   17:45:30
10   laptop, Brevet-provided laptop.          17:45:33
11      Q.    Now, when you worked from home  17:45:36
12   on your personal laptop, did Brevet have 17:45:39
13   the right to go into that laptop?        17:45:44
14      A.    I knew that let's say Johnny    17:45:50
15   could access my computer if he wanted to. 17:45:55
16      Q.    Could he access your computer at 17:45:58
17   any time?                                17:46:01
18      A.    I'm sure he could.  He wouldn't, 17:46:01
19   but I'm sure he could.                   17:46:08
20      Q.    He had access your computer --  17:46:09
21      A.    Not when it was completely off. 17:46:14
22   There were limitations for what's        17:46:16
23   possible.                               17:46:18
24      Q.    But if you opened your laptop   17:46:18
25   and it was turned out, it was your belief 17:46:20
```

Page 258

```
 1                   K.   Dinershteyn
 2       that Johnny Lan could access your          17:46:22
 3       computer?                                  17:46:26
 4           A.    Once again, there are            17:46:26
 5       technological limitations.  I probably     17:46:26
 6       have to be signed on to Brevet.  Within    17:46:26
 7       technological limits.                      17:46:35
 8           Q.    And you gave him permission to   17:46:37
 9       do that?                                   17:46:40
10           A.    At several points in time, yes.  17:46:40
11           Q.    Did you have a cell phone?       17:46:46
12           A.    Yes.                             17:46:48
13           Q.    Did you ever conduct work on     17:46:49
14       your cell phone?                           17:46:52
15           A.    I had access to e-mail, to       17:46:53
16       Brevet e-mail.                             17:46:57
17           Q.    Was Brevet permitted to access   17:46:58
18       the files on your cell phone?              17:47:00
19           A.    I don't know.                    17:47:03
20           Q.    Could Johnny Lan access the      17:47:08
21       photos you took on your cell phone?        17:47:11
22           A.    I really don't know.             17:47:13
23           Q.    Are you aware of any business    17:47:17
24       opportunities that Mr. Iacovacci diverted  17:47:19
25       or took from Brevet?                       17:47:21
```

```
                                        Page 259
 1              K.   Dinershteyn
 2              MR. UNDERWOOD: I object to the     17:47:24
 3         form of the question.                   17:47:24
 4              THE WITNESS:  Again, I am aware     17:47:30
 5         of conversations that he had with       17:47:32
 6         Brevet employees kind of asking them    17:47:36
 7         to join him in his new venture.         17:47:39
 8         Q.   Are you referring to your          17:47:44
 9    testimony from your last deposition          17:47:46
10    session in which you talked about rumors     17:47:49
11    that you had heard?                          17:47:51
12         A.   Yes.                               17:47:53
13         Q.   Do you have any knowledge beyond   17:47:53
14    rumors that you heard?                       17:47:57
15         A.   I know that those conversations    17:47:59
16    happened.                                    17:48:01
17         Q.   How do you know those              17:48:02
18    conversations happened?                      17:48:04
19         A.   The other sides of those           17:48:04
20    conversations told me that, you know, he's  17:48:08
21    looking to start his company and actually    17:48:14
22    asked me to join him.                        17:48:18
23         Q.   What year was that?                17:48:20
24         A.   Again, as I told you before, I     17:48:23
25    am not going to be able to place it          17:48:26
```

Page 260

```
 1              K.  Dinershteyn
 2    exactly in the year.                    17:48:28
 3        Q.    Was it in 2013?               17:48:29
 4        A.    Again, it was before he broke 17:48:32
 5    his -- before Paul Iacovacci broke his  17:48:34
 6    leg.                                    17:48:38
 7        Q.    Was it years before?          17:48:38
 8        A.    Not year before, but one or two 17:48:40
 9    years before.                           17:48:43
10        Q.    Are you aware of any business 17:48:44
11    opportunities that Mr. Iacovacci diverted 17:48:50
12    or took from Brevet?                    17:48:51
13        A.    I wouldn't know -- no, I am not 17:48:54
14    aware.  But I wouldn't know.            17:48:58
15        Q.    Are you aware of Mr. Iacovacci 17:49:01
16    misappropriating any Brevet trade secrets? 17:49:03
17             MR. UNDERWOOD: I object to the 17:49:07
18        form of the question.              17:49:08
19             THE WITNESS: In the course of  17:49:13
20        this litigation, I heard that he took 17:49:14
21        Brevet materials.                  17:49:16
22        Q.    Do you have any personal      17:49:17
23    knowledge of that?                     17:49:18
24        A.    I haven't seen it.            17:49:20
25        Q.    Were you aware of the grounds 17:49:23
```

```
                                          Page 261

 1                  K.   Dinershteyn

 2    for Mr. Iacovacci's termination?         17:49:25

 3               MR. UNDERWOOD: I object to the    17:49:34

 4          form of the question.                  17:49:35

 5               THE WITNESS:  The exact reason,   17:49:38

 6          no.                                    17:49:41

 7          Q.    Are you aware of the grounds for  17:49:43

 8    his termination?                             17:49:47

 9          A.    I can speculate.  I don't -- I    17:49:50

10    haven't seen his termination paperwork.  I   17:49:56

11    don't know exactly what it says.             17:49:58

12          Q.    Did anybody tell you why Mr.      17:49:59

13    Iacovacci was terminated?                    17:50:01

14          A.    It was a long time ago.  I don't  17:50:04

15    remember the conversation.  I cannot         17:50:09

16    separate it from what I've read since        17:50:11

17    then.                                        17:50:14

18               MR. UNDERWOOD: One more           17:50:15

19          question, counselor.                   17:50:16

20               MR. FATTARUSO: Well, I have many  17:50:20

21          more questions.                        17:50:22

22          Q.    Did you discuss with anyone at    17:50:51

23    Brevet a plan to access Mr. Iacovacci's      17:50:56

24    personal computer and download his          17:51:03

25    documents?                                   17:51:09
```

Page 262

```
1              K.   Dinershteyn
2              MR. UNDERWOOD: I object to the      17:51:09
3        form of the question.                     17:51:10
4              THE WITNESS:  I wasn't even          17:51:12
5        aware that was happening before it        17:51:13
6        happened.  That's not part of my job      17:51:17
7        function, my job responsibility, no.      17:51:22
8              MR. FATTARUSO: Okay.                 17:51:27
9              MR. UNDERWOOD: We're done.           17:51:30
10             MR. FATTARUSO: Well, for the        17:51:31
11       record, I have many more questions.  I    17:51:32
12       understand that Mr. Underwood is          17:51:34
13       terminating the deposition.  We           17:51:36
14       reserve all rights.                        17:51:38
15             And Ms. Dinershteyn, I thank you    17:51:39
16       for your time today.                       17:51:41
17             MR. UNDERWOOD: For the record,       17:51:42
18       you agreed to the terms for Ms.            17:51:42
19       Dinershteyn to appear today, that they    17:51:45
20       would give you three hours on the         17:51:47
21       record and that would satisfy her         17:51:49
22       obligation.  We're now over three         17:51:52
23       hours on the record.  I am not            17:51:54
24       terminating your deposition over your     17:51:56
25       objection.  I'm terminating it            17:51:58
```

```
                                        Page 263

 1                    K.   Dinershteyn

 2          pursuant to the parties' agreement      17:52:01

 3          that led to the deposition today.       17:52:03

 4               MR. FATTARUSO: You can             17:52:06

 5          characterize your termination however   17:52:08

 6          you wish, Mr. Underwood.  I've made     17:52:10

 7          clear I have more questions to ask.  I  17:52:13

 8          understand that you're terminating the  17:52:16

 9          deposition.  The record is what it is.  17:52:18

10               MR. UNDERWOOD: And it's a good     17:52:21

11          thing that we have the e-mail in which  17:52:21

12          you accepted the terms for her          17:52:21

13          deposition today.                       17:52:25

14               So with that, I think we can go    17:52:25

15          off the record and let Ms. Dinershteyn  17:52:27

16          get home.                               17:52:29

17               THE VIDEOGRAPHER: Okay.            17:52:31

18               May I close out the deposition     17:52:32

19          for today?                              17:52:34

20               MR. UNDERWOOD: Yes.                17:52:36

21               THE VIDEOGRAPHER: I need both      17:52:37

22          counsel -- I'm sorry, I didn't hear     17:52:43

23          both of you answer.                     17:52:45

24               Mr. Fattaruso, is it okay to end   17:52:48

25          the deposition for today?               17:52:52
```

Page 264

```
 1              K.  Dinershteyn
 2         MR. FATTARUSO: Well, I think --        17:52:53
 3    I don't think there's anything more         17:52:58
 4    than that I can do.  Mr. Underwood          17:53:01
 5    controls the witness.  He's                 17:53:03
 6    terminating the deposition.  It is          17:53:04
 7    what it is.                                 17:53:06
 8         THE VIDEOGRAPHER: Okay.                17:53:08
 9         Well, we are off the record at        17:53:09
10    5:53 p.m., and this concludes today's       17:53:11
11    testimony given by Karina Dinershteyn.      17:53:15
12         The total number of media units       17:53:17
13    used was three and will be retained by      17:53:20
14    Veritext New York.                          17:53:22
15         Thanks, everyone.                      17:53:23
16         (TIME NOTED:  5:53 p.m.)
17
18
19    _____

      KARINA DINERSHTEYN
20
21

   Subscribed and sworn to before me
22

   this __ day of _____, 2021.
23

24    _____

       Notary public
25
```

Page 265

```
 1
 2                        *        *        *
 3
 4                     I N D E X
 5   WITNESS            EXAMINED BY          PAGE
 6   K. Dinershteyn Mr. Fattaruso        127
 7
 8                   E X H I B I T S
 9   FOR ID      DESCRIPTION              PAGE
10   Exhibit 3   E-mail dated
11               May 1, 2015              129
12   Exhibit 4   Excel spreadsheet       134
13   Exhibit 5   Profit and loss statement
14               for Brevet Short Duration
15               Partners LLC dated January
16               through December, 2015   187
17   Exhibit 6   Profit and loss statement
18               for Brevet Short Duration
19               Partners LLC dated January
20               through December, 2016   193
21   Exhibit 7   Document entitled
22               Consolidated Financial
23               Statements dated
24               December 31, 2016        201
25
```

```
                                          Page 266

 1

 2                      I N D E X (continued)

 3                    E X H I B I T S (continued)

 4    FOR ID        DESCRIPTION                  PAGE

 5    Exhibit 8    Document entitled

 6                 Consolidated Financial

 7                 Statements dated

 8                 December 31, 2015            203

 9    Exhibit 9    Profit and loss

10                 statement for Brevet Short

11                 Duration Partners LLC

12                 dated January through

13                 December, 2017              205

14    Exhibit 10   Profit and loss statement

15                 for Brevet Short Duration

16                 Partners LLC dated January

17                 through December, 2018      210

18    Exhibit 11   Profit and loss statement

19                 for Brevet Short Duration

20                 Holdings LLC dated January

21                 through December, 2015      213

22    Exhibit 12   Document entitled

23                 Fact Sheet as of

24                 January 31, 2015            220

25
```

```
                                        Page 267

 1

 2                      I N D E X (continued)

 3                    E X H I B I T S (continued)

 4     FOR ID        DESCRIPTION                  PAGE

 5     Exhibit 13   Document entitled

 6                  Fact Sheet as of

 7                  December 31, 2016           223

 8     Exhibit 14   Document entitled

 9                  Fact Sheet as of

10                  December 31, 2017           224

11     Exhibit 15   Document entitled

12                  Fact Sheet as of

13                  December 31, 2019           225

14     Exhibit 16   Document entitled

15                  Transaction By Account      245

16     Exhibit 17   Document entitled

17                  Transaction By Account      252

18     Exhibit 18   Document entitled

19                  Unaudited and Preliminary

20                  Portfolio Summary for

21                  Subclass A Interests as of

22                  January 31, 2013            241

23

24

25
```

Page 268

1

2                    CERTIFICATION BY REPORTER

3

4          I, Wayne Hock, a Notary Public of the

5     State of New York, do hereby certify:

6          That the testimony in the within

7     proceeding was held before me at the

8     aforesaid time and place;

9          That said witness was duly sworn

10    before the commencement of the testimony,

11    and that the testimony was taken

12    stenographically by me, then transcribed

13    under my supervision, and that the within

14    transcript is a true record of the

15    testimony of said witness.

16          I further certify that I am not

17    related to any of the parties to this

18    action by blood or marriage, that I am not

19    interested directly or indirectly in the

20    matter in controversy, nor am I in the

21    employ of any of the counsel.

22          IN WITNESS WHEREOF, I have hereunto

23    set my hand this 29th day of October, 2021.

24

25    WAYNE HOCK

```
                                                          Page 269

 1
 2                    ERRATA SHEET
              VERITEXT LEGAL SOLUTIONS
 3
      CASE NAME:            IACOVACCI V. BREVET
 4    DATE OF DEPOSITION:   October 18, 2021
      WITNESS' NAME:        KARINA DINERSHTEYN
 5
      PAGE/LINE(S)/   CHANGE           REASON
 6    ____/_____/_____/_____
      ____/_____/_____/_____
 7    ____/_____/_____/_____
      ____/_____/_____/_____
 8    ____/_____/_____/_____
      ____/_____/_____/_____
 9    ____/_____/_____/_____
      ____/_____/_____/_____
10    ____/_____/_____/_____
      ____/_____/_____/_____
11    ____/_____/_____/_____
      ____/_____/_____/_____
12    ____/_____/_____/_____
      ____/_____/_____/_____
13    ____/_____/_____/_____
      ____/_____/_____/_____
14    ____/_____/_____/_____
      ____/_____/_____/_____
15    ____/_____/_____/_____
      ____/_____/_____/_____
16    ____/_____/_____/_____
      ____/_____/_____/_____
17    ____/_____/_____/_____
18
19
20            _____
              KARINA DINERSHTEYN
21    SUBSCRIBED AND SWORN TO
      BEFORE ME THIS_____DAY
22    OF_____,2021.
23    _____
           NOTARY PUBLIC
24
      MY COMMISSION EXPIRES_____
25
```

[& - 4:42]                                                                              Page 1

| **&** |
| --- |
| **&**   124:14 |

| **0** |
| --- |
| **0174075**   210:14 |
| **0174076**   246:2 |
| **0174078**   188:8 |
| **0174079**   205:20 |
| **0174093**   214:9 |
| **0174098**   203:24 |
| **0174139**   252:9 |
| **0174148**   201:24 |
| **0180088**   129:20 |
| **0180090**   134:23 |
| **0306160**   241:20 |
| **039354**   224:25 |
| **039406**   226:6 |
| **039426**   220:18 |
| **039469**   223:22 |
| **08048**   126:12 |

| **1** |
| --- |
| **1**   122:17 129:14 |
| 208:2 265:11 |
| **1.19**   213:5 |
| **1.6**   215:4 |
| **10**   210:7,10 216:19 |
| 266:14 |
| **10/18**   130:6 |
| **10/4**   130:5 |
| **10/4/2021**   130:22 |
| **10/4/21**   129:23 |
| **100**   122:18 |
| **10006**   124:5 |
| **10606**   124:15 |
| **1074096**   193:19 |
| **11**   213:23 214:6 |
| 266:18 |
| **12**   220:14,16 |
| 266:22 |
| **12-31-14.xlsx** |
| 134:16 |

| **12/31/2015**   249:7 |
| --- |
| **127**   265:6 |
| **129**   265:11 |
| **13**   223:13,19 267:5 |
| **134**   265:12 |
| **14**   224:22,24 267:8 |
| **15**   131:19 226:2,5 |
| 267:11 |
| **15222**   124:20 |
| **16**   213:8 245:22,24 |
| 267:14 |
| **16.2**   174:25 175:5 |
| **17**   213:8 252:5,8 |
| 215:5 223:12 |
| **18**   122:21 126:4,12 |
| 241:15,19 267:18 |
| 269:4 |
| **18376.88**   148:19 |
| **187**   265:16 |
| **193**   265:20 |

| **2** |
| --- |
| **200,000**   206:19 |
| **2009**   247:15,22 |
| 250:17 |
| **201**   265:24 |
| **2010**   200:2 247:16 |
| 247:18,18 250:17 |
| **2011**   248:4 |
| **2012**   248:17 |
| **2013**   131:22 |
| 241:14 248:5,17 |
| 260:3 267:22 |
| **2014**   131:20 135:7 |
| 161:23 169:4 |
| 248:18 |
| **2014/2015**   145:22 |
| **2015**   129:14 |
| 132:22 133:11 |
| 187:24 188:7 |
| 194:15,16 195:3 |
| 199:25 200:3 |

| 203:13,17 204:4 |
| --- |
| 204:18 213:8,15 |
| 213:22 214:12 |
| 215:5 220:13 |
| 221:5 223:15 |
| 224:17 248:18 |
| 249:16 265:11,16 |
| 266:8,21,24 |
| **2016**   193:11,18 |
| 194:15 195:3 |
| 197:23 199:7,22 |
| 200:13,25 201:6 |
| 201:12 202:15,21 |
| 215:5 223:12 |
| 224:2,17 249:16 |
| 250:22 265:20,24 |
| 267:7 |
| **2017**   195:3 205:13 |
| 215:7 224:21 |
| 225:5 266:13 |
| 267:10 |
| **2018**   210:6,11,24 |
| 211:7 213:15 |
| 215:8,22,24 |
| 216:17 217:4,18 |
| 226:20 227:5 |
| 266:17 |
| **2019**   169:5 225:25 |
| 226:10,20 227:6 |
| 267:13 |
| **2021**   122:21 126:4 |
| 264:22 268:23 |
| 269:4,22 |
| **203**   266:8 |
| **205**   266:13 |
| **210**   266:17 |
| **213**   266:21 |
| **220**   266:24 |
| **223**   267:7 |
| **224**   267:10 |

| **225**   124:19 267:13 |
| --- |
| **24**   247:15,18 |
| **240,000**   200:20 |
| **240,876.97**   194:9 |
| **241**   267:22 |
| **245**   267:15 |
| **252**   267:17 |
| **29th**   268:23 |
| **2:12**   122:22 126:4 |
| **2:17**   131:3 |
| **2:18**   131:7 |

| **3** |
| --- |
| **3**   129:15,18 130:10 |
| 130:12,16 131:10 |
| 133:24 265:10 |
| **3.1**   189:2 194:8 |
| 204:9 |
| **3.6**   204:14 |
| **31**   131:22 135:7 |
| 201:6 203:13 |
| 220:13 223:12 |
| 224:2,21 225:5,25 |
| 226:10 241:14 |
| 248:5,17,17,18,18 |
| 265:24 266:8,24 |
| 267:7,10,13,22 |
| **3922**   268:24 |
| **3:20**   177:23 |
| **3:28**   178:4 |

| **4** |
| --- |
| **4**   127:17,23 128:10 |
| 128:13,17 129:3 |
| 133:22 134:19,22 |
| 134:22 247:16 |
| 265:12 |
| **4094**   203:24 |
| **4:42**   232:8 |

**5**

**5**  187:25 188:3
  265:13
**5.7**  202:10,15
**50**  124:14
**55**  124:4
**599**  123:9
**5:02**  232:12
**5:38**  256:21
**5:44**  256:24
**5:53**  264:10,16

**6**

**6**  193:12,14,14
  202:18 265:17

**7**

**7**  201:7,11 265:21
**780,000**  206:3

**8**

**8**  203:14,19 247:18
  266:5
**800,000**  198:16
  217:8
**850,000**  215:9
**851,624**  218:5

**9**

**9**  205:14,17 266:9
**97719.13**  148:18

**a**

**ability**  174:4 256:3
**able**  135:12
  139:15 159:12
  167:13 176:21
  194:20 223:17
  225:20 255:22,24
  255:25 259:25
**accepted**  133:17
  263:12
**accepting**  154:13

**access**  240:12,16
  240:21 241:5,6,8
  257:15,16,20
  258:2,15,17,20
  261:23
**account**  245:21
  250:11,12,13,15
  250:21,24 251:6
  251:11 252:4,20
  267:15,17
**accounting**  149:15
  205:4,5,6 232:19
  232:22 233:14,18
  233:20 234:7,10
**accounts**  208:4
  227:19,24 230:15
  234:22 236:24
  246:10 247:4,6
**accrual**  205:4,6
**accruals**  149:15
**accrued**  146:4
  147:7 189:11
  199:11 248:9
**accrues**  146:25
**accruing**  198:21
**accumulated**
  146:16
**accurate**  180:18
  219:18 220:2
  229:4,13 230:11
  230:12,23
**action**  126:12,23
  268:18
**actual**  194:11
  196:7
**add**  129:2
**additional**  141:18
  158:23
**addressed**  184:11
**adina**  124:11

**adjustments**
  236:14
**administer**  126:21
**administrative**
  152:7
**administrator**
  149:13,14 150:3
  150:16 152:12
  154:15,19 165:4
  192:25 234:24
  235:11,11,15
  240:7
**administrator's**
  149:19,21 235:8
  235:10
**administrators**
  150:10
**admit**  171:11,19
  172:11
**admitted**  172:24
  173:5,6,9
**affect**  181:16
**aforesaid**  268:8
**afternoon**  126:3
  127:13
**ago**  135:14 261:14
**agree**  150:9
  197:20 202:22
  217:13,14,16
**agreed**  262:18
**agreement**  148:10
  150:6 153:10
  230:17 231:14
  237:2 263:2
**agreements**  193:3
  227:20 228:22
  229:15 231:24
**ahead**  129:21
  171:15
**allocated**  209:4
  212:14

**allocation**  138:12
  164:22 174:11
  202:9,10 204:13
  211:17
**allow**  212:9
**allowed**  211:11
  212:5
**alternatively**
  171:10
**amended**  165:17
  165:24
**amendment**
  166:19 167:25
**amendments**
  166:3,4,7,11
**amount**  138:8
  143:22 145:7
  147:3 154:25
  155:6,12 156:16
  156:18 157:3
  164:19 180:3,15
  193:4 206:8 221:9
  223:3 225:14
  242:15,17
**amounts**  138:5,10
  138:16 144:24
  151:16 166:8
  179:17 187:4
  189:5 192:16
  222:25 242:12
  250:3 252:16
**analysis**  135:6
**annual**  198:22
**answer**  169:25
  177:6 196:19
  198:6 234:15
  263:23
**anybody**  128:8
  170:17 186:18
  208:22,24 254:25
  255:5 261:12

**apart** 152:20
153:4
**appear** 157:17
198:13 243:3
262:19
**appearance**
126:25
**appearing** 126:15
**appears** 139:24
150:24 151:5
**apply** 197:14
**applying** 205:5,7
**approvals** 209:25
**approved** 242:14
**approximately**
131:3,7 178:4
202:15 204:9
232:8,12 238:6
256:24
**arrangement**
184:16 185:2
**ascertain** 157:2
**aside** 135:16
**asked** 161:23
162:3,12 259:22
**asking** 133:17
195:2 259:6
**aspect** 156:25
**asset** 143:22 153:9
156:10 197:18
231:10,15,19
243:6
**assets** 138:13
139:13,18 140:2
140:23 141:6
143:18 144:22
151:10,17 152:14
152:22,25 153:6
153:12 155:14
156:21 157:8,16
157:22 158:6,9,22

158:24 159:3
164:15 191:20,22
195:12 196:3,8
221:8,12,15
222:13 224:4,7,12
226:12 228:9,20
229:5,15 230:19
230:23 231:6,23
231:25 238:9,14
238:15,17,19,24
242:21,25 243:25
244:8,9,24
**assistant** 152:7
**associated** 207:7
**assumed** 255:4
**assuming** 202:18
**assure** 183:9
**attached** 134:3
135:8
**attaching** 131:20
**attachment**
134:14,15
**attorneys** 124:4,19
**attributable** 213:6
214:20
**audited** 205:7
241:9
**aum** 191:19 195:8
195:9,11 221:18
221:20 222:17,19
223:4 225:7
226:25 227:4,7
228:17 230:13
231:10 232:2
236:22
**authorized** 126:21
168:5,9,10,12,17
**avenue** 123:10
124:19
**aware** 128:4
190:24 203:7

207:18 213:2,3
238:18 240:25
241:2 258:23
259:4 260:10,14
260:15,25 261:7
262:5

**b**

**b** 265:8 266:3
267:3
**back** 131:8 132:22
133:23 154:14
158:8 178:5,8
180:24 181:2
185:9,12 187:17
187:19 199:15
204:17 206:3
222:21 232:13,16
236:6,19 250:16
256:25
**backside** 221:17
**balance** 151:18,21
152:6,9 154:4
157:4,18 158:10
199:24 200:5
249:15 250:11,13
250:15,21,24
251:15 252:21
**balances** 251:6,11
**bank** 132:24
133:13 151:17
189:14
**based** 138:12,17
147:23 192:23
193:4 239:25
**basis** 157:25
170:14 173:2
204:21
**bates** 129:19
130:18 134:23
188:8 193:18
201:24 203:23

205:20 210:14
214:8 223:21
224:25 226:6
241:20 246:2
252:9
**bdsh** 155:19
156:17
**bearing** 203:23
205:20
**began** 127:17
**beginning** 127:22
129:19 178:6
188:7 198:9,20
203:23 224:25
226:6 232:14
241:20 246:2
251:10 252:9
256:8
**begins** 220:17
**belief** 213:12
257:25
**believe** 133:5
135:5 140:5 143:5
161:16 169:10
174:22 176:24
182:12 203:2
204:10,17,20
206:23 207:10,16
209:16 210:10
213:9 215:25
221:16 228:14
230:22
**believed** 161:19
230:12
**belonged** 177:3
**belongs** 209:11,17
**benchmarks**
219:13
**best** 168:25 169:7
191:5 235:23
237:21

**better** 171:4,8
**beyond** 236:17
  259:13
**bigger** 218:9,16
**biggest** 217:11
**block** 140:9
**blood** 268:18
**booked** 157:13
  234:9,9,12
**books** 151:25
  152:20 153:5
  156:23,25 158:24
  188:16,17 205:22
  234:12,18,25
  235:3,8,10,14,18
  235:22 236:3,10
  246:5 251:7,20
**borrow** 189:25
  208:12
**borrowed** 208:9
**borrowing** 189:21
  189:22 200:10,12
**bottom** 199:13
**bottommost**
  131:15
**break** 128:2 131:5
  177:16 178:2
  232:4,6,10 236:21
  256:22
**breakdown**
  141:21
**brevet** 122:7,7,8,9
  122:11,12,12,13
  122:14,14,15,17
  126:9 127:18
  129:8,9,11 131:21
  132:3 135:24
  136:10,11 137:14
  140:8,10,16,23,25
  141:24 142:13,18
  142:22 143:6,19

150:11,13,15,21
151:9,10,11,20
153:7,13 155:2,7,8
155:12,14,15
156:10,22 157:7
157:16,20 158:5
158:10,20 160:7,8
161:12 163:22
164:7,8 165:8
168:5 169:9
170:23 171:12,20
172:4,10,24
173:21 174:10
175:2,4 176:5,7,7
177:5 180:14
181:7,8,18 182:10
182:10 183:19,24
184:3,4,6,13 185:3
185:20 187:22
188:5,12 190:8,18
191:12,14,17,25
192:13,14,18
193:9,16,23 200:9
201:22 202:21
203:4 205:11,23
206:6,11,15 207:8
207:11,16 210:4
210:19,20 211:21
211:22 213:20
214:4,12,23,24
215:13 216:8,12
216:13,17 217:3
217:18 221:2,3
223:24 225:4
226:8 230:15
235:3,7,9,12,12,21
236:9,10,16,25
237:6,18 241:23
242:14 244:23
245:9 246:12
247:24 248:21

251:5 252:12,21
253:3,6,17 255:6
255:10 257:10,12
258:6,16,17,25
259:6 260:12,16
260:21 261:23
265:14,18 266:10
266:15,19 269:3
**brevet's** 150:4
  190:25 218:17
  245:13 250:25
**brevetnew** 220:18
  223:22 224:25
  226:6
**brevetrepro**
  129:20 134:23
  188:8 193:19
  201:24 203:24
  205:20 210:14
  214:9 241:20
  246:2 252:9
**brief** 182:14
**briefly** 128:14
**broadway** 124:4
**broke** 128:9 260:4
  260:5
**brought** 183:18
  186:23
**bulk** 202:23
**business** 137:3
  191:17 258:23
  260:10

---

**c**

**c** 124:2 125:2
  136:4,5 139:4
**calculate** 150:4
**calculated** 138:11
  138:17 139:9
  143:11 155:13
  156:4

**calculating** 175:16
**calculation** 149:5
  150:24 164:7,13
  165:5,12,20,22
  174:12 182:13
  197:6 198:23
  228:17
**calculations** 150:5
  150:11,17 182:5,7
  240:6
**callahan** 122:14
  131:18 160:11
  168:11 208:21
**called** 134:16
  167:24
**capacity** 223:7
**capital** 122:7,12
  122:14,17 155:7
  175:2,4 183:19,24
  184:3 191:13,15
  192:13 195:13
  203:4 206:11
  211:22 241:23
  247:17 250:11,12
  250:13,15,16,20
  250:24 251:6,11
  252:20
**captured** 154:3
**captures** 200:2
**cared** 254:23
**case** 158:3 215:23
  218:2 269:3
**cases** 206:24 207:3
**cash** 141:5,24
  142:7,13 151:9,11
  151:16 154:2,15
  155:12,19 156:17
  157:10,23,25
  158:21 159:3
  204:21 205:4,5
  238:21,23,25

248:8,12 251:22
251:25
catch  251:23
categories  176:10
cell  138:21 143:8
   143:16 145:4
   148:13,14 150:24
   150:24 155:2
   156:5,8,17 258:11
   258:14,18,21
cells  144:24 151:5
certain  243:25
   244:8,23,24
certification  268:2
certify  268:5,16
cf  124:6,8,9,10
cfo  233:7,7
chain  131:16
   132:20
change  129:2
   161:23 162:4,13
   162:22,24 165:13
   165:21 167:11,15
   168:15 169:13,15
   170:18 173:6,9,22
   174:3,13,18 179:5
   179:17,18 180:2,4
   180:16 181:16,19
   182:15,16 183:10
   183:15 184:21,23
   185:16,23,24
   194:5,7,13 204:14
   206:10,13 213:11
   215:5,12,17 222:2
   222:8,12 269:5
changed  162:18
   163:13 165:17
   166:12 167:8
   174:15,19 176:22
   176:25 227:5

changes  163:24
   165:19 166:10,22
   180:9 181:25
   197:21 213:13
   236:14
changing  163:17
characterize  263:5
charges  189:15
chart  136:24
   137:4,5,12
chief  122:11
choose  248:11
civil  126:11
clarify  146:6
   242:9
class  166:19
clean  220:8
clear  187:2 220:8
   263:7
clearly  244:5
click  144:14
   199:15 201:15
close  263:18
colin  124:21
   128:21
column  136:4,5,6
   138:4,5,7 139:4,25
   145:11 161:7
   202:7 242:16
columns  155:20
   161:7
combination
   211:23
come  150:7 151:16
   161:22 165:2
   228:3 242:12
comes  151:18
   153:17 161:17
   173:17 188:15
comfortable
   185:22 186:24

coming  154:16
commencement
   268:10
commission
   269:24
commitments
   222:17,20,23
   223:4 224:8,13
   225:8
committee  208:17
common  160:15
communication
   154:14 243:18
communications
   154:19 244:25
   254:4
companies  138:13
   152:22 157:25
   217:25
company  122:7,8
   122:9,10 137:10
   139:13 141:6,7
   151:19,21 153:7
   160:14,16 171:2,4
   171:6,8,9 173:25
   174:5 191:2 233:9
   256:10 259:21
company's  139:17
   140:2 174:4
compare  195:3
comparison
   219:12
compensated
   171:25
compensation
   176:5
competent  128:5
compilation
   213:25 214:2
complete  196:19
   219:18 246:12

completely  257:21
compliance
   209:16 220:11
   253:10,16 254:11
   254:17
complicated  180:6
component  150:23
composition
   197:19 242:7
computer  256:6
   257:15,16,20
   258:3 261:24
concept  179:17,22
   200:2
conceptually
   180:6
concern  254:22
concerns  179:3
   185:16,18,24,25
   213:10 215:11,16
   245:13
conclude  170:5,14
concluded  229:13
concludes  264:10
concluding  230:11
conclusion  231:24
conduct  258:13
confident  200:23
connection  207:20
   213:8
connections  190:7
   190:12
consideration
   175:10 194:11
considered  175:18
considering  181:6
consist  222:21
consistent  221:19
   222:4 224:15
   225:11 226:19
   227:2

**consolidated** 201:5 203:12 265:22 266:6
**consult** 192:19
**consultant** 245:10
**context** 133:9,12
**continue** 127:16 173:25
**continued** 123:6 125:2 129:24 150:20 266:2,3 267:2,3
**continuing** 182:23
**contribute** 142:9 142:12
**contribution** 153:25 154:12,13 247:17
**contributions** 141:16,19,24 142:7 154:8 162:21 247:24 250:17 251:16
**controller** 132:15 132:16
**controllers** 132:14
**controls** 254:7,16 264:5
**controversy** 268:20
**convenient** 173:24 177:15
**conversation** 187:13 229:10 261:15
**conversations** 170:19 183:14 186:22 245:18 259:5,15,18,20
**corner** 144:9 223:17

**correct** 151:12 166:24 174:21 175:6 176:15 196:16 214:17 217:5 228:11 233:10
**correctly** 155:5
**corresponding** 136:17 193:7 197:15
**corresponds** 145:6
**counsel** 126:7 263:22 268:21
**counsel's** 126:25
**counselor** 261:19
**counted** 228:9
**couple** 165:18 166:18 219:11,13 222:8 249:2
**course** 170:4,6,15 186:25 215:3 260:19
**court** 122:2 126:10,19 127:3 180:24 187:16
**cover** 201:22 202:2,2
**covered** 209:12
**created** 198:5 237:17
**creates** 217:25
**credit** 222:25 223:2
**cumbersome** 171:13
**cunderwood** 124:21
**current** 197:5,8,9
**cv** 126:12
**cyrulnik** 124:3,7

**d**

**d** 127:6 138:4,5,7 139:25 265:4 266:2 267:2
**d2** 138:21 139:3
**d36** 156:22
**d42** 143:8,17 144:18,23 150:24 156:11
**d51** 155:3 156:18
**da** 125:8
**date** 147:5,6 237:19,20 238:5 269:4
**dated** 129:13 187:23 193:10 201:6 203:13 205:12 210:5 213:21 265:10,15 265:19,23 266:7 266:12,16,20
**dates** 168:24 210:23
**david** 125:7
**day** 136:25 264:22 268:23 269:21
**deal** 209:23
**dealt** 239:12
**debt** 218:4
**december** 131:22 135:7 164:21 187:24 188:7 193:11,18 198:10 199:4,7 201:6 202:21 203:13 205:13 210:6,24 213:22 223:12 224:2,21 225:5,25 226:10 247:18 248:5,17,17,18,18 250:22 265:16,20

265:24 266:8,13 266:17,21 267:7 267:10,13
**decide** 234:5
**decided** 212:15
**deciding** 209:3
**decision** 208:16,17 208:18,23 228:19
**decisions** 208:11 208:25
**decreases** 215:5
**defendants** 122:19 124:19
**define** 218:15
**defined** 229:23
**definitely** 238:25 253:8 254:12
**definition** 221:18 222:4 226:25 227:5 229:22 230:10
**definitions** 222:21
**delaware** 122:7,8 122:9,10
**department** 132:10,11 150:14 219:3 242:13,20 253:10,17 254:12 254:17
**departure** 162:17 163:22 237:23 238:3
**depend** 160:2
**depending** 148:8 160:5,22,23
**depends** 137:18 196:7
**deposit** 247:13,14 247:14,15
**deposition** 123:7 126:6,13 127:16

127:23 128:9,17
129:22 130:4,5,12
130:21 251:10
259:9 262:13,24
263:3,9,13,18,25
264:6 269:4
**derived** 155:6
216:7
**describe** 220:25
**described** 145:10
**describes** 211:9
**description** 249:21
265:9 266:4 267:4
**details** 139:14
149:8,15 166:16
184:23 211:14
212:3 253:12
**determination**
211:20 212:10
**determine** 149:11
151:15 229:7
**determined**
141:12 147:16,18
147:22 239:22
**determines** 240:4
**determining**
242:21
**devine** 125:6
126:16
**dictate** 147:24
193:3 197:6
**dictated** 193:6
**difference** 140:21
187:6 205:2
**differences** 150:8
**different** 135:24
138:8 148:7,8
157:9,10 170:21
170:25 171:5,9
176:19,20 177:10
179:19 180:8

183:11 210:22
234:15,16
**dinershteyn** 123:7
126:7 127:13
128:1 129:1,14,23
130:1,5,6,22 131:1
131:9 132:1 133:1
134:1,19 135:1
136:1 137:1 138:1
139:1 140:1 141:1
142:1 143:1,4
144:1,6 145:1
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1 156:1 157:1
158:1 159:1 160:1
161:1 162:1 163:1
164:1 165:1 166:1
167:1 168:1 169:1
170:1 171:1 172:1
173:1 174:1 175:1
176:1 177:1 178:1
178:8 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1,24 188:1
189:1 190:1 191:1
192:1 193:1,11
194:1 195:1 196:1
197:1 198:1 199:1
200:1 201:1,7
202:1 203:1,14
204:1 205:1,13
206:1 207:1 208:1
209:1 210:1,6
211:1 212:1 213:1
213:22 214:1
215:1 216:1 217:1
218:1 219:1 220:1
220:14 221:1

222:1 223:1,13
224:1,22 225:1
226:1,2 227:1
228:1 229:1 230:1
231:1 232:1,16
233:1 234:1 235:1
236:1 237:1 238:1
239:1 240:1 241:1
241:15 242:1
243:1 244:1 245:1
245:22 246:1
247:1 248:1 249:1
250:1 251:1 252:1
252:5 253:1 254:1
255:1 256:1 257:1
257:3 258:1 259:1
260:1 261:1 262:1
262:15,19 263:1
263:15 264:1,11
264:19 265:6
269:4,20
**direct** 142:6,13,18
142:22 201:22
221:3 223:24
225:4 226:8 237:6
**directed** 175:3
**direction** 132:18
**directly** 228:4
268:19
**directories** 130:3
**disappeared** 211:6
**disclosure** 244:7
**disclosures** 245:14
**discretionary**
211:19 212:10
**discuss** 261:22
**discussed** 127:22
186:20,21 213:7
239:19
**discussing** 134:8
178:12 188:24

194:3 236:22
**discussion** 178:20
182:14 229:2,12
**discussions** 159:22
159:25 160:6,9,13
172:20 179:8
181:5 186:19
187:2 228:18
229:3,6
**distinguishing**
176:9
**distribution** 248:4
248:12 249:8,12
249:24
**distributions**
248:14,16 251:17
**district** 122:2,2
126:10,11
**diverted** 258:24
260:11
**document** 129:6
129:18 131:10,12
133:11 134:22,25
148:2 184:20
188:4,10 192:24
193:15,20,22
196:25 201:4,20
201:21,25 203:11
203:23,25 205:16
205:19,21 210:14
210:18 211:9,15
211:16 212:3,5,9
214:7 220:12,19
220:25 223:11
224:20 225:24
241:11,19,21
245:20,25 246:3
252:3,8,10 265:21
266:5,22 267:5,8
267:11,14,16,18

**documentation**
154:6
**documented** 150:6
153:21,25 184:21
185:6 196:23
209:19
**documents** 128:12
130:7 131:25
132:8,17 147:24
147:24 152:21
153:5 165:16,23
166:13,25 167:2
167:12,14,17,17
167:19,21,24
168:3,14 170:11
179:5,6 184:11,22
192:18 193:7
196:14,22 197:4,9
242:2 250:25
261:25
**doing** 133:14
**dollar** 138:8,10
**dollars** 215:6,8
**domestic** 148:11
**doubt** 202:14
226:16
**doug** 160:11
162:12 168:11
181:23 182:4
208:20
**douglas** 122:10
131:19 184:8
**download** 261:24
**draft** 128:14,16
**dramatic** 213:11
**dramatically**
194:19
**drawn** 223:2
**drill** 170:10,13
**driven** 141:15
215:25

**driver** 216:21,25
217:17 218:10,16
**drives** 214:15
**due** 164:17 186:3
194:13 250:3
252:16
**duly** 127:7 268:9
**dumain** 124:10
**duration** 122:8,9
122:12,13,15,15
129:8,9 140:8,11
140:17,24,25
141:11,25 142:14
142:22 143:7,19
144:22 145:11
146:10 149:12
151:9,10,11 153:7
153:13 155:2,9,12
155:15,16 156:10
164:8,9,16,23
165:9 171:12,20
172:12,25 174:10
180:14 181:8,9,18
182:10,11 184:14
185:3 186:4,5
187:22 188:5,12
191:15,25 193:9
193:16,23 200:25
201:13,23 202:3
202:22 204:3,7
205:11,24 206:7
206:16 207:9,11
207:17 210:4,21
211:21 213:12,20
214:4,12,24,25
215:13 216:9,12
216:13,17 217:3
217:19 218:20
221:3,4 223:25
225:4 226:9
227:21 228:21

229:16 230:4
231:16 237:7
246:5,13 247:25
248:21 252:12,21
265:14,18 266:11
266:15,19

**e**

**e** 124:2,2 125:2,2
127:6,6 129:13
131:13,15,17
133:3,6,25 134:14
135:8,14 154:23
161:18 182:12
253:4,7,14,18
254:13,21,25
255:4,13,17,23,24
256:2,3 258:15,16
263:11 265:4,8,10
266:2,3 267:2,3
**earlier** 130:19
177:11 239:13
**early** 257:6
**earned** 145:15,18
145:23,25 147:2,8
**easier** 144:7
**effected** 166:10
**efficiency** 171:3
**efficient** 173:24
174:7 186:7,13
187:7
**eight** 143:9,15,24
199:22 212:20
216:6
**either** 132:9
158:21 195:8
243:8 255:6,9,12
**else's** 178:25
**emergency** 170:10
170:13
**employ** 268:21

**employee** 176:12
176:14,18 177:5
177:10
**employees** 176:5,7
176:11 259:6
**employer** 176:25
**enable** 144:15
172:13
**enacted** 179:7
**encompassed**
239:17
**encompasses**
237:6
**ensure** 171:23
174:5 180:12
**ensuring** 184:12
**entered** 230:16
237:2
**entering** 233:14
233:17
**entire** 137:13
200:24 202:20
**entirely** 155:6
211:6
**entities** 131:21
132:4 135:24
136:9,18,19 137:3
137:8,9,14,25
138:8 139:23
151:25 152:3,15
161:12,25 162:5
162:14 163:19,25
168:6,13,17
170:21 176:20
204:20 211:19
212:7 231:8
234:16,19 235:2
236:10,17
**entitled** 146:8
175:5 180:4,16
186:10,11 187:3

201:4 203:11
220:12 223:11
224:20 225:24
241:11 245:20
248:11 252:3
265:21 266:5,22
267:5,8,11,14,16
267:18
entity  136:15
138:21 140:7
142:6 154:2
158:22 164:18
165:25 166:16
168:8 174:13
176:17 177:2,4
179:19 180:2,8,9
180:17 183:11,12
188:16 191:15
192:6 202:24
203:3,8 207:15,19
212:11 234:13
235:21 236:9
entity's  139:24
entries  140:22
188:17 232:18,19
232:21,22,25
233:3,20 234:6,9
236:17 246:21
247:12,17 248:4
entry  140:16
233:9 234:11
235:25 236:8,12
249:9 250:2,8
252:15
equals  148:18
errata  269:2
esq  124:6,7,9,10
124:11,16,21
estimate  168:25
everybody  174:9

exact  149:8 165:10
167:14 183:13
206:10,13 211:9
211:11 216:21
253:2,12 261:5
exactly  135:13
175:19 185:14
208:15 225:17,19
249:13 250:5
260:2 261:11
examination
127:11
examined  127:9
265:5
example  127:23
138:20 174:23
222:25 223:4
examples  244:14
excel  134:18
235:14,18 265:12
exception  235:20
excerpt  201:12
203:17 204:11
exchange  134:2
exclude  244:8
excluded  243:6,9
243:11,15 244:10
excluding  143:20
243:24
exclusion  244:24
execute  170:10
exhibit  129:15,17
129:18 130:10,12
130:16 131:10
133:22,22,24
134:19,22,22
187:25 188:3
193:12,14,14,14
201:7,11,11
202:18 203:14,19
205:14,17 210:7,9

210:10 213:23,24
214:6 216:19
220:14,16 223:13
223:16,18,19
224:22,24 226:2,5
241:15,18,19
245:22,24 252:5,8
265:10,12,13,17
265:21 266:5,9,14
266:18,22 267:5,8
267:11,14,16,18
exhibits  129:24
201:15
existing  180:9
exit  182:18,19
exiting  182:25
expanded  227:10
227:16
expect  254:6,14
expectation  146:2
expected  164:21
255:23 256:2
expense  175:10,13
189:16,17 190:16
191:11 193:6
198:14,15,19
199:5,8,17,22
206:17 207:24,25
208:5 209:17
213:5,14 217:11
217:14,17 218:9
expenses  175:22
176:4 189:14
191:24 209:13
212:21,25
expires  269:24
explain  146:23
170:17 197:22
explicit  184:20
explicitly  237:12

express  179:3
185:18 213:10
215:11
external  189:20
190:16 198:15
199:17 213:4

**f**

f  161:7 163:8
fact  134:9 158:4
162:18 170:12
202:19 218:18,23
219:2,5,7,9,17,25
220:4,7,10,13
221:4,7,14 222:3
223:12,25 224:11
224:21 225:3,25
226:9 227:2,18
228:10 229:24
230:8 236:20
244:20 266:23
267:6,9,12
factored  176:4
223:3
facts  173:20
fair  141:20 178:17
179:10,14 181:25
200:22 223:9
231:9,25
fairly  179:7
181:12
fairness  186:20,25
familiar  218:17
far  146:8 190:21
fattaruso  124:3,6
127:12 129:21
130:9,15,20,24
142:21 163:8
177:17 180:23
187:16 232:5
256:17 261:20
262:8,10 263:4,24

264:2 265:6
**february** 198:12
**federal** 127:17
**fee** 145:11,17,20
  145:23,25 146:3,7
  146:15,17,22,25
  147:7,9,11 148:4
  149:6,12 150:4,7
  150:17 164:17,20
  165:2,4,6,13,20
  166:23 167:7,8
  168:16 171:5,9
  172:7,14 173:13
  173:22 174:21
  175:3 178:11
  179:15,18,25
  180:18 183:17,22
  183:23 188:23
  192:23 194:3,14
  194:17 195:4
  197:15,17,22
  200:24 202:12,23
  203:3,9 204:8,18
  204:22 205:3
  206:3,8 211:3,6,10
  211:12,18 212:6
  212:11,16 213:14
  239:10 248:20
  249:10,11
**feel** 187:12
**fees** 145:16 149:16
  193:4 207:7,20
  209:4 215:22,25
  216:8,24 217:7,15
  218:2 239:5,5,8,14
  239:17,22 249:15
**fifteen** 220:21
  221:16 223:7
**fifth** 124:19
**fifty** 138:23 139:8
  216:7 225:8,22

**figure** 200:20
  250:10
**figures** 136:4
**file** 134:15 188:16
  188:18 199:15,15
  199:16 223:17
  251:7
**filed** 126:10
**files** 234:18 258:18
**filing** 189:14
**final** 240:5,6
**finally** 134:4,9
**finance** 132:10,11
  150:5,13 188:17
  209:5,15 219:3
  242:13,20
**finances** 213:11
**financial** 201:5,13
  203:12 204:12
  205:7 233:10
  236:15,15 240:9
  240:13,17,18,19
  241:3 243:23
  265:22 266:6
**financially** 126:23
**financials** 202:3,5
  202:7,17 203:17
  204:3 241:9
**find** 149:10 150:8
**finding** 191:22,23
**fine** 177:18
**fire** 170:9,13
**firm** 126:17
**first** 127:7 138:20
  188:20 200:21
  203:21 204:16
  214:8 232:21
  251:24
**five** 130:7 135:14
  143:9,16 160:18

160:24,25 182:24
  215:7 223:8
  225:22
**fixed** 158:22
  211:17
**flat** 196:18
**flow** 167:8 168:15
  171:9 173:22
  174:3 175:19
  182:15 251:19
**flowed** 175:23
**flowing** 171:5
**flows** 154:2
**folder** 129:17,22
  129:25 130:21
  133:22 188:4
  201:14,16 203:18
  205:18 210:12
  214:6 241:18
  245:25
**follow** 210:2
**followed** 140:11
  247:16
**follows** 127:10
**footnote** 227:9,9
  227:11 228:15
  236:21 237:6
**footnotes** 221:23
  222:7
**form** 136:13,22
  137:7,17,23
  139:11 140:4
  141:11,14 142:3
  146:12 147:20
  148:6,25 151:23
  152:17,24 153:23
  154:10,18,21
  158:16 159:3,10
  159:18 160:20
  162:7 164:4
  165:15 167:5

168:21 169:3,23
  170:8 171:22
  172:16 173:12
  175:8 176:2
  180:20 181:14
  182:3 184:18
  185:8 186:17
  187:10 189:8
  190:10,20 191:9
  192:4,21 194:25
  195:20 196:12
  198:2 200:8 201:3
  203:6 208:7
  209:21 211:25
  212:18 213:17
  214:22 217:21
  218:14 219:22
  222:6 226:23
  228:13,24 229:19
  231:3,18 233:12
  236:5 237:10,25
  238:12 239:24
  240:15,24 242:4
  242:24 243:20
  244:3,12 245:6,16
  247:2,21 248:24
  249:19 250:19
  251:3 252:24
  253:20,24 254:10
  254:19 255:19
  259:3 260:18
  261:4 262:3
**format** 135:2,11
  242:13
**formation** 237:20
**formed** 228:5
  238:3
**formula** 144:19
  148:15 156:9,18
**formulas** 144:16
  156:3,14

**forty** 138:22 139:7
140:15 145:8
215:6
**four** 155:20 214:5
215:3 221:22
222:2
**fourteen** 220:22
**frequently** 150:15
**full** 136:24 144:11
184:21
**fully** 129:6
**function** 216:14
262:7
**fund** 140:12,19
141:2,2,12,17,19
141:22,25 142:5,7
142:14,23 143:20
145:11 146:10
147:23,24 148:2,9
148:11 149:12,13
152:4,9 154:3
162:23 163:4
165:9,16 166:12
166:16,20,25
167:2,11,17 168:6
169:18,21 170:3
171:24 172:22,25
173:15,18 175:12
175:14,23 182:15
191:13 192:7,8,23
194:12,17 195:10
197:11,12,21
200:25 201:13,23
219:10,15,24
220:10 221:4,18
221:20 222:9,12
222:22,23,24
223:6,25 225:4
226:9,25 227:4,7
228:4,6,9,21 229:5
229:17,22,23

230:5,13,16,23
231:6,16,21,22,22
236:25 237:7,8,16
238:10,16,19
239:4,7,16 240:3
240:10,20 241:4
241:24 242:7
243:2,6,24,25
248:7,10
**fund's** 154:4
164:19 195:17,23
196:2,5,9,24 202:3
204:3 219:19
221:8 224:16
225:12 226:20
238:14 239:21
240:13 241:9
**funds** 148:8 152:5
153:15,21 168:15
174:2,4,8 182:16
192:15 195:7,14
218:20 227:21
228:20 234:17,21
234:23 235:4,7,9
235:12,13,21
236:2,6,8
**further** 247:15
268:16

**g**

**g** 136:6
**general** 135:18
166:9,12 172:7,14
175:16,23 176:8
178:11 179:24
183:20,22 195:6
202:8,11 203:21
204:13 212:4
246:4,7,12,16
248:7 252:13,14
**generally** 127:21
225:11 226:18

244:15
**generated** 248:8
**george** 124:9
**getting** 174:7
**give** 160:21 198:5
262:20
**given** 231:8
264:11
**gives** 242:17
**gl** 252:11,13
**go** 129:21 130:24
133:23 136:23
137:10 144:18
156:18 171:15
179:6,13 212:11
212:16 221:17
222:20 231:4
244:19 256:17
257:13 263:14
**goes** 141:5 156:9
211:10 239:10
**going** 126:3 131:4
131:15,17 135:12
139:14 159:12
167:13 177:24
178:14,16 181:22
194:20 216:20
225:20 232:9
256:20 259:25
**good** 126:2 127:13
232:4 263:10
**governance** 192:7
**governed** 148:2
**gp** 141:2 142:4,5
142:10,12,25
145:24 146:8
154:2,3,16 174:11
174:12,19 179:16
189:20,22,25
192:6,9,11 204:20
204:23 206:12

211:14 248:10
**graphs** 219:11
**grew** 173:2 195:7
**grounds** 260:25
261:7
**group** 178:20
200:14,15
**grow** 191:19
**growing** 170:23,24
172:4 191:12
200:9
**growth** 171:7
191:13 200:11
224:16 225:13
226:20
**guarantee** 249:22
**guess** 200:21
238:2,4

**h**

**h** 127:6 161:8
163:8 265:8 266:3
267:3
**h32** 163:7
**h33** 163:7
**half** 128:24 215:8
**hand** 144:9 268:23
**happen** 168:23
173:7,10 233:21
**happened** 169:8
173:7,9 234:2
259:16,18 262:6
**happening** 262:5
**happens** 233:24
**harm** 186:2
**harris** 130:12,16
**head** 122:16
**heading** 140:10
202:8
**hear** 143:3 185:9
263:22

[heard - instructed]                                                      Page 12

**heard**  259:11,14
  260:20
**held**  123:8 126:13
  184:2,5 231:13
  243:2 268:7
**hello**  127:14 178:9
  232:17
**help**  253:14
**hereunto**  268:22
**high**  194:14
**higher**  217:15
**highest**  185:20
**hire**  192:11
**hires**  192:9
**hiring**  245:9
**hock**  123:11
  126:19 268:4,25
**holdings**  122:7,10
  122:11,13,15
  126:9 127:18
  129:10 151:11
  155:2,7,12,16
  156:22 157:7,17
  157:20 158:5,10
  158:20 164:9
  181:9 182:11
  184:4,6 186:5
  213:21 214:4,12
  214:24 215:14
  216:13 217:19
  252:12,22 266:20
**home**  256:4,7
  257:5,8,11 263:16
**honestly**  162:15
  178:25 183:7
  206:9
**hour**  128:24
**hours**  262:20,23
**hover**  144:10
**hundred**  138:22
  139:7 143:8,9,13

  143:15,16,24
  145:8 147:11
  199:18,23 207:12
  212:20 216:7
  221:16 223:6,8
  224:5,8 225:8,21
  225:22,22 226:13
  249:25 250:2

**i**

**iacovacci**  122:4
  126:9 127:18
  131:18 132:21
  133:10 134:3
  163:17,23 166:5
  169:9 174:24
  183:4 186:10
  187:3 206:24
  207:4,8,22 212:23
  247:10 250:7,14
  250:21 258:24
  260:5,11,15
  261:13 269:3
**iacovacci's**  129:7
  161:11,24 162:4
  162:11,17 181:7
  186:2 237:23
  261:2,23
**ian**  124:10
**icon**  144:10
**idea**  178:12,18,21
  178:23 179:2,4
**identical**  130:8
**identification**
  129:15 134:20
  187:25 193:12
  201:8 203:15
  205:14 210:7
  213:23 220:15
  223:14 224:23
  226:3 241:16
  245:23 252:6

**identified**  161:13
**identify**  138:25
  221:8,12
**idumain**  124:10
**iii**  155:7 241:24
**immediately**
  204:22
**improve**  174:4
  196:10
**improved**  196:15
**inaccuracies**  129:5
**inaccurate**  161:16
**incentive**  202:8,10
  204:13 206:2,8
  239:5
**include**  228:19
  231:10,25
**included**  155:14
  155:24 158:11
  229:9,15 242:22
  244:6,6 251:13
**includes**  199:7
  227:18,19
**including**  230:13
  230:24
**inclusive**  138:3
  236:22
**income**  173:14,16
  175:16 188:11,19
  188:21 189:9,10
  192:25 193:4,22
  194:2 197:11,11
  198:12 199:10
  200:20 202:20
  205:23 210:20
  214:16 216:6
  217:2 248:3,8,9,14
  249:11,23
**inconvenient**
  171:13

**incorporate**  180:7
  249:23
**incorporated**
  251:16
**incorporates**
  227:8
**increase**  208:5
**increased**  195:9
  199:22 213:14
**incurred**  216:9
**independent**  137:5
**independently**
  152:13
**indicate**  144:21
**indicated**  158:9
**indirectly**  268:19
**individual**  138:15
  138:25 141:23
  207:19 208:16
  213:6
**individually**
  122:13,16,17
**individuals**  172:13
  190:3,6,7,8,17,22
**information**
  133:18 152:21
  156:21 198:6
  220:9 236:16
  240:13,17,20
  241:4 243:23
  246:20 251:8,13
  251:19
**initial**  247:13,14
**inside**  158:17
  211:13
**instance**  243:22
**instances**  163:15
  190:24
**instituted**  167:15
**instructed**  233:4,8

intended 135:20
138:5 142:21
143:4
interest 141:21
143:6 155:8
161:11,24 162:5
162:13 163:16
174:25 179:24
181:6,7,25 182:23
184:2,5 189:10,11
189:15,17,20
190:16 191:11
192:25 193:3,6
198:14,15,19
199:5,8,17,21
207:24,25 208:5
213:4,14 214:2
216:14 217:10,14
217:16,24 218:4,9
222:22 231:14
interested 126:24
268:19
interests 129:8
134:16 135:7
138:16 141:10
162:19 163:24
231:8 241:13
267:21
interim 233:7
internal 149:17
151:24 152:2,14
152:22 153:6
165:5 191:11
193:6 209:23
235:12,15,21
236:10,16
internally 186:21
intracompany
160:10,16 161:3
189:12,18

introducing
166:19
invest 142:5 223:8
238:10
invested 195:13
223:7 228:20
investment 122:11
140:12,18,25
141:2,12,22
143:20 153:14
183:25 191:23
192:9,12,14
211:12 214:16,24
216:6 230:14
231:13 236:23
254:3
investments
131:21 132:3
153:20 157:10,12
157:15,21 158:4
158:11,13,19
162:23 163:2
229:14 236:23
investor 166:19
investors 185:21
185:22 191:18,20
191:22 195:13
197:16,16,19
200:14 228:2
242:6 243:18,24
244:5,8 245:2,14
248:9
invoice 209:7,8,15
invoices 193:5
209:24 210:2
involved 179:11
179:14 208:25
209:3 218:22
219:6 229:14
240:8

involving 207:3,22
irrelevant 195:22
issues 172:18
239:11
item 206:16
items 157:18
206:14

**j**

jane 122:17
january 131:19,22
132:23 187:23
188:6 193:10,17
198:10,11 199:4,6
202:21 205:12
210:5,24 213:21
220:13 221:4
223:15 241:14
247:16 265:15,19
266:12,16,20,24
267:22
jason 124:7
jcyrulnik 124:8
job 129:10 262:6,7
jobs 192:10
john 122:17
131:18 163:12
182:13,17 183:8
johnny 122:16
257:14 258:2,20
join 259:7,22
journal 232:18,25
233:3,9 234:6,11
235:25 236:8,12
236:17

**k**

k 127:6 128:1
129:1 130:1 131:1
132:1 133:1 134:1
135:1 136:1 137:1
138:1 139:1 140:1

141:1 142:1 143:1
144:1 145:1,11
146:1 147:1 148:1
149:1 150:1 151:1
152:1 153:1 154:1
155:1,20 156:1
157:1 158:1 159:1
160:1 161:1 162:1
163:1 164:1 165:1
166:1 167:1 168:1
169:1 170:1 171:1
172:1 173:1 174:1
175:1 176:1 177:1
178:1 179:1 180:1
181:1 182:1 183:1
184:1 185:1 186:1
187:1 188:1 189:1
190:1 191:1 192:1
193:1 194:1 195:1
196:1 197:1 198:1
199:1 200:1 201:1
202:1 203:1 204:1
205:1 206:1 207:1
208:1 209:1 210:1
211:1 212:1 213:1
214:1 215:1 216:1
217:1 218:1 219:1
220:1 221:1 222:1
223:1 224:1 225:1
226:1 227:1 228:1
229:1 230:1 231:1
232:1 233:1 234:1
235:1 236:1 237:1
238:1 239:1 240:1
241:1 242:1 243:1
244:1 245:1 246:1
247:1 248:1 249:1
250:1 251:1 252:1
253:1 254:1 255:1
256:1 257:1 258:1
259:1 260:1 261:1

262:1 263:1 264:1
265:6
**k34** 155:13
**karina** 123:7
126:6 129:23
130:4,6,21 264:11
264:19 269:4,20
**kate** 124:9
**keep** 151:20
181:22 200:19
**kept** 149:13,18
152:6
**kind** 149:16 153:2
157:17 164:15
173:16 175:11
178:20 179:16
199:25 209:15,24
242:13 257:8
259:6
**kinds** 153:12
**knew** 254:3
257:14
**know** 127:25
143:10 145:14
148:21 149:4
167:16 169:11,15
169:20,24,25
170:2 177:7,12
181:3 190:21
194:12 198:4,24
199:11,21 200:2,5
201:20 204:16
206:6,21 207:2
211:5 212:15
237:5 242:10
244:18,18 247:5
247:19 248:6
253:12 254:20
258:19,22 259:15
259:17,20 260:13
260:14 261:11

**knowledge** 234:10
259:13 260:23

**l**

**l** 155:20
**l28** 144:19,24
145:4 148:13
149:7
**l32** 151:6,8
**l34** 151:6,8 155:13
156:17
**l35** 144:19,24
150:25 151:4
156:6,8
**labeled** 223:21
**lagunova** 132:14
**lan** 122:16 258:2
258:20
**laptop** 256:9,10
257:4,7,10,10,12
257:13,24
**launched** 238:7
**lawsuit** 127:17
**lawyers** 186:21
**leads** 170:5
**learn** 159:20
178:15
**leaving** 169:14,16
**led** 263:3
**ledger** 246:4,7,12
246:16 252:13,14
**lee** 132:14
**left** 146:21 150:21
166:5 169:9,10,12
**leftover** 146:13,14
**leg** 260:6
**legal** 165:10
206:17 207:6,19
209:4,7,8,13
212:21,25 215:22
215:25 216:8,24
217:7,15 218:2

231:21 269:2
**lei** 125:8
**lenders** 171:2
189:21,23 200:15
208:10,13 213:7
**lending** 142:13,18
142:22 201:22
221:3 223:25
225:4 226:9 237:6
**levels** 170:25
**levine** 124:11
**lexington** 123:9
**liability** 122:7,8,9
122:10
**life** 160:13 222:9
**limitations** 257:22
258:5
**limited** 122:7,8,9
122:10 237:7
**limits** 258:7
**line** 134:14 155:19
157:18 188:19,20
189:10 191:11
193:25 202:9
206:14,16 211:2
214:15,17,19
222:24 223:2
230:9 249:25
269:5
**lines** 140:14
**list** 134:11 138:3
138:21 168:8,9
**listed** 137:4
139:23 158:5
162:14
**litigation** 207:7,20
212:23 250:3
252:17 260:20
**little** 144:10
146:24 148:15

**live** 165:25 166:16
**llc** 122:7,8,9,10,11
122:12,13,13,14
122:15,15,17
124:14 126:9
129:9,10 140:8,11
140:17,24 141:12
143:7,19 144:23
155:2,9,15,16
156:22 164:8,9,16
172:25 175:2,4
180:15 184:14
185:3 187:23
188:6,12 193:10
193:17 205:12
207:9 210:5
213:21 214:25
217:3 246:13
248:22 252:22
265:15,19 266:11
266:16,20
**llc's** 155:7 157:8
157:20 158:6,10
**llp** 123:9 124:3,18
**llp.com** 124:6,8,9
124:10
**loan** 153:9 158:21
159:13 189:18,20
191:6 193:2,7,16
199:24 200:5
**loans** 157:24 159:3
159:7,14,15,16,21
159:23 160:10,10
160:16 161:3
189:12 190:17
191:2,19
**long** 261:14
**look** 129:16,21
133:21 134:21
135:17 139:17
140:14 143:7

144:2,5 145:4
149:10 151:14
156:20 157:2
158:17 164:18
182:5 188:3
193:13,25 199:13
201:10,19 202:6
203:16,20 204:11
205:16 210:8,9
213:24 216:16
220:16 223:16,18
224:24 226:5
227:17 229:21
231:21 236:19
241:17 245:24
251:12 252:7
**looked** 128:14
202:19 216:4
**looking** 134:13
135:9 136:25
138:4 140:7
148:13,14 151:4
153:3 154:25
155:23 161:5
191:13 198:14
203:20 206:2,14
207:24 210:23
227:8,11 247:8
248:3 249:6,20,25
252:15 259:21
**looks** 130:2 135:2
135:10,11 189:19
193:21 202:4
204:2 205:22
214:11,14 221:2
225:6 226:11
227:9,19 241:22
246:4,23 247:13
248:5,16 252:11
**loss** 187:21 188:6
192:17 193:8,17

197:23 199:3
204:8,19 205:6,10
210:3,11 211:7
213:19 214:3,15
215:12 216:18
218:12 265:13,17
266:9,14,18
**losses** 216:11
**low** 198:13
**lower** 144:8
194:14
**lowermost** 202:9
**lp** 142:14,23
196:24 201:23
221:4 223:25
225:5 226:9
229:25 241:24

---

**m**

**mail** 129:13
131:15,17 133:3,6
133:25 134:14
135:8,14 154:23
161:18 253:4,7
254:4,13,21 255:4
255:17 258:15,16
263:11 265:10
**mails** 131:13
182:12 253:14,18
254:25 255:13,23
255:24 256:2,3
**main** 124:14
164:15 191:17
216:3,20,24
217:17 218:10,16
**maintain** 251:5
**majority** 122:11
157:22 207:16
238:13
**making** 159:8
173:24 186:14
192:8 208:23

**manage** 191:18
**managed** 227:19
227:24 230:14,15
236:24,25
**management**
122:8,12,14,17
160:7,8 183:19,24
184:3 190:25
192:13 195:12
196:3 203:4
206:11 208:15,20
211:22 221:9,13
221:15 222:13
224:5,7,12 226:13
228:10 229:16
230:20,24 231:15
231:20 233:4,8,19
242:14
**manager** 173:15
173:19 183:25
191:18 192:10,12
192:14 211:13
219:24 254:3
**manuals** 209:23
**march** 132:22
133:11
**mark** 122:13
129:24 131:18
160:11 168:11
182:4 201:11
208:21
**marked** 129:14,17
131:10 134:19
187:24 193:11
201:6,15 203:13
205:13 210:6
213:22 220:14
223:13 224:22
226:2 241:14
245:21 252:4

**marketing** 220:7
**marriage** 268:18
**mary** 124:9
**match** 235:15
**matched** 149:18
149:20
**materials** 220:8
244:20 260:21
**math** 148:16
**matter** 126:8
156:3 268:20
**mean** 136:10
146:7 152:3
153:24 190:11
195:11 208:20
233:2 242:16
256:15
**meaning** 150:13
165:10
**means** 134:10
191:21
**measure** 195:16
196:2,5
**measured** 222:13
**media** 126:5
177:25 178:6
232:14 264:12
**mei** 125:8
**member** 122:11
122:12,13,14,15
176:15
**members** 141:16
142:4,9 162:20
174:11,12,19
176:8 179:16
180:14 181:17
182:9 184:13
185:2,5 188:16
248:10,21
**membership**
155:8 172:12

[membership - object]                                                Page 16

182:18,19,25
**memorandum**
  196:24
**memory**   195:4
**mgeorge**   124:9
**michael**   245:10,12
**michelle**   184:9
**middle**   147:6
  161:6
**million**   189:2
  194:9,20 202:11
  202:15 204:9,14
  208:2 213:5 215:4
  217:5 223:7,9
  224:6 225:9,21,23
  226:14 242:18
**mind**   153:18
  200:19
**minor**   129:5
**minus**   148:18
  194:19 225:14
**minute**   236:19
**mirror**   149:17
  165:5
**misappropriating**
  260:16
**misrepresent**
  220:9
**missing**   142:20
**money**   173:16
  191:18 200:10
  208:9,12
**monitor**   253:3,6
**monitored**   254:5
  255:17
**monitoring**   253:9
  253:14,17 254:8
  254:13,15,21
**month**   222:10,10
**monthly**   150:18
  152:9 219:10

**months**   198:19
**monticciolo**
  122:10 131:19
  160:11 162:12
  168:11 181:23
  184:8,9 208:20
**move**   180:8
**moving**   132:20
**multiply**   139:3

**n**

**n**   124:2 125:2
  127:6,6,6 265:4
  266:2 267:2
**name**   126:16
  139:24 165:10
  210:19,22 269:3,4
**named**   245:10
**names**   136:15
  190:4 200:17
**nearest**   242:18
**nearly**   198:16
  199:22 217:4
**necessarily**   199:5
  211:17
**necessary**   170:20
  170:22 240:17
**need**   137:11
  172:24 191:20,20
  191:21 197:18
  263:21
**needed**   133:14
  172:10,11
**needs**   255:2
**negative**   215:7,9
  215:21,24 216:3,6
  217:4,18 218:5
**net**   164:7 175:16
  217:2
**never**   233:6
  254:22,23

**new**   122:2 123:10
  123:10,11 124:5,5
  124:15 126:11,17
  126:20 127:9
  133:18 166:19
  171:11,19 259:7
  264:14 268:5
**nine**   138:22 139:7
  145:7 161:6
  202:11 225:8
**ninety**   147:15,17
  147:21 148:3
  205:3
**normal**   160:13
  169:17,21 170:3,4
  170:6,15
**notary**   123:11
  127:8 264:24
  268:4 269:23
**note**   221:22 222:2
**noted**   127:2
  264:16
**notice**   123:8 183:5
**notified**   182:22
  183:8
**november**   247:18
**number**   126:12
  129:19 130:18
  134:23 139:3,7,8
  143:10,12 151:17
  155:25 156:4,13
  160:22 188:8
  193:18 194:8
  198:21,23,25
  201:24 205:20
  214:8 215:21,24
  216:3,6 217:10,18
  218:11,16 219:10
  223:4 224:18
  246:15 249:13
  264:12

**numbers**   135:12
  135:13,17,18,19
  148:21 149:4,11
  150:9 155:24
  161:19 218:8
  219:4,7 253:2

**o**

**oath**   126:22
**object**   136:12,21
  137:6,16,22
  139:10 140:3
  141:13 142:2
  146:11 147:19
  148:5,24 151:22
  152:16,23 153:22
  154:9,20 158:15
  159:9,17 160:19
  162:6 164:3
  165:14 167:4
  168:20 169:2,22
  170:7 171:21
  172:15 173:11
  175:7,25 180:19
  181:10,13 182:2
  184:17 185:7
  186:16 187:9
  189:7 190:9,19
  191:8 192:3,20
  194:24 195:19
  196:11 197:25
  200:7 201:2 203:5
  208:6 209:20
  211:24 212:17
  213:16 214:21
  217:20 218:13
  219:21 222:5
  226:22 228:12,23
  229:18 231:2,17
  233:11 236:4
  237:9,24 238:11
  239:23 240:14,23

242:3,23 243:19
244:2,11 245:5,15
246:25 247:20
248:23 249:18
250:18 251:2
252:23 253:19,23
254:9,18 255:18
259:2 260:17
261:3 262:2
**objecting**  163:23
**objection**  256:20
262:25
**obligation**  262:22
**obtain**  156:21
241:6
**october**  122:21
126:4 127:17,23
128:10,13,17
129:3 268:23
269:4
**offered**  172:5
**offering**  196:24
**officer**  122:11
**offices**  123:9
**official**  165:3
234:22
**officially**  185:6
**offshore**  237:7,16
238:9,14,18 239:4
239:7,16,21 240:9
240:13,20 241:4,9
**oh**  216:5 220:24
222:19
**okay**  131:14,24
132:6 133:8,20
134:12 135:4,15
136:2 138:14
139:16 140:6
141:3,8 142:8
143:21 144:4,17
145:3 147:25

148:12 149:9
152:19 153:16
154:5,15,17,24
156:15,24 157:6
158:2 159:5 160:4
161:9,21 162:25
163:10 164:5,24
165:7 167:10
169:6 171:17
172:2 174:16
175:21 177:21
179:20 182:8,21
183:3 188:2,13
190:5 191:4
193:24 194:6
195:15 197:2
199:2 200:4
201:18 204:25
205:15,25 206:25
209:16 214:13
216:22 219:16
221:6,11,21,25
223:5 224:10
227:14 228:7
229:25 231:11
233:16,22 234:4
235:16 237:15
243:4 247:7 257:2
262:8 263:17,24
264:8
**olga**  132:14
**once**  258:4
**online**  126:14
**onshore**  195:10
238:16
**open**  144:15
**opened**  223:20
257:24
**operate**  192:8
**operation**  169:17
169:21 170:3

173:23 174:6
248:9
**operational**
169:18 171:3
**operations**  170:21
173:17,18
**opportunities**
241:24 258:24
260:11
**opportunity**  172:6
181:24
**opposed**  155:15
183:19 185:5
248:8
**org**  136:24 137:5
137:12
**organization**
255:7,10
**original**  141:16
**originating**  191:19
**outcome**  126:24
229:12
**outside**  189:23
208:9,12 213:7
253:16
**overall**  170:20
176:6 217:25
218:3
**owner**  122:11
138:8 231:7
**owners**  138:16
**ownership**  135:23
136:3,5,6,9,16
138:2,11,18
161:11,24 162:4
162:13,18 163:24
216:14 231:5

---
**p**

**p**  124:2,2 125:2,2
**p&l**  198:8 214:11

**p.m.**  122:22 126:4
177:23 232:8,12
256:21 264:10,16
**page**  131:16 189:6
201:22 202:2,6,16
204:2 214:8 265:5
265:9 266:4 267:4
269:5
**pages**  202:4
**paid**  146:9,17,22
147:10,12,14
172:22 183:18,23
190:16 198:22
202:23 203:4,8
204:22 207:8,10
207:15,19 211:12
211:21 212:6
217:24 218:4
**paperwork**  261:10
**parallel**  228:6,20
**parentheses**
140:12,18 163:4
**part**  129:10
145:16 150:18
156:5,9 159:2
164:22 168:12
170:24 172:19
175:15 186:22
194:12,13 230:19
232:2 245:17
262:6
**participate**  172:6
172:13
**participation**
227:20 228:22
229:14 230:16
231:7,14,23 237:2
**participations**
228:8 238:15
**particular**  229:10
233:9

**parties** 126:15
179:10,14 246:24
263:2 268:17
**partner** 135:6
148:10 175:17,24
176:8 178:11
183:20,22 202:8
202:12 203:21
204:13
**partner's** 139:2
141:24 172:7,14
**partners** 122:9,12
122:15 129:9
132:3 134:16
140:8,11,17,24
141:10,11 143:7
143:19 144:22
151:9,10 153:8,13
155:9,15 156:10
164:8,16,23
171:11,12,19,20
172:12,25 175:2,4
179:24 180:14
181:8,18 182:10
184:14 185:3
186:4 187:23
188:6,12 191:15
191:25 193:10,16
193:23 202:22
204:7 205:12,24
206:7,16 207:9,11
207:17 210:5,21
211:21 213:12
214:25 216:9,12
216:17 217:3
246:6,13,22
247:25 248:21
249:8 251:6
265:15,19 266:11
266:16

**partnership** 150:6
167:25 174:9
**party** 126:22
209:9
**passed** 216:11,12
**paul** 122:4 124:6
126:8 127:18
129:7 131:18
134:3,8 161:10,23
162:4,11 163:16
163:22 174:23
176:12,14 177:14
181:6,17,20 183:4
186:2,10 187:3
206:24 207:3,8,22
212:23 237:23
247:9 250:7,14,21
260:5
**paul's** 162:13
181:6
**pay** 173:17 185:2
197:16 239:4,7
**paying** 183:21
**payment** 148:3
166:23 167:7
168:15 183:9,11
184:16 239:16
**payments** 174:8
174:14 179:16
182:20,25 184:12
186:3,7,11,14
187:8 240:4
248:20 249:3,14
**payout** 182:24
205:3
**pending** 250:3
252:16
**pennsylvania**
124:20
**people** 137:25
171:24 172:4,5,9

172:11,21,24
173:5 191:21
209:13 255:21,25
**percent** 147:11,14
147:17,21 148:3
174:25 175:5
179:24 205:3
207:13 249:17
**percentage** 138:17
139:2 141:10
163:16 172:6
197:15 207:6
240:2
**percentages**
135:23 136:3,6,7,9
136:16,17 139:4
162:22,23 163:13
174:20 191:23
**perf** 145:11
**perform** 149:5
**performance**
145:16,17,19,23
146:7,14,17,21,25
147:9,11 148:4
149:6,12,16 150:7
150:17 164:17,20
164:25 165:4,6,13
165:19 166:23
167:7,8 168:16
171:5,8 172:7,14
173:13,22 174:21
175:3 178:11
179:15 180:18
183:17,22,23
188:20,23 192:23
194:2,3,11,17
195:21,25 196:6,9
196:14,21,23
197:4,5,8,10,15,17
197:17,18,21,22
198:12 200:20,24

202:12,20,23
203:3,9 204:8,18
204:22 211:3,5,10
211:12,18 212:6
212:11,16 213:13
219:10,12,15,20
239:5,8,14,17,22
240:2,3 241:22
248:20 249:10,11
249:15
**period** 166:6
198:25 199:6
214:5 215:14,17
225:13 226:21
**periodically**
160:17 166:2
222:11
**permission** 258:8
**permitted** 258:17
**personal** 133:15
256:9 257:4,7,12
260:22 261:24
**personally** 228:15
**persons** 179:7
**pfattaruso** 124:6
**phone** 258:11,14
258:18,21
**photos** 258:21
**pittsburgh** 124:20
**place** 170:25 174:8
177:15 180:12
254:7,8,16 255:16
259:25 268:8
**placed** 241:18
**places** 177:11
**plains** 124:15
**plaintiff** 122:5
123:8 124:4 126:8
**plan** 261:23
**please** 127:4
185:10

plug 257:8
plus 144:19
194:19 215:6
225:14
point 132:15
137:19 138:9
139:14 161:19,22
167:6,9 177:3
186:8 207:15
217:4 249:5
pointed 236:21
points 176:19
258:10
policy 185:6
pooled 230:13
236:23
pop 201:16
populate 192:16
214:6
population 137:14
portfolio 241:12
242:7,22 243:3,7
243:12 244:20
267:20
portion 145:15,19
145:24 146:3,7
180:25 185:11
187:18 203:8
206:10,11 211:13
249:23
portions 175:10
175:14 212:5
portray 230:23
pose 143:4
positive 196:17
possible 177:9
185:13 194:22
220:2 244:16
245:4 257:23
pre 242:14

precise 135:16
preliminary
241:12 267:19
preparation
218:23 219:2
prepare 132:16
240:18
prepared 132:8
135:3,11 137:21
188:14 220:5
242:8
prepares 242:11
preparing 240:8
present 125:5
president 122:14
122:16
press 223:17
previous 199:14
primarily 153:14
174:6 206:23
209:5
primary 231:7
242:5
prior 146:15
162:11,16 163:21
180:4 184:15
187:5 193:22
198:24 199:7
227:17 252:2
priority 134:11
private 196:24
probably 147:7
161:18 165:18
168:12 171:11
180:5 186:23
189:12 194:4
196:16 199:24
208:8 222:14,15
246:21 250:6
258:5

procedure 180:12
209:12,18
procedures 150:4
proceed 127:5
proceeding 268:7
process 150:2
152:10 154:12
157:19 164:18
175:15 184:12
produce 248:7
profit 187:21
188:6 192:17
193:8,17 197:23
199:3 204:7,19
205:5,10 210:3,11
211:7 213:19
214:3,15 215:12
216:18 218:12
265:13,17 266:9
266:14,18
profits 164:7
proper 179:9
prospective
163:23
provide 128:5
244:9
provided 128:19
244:25 256:10
257:10
provider 253:13
providing 192:7
provisions 166:22
public 123:11
127:8 264:24
268:4 269:23
purpose 157:24
159:7,16,21
220:11 241:25
242:6
purposes 229:24

pursuant 123:8
254:15 263:2
put 181:4 219:24
254:16
putting 219:4,6

q

question 127:25
136:13,22 137:7
137:17,23 139:11
140:4 141:14
142:3 143:3,13
146:12 147:20
148:6,25 151:23
152:17,24 153:23
154:10,21 158:16
159:10,18 160:20
162:7 164:4
165:15 167:5
168:21 169:3,23
170:2,8 171:22
172:16 173:12
175:8 176:2
180:20 181:14
182:3 184:18
185:8,9 186:17
187:10,12,15
189:8 190:10,20
191:9 192:4,21
194:25 195:20
196:12 198:2,7
200:8 201:3 203:6
208:7 209:21
211:25 212:18
213:17 214:22
217:21 218:14
219:22 222:6
226:23 228:13,24
229:19 231:3,18
233:12 236:5
237:10,19,25
238:8,12 239:24

240:15,24 242:4
242:24 243:20
244:3,12 245:6,16
247:2,21 248:24
249:19 250:19
251:3 252:24
253:20,24 254:10
254:19 255:19
259:3 260:18
261:4,19 262:3
**questions**  158:8
172:18 261:21
262:11 263:7
**quick**  151:25
152:20 153:5
156:23,25 188:15
188:17 201:19
205:22 234:12,18
234:24 235:3,14
235:17,22 236:2
236:10 246:5
251:7,20
**quickly**  133:24
252:7

**r**

**r**  124:2 125:2
127:6,6
**raised**  244:23
**raising**  245:13
**read**  129:4,6
130:19 180:24
181:2 185:12
187:15,17,19
222:21 247:23
254:25 255:2,5,5
255:22,24,25
256:3 261:16
**reading**  155:5
221:19
**ready**  177:19

**realized**  164:21
**really**  153:19
231:20 254:23
255:2,2 258:22
**reason**  128:4
133:5 135:5
155:11 161:15
170:18 202:14
226:16 228:3
261:5 269:5
**reasonable**  224:19
**reasons**  133:15
169:19 170:24
**recall**  127:21
131:25 133:2,9,12
133:16 136:20
137:15 140:2
155:22 160:9
161:3 162:10,16
163:16,21,22
165:21,23 166:4
167:20,23 168:2,7
168:14,24 183:16
189:22 194:16
195:6 200:16
228:18 229:11
230:11 237:3,11
237:12 238:6
243:8,10,14,22
244:15 245:9,12
**receive**  133:6
180:3,15 183:4
187:4 248:11
**received**  187:5
**receiving**  133:2
180:17 206:7
**recognize**  131:12
134:25 193:20
201:20,25 203:25
205:21 210:17
214:10 220:19

241:21 246:3
252:10
**recognizing**
155:25
**recollection**  134:7
169:7 191:6
224:16 225:12,19
227:23 235:23
237:21,22
**reconcile**  150:16
152:14
**reconciled**  149:22
192:24
**reconciliation**
149:25 150:19
152:8
**record**  126:3
127:2 130:25
131:4,8 149:19,21
165:3 177:24
178:5 193:15
201:21 203:22
205:19 210:13
220:17 232:9,13
256:13,18,20,25
262:11,17,21,23
263:9,15 264:9
268:14
**recorded**  126:6
236:2,9 251:18
**records**  149:14,22
164:19 234:23
235:3,8,10,13,22
240:5 251:5
**redacted**  246:17
246:20,24 247:5
**redirection**  178:10
179:25
**reed**  123:9 124:18
**reedsmith.com**
124:21

**refer**  175:13
196:13 222:18
250:4
**referring**  163:6
196:22 234:13,20
249:6 250:16
259:8
**refers**  140:10
145:14 189:11
**reflect**  135:20
146:3 189:6 197:4
197:7,9 199:5
200:23 229:13
246:8 247:19
**reflected**  144:23
149:6 152:21
153:6 156:5,17,22
162:19 191:10
192:17 197:23
218:4,11 221:13
228:10
**reflecting**  247:12
**reflection**  141:23
**reflects**  154:7
**refresh**  134:6
199:16
**register**  154:4
**regularly**  197:3
**regulatory**  220:3,6
255:7,12
**relate**  136:19
248:6 252:17
**related**  126:22
137:4 169:13,16
206:24 209:8
215:22 219:14
247:9 250:6
268:17
**relates**  179:10
206:21 207:2
212:22

relationship
  231:22
relative  141:21
  237:22
relatives  190:13
  190:17,23,25
relevant  149:11
  195:16
relied  235:7,9
remain  179:14
remaining  249:15
  249:17
remember  132:5
  133:13,19 135:13
  139:15,21 145:21
  149:2,8 157:4
  159:13 160:12
  161:4 162:2,3,9,15
  165:20 166:8,9,15
  166:21 167:18
  170:19 176:22
  177:2,13 178:14
  178:16,21 179:2
  183:6,7,13 184:19
  184:23 185:14
  190:3 193:2
  194:14 206:9,12
  207:14,21,23
  208:17,23,24
  211:8,11,14 212:2
  212:4,13 222:14
  225:21 228:16,25
  229:3,9,23 237:19
  238:4 239:9,10
  244:13,17 245:3,8
  245:19 248:2
  250:5 251:4 253:2
  261:15
remotely  126:15
removed  213:13

repeat  143:13
  155:17 187:11
report  247:23
  249:2
reported  243:24
  255:22
reporter  126:19
  127:4 180:24
  181:2 185:12
  187:17,19 268:2
reporting  244:4
represent  138:6
  148:22 151:8
  161:10 230:12
representation
  219:19 229:4
represented  136:4
represents  138:7
requested  180:25
  185:11 187:18
requests  255:13
require  173:21
  191:15 211:17
required  166:17
  209:25 219:18,23
requirements
  220:4,7
resending  133:10
reserve  262:14
respect  139:6
  239:13
respective  174:20
responsibility
  262:7
responsible  164:6
  185:21 192:2,6
  209:6,14
restructuring
  239:12,18
result  180:10,13
  182:7,13

retained  264:13
retired  163:12
retirement  163:14
returns  196:7
review  128:25
  181:24
reviewed  128:12
  220:11
reviewing  128:23
right  129:5 138:23
  139:15 142:14
  144:9 159:11
  165:9 180:2 184:9
  186:2 189:3 199:9
  204:9 210:23
  225:9,17 226:14
  242:17 247:10
  257:5,13
righted  225:19
rights  174:19
  183:10 262:14
role  218:25 242:21
rolling  251:15
rounded  242:17
row  140:15 145:10
  149:6 155:20
rows  161:5 163:3
  202:10
rule  212:13
rules  127:22
  209:25 234:7,10
  254:7,12,16
rumors  259:10,14
run  157:25 174:2
  198:8,9,11 204:21
  254:13
running  175:12,14
  175:22 191:22

s

s  124:2 125:2
  127:6 265:8 266:3
  267:3 269:5
satisfy  262:21
saw  129:5 174:24
  204:7,18
saying  134:3
  154:15 158:25
  171:18 172:3
  225:18
says  130:15
  131:23 132:22
  133:13 134:15
  144:11 148:18
  188:5 193:15
  201:21 204:14
  228:15 247:23
  249:2 261:11
schedule  163:14
scott  124:16,16
screen  144:9
  199:14
sdf  188:20 194:2
  202:19
sec  255:13
second  131:16
secrets  260:16
section  141:22
see  130:9 131:9,17
  131:23 132:20
  133:25 134:3,13
  134:15 138:21
  140:9,15 142:19
  144:8,10,12,16,18
  145:6,12 148:15
  148:17 151:2,4
  155:3,19 156:2
  188:20 198:15
  199:17 204:14
  206:4,15 207:25

211:2 215:4 216:2
216:23 217:2
227:22 230:6
246:15 255:13
**seen**  260:24
261:10
**send**  150:10
**sending**  131:25
**senior**  160:7,8
208:14,19 233:19
242:14 255:25
**sense**  135:19
204:24 227:15
246:19 255:21
**sent**  132:21,23
182:12
**separate**  172:17
172:18 224:13
261:16
**separately**  227:24
230:14 236:24
**september**  247:15
**service**  253:13
**session**  259:10
**set**  137:25 167:19
190:2 202:9
268:23
**sets**  149:22
**setting**  135:16
**seven**  212:20
217:4 226:13
**seventy**  143:9,14
143:15,24 145:7
224:6,9
**share**  139:2 175:6
**sheet**  151:18 157:5
157:18 158:10
219:9,25 220:4,13
221:4,7,14 222:3
223:12,25 224:12
224:21 225:3,25

226:9 227:18
228:11 229:24
230:8 236:20
266:23 267:6,9,12
269:2
**sheets**  151:21
152:6,9 218:18,23
219:2,5,8,17 220:7
220:10 227:3
244:21
**short**  122:8,9,12
122:13,14,15
129:8,9 140:8,11
140:16,24,25
141:11,25 142:13
142:18,22 143:7
143:19 144:22
145:11 146:9
149:11 151:9,10
151:11 153:7,13
155:2,8,12,14,16
156:10 164:8,9,16
164:23 165:9
171:12,20 172:11
172:25 174:10
177:15 180:14
181:7,8,18 182:10
182:11 184:13
185:3 186:4,4
187:22 188:5,12
191:14,25 193:9
193:16,23 200:24
201:12,23 202:3
202:22 204:3,7
205:11,23 206:6
206:15 207:9,11
207:17 210:4,20
211:21 213:12,20
214:4,12,23,25
215:13 216:8,12
216:13,17 217:3

217:18 218:20
221:2,3 223:25
225:4 226:9
227:21 228:21
229:16 230:4
231:16 237:7
246:5,12 247:25
248:21 252:12,21
265:14,18 266:10
266:15,19
**show**  224:4 242:6
**showing**  132:2
143:8 203:18
219:11
**shown**  142:24
143:22 144:24
250:24 251:9
**shows**  144:19
224:7 225:7
226:12,15
**sides**  259:19
**sign**  209:14
**signatories**  168:5
168:9,10,12,18
**signature**  268:24
**signed**  168:2,4,16
258:6
**significant**  185:24
243:9,11,15
**silva**  125:8
**similar**  193:21
246:21 251:9
252:18
**simply**  139:3
**single**  229:2,10
**sir**  256:15
**sitting**  141:5,7
**situation**  160:3,5
**six**  135:14 143:10
143:16 161:6
225:8,21,22

252:16
**sixteen**  179:23
**sixty**  199:18
**size**  144:11 195:17
195:18,24,25
196:3 219:14
**slightly**  180:5
210:22
**small**  189:13
**smith**  123:9
124:18
**software**  257:9
**solutions**  269:2
**somebody**  132:9
153:10 178:25
179:23
**soon**  169:11
**sorry**  133:23
142:17 143:2
181:21 187:12
203:24 222:20
223:18 235:11
236:7 238:22
251:23 255:9
263:22
**source**  250:9
**sources**  173:14
175:20
**southern**  122:2
126:11
**special**  232:25
233:2 241:23
**specific**  137:4,10
159:13 160:12
166:8,15 183:18
209:7,8,11 229:2
234:8 244:14
**specifically**  161:5
162:22 181:20
228:5 229:7
234:20

**specify** 244:5
**speculate** 261:9
**speed** 214:2
**spend** 128:22
**spinley** 125:7
**split** 156:14 211:9
211:11
**spoken** 128:8
**spreadsheet**
131:20 132:21
133:18 134:18
135:20 136:14
137:21 140:10
143:23 144:3,16
144:25 147:4,5
149:17,17 156:4
161:7,17 174:25
198:4 229:21
251:8,14 265:12
**spreadsheets**
132:2 135:3
**stable** 173:25
174:5 195:8
**standards** 255:16
255:20
**start** 190:13
259:21
**starts** 215:4
**state** 123:11 127:8
268:5
**statement** 187:22
188:11 192:18
193:9,22 196:16
197:12,24 198:8
199:10 204:8,19
205:8,11,23 210:4
210:12,20 211:7
213:20 214:11,16
215:3 216:4,18
218:12 244:9
265:13,17 266:10

266:14,18
**statements** 151:17
201:5,13 203:12
204:12 205:6
214:3 215:13
233:10 236:15
240:9,18 265:23
266:7
**states** 122:2
221:16
**statistics** 219:14
**stay** 211:13
**stayed** 179:9 195:8
206:12
**steadily** 196:10,15
**stenographic**
127:2
**stenographically**
268:12
**steps** 164:12
**sticker** 130:13
**street** 124:14
**structure** 135:25
136:10,11 148:9
186:12,13 187:5,7
**structured** 231:6
**subclass** 241:13
267:21
**subscribed** 264:21
269:21
**subsequent** 141:17
**subsidiaries** 137:9
157:11,12,16,21
158:5,11,14,18
159:2,8 201:23
**substantive**
165:19,21
**subtracted** 149:3
**subtraction**
148:16

**successful** 171:25
**sum** 144:23 151:5
**summary** 241:13
241:23 242:22
243:3,7,12 244:20
267:20
**supervision**
132:17 268:13
**supposed** 234:8
**sure** 155:18
173:24 177:17,18
179:8,9,13 180:11
180:22 181:11,24
185:22 192:8
194:23 221:17
226:25 234:18
237:18 254:24
255:14 257:18,19
**surprise** 253:15,25
**swear** 127:4
**sworn** 127:7
264:21 268:9
269:21
**system** 232:20,22
233:15,18
**szymanski** 245:10
245:12

| t |
| --- |

**t** 127:6 265:8
266:3 267:3
**take** 128:2 129:16
133:21 134:21
144:5 154:19
177:15 188:3
193:13 194:10
197:18 201:10,19
210:8,9 213:24
220:16 223:19
232:5 241:17
245:24 254:8

**taken** 123:7 126:7
131:5 178:2
232:10 256:22
268:11
**talked** 237:4
239:13 252:19
259:10
**talking** 142:25
179:22 216:5
236:20
**tax** 189:14
**team** 150:5 188:17
**technological**
258:5,7
**technology** 122:16
**tell** 167:13 176:21
178:19 186:18
194:21 208:15
224:11 233:19
246:11 249:12
261:12
**ten** 161:2 182:24
249:17
**tenth** 242:18
**tenure** 233:7
**terminated** 261:13
**terminating**
262:13,24,25
263:8 264:6
**termination** 162:9
162:11 250:6
261:2,8,10 263:5
**terms** 262:18
263:12
**testified** 127:10
172:23
**testify** 138:2 173:4
**testimony** 128:6
129:3 259:9
264:11 268:6,10
268:11,15

**[thank - underwood]**

**thank** 131:2
177:21 262:15
**thanks** 264:15
**thing** 164:15
263:11
**things** 233:17
**think** 144:8,14
152:25 154:7
158:8 178:22
181:4 184:25
190:14,15 195:9
196:15 198:18
205:2 207:5
208:14 209:2
212:8 215:19
221:20 224:18
225:16 227:4
240:22 245:7
250:7 257:3
263:14 264:2,3
**third** 140:7
**thirty** 155:20
161:6 163:3,3,9,9
**thomas** 125:6
126:16
**thousand** 138:22
139:7 143:9,16
145:7 199:19,23
212:21 215:6,8
216:7
**three** 138:22 139:7
145:8 163:3,9
224:5,8 227:12
228:15 232:15
236:22 246:24
247:4 262:20,22
264:13
**ties** 204:17
**time** 128:22 131:3
131:6 134:8
137:19,20 138:9

140:17 146:17,21
146:22 147:12
149:22,23 157:23
157:23 159:14,14
161:20,22 162:8
162:10,16 165:13
172:3,20 176:19
176:23,25 177:3,9
177:23 178:3
184:7 186:8
196:10 198:24
206:8 215:14
216:16 225:13
226:20 227:16
232:4,7,11,24,24
233:6 238:17,17
238:20,20 243:2,5
243:10,14 244:22
248:13,13 256:8
256:14,23 257:17
258:10 261:14
262:16 264:16
268:8
**times** 157:9
160:18 165:18
175:24 177:2
186:23 187:14
222:8
**timing** 237:22
**title** 230:7
**today** 127:16
128:6 256:13
262:16,19 263:3
263:13,19,25
**today's** 264:10
**told** 259:20,24
**top** 134:10 188:5
193:16 230:7,9
**topmost** 133:25
134:14

**total** 139:3,6 156:5
264:12
**track** 129:7
152:13 215:2
**trade** 260:16
**transaction** 209:9
209:10,11 245:21
252:18 267:15,17
**transaction's**
234:8
**transactions** 191:7
246:9,16,23 247:3
247:9 251:22,25
252:2,4
**transcribed**
268:12
**transcript** 128:15
128:16,20,23
268:14
**treated** 145:17
179:7 181:11
**tripp** 131:18
163:12 182:14
183:9
**tripp's** 182:18
**true** 139:22
268:14
**trying** 153:4
208:14
**turn** 156:8 200:21
**turned** 257:25
**twelve** 220:23,24
**twenty** 143:10,16
161:6 202:11
223:8 226:13
**two** 130:3 138:23
139:8 140:15,22
145:8 149:21
163:3,9 176:9
177:10 178:7
198:19 199:18

211:23 247:16
250:2,2 260:8

**u**

**u.s.** 126:10
**unable** 128:5
241:5
**unaudited** 241:12
267:19
**unchanged** 183:10
**understand**
127:15,25 153:4
159:7,16 216:23
233:23 248:19
255:15 262:12
263:8
**understanding**
137:2 173:3
174:18 176:13
185:4 186:9
195:23 212:22
226:19
**understood**
173:21 226:4
**underwood**
124:21 128:21
130:2,11,17,23
136:12,21 137:6
137:16,22 139:10
140:3 141:13
142:2,17,24
146:11 147:19
148:5,24 151:22
152:16,23 153:22
154:9,20 158:15
159:9,17 160:19
162:6 163:6,10
164:3 165:14
167:4 168:20
169:2,22 170:7
171:21 172:15
173:11 175:7,25

177:14 180:19
181:10,13 182:2
184:17 185:7
186:16 187:9
189:7 190:9,19
191:8 192:3,20
194:24 195:19
196:11 197:25
200:7 201:2 203:5
208:6 209:20
211:24 212:17
213:16 214:21
217:20 218:13
219:21 222:5
226:22 228:12,23
229:18 231:2,17
232:3 233:11
236:4 237:9,24
238:11 239:23
240:14,23 242:3
242:23 243:19
244:2,11 245:5,15
246:25 247:20
248:23 249:18
250:18 251:2
252:23 253:19,23
254:9,18 255:18
256:11,16 259:2
260:17 261:3,18
262:2,9,12,17
263:6,10,20 264:4
**undocumented**
185:4
**undrawn**   222:22
**unit**   126:5
**united**   122:2
**units**   264:12
**universe**   255:8
**unpaid**   146:4,14
**unredacted**   247:8

**unusual**   215:18,20
**updated**   133:18
197:4,7 222:11
**use**   149:5 234:24
256:6
**uses**   150:3,5
**usually**   145:22
149:18 158:23
191:21 192:9
233:21,24

**v**

**v**   126:9 269:3
**vague**   225:20
**value**   135:17
138:22 139:23,25
156:10
**valued**   157:14
158:14
**values**   151:15
**valuing**   157:20
**various**   161:12
**vehicle**   228:5
231:13
**vehicles**   230:14,25
236:24
**venture**   259:7
**veritext**   126:17,20
264:14 269:2
**versus**   194:15
205:4
**vice**   122:16
**video**   126:6
**videoconference**
123:6 124:7,8,11
124:12,17,22
125:6,7,8 126:14
**videographer**
125:6 126:2,18
131:2,6 177:18,21
178:3 232:7,11
256:12,14,19,23

263:17,21 264:8
**view**   144:11
**vint**   125:8
**volume**   217:25

**w**

**wait**   143:12
**walk**   164:11
**wally**   132:14
**want**   219:24
220:21 242:10
**wanted**   180:11,22
241:5 248:12
257:15
**wants**   255:2,5
**way**   173:24 174:7
177:7 181:4 186:7
186:13 222:12
231:5 242:16
243:8
**wayne**   123:10
126:19 268:4,25
**we've**   188:24
**weiss**   124:14,14,16
**weissnweiss.com**
124:16
**welcome**   178:8
232:16
**went**   176:24
179:18 184:7
194:17 195:9
199:24 200:6
206:10 207:16
246:9
**whereof**   268:22
**white**   124:15
**wider**   255:11
**wind**   163:14
182:20
**window**   144:15
**wish**   129:2 263:6

**withdrawals**
141:18 162:21
**witness**   127:5
136:14,23 137:8
137:18,24 139:12
140:5 141:15
142:4 146:13
148:7 151:24
152:18,25 153:24
154:11,22 158:17
159:11,19 160:21
162:8 163:11
165:16 167:6
168:22 169:4,24
170:9 171:23
172:17 173:13
175:9 176:3
180:21 181:3,15
182:4 184:19
185:13 187:11,20
189:9 190:11,21
192:5,22 195:2,21
196:13 198:3
200:9 201:9 208:8
209:22 212:2,19
213:18 214:23
217:22 218:15
219:23 222:7
226:24 228:14,25
229:20 231:4,19
233:13 237:11
238:2,13 239:25
240:16 242:5,25
243:21 244:4,13
245:7,17 247:3,22
248:25 249:20
250:20 251:4
252:25 253:21
254:2,11,20
255:20 259:4
260:19 261:5

[witness - zoom]

262:4 264:5 265:5
268:9,15,22 269:4
**word**   232:21
251:24
**words**   140:18
179:21
**work**   150:2 170:4
170:6,15 233:18
253:3,6 256:4,7
257:7,9 258:13
**workbook**   144:11
**worked**   254:2
257:5,6,11
**working**   171:24
172:21 209:9
**works**   233:15
**writing**   134:2

| x |
| --- |

**x**   265:4,8 266:2,3
267:2,3

| y |
| --- |

**y**   127:6
**yeah**   167:18
171:14 196:20
204:5,23 222:16
224:18 225:14
255:14 256:2
**year**   145:23
146:15 147:2,3,6
147:10 148:4
160:18,22,23
161:3 166:17
182:24,24 183:18
198:9,20 199:12
199:18 200:3
202:20 204:4,6,23
214:5 217:7
248:15 249:3
259:23 260:2,8

**years**   135:14
149:2 164:14
166:2,6,18 177:11
194:16 195:7,10
198:24 199:8
213:15 215:4
257:6,9 260:7,9
**yep**   134:24 145:5
188:9 199:20
201:17 208:3
220:24 225:2
243:13
**york**   122:2 123:10
123:10,12 124:5,5
124:15 126:11,17
126:20 127:9
264:14 268:5

| z |
| --- |

**zero**   156:2,13,13
**zoom**   126:14

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.