# PLAINTIFF'S SUPPLEMENTAL EXHIBITS

# Exhibit 202



PROPRIETARY & CONFIDENTIAL
CONFIDENTIAL

DO NOT DISTRIBUTE
BREVET-REPRO-0067954

CONFIDENTIAL

BREVET-REPRO-0067955

CONFIDENTIAL

BREVET-REPRO-0067956

PROPRIETARY & CONFIDENTIAL

DO NOT DISTRIBUTE

CONFIDENTIAL

BREVET-REPRO-0067957

CONFIDENTIAL

BREVET-REPRO-0067958

CONFIDENTIAL

BREVET-REPRO-0067959

CONFIDENTIAL

BREVET-REPRO-0067960

CONFIDENTIAL

BREVET-REPRO-0067961