**Appendix A**

| Exhibit No. | Document | Redact or Withhold | Trade Secret, Confidential Business Information, or Personal Information |
|---|---|---|---|
| Exhibit 187 | DEL00063463 – DEL00063483 (July 19, 2004 email with attachment "Brevet Capital Presentation") | Redact | • Trade Secret and Confidential Business Information:<br>　o Brevet Capital LLC presentation dated July 2004 |
| Exhibit 188 | BREVET 000598 – BREVET 000636 (FCS Advisors, Inc., Employee Handbook, June 2006) | Withhold | • Trade Secret and Confidential Business Information<br>　o FCS Advisors, Inc., Employee Handbook, June 2006 |
| Exhibit 189 | Dinershteyn Deposition Transcript, Volume 1 (Oct. 4, 2021) | Redact | • Trade Secret and Confidential Business Information related to Brevet's business:<br>　o Tr: 22-24.<br>　o Tr. 84:18-20<br>　o Tr. 85:12-25<br>　o Tr. 86:19-25<br>　o Tr. 87:2-17<br>　o Tr. 89:6-15<br>　o Tr. 91:15-25<br>　o Tr. 92:2-5<br>　o Tr. 94:5-6<br>　o Tr. 95:7, 17<br>• Trade Secret and Confidential Business Information related to Brevet's company structure:<br>　o Tr. 54-60.<br>　o Tr. 63:22-23<br>　o Tr. 64:2-3<br>　o Tr. 65:3-4<br>　o Tr. 68:3,15,17,25 |

| | | | |
|---|---|---|---|
| | | | <ul><li>Tr. 69:11, 16, 22</li><li>Tr. 70: 4, 6, 10, 12, 1, 24</li><li>Tr. 71:3, 7, 8, 11, 14</li><li>Tr. 72: 8-11, 14, 18</li><li>Tr. 73:5, 1, 24-25</li><li>Tr. 74:9-22</li><li>Tr. 75:2-6</li><li>Tr. 75:3-23</li><li>Tr. 77:2-6, 13, 23-25</li><li>Tr. 78:2-3, 14</li><li>Tr. 79:23-25</li><li>Tr. 80:2-21</li></ul><ul><li>Trade Secret and Confidential Business Information related to J. Tripp Separation Agreement:<ul><li>Tr. 104:7-105:15</li><li>Tr. 106:9-25</li><li>Tr. 107:2-23</li><li>Tr. 108:9-11</li><li>Tr. 109:7-15</li><li>Tr. 110:7-11</li><li>Tr. 113:17-22</li><li>Tr. 114:16-25</li><li>Tr. 115:2-3, 19-25</li><li>Tr. 116:2-8</li></ul></li><li>Confidential Personal Information<ul><li>Tr. 6:15-17</li><li>Tr. 21:23-22:3</li></ul></li></ul> |
| Exhibit 190 | Dinershteyn Deposition Transcript Volume 2 (Oct. 18, 2021) | Redact | <ul><li>Confidential Business Information related to company finances and structure<ul><li>Tr. 138:22-23</li><li>Tr. 139:7-8</li><li>Tr. 140:23-141:2</li><li>Tr. 141:20-142:14</li></ul></li></ul> |

|  |  |  | <ul><li>Tr. 143:8-9; 13-16; 18-20; 24</li><li>Tr. 144:21-25</li><li>Tr. 145:7-8; 15-18; 21-25</li><li>Tr. 146:2-4; 6-10; 13-22; 25</li><li>Tr. 147:2-12; 15; 17-18; 21-22</li><li>Tr. 148:3; 18-19</li><li>Tr. 153:14-15; 20-21; 24-25</li><li>Tr. 154:2-4; 11-16</li><li>Tr. 155:7-16</li><li>Tr. 156:2-18</li><li>Tr. 157:9-25</li><li>Tr. 158:3-6; 8-11; 13-14; 17-25</li><li>Tr. 159:2-3; 6-8; 13-16; 20-23</li><li>Tr. 160:10; 15-16</li><li>Tr. 161:2-3</li><li>Tr. 168:11-13</li><li>Tr. 173:13-19</li><li>Tr. 179:23-180:10</li><li>Tr. 182:23-25</li><li>Tr. 183:17-184:9</li><li>Tr. 189:2; 11-12; 17-25</li><li>Tr. 190:2-4; 6-8; 13; 15-18; 21-25</li><li>Tr. 191:2; 5-7</li><li>Tr. 192:13-15</li><li>Tr. 194:8-9</li><li>Tr. 198:16</li><li>Tr. 199:18-19; 22-23</li><li>Tr. 200:20</li><li>Tr. 202:10-11; 15; 23-24</li><li>Tr. 203: 2-4</li><li>Tr. 204:9; 14; 20-24</li><li>Tr. 205:3-8</li><li>Tr. 206:3; 17; 19; 23-24</li></ul> |

|  |  |  | <ul><li>Tr. 207:2-22</li><li>Tr. 208:2; 8-10; 12-13</li><li>Tr. 209:3-17</li><li>Tr. 212:20-25</li><li>Tr. 213:2; 5</li><li>Tr. 215:4-9; 21-25</li><li>Tr. 216: 3-9; 24-25</li><li>Tr. 217: 4-5; 7-11; 14-19; 24-25</li><li>Tr. 218: 2; 5</li><li>Tr. 221:16</li><li>Tr. 223:6-9</li><li>Tr. 224:5-6; 8-9</li><li>Tr. 225:8-9; 21-23</li><li>Tr. 226:13-14</li><li>Tr. 231:6-9; 12-16; 19-24</li><li>Tr. 238:13-17; 21-25</li><li>Tr. 250:3-8</li></ul> |
|---|---|---|---|
| Exhibit 191 | BREVETNEW-011399 – BREVETNEW-011400 (June 24, 2016 email with attachment "Employee Document List 2016-05.xlsx") | Redact | <ul><li>Confidential Business Information and Personal Information:<ul><li>Employee Document List 2016-05</li></ul></li></ul> |
| Exhibit 199 | BREVET022753 – BREVET022758 (Sept. 30, 2015 email with attachment) | Redact | <ul><li>Trade Secret and Confidential Business Information:<ul><li>Identifying potential Brevet client; and</li><li>NDA between Brevet and potential Brevet client.</li></ul></li></ul> |
| ECF No. 200 | BREVET-REPRO-0062542 – BREVET-REPRO-0062544 (Sept. 2016 correspondence between Paul Iacovacci and Mark Callahan) | Redact | <ul><li>Trade Secret and Confidential Business Information:<ul><li>Identifying potential Brevet client.</li></ul></li></ul> |

| ECF No. 202 | BREVET-REPRO-0067954 – BREVET-REPRO-0067961 (Brevet Corporate Organizational Chart, Sept. 15, 2016) | Withhold | - Trade Secret and Confidential Business Information:<br>    - Brevet organization charts |
|---|---|---|---|