```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PAUL IACOVACCI,

               Plaintiff,

-against-

BREVET HOLDINGS, LLC et al.,

               Defendants.

1:18-cv-08048-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of several letter motions to seal. [ECF Nos. 304, 305, 310, 320, 336.] The requests to seal are provisionally granted, pending resolution of the parties' motions for summary judgment. [See ECF Nos. 284, 293, 294.]

    The Clerk of Court is respectfully requested to close docket entries 304, 305, 310, 320, and 336.

**SO ORDERED.**

Date:  **October 17, 2022**
        **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

1