UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/31/2023
```

PAUL IACOVACCI,

               Plaintiff,

-against-

BREVET HOLDINGS, LLC et al.,

               Defendants.

1:18-cv-08048-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

      The conference scheduled in this matter for June 6, 2023 at 11:30 AM is ADJOURNED to June 27, 2023 at 11:00 AM.

**SO ORDERED.**

**Date:  May 31, 2023**
       **New York, NY**

                                                  */s/ Mary Kay Vyskocil*
                                                **MARY KAY VYSKOCIL**
                                                **United States District Judge**

1