UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PAUL IACOVACCI,

                         Plaintiff,

             -against-

BREVET HOLDINGS, LLC et al,

                        Defendants.
------------------------------------------------------------X

**ORDER ON LETTER MOTIONS TO SEAL**
18-cv-8048 (MKV) (VF)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 26, 2023

**VALERIE FIGUEREDO, United States Magistrate Judge**

      For the reasons discussed at the conference on June 23, 2023, Defendants' exhibits identified at ECF No. 353 as Appendices A, B, and C are to remain under seal. Likewise, as discussed at the conference, Exhibits B, C, D, E, and F identified by Plaintiff at ECF No. 357 are to remain under seal because those exhibits contain the same documents that the Court has ruled should remain under seal, pursuant to the letter motion at ECF No. 353. As also discussed at the conference, Exhibit A identified at ECF No. 357, is the deposition transcript of Brevet's Chief Compliance Officer, Mei-Li da Silva Vint, and quotes from documents that Defendants have demonstrated should be sealed. Therefore, Defendants are instructed to submit proposed redactions to Exhibit A in the limited instances where Ms. da Silva Vint directly quotes from such documents or describes them in substance.

      Additionally, for the reasons stated at the conference, the nine exhibits listed in Appendix D of Defendants' motion to seal (see ECF No. 361-1) are to remain under seal. To the extent that Plaintiff argues that some of these documents do not warrant sealing because they contain material that is publicly available (see ECF No. 372), as Defendants have pointed out (see ECF

1

No. 313 at 3), Plaintiff has previously requested that this Court seal a document that he previously filed publicly in a separate state action. Further, courts have allowed the sealing of documents where the information remaining sealed is available publicly. See, e.g., In re Motion for Civ. Contempt By John Doe, No. 12-MC-0557 (BMC), 2016 WL 3460368, at *6 (E.D.N.Y. June 22, 2016).

    Lastly, pursuant to Judge Vyskocil's January 11, 2022 order (see ECF No. 261), the date on which Ms. da Silva Vint began her employment with Brevet is confidential and should remain sealed.

    The Clerk of Court is directed to terminate the motions at ECF Nos. 353 and 357.

    **SO ORDERED.**

Dated: June 26, 2023

    New York, New York

_____
VALERIE FIGUEREDO
United States Magistrate Judge