UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/4/2024
```

PAUL IACOVACCI,

                Plaintiff,

-against-

BREVET HOLDINGS, LLC *et al.*,

                Defendants.

1:18-cv-08048-MKV

**TRIAL SCHEDULING ORDER**

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of the parties' letters regarding the previously adjourned trial dates in this matter. [*See* ECF Nos. 424, 425]. The Court has carefully considered the parties' positions and scheduling conflicts in light of the Court's calendar. IT IS HEREBY ORDERED that the trial in this matter, currently scheduled to begin January 23, 2024, is ADJOURNED to February 27, 2024. The Court will allot no more than 4 days for this trial, and the parties should plan accordingly. No further adjournment to the trial schedule will be permitted absent extenuating circumstances. The parties must make arrangements for the coverage or adjournment of their other obligations.

    IT IS FURTHER ORDERED that the Final Pretrial Conference scheduled for January 17, 2024 at 11:30 AM is ADJOURNED to February 16, 2024 at 11:30 AM.

    The Clerk of Court is respectfully requested to terminate the motion pending at docket entry number 424.

**SO ORDERED.**

**Date: January 4, 2024**
       New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**